IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         :  Chapter 11
                                                               :
Trident Microsystems, Inc., et al.,[1]                         :  Case No. 12-10069 (CSS)
                                                               :  (Jointly Administered)
         Debtors.                                              :
                                                               :  Re: Docket No. 14
---------------------------------------------------------------x

**NOTICE OF FILING OF SUPPLEMENTAL SCHEDULES AND EXHIBITS TO THE MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION PURSUANT TO SECTIONS 105(A), 363 AND 365 OF THE BANKRUPTCY CODE FOR AN ORDER (I)(A) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN OF THE DEBTORS' ASSETS RELATED TO THEIR SET TOP BOX BUSINESS; (B) APPROVING THE STALKING HORSE PROTECTIONS; (C) SCHEDULING THE RELATED AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE; (D) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (E) APPROVING T FORM AND MANNER OF NOTICE THEREOF; AND (F) GRANTING RELATED RELIEF; AND (II)(A) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS ASSETS RELATED TO THEIR SET TOP BOX BUSINESS PURSUANT TO SUCCESSFUL BIDDER'S ASSET PURCHASE AGREEMENT FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (C) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on January 4, 2012, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of the Debtors and Debtors-In-Possession Pursuant to Sections 105(A), 363 and 365 of the Bankruptcy Code for an Order (I)(A) Approving Procedures in Connection With the Sale of Certain of the Debtors' Assets Related to Their Set Top Box Business; (B) Approving the Stalking Horse Protections; (C)*

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

*Scheduling the Related Auction and Hearing to Consider Approval of Sale; (D) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II)(A) Authorizing the Sale of Certain of the Debtors' Assets Related to Their Set Top Box Business Pursuant to Successful Bidder's Asset Purchase Agreement Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief* [Docket No. 14] (the "Bid Procedures Motion"). Attached as Exhibit B to the Bid Procedures Motion was a copy of the Asset Purchase Agreement by and Between Entropic Communications, Inc. and the Debtors (the "Stalking Horse APA").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file as supplemental schedules and exhibits to the Stalking Horse APA:

(i) Disclosure Schedules to the Stalking Horse APA;

(ii) Schedules to the Stalking Horse APA; and

(iii) Exhibit K to the Stalking Horse APA, which are attached hereto as Exhibit 1, Exhibit 2, and Exhibit 3, respectively.

*[signature page to follow]*

Dated:  January 5, 2012
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE Bar No. 4050)
Cynthia Moh (DE Bar No. 5041)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-468-5700
Facsimile: 302-394-2341
Email: stuart.brown@dlapiper.com
       cynthia.moh@dlapiper.com

-and-

Richard A. Chesley (IL Bar No. 6240877)
Kimberly D. Newmarch (DE Bar No. 4340)
Chun I. Jang (DE Bar No. 4790)
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: 312-368-4000
Facsimile: 312-236-7516
Email: richard.chesley@dlapiper.com
       kim.newmarch@dlapiper.com
       chun.jang@dlapiper.com

*Proposed Attorneys for Debtors and Debtors-In-Possession*