# EXHIBIT 1

DISCLOSURE SCHEDULES

TO

ASSET PURCHASE AGREEMENT

BY AND AMONG

MIDAS

AS PURCHASER,

AND

KILO

AND SELLER SUBSIDIARIES

AS SELLERS

Dated as of January [___], 2012

**General Terms of the Disclosure Schedules**

Unless the context otherwise requires, any terms used herein but not defined herein shall have the meanings ascribed thereto in the Asset Purchase Agreement (the *"Agreement"*), dated as of January ___, 2012, by and between Midas, a Delaware corporation (*"Purchaser"*), and Kilo, a Delaware corporation (the *"Company"*), and each of its Subsidiaries that owns Purchased Assets listed on Exhibit A to the Agreement (the *"Seller Subsidiaries"*).

The information contained in these Disclosure Schedules is disclosed confidentially, and Purchaser by its receipt hereof agrees that it shall be held subject to the confidentiality obligations set forth in the Agreement.

The following Disclosure Schedules are qualified in their entirety by reference to the specific provisions of the Agreement and are not intended to constitute, and shall not be construed as constituting, representations or warranties of the parties, except as and to the extent provided in the Agreement. Inclusion of information herein shall not be construed as indicating that such matter is required to be disclosed nor shall such disclosure be construed as an admission that such information is material to the Company or the Seller Subsidiaries and the parties to the Agreement.

Headings and introductory language have been inserted on the Sections of the Disclosure Schedules for convenience of reference only and shall not have the effect of amending and shall not be used to construe the representations and warranties set forth in the Agreement.

The information in the following Disclosure Schedules is being provided as required under the Agreement. In disclosing this information, the Company and each of the Seller Subsidiaries expressly does not waive any attorney-client privilege associated with any such information or any protection afforded by the "work product doctrine" with respect to any of the matters disclosed or discussed herein.

**Section 3.1 – Organization/Governing Documents.**

The Company is qualified to conduct business as a foreign corporation in the State of California.

The Company has operations relating to the STB Business in the State of Texas, but is not qualified to do business as a foreign corporation therein.  The Company will qualify to do business as a foreign corporation in the State of Texas prior to Closing.

The board of directors of Trident Microsystems (India) Pvt. Ltd. has granted powers of attorney to Amit Pareek, Kishore Reddy, Anup Anil Cheruvathoor and Jagadesh Kumar Yellugari on February 26, 2010, March 29, 2011 and August 29, 2011.

The Company may have entered into incidental powers of attorney granted for matters such as customer broker clearances to facilitate shipment of equipment and/or Products and other similar matters in the Ordinary Course of Business.  Please note that this paragraph is being included for the avoidance of fraud and should not limit any set off pursuant to the Holdback as set forth in Section 1.11 of the Agreement.

The Company has also entered into powers of attorney with patent agents in the Ordinary Course of Business.  Please note that this paragraph is being included for the avoidance of fraud and should not limit any set off pursuant to the Holdback as set forth in Section 1.11 of the Agreement.

**<u>Section 3.2 – Power and Authority</u>.**

Seller Subsidiaries are:

- Trident Digital Systems (UK) Ltd.
- Trident Microelectronics, Ltd.
- Trident Microsystems (Far East) Ltd.
- Trident Microsystems (India) Pvt. Ltd.
- Trident Microsystems (Japan) GK
- Trident Microsystems (Korea) Limited
- Trident Microsystems (Nederland) B.V. France Branch Office
- Trident Microsystems (Taiwan) Ltd.
- Trident Multimedia Technologies (Shanghai) Co., Ltd.
- Trident Multimedia Technologies (Shanghai) Co., Ltd. Shenzhen Branch

**Section 3.5 – Consents.**

None.

**Section 3.6 – No Conflicts.**

**Section 3.6(a)**

(iii)

The following Seller Contracts require consent prior to assignment in connection with the execution and delivery of the Seller Documents and/or the consummation of the Contemplated Transactions:

| Counterparty | Agreement Name |
|---|---|
| Access | Software Reproduction License Agreement No. 68693248, dated March 28, 2008, between Access and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 |
| Allegro DVT | Test Suites License Agreement, dated August 4, 2004, between Allegro DVT and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 |
| Allegro DVT | Amendment No. 1, dated January 27, 2005, to the Test Suites License Agreement, dated August 4, 2004, between Allegro DVT and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 |
| Arasan Chip Systems Inc. | License No. TLA03019 dated January 23, 2003, between Arasan Chip Systems, Inc. and NXP Semiconductors Netherlands B.V. |
| Arasan Chip Systems Inc. | Amendment No. 1, dated November 6, 2006, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. |
| Arasan Chip Systems Inc. | Amendment No. 5, dated March 31, 2008, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. |
| Arasan Chip Systems Inc. | Amendment No. 6, dated August 25, 2009, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. |
| ARM Limited | Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02589, ARM1176JZ-S Core, dated December 31 2010, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02612, DDR2 PHY – TSMC 45nm LP, dated December 31 2010, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02610, L220 and PL310, dated December 31, 2010, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |

| Counterparty | Agreement Name |
|---|---|
| ARM Limited | Annex 1, LEC-ANX-02611, Logic Vision memBIST Models, dated December 31, 2010, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02364, ARM926EJ-S Core, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02367, Coresight DK9 and Coresight DK-A9, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02636, Cortex-A9 and Cortex-A9 Neon, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02633, Cortex-A9 MPCORE, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02635, Cortex-M3 CORE + ETM, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02638, Fixed System Product – L2C-310, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02685, MALI400-MP GPU, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARM Limited | Annex 1, LEC-ANX-02639, Processor Optimization Package –TSMC 40nm CLN40LP Cortex-A9, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. |
| ARRIS International, Inc. | ARRIS Software License Agreement No. 68687996, August 12, 2002, between ARRIS International, Inc. and Conexant Systems Inc. |
| Atheros | Reference Design Development Agreement, dated March 12, 2010, between Atheros Communications, Inc. and Trident Microsystems (Far East) Ltd. |
| BitRouter | License Agreement for the EIA708B Closed Captioning SW Stack for Trinity, including a Services Agreement for porting to Trinity, dated May 11, 2005, between BitRouter and Conexant Systems, Inc. |
| BitRouter | Amendment No. 1, dated July 12, 2005, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity, including a Services Agreement for porting to Trinity dated May 11, 2005, between BitRouter and |

| Counterparty | Agreement Name |
|---|---|
| | Conexant Systems, Inc. |
| BitRouter | Amendment No. 2, dated September 27, 2005, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity, including a Services Agreement for porting to Trinity dated May 11, 2005, between BitRouter and Conexant Systems, Inc. |
| BitRouter | Amendment No. 3, dated April 18, 2008, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity dated May 11, 2005, between BitRouter and Conexant Systems, Inc. |
| BitRouter | Amendment No. 4, dated November 11, 2008, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity dated May 11, 2005, between BitRouter and NXP B.V. |
| BitRouter | Amendment No. 5, dated March 9, 2009, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity dated May 11, 2005, between BitRouter and NXP B.V. |
| BitRouter | Limited Software Evaluation License Agreement, dated June 8, 2010, between BitRouter and Trident Microsystems (Far East) Ltd. |
| BitRouter | HD-DTA Professional Services Agreement, dated October 3, 2011, between BitRouter and Trident Microsystems (Far East) Ltd. |
| BitRouter | HD-DTA Software License and Support Agreement, dated October 3, 2011, between BitRouter and Trident Microsystems (Far East) Ltd. |
| Blunk Microsystems | Software License Agreement (TargetFFS-NAND flash– Embedded Flash File System) CPO-417, dated January 15, 2007, between NXP Semiconductors Netherlands B.V. and Blunk Microsystems |
| Borland Software Corp. | First Amendment to the License Terms, dated August 13, 2008, between Conexant Systems, Inc. and Borland Software Corp. |
| Borland Software Corp. | Term Quotation, dated August 8, 2008, between Borland Software Corp. and NXP Semiconductors |
| Cadence Design Systems B.V. | Software License and Maintenance Agreement, dated September 28, 2007, between Cadence Design Systems B.V., acting for itself and for the behalf of its Affiliates, and NXP Semiconductors Netherlands B.V., acting for itself and for the behalf of its Affiliates |
| Cadence Design Systems B.V. | Transfer of Usage Agreement, dated February, 26, 2010, between Cadence Design Systems B.V., NXP Semiconductors Netherlands B.V. and Trident Microsystems (Far East) Ltd. |
| Cisco | Agreement regarding MoCA Development, dated November 18, 2010, between Cisco Systems, Inc. and Trident Microsystems (Far East) Ltd. |

| Counterparty | Agreement Name |
|---|---|
| Cisco | Cisco Network Connection Agreement, dated June 11, 2010 between Cisco Systems, Inc. and Trident Microsystems, Inc. |
| Cisco | SOC Vendor Technology License Agreement, dated June 3, 2010, between Cisco Systems, Inc. and Trident Microsystems (Far East) Ltd. |
| Cisco | License Agreement for DTA Solution, dated May 7, 2010, between Cisco Systems, Inc. and Trident Microsystems (Far East) Ltd. |
| Cisco | Exhibit A-1 DTA-30 Licensed Software, dated May 7, 2010, between Cisco Systems, Inc. and Trident Microsystems (Far East) Ltd. |
| Cisco-Linksys LLC | License Agreement for Board Support Package, dated December 17, 2009, between Cisco-Linksys LLC and NXP, as assigned to Trident Microsystems (Far East) Ltd. effective February 8, 2010. |
| Coding Technologies | Non-Exclusive License Agreement re aacPlus Technology and Patents, dated February 18, 2004, between Coding Technologies, AB. and Conexant Systems, Inc. |
| Conax AS | Chipset Manufacturer License Agreement, dated February 12, 2009, between Conax AS and NXP Semiconductors Netherlands B.V. |
| Conditional Access Licensing, LLC | License Agreement, dated January 6, 2010, between Conditional Access Licensing, LLC and NXP Semiconductors USA, Inc. |
| Conexant (Dolphin) | Sublicense Agreement by and between Conexant Systems, Inc. and NXP Semiconductors, B.V. and Dolphin Technology, Inc. dated as of August 8, 2008. |
| Cryptography Research, Inc. | Cryptofirewall/SMK Technology License Agreement between NXP Semiconductors USA, Cyptography Research, Inc. and SypherMedia International, Inc., and dated as of November 11, 2009. |
| Cyclic Design, LLC | Intellectual Property License Agreement, dated December 18, 2009, between Cyclic Design, LLC and NXP Semiconductors Netherlands B.V. |
| DirectTV | CDI Source Code License Agreement, dated November 3, 2006, between DIRECTV and Conexant Systems Inc., as assigned to NXP on August 8, 2008 |
| DirectTV | Amendment No. 1, dated April 19, 2007, to CDI Source Code License Agreement, dated November 3, 2006, between DIRECTV and Conexant Systems Inc., as assigned to NXP on August 8, 2008 |
| DirectTV | Network Access Agreement, dated November 3, 2006, between DIRECTV and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 |
| Dwight Cavendish | Manufacturer's Non-Assertion Agreement, dated November 1, 2007, between Dwight Cavendish Systems Limited and Conexant Systems, Inc. and |

| Counterparty | Agreement Name |
|---|---|
| Systems | Affiliates, as assigned to NXP on August 8, 2008 |
| Embedded Alley Solutions, Inc. | Development and License Agreement, dated March 12, 2008, between Embedded Alley Solutions, Inc. and NXP Semiconductors Netherlands BV |
| Entropic Communications, Inc. | Entropic Materials License Agreement, dated March 22, 2007, between Entropic Communications, Inc. and Conexant Systems Inc., as assigned to NXP on November 24, 2008 |
| GkWare e.K. | Software License Agreement, dated June 23, 2009, between NXP Semiconductors USA, Inc. and GkWare e.K. |
| Google | Integration and Distribution Agreement for Chip Manufactures dated November 21, 2011, between Google Ireland Ltd. and Trident Microsystems (Far East), Limited. |
| Google | YouTube Application Agreement, dated August 16, 2011, between Google Ireland Limited and Trident Microsystems (Far East) Ltd. |
| Google / On2 | Source Code License and Software Distribution Agreement, dated June 17, 2009, between On2 Technologies, Inc. and NXP Semiconductors Netherlands B.V. |
| Irdeto Access B.V. | Chip Personalization Agreement, dated May 13, 2010, between Irdeto Access B.V. and Trident Microsystems (Far East) Ltd. |
| Jet City Electronics, Inc. | Jet City Electronics License Agreement No. 68688004, dated May 15, 2002, between Jet City Electronics, Inc. and Conexant Systems Inc. |
| Jet City Electronics, Inc. | Jet City Electronics Licensing Agreement JCT-LFM256 No. 68688863, dated December 16, 2003, between Jet City Electronics, Inc. and Conexant Systems Inc. |
| Jet City Electronics, Inc. | Jet City License Agreement JCT -- FM13U No. 68688587, dated June 20, 2003, between Jet City Electronics, Inc. and Conexant Systems Inc. |
| Jet City Electronics, Inc. | Jet City License Agreement No. 68688119, dated October 31, 2002, between Jet City Electronics, Inc. and Conexant Systems Inc. |
| Kilopass Technology | Hard IP Core License Agreement #68693157 dated December 22, 2006, between Kilopass Technology and Conexant Systems, Inc. |
| Kilopass Technology | Amendment No. 1, dated December 17, 2008, to the Hard IP Core License Agreement #68693157 dated December 22, 2006, between Kilopass Technology and Conexant Systems, Inc. |
| Kilopass Technology | Amendment No. 2, dated December 17, 2008, to the Hard IP Core License Agreement #68693157 dated December 22, 2006, between Kilopass Technology and Conexant Systems, Inc. |

| Counterparty | Agreement Name |
|---|---|
| Kilopass Technology | Letter re evaluation license, dated September 11, 2009 between Kilopass Technology and NXP Semiconductors Netherlands B.V. |
| Kilopass Technology | Hard IP Core License Agreement #TRI-100907 between Kilopass Technology Inc. and Trident Microsystems (Far East) dated September 29, 2010 |
| Klocwork, Inc. | Software License Agreement (K7 Development Suite 5), dated November 30, 2006, between Klocwork, Inc. and Conexant Systems, Inc. |
| Latens Systems Limited | Latens Key Server Usage and License Agreement, dated November 12, 2007, between Latens Systems Limited and Conexant Systems Inc., as assigned to NXP on August 8, 2008. |
| Latens Systems Limited | Amendment No. 1, dated January 26, 2009, to the Latens Key Server Usage and License Agreement, dated November 12, 2007, between Latens Systems Limited and NXP Semiconductors Netherlands B.V. |
| LG Electronics Inc. | Licensing Agreement (format converter and de-interlacer modules/functions of the HDALL device), dated July 19, 2002, between LG Electronics Inc. and Conexant Systems, Inc. |
| Micronas GmbH | Cross License Agreement, dated May 14, 2009, between Micronas GmhB and Trident Microsystems (Far East) Ltd. |
| Mentor Graphics/Accelerated Technologies | Reference Platform License Agreement for AT software, dated December 23, 2004, between Conexant Systems, Inc. and Mentor Graphics Corporation. |
| Mentor Graphics/Accelerated Technologies | Sublicense Agreement for the Reference Platform License Agreement for AT software, dated October 24, 2008, between Conexant Systems Inc. and NXP B.V., regarding Reference Platform License Agreement for AT software, dated December 23, 2004, between Conexant Systems, Inc. and Mentor Graphics Corporation. |
| Micrium Inc. | Single End-Product Software License Agreement, dated June 29, 2009, between Micrium Inc. and NXP Semiconductors Netherlands B.V. |
| Motorola General Instrument Corp. dba Connected Home Solutions Business | DCGHAL API Header Files and DCG-HAL Test Harness License Agreement, dated October 17, 2006, between Motorola General Instrument Corp. dba Connected Home Solutions Business and Conexant Systems, Inc. |
| Motorola General Instrument Corp. dba Connected Home Solutions Business | U-DTA PKI Services Agreement, dated September 11, 2009, between Motorola General Instrument Corp. dba Connected Home Solutions Business and NXP Semiconductors USA, Inc. |
| Motorola General Instrument Corp. dba | Amendment No. 1, dated July 1, 2010 to U-DTA PKI Services Agreement, dated September 11, 2009, between Motorola General Instrument Corp. dba |

| Counterparty | Agreement Name |
|---|---|
| Connected Home Solutions Business | Connected Home Solutions Business and NXP Semiconductors USA, Inc. |
| Motorola Inc. | Product Development Agreement re: integration of Conexant IC into Motorola High Definition, Dual Advanced Decoding DVR STB, dated October 31, 2006, between Conexant Systems, Inc. and Motorola Inc. |
| Motorola Inc. | Motorola Joint Development Agreement No. 68686575, dated December 5, 2000, between Motorola Inc. through Motorola's SPS and BCS and Conexant Systems Inc. |
| Motorola Inc. | Motorola Quake Mask Cost Sharing Agreement No. 68687993, dated July 17, 2002, between Motorola Inc. through its Semiconductor Products Sector and Conexant Systems Inc. |
| Motorola, Inc. | Corporate Supply Agreement, dated May 1, 2007, between Motorola, Inc. and NXP Semiconductors Netherlands B.V. |
| Nagravision S.A. | Chipset Personalization System & Personalization Records License Agreement No. 68688860, dated December 18, 2003, between Conexant Systems, Inc. and Nagravision S.A., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. |
| Nagravision S.A. | License Agreement for Open Market Chipset Personalization System & Personalization Records, dated March 7, 2007, between NXP Semiconductors France and Nagravision S.A. |
| Nagravision S.A. | NOCS Chipset Development and Deployment Agreement, dated March 7, 2007, between NXP Semiconductors France and Nagravision S.A. |
| Nagravision S.A. | NOCS 1.0 Chipset Certificate v 1.0.2 delivered to Conexant Systems, Inc. for the CX2415x Rev. C0, regarding Chipset Personalization System & Personalization Records License Agreement No. 68688860, dated December 18, 2003, between Conexant Systems, Inc. and Nagravision S.A., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. |
| NDS Limited | Conditional Access and Content Protection Integration and Product Development Agreement No. 68692185, dated March 9, 2006, between NDS Limited and Conexant Systems, Inc., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. |
| NDS Limited | First Amendment, dated May 30, 2008, to the Conditional Access and Content Protection Integration and Product Development Agreement No. 68692185, dated March 9, 2006, between NDS Limited and Conexant Systems, Inc., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. |
| NDS Limited | Conditional Access and Content Protection Integration and Product Development Agreement, dated March 3, 2006, between NDS Limited and |

| Counterparty | Agreement Name |
|---|---|
| | Philips Semiconductors International B.V. |
| NDS Limited | Conditional Access Integration and Product Development Agreement No. 199900606, dated November 5, 1999, between Conexant Systems, Inc. and NDS Limited, as assigned to NXP B.V. on August 8, 2008. |
| NDS Limited | Amendment, dated June 12, 2000, the Conditional Access Integration and Product Development Agreement No. 199900606, dated November 5, 1999, between Conexant Systems, Inc. and NDS Limited, as assigned to NXP B.V. on August 8, 2008. |
| NDS Limited | Conditional Access Integration and Product Development Agreement No. 68688657, dated September 5, 2003, between NDS Limited and Conexant Systems Inc., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. |
| NDS Limited | Amendment, dated September 30, 2003, to Conditional Access Integration and Product Development Agreement, dated November 5, 1999, between NDS Limited and Conexant Systems Inc. |
| NDS Limited | Agreement, dated November 11, 2005, re: Conditional Access Integration and Product Development Agreement No. 68688657, dated September 5, 2003, between NDS Limited and Conexant Systems Inc. |
| NDS Limited | Letter Agreement, dated April 12, 2007, re: Conditional Access Integration and Product Development Agreement No. 68688657, dated September 5, 2003, between NDS Limited and Conexant Systems Inc. |
| NDS Limited | Amendment No. 1, dated January 22, 2010, to Integration and Product Development Agreement, dated June 18, 2009, between NDS Limited and NXP Semiconductors USA, Inc. |
| NDS Limited | MediaHighway Driver Interface Specifications and Driver Interface Binaries Limited License Agreement No. 68691810, dated November 26, 2004, between NDS Limited and Conexant Systems Inc., as assigned to NXP on August 8, 2008. |
| NDS Limited | NDS Black Box Agreement, dated July 27, 2009, between NDS Limited and NXP Semiconductors Netherlands B.V. |
| NDS Limited | License VG-Based Conditional Access Technology Agreement No. 68692061, dated November 8, 2005, between NDS Limited and Conexant Systems, Inc., as assigned to NXP on August 8, 2008. |
| NDS Limited | Agreement for Consultancy Services, dated August 31, 2009, between NDS Limited and NXP Semiconductors Netherlands B.V. |
| NXP B.V. | Intellectual Property Transfer and License Agreement, dated February 7, 2010, between NXP B.V. and NXP Holding 1 B.V. |

| Counterparty | Agreement Name |
|---|---|
| NXP B.V. | IP License Agreement, dated April 29, 2008, as amended, between NXP B.V. and Conexant Systems, Inc. |
| NXP B.V. | Agreement for Partial Assignment and Sublicense of Conexant Contract, dated February 8, 2010, between NXP B.V. and Trident Microsystems (Far East) Ltd. |
| Open-Silicon Inc. | Development Agreement, dated March 29, 2007, between NXP Semiconductors Netherlands B.V. and Open-Silicon Inc. |
| Open-Silicon Inc. | Statement of Work, dated March 29, 2007, to the Development Agreement dated March 29, 2007, between NXP Semiconductors Netherlands B.V. and Open-Silicon Inc. |
| OpenTV | Collaboration Agreement re: Rapid Porting Program, dated July 9, 2007, between Conexant Systems, Inc. and OpenTV. |
| OpenTV | OpenTV License and Porting Agreement (Thomson Sun) No. 68686076, dated March 12, 1998, between OpenTV and Thomson Sun Interactive LLC, as assigned to Conexant Systems, Inc. on December 27, 1998 and NXP B.V. on August 8, 2008 |
| OpenTV | Amendment No. 1, dated June 2, 1998, to the OpenTV License and Porting Agreement (Thomson Sun) No. 68686076, dated March 12, 1998, between OpenTV and Thomson Sun Interactive LLC, as assigned to Conexant Systems, Inc. on December 27, 1998 and NXP B.V. on August 8, 2008 |
| OpenTV | Amendment No. 2, dated March 12, 2001, to the OpenTV License and Porting Agreement (Thomson Sun) No. 68686076, dated March 12, 1998, between OpenTV and Conexant Systems Inc., as assigned to NXP B.V. on August 8, 2008 |
| OpenTV | Amendment No. 3, dated March 30, 2007, to the OpenTV License and Porting Agreement (Thomson Sun) No. 68686076, dated March 12, 1998, between OpenTV and Conexant Systems Inc., as assigned to NXP B.V. on August 8, 2008. |
| PalmarySoft Ltd. | License Agreement No. 68692500, dated March 12, 2007, between PalmarySoft and Conexant Systems, Inc., as assigned to NXP on August 8, 2008. |
| QualCore Logic, Inc. | Letter Agreement re: Transfer of Conexant Broadbank Media Processing business to NXP and extension of grace period for NXP Manufacturing Rights, dated September 11, 2008, from NXP Semiconductors Netherlands B.V. (also acting for the benefit of its Affiliates) and QualCore Logic, Inc. |
| RealNetworks, Inc. | Software Development Support Agreement, dated April 10, 2009, between RealNetworks, Inc. and NXP Semiconductors (Shanghai) Ltd. |

| Counterparty | Agreement Name |
|---|---|
| RealNetworks, Inc. | Software License and Distribution Agreement, dated December 28, 2001, between RealNetworks, Inc. and Philips Semiconductors, Inc. |
| RealNetworks, Inc. | Amendment No. 1, dated May 25, 2005, to the Software License and Distribution Agreement, dated December 28, 2001, between RealNetworks, Inc. and Philips Semiconductors, Inc. |
| RealNetworks, Inc. | Rhapsody Direct Evaluation and Development Agreement, dated February 18, 2010, between RealNetworks, Inc. and Trident Microsystems (Far East) Ltd. |
| RealNetworks, Inc. | RealNetworks Community Source License - Commercial Use for Helix DNA Client and Real Format Client Code, dated August 17, 2010, between RealNetworks, Inc. and Trident Microsystems (Far East) Ltd. |
| Sarnoff | ATSC Compliance Bitstream License Agreement, dated September 12, 2003, between Sarnoff and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 |
| Sarnoff | Compliance Bitstream License Agreement, dated July 31, 2009, between Sarnoff and Trident Microsystems (Far East) Ltd. |
| Sarnoff | Amendment No. 1, dated December 1, 2009, to the Compliance Bitstreams License Agreement, dated July 29, 2009, between Sarnoff and Trident Microsystems (Far East) Ltd. |
| Semiconductor Manufacturing International Corporation | Letter Agreement re: SMIC 90GP Combo Tape Out, dated April 3, 2009, between NXP Semiconductors Netherlands B.V. and Semiconductor Manufacturing International Corporation |
| Shanghai Suntimes Electronic Technology Co. Ltd. | Software Development and License Agreement (software customized for Philips), dated December 1, 2004, between Shanghai Suntimes Electronic Technology Co., Ltd. and NXP Semiconductors USA, Inc. (f/k/a/ Philips Semiconductors, Inc.) |
| Sichuan ChangHong Electric co., Ltd. | Collaborator Software License Agreement, dated August 20, 2009, between Sichuan ChangHong Electric co., Ltd. and NXP Semiconductors Netherlands B.V. |
| Sichuan ChangHong Electric co., Ltd. | Collaborator Software License Agreement, dated October 21, 2008, between Sichuan ChangHong Electric co., Ltd. and NXP Semiconductors Netherlands B.V. |
| Signet Design Solutions, Inc. | Professional Services Agreement, dated September 12, 2008, between NXP Semiconductors Netherlands B.V. and Signet Design Solutions, Inc. |
| Signet Design Solutions, Inc. | Letter and Proposed Statement of Work, dated August 13, 2008, from Signet to NXP Semiconductors Netherlands B.V. |

| Counterparty | Agreement Name |
|---|---|
| Snowbush Inc. | Individual Project Agreement, PCI Ex.-SATA AFE Project, dated March 10, 2006, between Conexant Systems, Inc. and Snowbush Inc. |
| Snowbush Inc. | Amendment No. 1, dated April 24, 2006, to the Individual Project Agreement, PCI Ex.-SATA AFE Project dated March 10, 2006, between Conexant Systems, Inc. and Snowbush Inc. |
| Snowbush Inc. | Individual Project Agreement, PCI Ex.-SATA AFE Project, dated March 31, 2004, between Conexant Systems, Inc. and Snowbush Inc. |
| Snowbush Inc. | Individual Project Agreement, PCI Ex.-SATA AFE Project, dated May 11,2005, between Conexant Systems, Inc. and Snowbush Inc. |
| Snowbush Inc. | Individual Project Agreement, PCI Ex.-SATA PHY 130 Port, dated July 25, 2003, executed on April 28, 2006, between Conexant Systems, Inc. and Snowbush Inc. |
| Snowbush Inc. | Master Agreement for Services, dated July 25, 2003, between Conexant Systems Inc. and Snowbush Inc. |
| Sorenson Media Inc. | Sorenson Spark Decoder Developer Technology License Agreement, dated February 1, 2009, between Sorenson Media, Inc. and NXP Semiconductors USA, Inc. |
| SVP | SVP Alliance Membership Agreement and Rules dated August 30, 2006, between Conexant Systems Inc. and Secure Video Productions (SVP) |
| SVPLA (NDS) | IC Manufacturer License Agreement, dated September 21, 2006, between SVPLA and Conexant Systems, Inc. and its Affiliates, as assigned to NXP on August 8, 2008. |
| SVPLA (NDS) | Letter: re SVP IC Manufacturer License Agreement (technology under CA/CP Agreement will be licensed by SVPLA LLC instead of NDS Limited), dated October 10, 2006, between SVP Licensing Authority and Conexant Systems Inc. |
| Synopsys (TriCN) | Intellectual Property Development and License Agreement, dated February 8, 2005, between Conexant Systems, Inc. and TriCN, Inc. |
| Synopsys (TriCN) | Letter dated August 6, 2008, between Conexant Systems, Inc. and Synopsys re: Assignment and Consent to Use Certain Licenses, dated February 8, 2008, between Conexant Systems Inc. and Synopsys Inc. |
| Synopsys International Limited | Commercial Attachment No. 7, dated April 8, 2009, DWC SATA PHY and SATA AHCI Controller, to the Purchase Frame Agreement No. VPA-700000828 dated May 3, 2002, by and among Synopsys Inc, Synopsys International Limited and NXP Semiconductors Netherlands B.V. |

| Counterparty | Agreement Name |
|---|---|
| Synopsys International Limited | Commercial Attachment No. 8, dated October 30, 2009, Concerning Synopsys Licenses for DDR3, PCI Express, HDMI-RX upgrade, to the Purchase Frame Agreement No. VPA-700000828 dated May 3, 2002, by and among Synopsys Inc, Synopsys International Limited and NXP Semiconductors Netherlands B.V. |
| Synopsys (Chipidea Microelectronica S.A.) | License Agreement CPO-848 and SOW #257-11A/2007 for HDMI-RX IP, dated February 19, 2008, between Chipidea Microelectronica S.A. and its Affiliates and NXP Semiconductors Netherlands B.V., also acting on behalf of its Affiliates |
| Synopsys (Chipidea Microelectronica S.A.) | Engineering Change Order 25-3E/2008 to the SOW #257-11A/2007, dated November 27, 2008, between Chipidea Microelectronica S.A. and its Affiliates and NXP Semiconductors Netherlands B.V., also acting on behalf of its Affiliates |
| Synopsys (Chipidea Microelectronica S.A.) | Amendment No. 1 to the SOW #257-11A/2007 (HDMI-RX 1.4), dated October 30, 2009, between Chipidea Microelectronica S.A. and its Affiliates and NXP Semiconductors Netherlands B.V., also acting on behalf of its Affiliates |
| Synopsys (Chipidea Microelectronica S.A.) | License Agreement CPO-848, dated February 18, 2008, between Chipidea Microelectronica S.A. and its Affiliates and NXP Semiconductors Netherlands B.V., also acting on behalf of its Affiliates |
| Synopsys (Virage Logic) | Letter re: Transfer of Conexant Broadband Media Processing business to NXP and grace period for NXP manufacturing rights, dated October 28, 2008, from NXP Semiconductor Netherlands B.V. and acknowledged and agreed to by Virage Logic Corporation |
| Synopsys (Virage Logic) | Program Schedule No. 003, dated September 2, 2010 to the Master License Agreement dated August 24, 2009, between Trident Microsystems (Far East) Ltd. and Virage Logic LLC. |
| Tara Systems | Software License Agreement, dated August 15, 2006, between Tara Systems GmbH and Philips Semiconductors B.V. |
| Tara Systems | Appendix No. 2, dated November 1, 2006, to the Software License Agreement, dated August 15, 2006, between Tara Systems GmbH and Philips Semiconductors B.V. |
| Tara Systems | Evaluation and Non-Disclosure Agreement, dated September 25, 2007, between NXP Semiconductors Netherlands B.V. and Tara Systems GmbH |
| Tara Systems | Multi Licensee Software Escrow Agreement, dated November 28, 2006, by and among Tara Systems GmbH, NCC Group GmbH and Philips Semiconductors B.V. |

| Counterparty | Agreement Name |
| --- | --- |
| Tensilica | Tensilica Based Product Manufacture and Distribution Agreement, dated August 26, 2010, between Tensilica, Inc. and Trident Microsystems (Far East) Ltd. |
| TranSwitch Corp. | Technology License Agreement, dated February 9, 2009, between TranSwitch Corp. and NXP Semiconductors Netherlands B.V. |
| Triple Play Integration LLC | Letter of Engagement, dated April 29, 2011, between Trident Microsystems India Private Limited and Triple Play Integration, LLC. |
| Triple Play Integration LLC | Letter of Engagement dated March 29, 2011, between Trident Microsystems India Pvt. Ltd. and Triple Play Integration LLC. |
| Triple Play Integrations LLC | Letter of Engagement, dated October 30, 2009, between Triple Play Integrations, LLC and  Trident Microsystems and Trident Microsystems (Far East) Ltd. |
| Triple Play Integrations LLC | Letter of Engagement, dated January 25, 2011, between Triple Play Integrations, LLC and  Trident Microsystems and Trident Microsystems (Far East) Ltd. |
| Unicoi | Development and License Agreement, dated October 31, 2006, between Philips Semiconductors USA (d/b/a NXP Semiconductors) and Unicoi Systems, Inc. |
| WANdisco Inc. | WANdisco Software License Agreement, dated October 25, 2006, between WANdisco Inc. and Conexant Systems, Inc. |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between TeleGent GmbH and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Amendment No. 1 (Customer Process), dated November 13, 2007, to the Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between TeleGent GmbH and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Amendment No. 2 (SOW for Slingmedia), dated November 13, 2007, to the Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between TeleGent GmbH and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Amendment No. 3 (SOW for WinCE 6.0 for STB225 platform using PNX8935), dated December 21, 2007, to the Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between TeleGent GmbH and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates |
| Winbox Technologies | Amendment No. 4 (BSP source code distribution), dated March 7, 2008, to |

| Counterparty | Agreement Name |
|---|---|
| GmbH (f/k/a TeleGent GmbH) | the Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between Winbox Technologies GmbH (f/k/a TeleGent GmbH) and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Escrow Agreement, dated September 25, 2007, between Winbox Technologies GmbH (f/k/a TeleGent GmbH), NXP Semiconductors Netherlands B.V. and AKD Prinsen Van Wijmen N.V. |
| Wind River Systems, Inc. | Enterprise License Agreement, dated April 22, 2010, between Wind River Systems, Inc and Trident Microsystems (Far East) Ltd. |
| Wind River Systems, Inc. | Wind River Target Application License Agreement, dated March 19, 2010, between Wind River Systems, Inc. and Trident Microsystems (Far East) Ltd. |

The Company has been unable to locate the following Seller Contracts or does not have a copy in its archives.  The Company will provide copies of such Seller Contracts to Purchaser at least fifteen (15) days prior to Closing.  Following review of the pertinent terms of the Contracts, consent may be required prior to assignment in connection with the execution and delivery of the Seller Documents and/or the consummation of the Contemplated Transactions.

| Counterparty | Agreement Name |
|---|---|
| Allegro DVT | Amendment No. 2, dated March 3, 2005, to the Test Suites License Agreement, dated August 4, 2004, between Allegro DTV and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 |
| Allegro DVT | Amendment No. 3, dated April 6, 2006, to the Test Suites License Agreement, dated August 4, 2004, between Allegro DTV and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 |
| Allegro DVT | Amendment No. 4, dated August 30, 2006, to the Test Suites License Agreement, dated August 4, 2004, between Allegro DTV and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 |
| Allegro DVT | Test Suites License Agreement, dated October 19, 2005, between Allegro DVT and NXP Semiconductors Netherlands B.V., as amended November 16, 2009 |
| Allegro DVT | Amendment No. 1, dated November 16, 2009, to the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. |
| Allegro DVT | Purchase Order (NXP Semiconductors India Pvt Ltd.), dated December 3, 2007, under the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. |
| Allegro DVT | Purchase Order (NXP Semiconductors UK Ltd.), dated July 16, 2008, under the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. |
| Allegro DVT | Purchase Order (NXP Semiconductors India Pvt Ltd.), dated September 10, 2008, under the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. |
| Allegro DVT | Purchase Order (NXP Semiconductors France), dated November 18, 2008, under the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. |
| Arasan Chip Systems, Inc. | Amendment No.2, unknown date, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. |
| Arasan Chip Systems, Inc. | Amendment No.3, unknown date, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. |

| | |
|---|---|
| Arasan Chip Systems, Inc. | Amendment No.4, unknown date, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. |
| Cable Television Laboratories, Inc. | CableLabs Contribution and License Agreement for Intellectual Property (Home Networking) No. 68686742, dated December 15, 2000, between Cable Television Laboratories, Inc. and Conexant Systems Inc. |
| Cable Television Laboratories, Inc. | CableLabs Data over Cable Service Interface Specifications (DOCSIS) License Agreement No. 68687521, March 16, 2002, between Cable Television Laboratories, Inc. and Conexant Systems Inc. |
| Cable Television Laboratories, Inc. | Amendment, dated January 21, 2002, to the CableLabs DOCSIS License Agreement No. 68687521, March 16, 2002, between Cable Television Laboratories, Inc. and Conexant Systems Inc. |
| Cable Television Laboratories, Inc. | Waiver Agreement, dated September 11, 2003, between Cable Television Laboratories, Inc. and Conexant Systems Inc., regarding the CableLabs DOCSIS/OpenCable DSG Specification (SP-DSG-101-0202280) |
| Conditional Access Licensing LLC | License Agreement, dated December 30, 2008, between Conditional Access Licensing LLC and NXP Semiconductors USA, Inc. |
| Conditional Access Licensing LLC | Amendment No. 1, dated February 5, 2010, to License Agreement, dated January 6, 2010, between Conditional Access Licensing LLC and NXP Semiconductors USA, Inc. |
| Conditional Access Licensing LLC | Amendment No. 1, dated April 22, 2009, to License Agreement, dated December 30, 2008, between Conditional Access Licensing LLC and NXP Semiconductors USA, Inc. |
| Conditional Access Licensing LLC | Amendment No. 2, dated February 5, 2010, to License Agreement, dated December 30, 2008, between Conditional Access Licensing LLC and NXP Semiconductors USA, Inc. |
| NDS Limited | Fusionos Harmonizer Shrinkwrap License No. 68692323, undated, between NDS Limited and Conexant |
| NDS Limited | Integration and Product Development Agreement, dated June 18, 2009, between NDS Limited and NXP Semiconductors USA, Inc. |
| Neotion SAS | Technology License Agreement (N-Hub Software), dated May 4, 2006, between Philips Semiconductors BV and Neotion SAS. |
| NXP B.V. | Sublicense Agreement, dated February 8, 2010, between NXP B.V. and NXP Holding 1 B.V. |
| Sarnoff | Amendment No. 1, dated December 5, 2005, to the ATSC Compliance Bitstream License Agreement, dated September 12, 2003, between Sarnoff and Conexant , as assigned to NXP on August 8, 2008 |

| Sarnoff | Amendment No. 2, dated July 10, 2007, to the ATSC Compliance Bitstream License Agreement, dated September 12, 2003, between Sarnoff and Conexant , as assigned to NXP on August 8, 2008 |
|---|---|
| Semiconductor Manufacturing International Corporation | SMIC 90GP Tape Out for Aquarius and Libra_B2, dated November 20, 2009, between NXP Semiconductors Netherlands B.V. and Semiconductor Manufacturing International Corporation |
| SVP | Membership Agreement & Rules, dated August 23, 2004, between Conexant Systems, Inc. and Secure Video Productions (SVP). |
| Synopsys (Virage Logic) | Master License Agreement dated August 24, 2009, between Trident Microsystems (Far East) Ltd. and Virage Logic LLC. |
| Synopsys International Limited | Purchase Frame Agreement No. VPA-700000828 dated May 3, 2002, and Attachments 2-6 thereto, by and among Synopsys Inc, Synopsys International Limited and NXP Semiconductors Netherlands B.V. |
| Synopsys International Limited | Purchase Agreement, dated August 1, 2008, by and among Synopsys Inc, Synopsys International Limited and NXP Semiconductors Netherlands B.V. |

Reference is made to Section 3.20(a) below and hereby incorporated by reference. All Contracts listed in Section 3.20(a) require the consent of the landlord or subtenant in connection with the execution and delivery of the Seller Documents and the consummation of the Contemplated Transactions.

**Section 3.7 – Financial Statements.**

**Section 3.7(a)**

**Set-Top Box Division**

**A Division of Trident Microsystems, Inc.**

**Statement of Operations**
(unaudited)

| | Nine Months Ended September 30, 2011 | Period from February 8, 2010 to December 31, 2010 |
|---|---:|---:|
| | (In thousands) | |
| Net revenues | $ 95,178 | $ 150,264 |
| Cost of revenues | 74,001 | 115,652 |
| Gross profit | 21,177 | 34,612 |
| Operating expenses: | | |
|   Research and development | 46,632 | 57,079 |
|   Selling, general and administrative | 20,329 | 22,014 |
|   Restructuring charges | 2,236 | 5,787 |
|   Total operating expenses | 69,197 | 84,880 |
| Income (loss) from operations | (48,020) | (50,268) |
| Gain on acquisition | — | 18,413 |
| Interest income | 128 | 232 |
| Other income (expense), net | 873 | 254 |
| Income (loss) before provision for income taxes | (47,019) | (31,369) |
| Provision for income taxes | 1,388 | 1,257 |
| Net income (loss) | $ (48,407) | $ (32,626) |

**Set-Top Box Division**

**A Division of Trident Microsystems, Inc.**

**Statement of Financial Position**
(unaudited)

| | September 30, 2011 | December 31, 2010 |
|---|---|---|
| | (In thousands) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 343 | $ 3,487 |
| Accounts receivable, net | 18,516 | 19,202 |
| Accounts receivable from related party | 325 | 5 |
| Inventories | 2,989 | 6,378 |
| Notes receivable from related party | 8,708 | 8,708 |
| Affiliates receivable | 9,895 | 1,167 |
| Prepaid expenses and other current assets | 2,658 | 1,493 |
| Total current assets | 43,434 | 40,440 |
| Property and equipment, net | 2,306 | 3,369 |
| Acquired intangible assets, net | 21,403 | 29,696 |
| Other assets | 12,700 | 16,098 |
| Total assets | $ 79,843 | $ 89,603 |
| **LIABILITIES AND INVESTED EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 1,066 | $ 320 |
| Accounts payable to related parties | 9,744 | 8,712 |
| Accrued expenses and other current liabilities | 13,905 | 16,711 |
| Affiliates payable | 8,380 | 6,607 |
| Deferred margin | 2,744 | 3,814 |
| Income taxes payable | 147 | 141 |
| Total current liabilities | 35,986 | 36,305 |
| Other long-term liabilities | — | 6,014 |
| Total liabilities | 35,986 | 42,319 |
| Commitments and contingencies | | |
| Invested equity: | | |
| Net parent company investment | 43,857 | 47,284 |
| Total liabilities and invested equity | $ 79,843 | $ 89,603 |

## Set-Top Box Division

## A Division of Trident Microsystems, Inc.

### Statement of Cash Flows
(unaudited)

| | Nine Months Ended September 30, 2011 | Period from February 8, 2010 to December 31, 2010 |
|---|---|---|
| | (In thousands) | |
| **Cash flows from operating activities:** | | |
| Net loss | $ (48,407) | $ (32,626) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Stock-based compensation expense | 1,692 | 1,786 |
| Depreciation and amortization | 9,846 | 8,759 |
| Amortization of acquisition-related intangible assets | 7,595 | 12,384 |
| Impairment of ERP system | 1,341 | — |
| Impairment of acquisition-related intangible assets | 698 | — |
| Impairment of technology licenses and prepaid royalties | 729 | 129 |
| Gain on acquisition | — | (18,413) |
| Loss (gain) on sales of investments | (65) | |
| Changes in operating assets and liabilities, net of effect of acquisitions: | | |
| Accounts receivable | 686 | (19,202) |
| Accounts receivable from related party | (320) | (5) |
| Inventories | 3,389 | (6,378) |
| Affiliates Receivable | (8,728) | (1,167) |
| Notes receivable from related parties | — | 7,931 |
| Prepaid expenses and other current assets | 462 | 1,644 |
| Accounts payable | (1,320) | 320 |
| Accounts payable to related party | 1,032 | 8,712 |
| Accrued expenses and other liabilities | (12,265) | 11,866 |
| Affiliates payable | 1,773 | 6,607 |
| Income taxes payable | 6 | 141 |
| Net cash used in operating activities | (41,856) | (17,512) |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (2,578) | (3,194) |
| Proceeds from sale of property, plant and equipment | 71 | — |
| Purchases of technology licenses | (2,069) | (2,376) |
| Net Trident investment | 43,288 | 24,424 |
| Net cash provided by investing activities | 38,712 | 18,854 |
| **Cash flows from financing activities:** | | |
| Net cash provided by financing activities | — | — |
| Net (decrease) increase in cash and cash equivalents | (3,144) | 1,342 |
| Cash and cash equivalents at beginning of year | 3,487 | 2,145 |
| Cash and cash equivalents at end of year | $ 343 | $ 3,487 |

## Section 3.7(b)

The following significant deficiencies were identified by PriceWaterhouse Cooper, the Company's independent registered accountant, at December 31, 2010:

- The control to reconcile the Company's transactions with information provided through sell-through distributors did not operate effectively. Significant unreconciled differences remained as the Company believes that certain distributors provided incorrect point of sale (POS) reporting. The Company relied on reports of channel inventory on hand at these distributors.

- The Company's control to determine inventory reserves and accruals for purchase commitments related to excess inventories did not operate effectively. The Company did consider certain adverse purchase commitments (contingent liability) but the analysis did not identify $550,000, which was subsequently recorded as an audit adjustment.

- The Company did not have an internal control to appropriately review the accounting for expatriate tax obligations. The accrual recorded at December 31, 2010 was incorrect and an audit adjustment was recorded to reduce the accrual by $784,000.

- The control to review and accrue for all post-retirement benefit obligations did not operate effectively. The Company did not accrue for pension obligations to former NXP employees in its Eindhoven location until the fourth quarter of 2010. Consequently, the accrual at the end of the third quarter was understated by $788,000 and the error was corrected as an out of period adjustment during the fourth quarter.

## Section 3.7(c)

Reference is made to Schedule 3.7(c).xlsx attached hereto and incorporated herein by reference.

WEST\225506493.11

**Section 3.10 – Condition of Assets/Tangible Assets.**

Reference is made to <u>Schedule 1.1(e)(i).xlsx</u> attached hereto and incorporated herein by reference for the locations of the Tangible Personal Property.

**Section 3.11 – Owned Inventory.**

Reference is made to Schedule 3.11.xlsx attached hereto and incorporated herein by reference for a list of all Owned Inventory as of October 31, 2011.  All Owned Inventory listed on Schedule 3.11.xlsx is located at the Company's Hong Kong facilities.

**Section 3.12 – Receivables.**

Reference is made to Schedule 3.12.xlsx attached hereto and incorporated herein by reference for a list of all Receivables as of September 30, 2011.

Company to provide a list of Receivables as of December 31, 2011 to Purchaser on or prior to January 13, 2012.

**Section 3.13 – Product Liability / Warranty.**

Reference is made to <u>Schedule 3.13.pdf</u> attached hereto and incorporated herein by reference for a list of design defects or other defects and deficiencies for the following Products:

- Shiner PNX8472/73/74 Boot

- PNX8470/71/75/90/91/95/96 Boot

- CX24951-14Z

- PNX873x/893x

- TDA10024HN/C1

- TDA1007x Power-On Reset and Power Supply

WEST\225506493.11

Schedule 3.13 - Product Liabilities



# Shiner PNX8472/73/74 Boot Errata

Doc Rev 4.3 Final Preliminary Version — March 11, 2011

## Document information

| Info | Content |
|---|---|
| Document Type | Product Errata |
| Authors | Jose Cortes, Sanjay Pillay, Mark Thissen |
| Author Role | Engineering |
| Keywords | Shiner 23mm Boot Errata |
| Abstract | This document describes the errata pertaining to the boot process on the Shiner 23mm device. |

## Revision history

| Revision | Date | Description | Authors |
|---|---|---|---|
| 1.0 | 2011-03-01 | Initial Version | Mark Baur |
| 2.0 | 2011-03-03 | Proposed Preliminary Version | Sanjay Pillay |
| 3.0 | 2011-03-09 | Proposed Preliminary Version | Sanjay Pillay, Mark Thissen |
| 4.3 | 2011-03-14 | Final Preliminary Version | Jose Cortes, Sanjay Pillay, Mark Thissen |



Schedule 3.13 - Product Liabilities

*Trident*

---

**Trident Microsystems Inc.**                                    **Apollo/Shiner Boot Errata**

Project Name: Apollo/Shiner  Project ID: APL

## Contents

1.    Summary                                      2
2.    Root Cause                                   2
3.    Proposed Solution                            3

## 1. Summary

This document describes the details of the errata that exist on the Apollo/Shiner family of devices, revision M1 (PNX 8472/73/74 -- xx1xxxZ). At the time of this writing, there is only a single errata for the design. When selecting IO_MODE as the boot mode (selected via a pull up on IO_CS4#), there is a possibility of a lock up condition occurring on the internal register access bus. There are various methods to avoid this condition as described further in the document.

## 2. Root Cause

The root cause of the problem is that the PCI block within the system never receives a proper reset. This block also has a connection to the internal register bus; and if the reset values of the system are incorrect, then it could cause an internal access to be made to an invalid system address on the bus. This access to the invalid system address can lock up the internal bus, as the timeout feature is off (by default) and will never time out.

The following is the structure in the chip for the PCI block:



**Trident Microsystems Inc.**                                          **Apollo/Shiner Boot Errata**

Project Name: Apollo/Shiner  Project ID: APL

The PCI logic block needs 1 clock rising edge on PCI_CLK when the PCI_reset signal is asserted in order to complete the reset of the flip-flops in the PCI Logic block. The pull up resistor provides 1 rising edge at power up that is required by the PCI block in the chip when in IO boot mode. There is a race between the 1 rising edge created by the pull up resistor and the power settling to the PCI logic block, which causes some of the flip-flops on some of the chips to not reset to their correct value. These incorrect values in the flip-flops cause transitions that can prevent a boot sequence on power up. This is a function of process, temperature and voltage ramp rate.

On the 23mm package, the PCI_clk_pad in the above diagram is not bonded out, as the PCI logic block in question is not a supported feature on the 23mm package.

## 3. Proposed Solution

The way to counteract the sensitivity to the interactive function of: silicon process, temperature and voltage ramp-rate is to provide additional edges to the PCI_clk_pad, so that the PCI logic block gets the clock edge that is required in order to reset the flip-flops.

The proposed solution is to change the boot mode of the chip to PCI HOST mode. Doing so propagates the internal PCI_clk to the block during power on reset. This solution ensures that the PCI logic block gets multiple edges of the PCI_clk when the reset is asserted, which will reset the flip-flops to a good state without any dependency on the process, temperature or voltage parameters.

The solution includes a modification to hardware and a potential software modification. The need for modification depends on each individual customer design. Therefore, for further information and guidance regarding modifications to specific customer designs, please contact your local sales office.

Proprietary Information
© Trident Microsystems 2011. All rights reserved

Schedule 3.13 - Product Liabilities



# PNX8470/71/75/90/91/95/96 Boot Errata

Doc Rev 4.3 Preliminary Version — March 22, 2011

## Document information

| Info | Content |
|---|---|
| Document Type | Product Errata |
| Authors | Jose Cortes, Sanjay Pillay, Mark Thissen |
| Author Role | Engineering |
| Keywords | Shiner-S 27mm Boot Errata |
| Abstract | This document describes the errata pertaining to the boot process on the Shiner-S 27mm device. |

## Revision history

| Revision | Date | Description | Authors |
|---|---|---|---|
| 1.0 | 2011-03-01 | Initial Version | Mark Baur |
| 2.0 | 2011-03-03 | Proposed Preliminary Version | Sanjay Pillay |
| 3.0 | 2011-03-09 | Proposed Preliminary Version | Sanjay Pillay, Mark Thissen |
| 4.1 | 2011-03-16 | Preliminary Version | Jose Cortes, Sanjay Pillay, Mark Thissen |
| 4.2 | 2011-03-18 | Preliminary Version | Jose Cortes, Sanjay Pillay, Mark Thissen |
| 4.3 | 2011-03-22 | Preliminary Version | Jose Cortes, Sanjay Pillay, Mark Thissen |



Schedule 3.13 - Product Liabilities

*Trident*

**Trident Microsystems Inc.**       **Apollo/Shiner Boot Errata**

Project Name: Apollo/Shiner  Project ID: APL

## Contents

| | | |
|---|---|---|
| 1. | Summary | 2 |
| 2. | Root Cause | 2 |
| 3. | Proposed Solution | 3 |

## 1. Summary

This document describes the details of the errata that exist on the Apollo/Shiner family of devices, revision M1 (PNX 8470/71/75 – xx1xxxZ). At the time of this writing, there is only a single errata for the design. When selecting IO_MODE as the boot mode (selected via a pull up on IO_CS4#), there is a possibility of a lock up condition occurring on the internal register access bus. There are various methods to avoid this condition as described further in the document.

## 2. Root Cause

The root cause of the problem is that the PCI block within the system never receives a proper reset. This block also has a connection to the internal register bus; and if the reset values of the system are incorrect, then it could cause an internal access to be made to an invalid system address on the bus. This access to the invalid system address can lock up the internal bus, as the timeout feature is off (by default) and will never time out.

The following is the structure in the chip for the PCI block:



Proprietary Information
© Trident Microsystems 2011. All rights reserved

Schedule 3.13 – Product Liabilities
*Trident*

Trident Microsystems Inc.                                    **Apollo/Shiner Boot Errata**
                                              Project Name: Apollo/Shiner  Project ID: APL

The PCI logic block needs 1 clock rising edge on PCI_CLK when the PCI_reset signal is asserted in order to complete the reset of the flip-flops in the PCI Logic block. The pull up resistor provides 1 rising edge at power up that is required by the PCI block in the chip when in IO boot mode. There is a race between the 1 rising edge created by the pull up resistor and the power settling to the PCI logic block, which causes some of the flip-flops on some of the chips to not reset to their correct value. These incorrect values in the flip-flops cause transitions that can prevent a boot sequence on power up. This is a function of process, temperature and voltage ramp rate.

## 3. Proposed Solution

The way to counteract the sensitivity to the interactive function of: silicon process, temperature and voltage ramp-rate is to provide additional edges to the PCI_clk_pad, so that the PCI logic block gets the clock edge that is required in order to reset the flip-flops.

The proposed solution is to change the boot mode of the chip to PCI HOST mode by pulling IO_CS4n to ground with a 4.7K Ohm resistor. Doing so propagates the internal PCI_clk to the block during power on reset. This solution ensures that the PCI logic block gets multiple edges of the PCI_clk when the reset is asserted, which will reset the flip-flops to a good state without any dependency on the process, temperature or voltage parameters.

The solution includes the above specified modification to hardware and a software modification. The need for software modification depends on each individual customer design. Therefore, for further information and guidance regarding modifications to specific customer designs, please contact your local sales office.

Proprietary Information.
© Trident Microsystems 2011. All rights reserved.

Schedule 3.13 - Product Liabilities



Trident Microsystems, Inc. 3408 [illegible]    CX24951-14Z

| | |
|---|---|
| Product and Revision No.: | CX24951-14Z |
| Document Revision No.: | Rev 1 |
| Distribution To: | All CX24951-14Z customers |
| Date: | Feb. 16, 2011 |

## CX24951-14Z Errata item list

This document provides an overview list of TCX24951-14Z silicon errata.

### 1. Booting issue is occurred by improper Power Sequence

#### Problem description:

- The CX24951 starts booting but it stops then starts re-booting in a loop.
However, the re-booting stops after completing the initialization of Si tuner (NXP TDA18254).

**Failure Mechanism in the Sunpipe ARM**

Due to the improper Power Supply sequencing voltages, a certain number of these devices failed to initialize properly. What is being observed is an inability of the ARM9 TDMI (ARM2) to properly initialize/reset following an improper power up sequence. A second subsequent reset of the entire device is able to reset the necessary blocks to allow for the ARM2 to operate and initialize appropriately.

### Which device versions /revisions are affected:

- CX24951-14Z/PA

        Sales Item        9352 924 28557

## Recommendations of Power Sequence for customers:

### SunPIPE Power Up Sequence Requirements



**Power Up Sequence**

CX24951 needs 3 power supplies, namely 3.3V analog, 3.3V I/O, and 1.3V core digital. The 3.3V power supplies should be brought up before the 1.3V Core voltage. The RESET# pin should be held low until the voltages of both supplies reach their nominal values. At no time should the 1.3V Core voltage exceed the 3.3V I/O voltage. If the proper powering sequence is not followed, the device may not operate correctly during and after boot sequence.

Schedule 3.13 - Product Liabilities



Trident Microsystems, Inc. 3408 Garrett Drive • Santa Clara, CA 95054-2803 • Tel 408-764-8808

## SunPIPE  Power Up Sequence – Actual Good Source



Schedule 3.13 - Product Liabilities



Trident Microsystems, Inc. 1170 [illegible] Road, Sunnyvale, CA 94089-3009 Tel: +1 408-[illegible]

| | |
|---|---|
| **Product and Revision No.:** | PNX873x/893x |
| **Document Revision No.:** | Rev 1 |
| **Distribution To:** | All PNX873x/893x customers |
| **Date:** | April 12, 2011 |

## PNX873x/893x Errata item list

This document provides an overview list of PNX8735/8935 silicon errata.

**Problem description:** Proper Power Sequencing is critical that if not followed properly it will lead to incorrect Fuse Maps where fuses may be incorrectly programmed or may lead to fuse corruption. Fuse corruption is found after mounting devices on system board and supplying power to them.

## Power on sequence

1. The power supply of PNX8735E is as follows;

| Symbol | Parameter | Conditions | Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|
| $V_{DDC}$ | core digital supply voltage (1.3 V) | | 1.3 | 1.35 | 1.4 | V |
| $V_{DDP\_DDR}$ | DDR digital supply voltage (2.5 V) | DDR 333, 366 | 2.3 | 2.5 | 2.7 | V |
| | | DDR 400 | 2.5 | 2.55 | 2.7 | V |
| $V_{DDP}$ | digital supply voltage (3.3 V) | | 3.0 | 3.3 | 3.6 | V |
| $V_{DDA\_PLL}$ | PLL analog supply voltage (1.3 V) | | 1.3 | 1.35 | 1.4 | V |
| $V_{DDA\_SATA}$ | SATA analog supply voltage (3.3 V) | | 3.0 | 3.3 | 3.6 | V |
| $V_{DDA\_USB}$ | USB analog supply voltage (3.3 V) | | 3.0 | 3.3 | 3.6 | V |

2. The power on sequence
   a) All three supplies to IC (VDDC(1V3), VDDP(2V5), VDDP(3V3)) should be enabled at the same time. The rise time of the supplies should be:
      - Exceed 4ms (10% to 90% of voltage level)
      - Be of similar duration to each other
      - Be free of significant dips or transients
   b) The voltage of VDDP(3V3) should be in the range of 0.1-1.3V (0.7V+/-0.6V) when VDDC(1V3) rise up to 0.7V.
      - The voltage of VDDP(3V3) should not lower than VDDC(1V3) 0.6V, as this may cause attenuation of the clock waveform due to internal protection diodes;
      - The voltage of VDDP(3V3) should not exceed VDDC(1V3) more than 0.6V when VDDC(1V3) up to 0.7V, it is for avoid the potential risk of polyfuse damage.

Schedule 3.13 - Product Liabilities



## How to adjust the power on sequence?

Adjust the soft start time to make the power on sequence of system.

**For examples,**

In STB236-S2 V1.10 design, the power supply for VDDP(3V3),VDDP(2V5) and VDDC(1V3) is as follows:

VDDP(3V3) used 3V3, from 12V with DC-DC

VDDP(2V5) used 2V6, from 12V with DC-DC

VDDC(1V3) used 1V3, from 2V6 with LDO





Schedule 3.13 - Product Liabilities



At the previous design, the C917 is used 104(0.1uF)
According to datasheet, the soft start time of MP1484 is about 15ms, when capacitor on pin- SS is 0.1uF and AP7167 enable threshold voltage is 1.4V, the dropout voltage is about 0.4V.

**Schedule 3.13 - Product Liabilities**



**Schedule 3.13 - Product Liabilities**



PNX8x3x

Note that when VDDC(1V3) up to 0.7V, the VDDP(3V3) is 1.8V, exceed the
VDDC(1V3) about 1.1V, it will cause potential internal polyfuse damage risk.
Bring rise time of VDDC(1V3) forward can reduce the difference of VDDP(3V3) and
VDDC(1V3);
From the chart, when the soft start time of 2V6 output adjust to 10ms, the power on
sequence will meet the specified requirements.
Adjust C917 from 104(0.1uF) to 683(68nF), the SS time of the DC-DC for 2V6 will be
about 10ms.



Schedule 3.13 - Product Liabilities

//Trident | PNX8x3x series Errata | PNX8x3x

Trident Microsystems, Inc. 1170 Kifer Road, Sunnyvale, CA 94086-5300 Tel: +1 408 360 3600

## Which device versions /revisions are affected:

| Sales item | type name |
|---|---|
| 935283532557 | PNX8537E/BGA596/TRAYDPM//M2A/0F86 |
| 935284029557 | PNX8935E/BGA432/TRAYDPM//N1 |
| 935284084557 | PNX8536E/BGA596/TRAYDPM//M2A/00D0 |
| 935284394557 | PNX8536E/BGA596/TRAYDPM//M2A/2008 |
| 935284728557 | PNX8932E/BGA432/TRAYDPM//M101S2 |
| 935284729557 | PNX8932E/BGA432/TRAYDPM//M101S1R3 |
| 935284733557 | PNX8536E/BGA596/TRAYDPM//M2A/0010 |
| 935284735557 | PNX8335E/BGA432/TRAYDPM//M1 |
| 935284737557 | PNX8935E/BGA432/TRAYDPM//M101S1R3 |
| 935285157557 | PNX8537E/BGA596/TRAYDPM//M2A/0010 |
| 935286659557 | PNX8932E/BGA432/TRAYDPM//M101S5 |
| 935287233557 | PNX8935E/BGA432/TRAYDPM//M101S4 |
| 935287635557 | PNX8332E/BGA432/TRAYDPM//M101S4 |
| 935287636557 | PNX8735E/BGA432/TRAYDPM//M101S5 |
| 935287887557 | PNX8332E/BGA432/TRAYDPM//M101S2 |
| 935287894557 | PNX8332E/BGA432/TRAYDPM//M102S2 |
| 935288054557 | PNX8935E/BGA432/TRAYDPM//M101S5 |
| 935288138557 | PNX8732E/BGA432/TRAYDPM//M101S5 |
| 935288676557 | PNX8935E/BGA432/TRAYDPM//M101S5 LPLC |
| 935288677557 | PNX8932E/BGA432/TRAYDPM//M101S5 LPLC |
| 935288791557 | PNX8735E/BGA432/TRAYDPM//M101S5/1 |
| 935288792557 | PNX8735E/BGA432/TRAYDPM//M101S7 |
| 935288851557 | PNX8935E/BGA432/TRAYDPM//M101S2 |
| 935289132557 | PNX8735E/BGA432/TRAYDPM//M101S5/2 |
| 935289133557 | PNX8935E/BGA432/TRAYDPM//M101S2 SPLC |
| 935289568557 | PNX8935E/BGA432/TRAYDPM//M101S2 LPLC |
| 935289704557 | PNX8935E/BGA432/TRAYDPM//M101S4 LPLC |
| 935289874557 | PNX8935E/BGA432/TRAYDPM//M101S1 LPLC |
| 935290263557 | PNX8735E/BGA432/TRAYDPM//M101S5 LPLC |
| 935290271557 | PNX8932E1/BGA426/TRAYDPM//M101S5LPLC |
| 935290363557 | PNX8932E/BGA426/TRAYDPM//M101S2 SPLC |
| 935290819557 | PNX8935E1/BGA426/TRAYDPM//M101S5SPLC |
| 935291094557 | PNX8735E/BGA432/TRAYDPM//M103S5 SPLC |
| 935291309557 | PNX8735E/BGA432/TRAYDPM//M103S5 LPLC |
| 935291322557 | PNX8932E1/BGA426/TRAYDPM//M101S5SPLC |
| 935291323557 | PNX8935E1/BGA426/TRAYDPM//M101S1SPLC |

**Schedule 3.13 - Product Liabilities**



| | |
|---|---|
| 935291324557 | PNX8935E1/BGA426/TRAYDPM//M101S1LPLC |
| 935291325557 | PNX8935E1/BGA426/TRAYDPM//M101S4SPLC |
| 935291326557 | PNX8935E1/BGA426/TRAYDPM//M101S4LPLC |
| 935291327557 | PNX8935E1/BGA426/TRAYDPM//M101S5LPLC |
| 935291328557 | PNX8935E1/BGA426/TRAYDPM//M101S2SPLC |
| 935291332557 | PNX8732E1/BGA426/TRAYDPM//M101S5SPLC |
| 935291333557 | PNX8735E1/BGA426/TRAYDPM//M101S5SPLC |
| 935291598557 | PNX8732E1/BGA426/TRAYDPM//M104S4SPLC |
| 935291599557 | PNX8735E1/BGA426/TRAYDPM//M104S4SPLC |
| 935291704557 | PNX8735E1/BGA426/TRAYDPM//M101S5LPLC |
| 935292365557 | PNX8935E/BGA432/TRAYDPM//M105S4 SPLC |
| 935293041557 | PNX8735E/BGA432/TRAYDPM//M101S7 LPLC |
| 935293215557 | PNX8935E/BGA432/TRAYDPM//M105S4 LPLC |
| 935293468557 | PNX8735E/BGA432/TRAYDPM//M101S7 SPLC |
| 935293906557 | PNX8935E1/BGA426/TRAYDPM//M105S4SPLC |

Schedule 3.13 - Product Liabilities



*Trident*

Trident Microsystems, Inc. 3408 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

TDA10024HN

| | |
|---|---|
| **Product and Revision No.:** | TDA10024HN/C1 |
| **Document Revision No.:** | Rev 1 |
| **Distribution To:** | All TDA10024 customers |
| **Date:** | July 29, 2010 |

## TDA10024HN/C1 Errata item list

This document provides an overview list of TDA10024HN/C1 silicon errata.

1. <u>High BER issue with CS=0x00 setting</u>

   ### Problem description:
   - Some customer reported a higher "BER Failure Rate" than expected on subject device.

   - Certain customer designs reveal conflict in their setup and experience problems with the ADC when running in CS=0x00 mode.

### TDA10024 Datasheet description:

| DVB-C/MCNS Channel Receiver | TDA10024HN |
|---|---|

#### 9 FUNCTIONAL DESCRIPTION

##### 9.1 ADC

The TDA10024 implements a 10-bit analog to digital converter. No external voltage references are required to use the ADC.

| Address | Parameter | Description | R/W |
|---|---|---|---|
| 1B [7-6] | CS | Current consumption programming (default 3) | R/W |
| 1B [5] | ADCGAIN | ADC converter gain setting (default 0) | R/W |
| 1B [4] | DCIN | AC/DC coupling selection (default 0) | R/W |
| 02 [7] | IFS | Input signal format (default 1) | R/W |
| 02 [6] | SELADC | Internal/external ADC (default 0) | R/W |
| 1B [3] | TWOS | Output data format selection (default 1) | R/W |
| 1B [2] | SLEEP | ADC Sleep mode (default 0) | R/W |
| 1B [1] | PDADC | Power down mode for the internal ADC (default 0) | R/W |
| 1B [0] | PCLK | Polarity of the ADC datas capture (default 0) | R/W |
| 22 | SATADC | ADC saturation | RO |
| 23 | HALFADC | Mid-range ADC saturation | RO |

CS : current consumption programming. The analog current consumption of the converter can be set from 25% to 150% of the current consumption in normal operation. The maximum sampling clock frequency SACLK is also affected by CS parameter, as follows :

| CS | Current ratio | SACLK |
|---|---|---|
| 11 | 1.50 | 60 MHz |
| 10 | 1.00 | 60 MHz |
| 01 | 0.50 | 60 MHz |
| 00 | 0.25 | 35 MHz |

ADCGAIN : the track&hold circuit in the converter has a programmable gain setting. When the gain is decreased, the input range of the ADC is increased, as well as the speed of the ADC. Hereafter the input range, Sack sampling depending on ADCGAIN value :

| ADCGAIN | Vrange | SACLK |
|---|---|---|
| 0 | 2.0 V | 60 MHz |
| 1 (6 dB) | 1.0 V | 35 MHz |

Schedule 3.13 - Product Liabilities



TDA10024HN/C1 Errata

TDA10024HN

Trident Microsystems, Inc. 3408 Garrett Drive, Santa Clara, CA 95054-2803 Tel: 408-764-8800

## ADC Characterizations test on the bench

» Waveform distortion was observed with CS=0x00 setting when compared a ref. sample or CS=0x01 setting.

» THD performance was reduced @CS=0x00 compared to a ref. sample or CS=0x01 setting.

» Reduction in the ADC performance and signal distortion were verified on the bench test with CS=0x00 setting.

Test Condition:
Single-end input = 2Vp-p with 100KHz Sin.Wave; VDD_ADC = 3.3V; Fc=20.62MHz



Fig.1 - Ref. sample with CS=0x00    Fig.2 - Failed sample with CS=0x00    Fig.3 - Failed sample with CS=0x01

## Which device versions /revisions are affected:

- TDA10024HN/C1

| | | |
|---|---|---|
| Sales Item | 9352 856 95518 | Reel13DP |
| Sales Item | 9352 856 95551 | TrayBDP |
| Sales Item | 9352 856 95557 | TrayDPM |

## Solution for customers:

S/W: Propose customer change ADC mode setting from CS=0x00 to CS=0x01.

Schedule 3.13 - Product Liabilities



# TDA1007x Power-On Reset and Power Supply Sequence Errata

Doc Rev 1.0 — August 11, 2011                                     Preliminary Errata

## Document information

| Info | Content |
| --- | --- |
| Document Type | Preliminary Errata |
| Primary Author | Vinod Kapila |
| Author Role | Marketing |
| Keywords | TDA1007x |
| Abstract | This document describes the errata pertaining to the Power-On reset issue and the Power Supply Sequence requirements. |



Schedule 3.13 - Product Liabilities

*Trident*

**Trident Microsystems Inc.**                                                   **TDA1007x Errata**

**Revision history**

| Revision | Date | Description | Author |
|---|---|---|---|
| 1.0 | 2011-09-11 | Initial Version | Vinod Kapila, Harley Holub |

Copyright 2011 Trident Microsystems, Inc.

The information contained herein is the exclusive and confidential property of Trident Microsystems and, except as otherwise indicated, shall not be disclosed or reproduced in whole or in part.

Schedule 3.13 - Product Liabilities

*Trident*

Trident Microsystems Inc.                                                TDA10074 Errata

## Contents

| | | |
|---|---|---|
| 1. | Summary | 4 |
| 2. | Power-On Reset Issue | 4 |
| 2.1 | Overview | 4 |
| 2.2 | Description | 4 |
| 2.3 | Workaround | 4 |
| 3. | Device RESET and Power Supply Sequence Requirements | 5 |
| 3.1 | Reset and Power Supply Sequencing | 5 |
| 3.2 | TDA1007x Reset & Power Supply Sequencing Timing Diagram | 5 |

Confidential and Proprietary Information
© 2011 Trident Microsystems, Inc. All rights reserved

*Trident*

**Trident Microsystems Inc.**                                    **TDA1007x Errata**

## 1. Summary

It has been observed that sometimes the TDA1007x device registers may not come up in their proper default state after a power-on reset is applied. The frequency of such occurrence was determined to be of the order of once in approximately 2K resets. This document describes the issue causing the erroneous register values; in addition, it specifies the power supply sequence timing requirements.

## 2. Power-On Reset Issue

### 2.1 Overview

The DPR (Dual Port RAM) registers on the TDA1007x can be accessed by the I²C interface, as well as the Page0 interface. The I²C interface is used for host access and works on the XTAL clock domain; while the Page0 interface is used for the embedded 8051 microcontroller access and works on the 8051 clock domain.

### 2.2 Description

During power up, the Phased Lock Loop (PLL) for the 8051 clock is unstable, and the logic does not always receive a clean reset. Due to this unstable reset, an invalid write from the 8051 may be made to the DPR registers. While this erroneous write can be made to any register in the Page0 domain, it is only apparent when the written register is fundamentally important to the device operation.

### 2.3 Workaround

The workaround ensures that the PLLs are stable and it holds off access to Dual Port RAM registers from 8051 via the Page0 interface during initialization. Once the Initialization is complete, then the 8051 Write access is released by the software. Please note that only driver software versions 1.39.62.2 (or later) incorporate this workaround.

(Note: This errata's treatment of the Power-On Reset issue supersedes prior errata concerning this issue.)

Schedule 3.13 - Product Liabilities

*Trident*

Trident Microsystems Inc.                                              **TDA1007x Errata**

# 3. Device RESET and Power Supply Sequence Requirements

## 3.1   Reset and Power Supply Sequencing

The following Reset and Power Supply Sequencing requirements must be followed for proper device operation.

(1) The Supply Voltage to the 3.3V IO_VDD circuitry must be brought up before the 1.0V CORE_VDD.

(2) RESET must be timed vis-à-vis the 3.3V IO_VDD and 1.0V CORE_VDD supplies as indicated in the Timing Diagram below.

## 3.2   TDA1007x Reset & Power Supply Sequencing Timing Diagram



NOTES:
T1 to T2:  timing parameter is typically 4ms
T2 to T3:  timing parameter is typically 100ms or more

**Section 3.14 – Insurance.**

The Company's principal insurance coverage for its operations outside of the United States derives from the policies set forth on the attached Schedule 3.14.pdf and incorporated herein by reference, including without limitation, the Zurich American Insurance "Preferential Package."

31

Schedule 3.14 - Insurance



# Trident Microsystems, Inc.
## Insurance Summary
### July 1, 2011 to July 1, 2012



### Domestic Package –
#### Zurich American Insurance Co., Policy No. CPO967231003

*Commercial Property*

| | |
|---|---|
| Blanket Limit Personal Property (Sunnyvale & San Diego) | $5,153,528 |
| Personal Property (Austin TX only) | $1,520,771 |
| Earthquake Sprinkler Leakage - Sunnyvale | $3,666,200 |
| Blanket Limit Extra Expense | $3,000,000 |
| Contingent Business Income *NXP Semiconductors* | $11,000,000 |
| Contingent Business Income *UMC* | $7,000,000 |
| Contingent Business Income *TSMC* | $6,000,000 |
| Contingent Business Income *KYEC* | $2,000,000 |
| Contingent Business Income *SPIL* | $2,000,000 |
| Dependent Business Income – Unscheduled locations | $250,000 |
| Accounts Receivable | $500,000 |
| Newly Acquired Building – 180 days | $2,000,000 |
| Newly Acquired Personal Property – 180 days | $1,000,000 |
| Off Premises Utility Failure | $100,000 |
| Fairs & Exhibition | $100,000 |
| Computer Fraud, Employee Theft, Forgery – per occurrence | $25,000 |

*Property Deductibles*

| | |
|---|---|
| Property | $25,000 |
| Extra Expense Waiting Period | 24 Hours |
| Earthquake Sprinkler Leakage - CA | $375,000 |
| Contingent Business Income | $500,000 |
| Crime | $5,000 |
| **Premium** | **$57,074** |

*Commercial General Liability*

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Products / Completed Operations Aggregate | $2,000,000 |
| General Aggregate | $2,000,000 |
| Premises Damage Limit | $1,000,000 |
| Medical Expense Limit Per Person | $10,000 |
| Employee Benefits Liability *(CLAIMS MADE)* | |
| Each Occurrence | $1,000,000 |
| Aggregate | $2,000,000 |
| | |
| **Premium** | **$19,985** |

*Commercial Auto Liability*

| | |
|---|---|
| Auto Liability (Non-Owned & Hired) | $1,000,000 |
| Hired Auto Physical Damage | |
| Deductibles (Comprehensive / Collision) | $100 / $500 |
| **Premium** | **$2,338** |

| | |
|---|---|
| **Total Package Premium** | **$68,117** |

### Workers Compensation –
#### Zurich American Insurance Co., Policy No. WC967231203

| Workers Compensation | Statutory |
|---|---|
| Employers Liability | |
| Bodily Injury by Accident, Each Accident | $1,000,000 |
| Bodily Injury by Disease, Policy Limit | $1,000,000 |
| Bodily Injury by Disease, Each Employee | $1,000,000 |
| Estimated Annual Domestic Payroll | $30,680,200 |
| ***Premium:*** *$84,509 + $3,936 Taxes/Surcharges* = **$88,445** | |

### Umbrella Liability –
#### American Guarantee and Liability Ins. Co., Policy No. UMB967231103

| | |
|---|---|
| General Aggregate | $10,000,000 |
| Products / Completed Operations Aggregate | $10,000,000 |
| Each Occurrence | $10,000,000 |
| ***Premium:*** | **$12,625** |

### Cargo Stock Throughput –
#### Lloyds of London (Falvey) Policy No. M-20219, WC20219

*Transit Limits:*

| | |
|---|---|
| Any One Conveyance (ocean, air, land) | $5,000,000 |
| On-Deck Conveyance | $500,000 |
| Package Mail | $10,000 |
| Exhibition / Trade Fair | $100,000 |
| Salesperson Sample | $25,000 |

*Inventory Limits:*

| | |
|---|---|
| NXP ICN Nijmegen, Netherlands | $40,000,000 |
| Trident Microsystems (Hong Kong) Ltd, 1/F and 6/F Bldgs | $20,000,000 |
| LGE ED Hub, 642 Jinpyung-Dong, South Korea | $20,000,000 |
| Any named location | $10,000,000 |
| Any unnamed location | $1,000,000 |
| Extra Expense | $50,000 |
| Wind, Flood, Earthquake (excluding CA EQ) | $20,000,000 |
| All occurrences from Earthquake combined in the Country of Taiwan | $5,000,000 |

*Deductibles:*

| | |
|---|---|
| Transit Deductible | $5,000 |
| Inventory Deductible | $25,000 |
| Wind, Flood, Earthquake Deductible | $100,000 |
| *Premium:* | *$75,156* |

### International Package –
#### Zurich American Insurance Co., Policy No. ZE967231303

*International Liability Coverage*

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Products / Completed Operations Aggregate Limit | $2,000,000 |
| General Aggregate Limit | $2,000,000 |
| Premises Damage Limit | $100,000 |
| Medical Expense Limit (Any One Person) | $10,000 |
| Non Admitted Premium | $9,087 |
| Local Premium (Zurich & RSA) | $22,542 |

*International Auto / Excess Difference in Conditions Liability*

| | |
|---|---|
| Bodily Injury and Property Damage per Accident | $1,000,000 |
| Medical Expense per Accident | $10,000 |
| Premium | $1,665 |

*International Workers Compensation & Employers Liability*

| | |
|---|---|
| Foreign Voluntary Workers Compensation | Statutory |
| Employers Liability: | |
| Bodily Injury by Accident, Each Accident | $1,000,000 |
| Bodily Injury by Disease, Policy Limit | $1,000,000 |
| Bodily Injury by Disease, Each Employee | $1,000,000 |
| Repatriation (Each Employee / Policy Limit) | $100,000 / $300,000 |
| Premium | $13,734 |

*Overseas Property*

| | |
|---|---|
| Overseas Values $48,220,261 - | |
| Non Admitted Premium | $6,780 |
| Local Premium (Zurich & RSA) | $31,993 |

| | |
|---|---|
| ***Total International Premium*** | ***$85,811*** |

### FINPRO Lines
#### March 14, 2011 to March 14, 2012

*Primary Directors & Officers Liability, Policy #01-593-25-74, National Union Fire Insurance Company of Pittsburgh, PA*

| | |
|---|---|
| Limit of Liability *(CLAIMS MADE)* | $10,000,000 |
| Deductibles: Securities Claims | $500,000 |
| Employment Practices Claims | $150,000 |
| Other Claims | $150,000 |
| Prior & Pending Date | 12/14/1996 |
| Premium | $218,968 |

*1st Excess Directors & Officers, Policy #BO509QB012811, Beazley Insurance Co.*

| | |
|---|---|
| Limit of Liability *(CLAIMS MADE)* | $5,000,000 |
| Premium | $79,377 |

*2nd Excess Directors & Officers, Policy #HN-0303-2938, Hudson Insurance Company*

| | |
|---|---|
| Limit of Liability *(CLAIMS MADE)* | $5,000,000 |
| Premium | $55,000 |

*3rd Excess Side A only Directors & Officers, Policy #6801-8900, Federal Insurance Company*

| | |
|---|---|
| Limit of Liability *(CLAIMS MADE)* | $10,000,000 |
| Premium | $97,000 |

*Employment Practices Liability, Policy #01-593-26-76, National Union Fire Insurance Company of Pittsburgh, PA*

| | |
|---|---|
| Limit of Liability *(CLAIMS MADE)* | $3,000,000 |
| Deductible | $50,000 |
| Premium | $40,602 |

#### July 1, 2011 to July 1, 2012

*Crime, Policy #02-420-38-10 , National Union Fire Ins Company of Pittsburgh, PA*

| | |
|---|---|
| Employee Dishonesty | $2,000,000 |
| Loss Outside the Premises | $2,000,000 |
| Depositor's Forgery | $2,000,000 |
| Money Orders & Counterfeit Paper Currency | $2,000,000 |
| Loss Inside the Premises | $2,000,000 |
| Credit Card Forgery | $2,000,000 |
| Computer Coverage | $2,000,000 |
| Deductible | $25,000 |
| Premium | $9,619 |

*Employed Lawyers Liability (CLAIMS MADE), Policy #82095469, Federal Insurance Company*

| | |
|---|---|
| Maximum Aggregate Limit | $3,000,000 |
| Defense sublimit | $500,000 |
| Premium | $10,350 |

*Fiduciary Liability (CLAIMS MADE), Policy #024204455, National Union Fire Insurance Company of Pittsburgh, PA*

| | |
|---|---|
| Maximum Aggregate Limit | $3,000,000 |
| Deductibles | $0 |
| Retroactive Date | 7/1/1994 |
| Premium | $4,422 |



**Section 3.15– Permits.**

Building Permits relating to the Transferred Leases are held by their respective landlords. The Company will request copies of relevant Permits from the landlords once the Agreement has been signed by the Parties and will provide such copies to Purchaser as soon as possible (but in any event prior to Closing).

The Software Technology Park of India has granted Trident Microsystems (India) Pvt. Ltd. a Permit relating to its business operations in India.

Trident Digital Systems (UK) Limited received a Letter of Offer, dated as of December 9, 2011, from Invest Northern Ireland (a European Union regional development fund) relating to its business operations in Belfast.

Business Permit No. 1296096 issued to Trident Microsystems (Beijing) Co., Limited, dated April 23, 2004, from the Beijing Administration for Industry and Commerce.

Business License No. 058517 issued to the Company by the City of Sunnyvale, California.

32

**Section 3.16 – Conduct of Business.**

Set forth below are cross references to <u>Section 5.2</u> of the Agreement as referenced in <u>Section 3.16</u>.

### Section 5.2(b)

Periodic reports have been provided by the Company to Purchaser upon request however such reports have not been made on a weekly basis since September 30, 2011.

### Section 5.2(d)

The Company has extended its payment terms with the following vendors:

- NXP – currently paying on 90 day terms (normally 30 day terms)

- TSMC – currently paying cash in advance (normally 30 day terms)

### Section 5.2(e)

Reference is made to <u>Section 3.21(a)</u> below and incorporated herein by reference.

### Section 5.2(j)

Reference is made to <u>Section 3.15</u> above and incorporated herein by reference.

WEST\225506493.11

**Section 3.17 – Contracts.**

**Section 3.17(a)(ii)**

Agreement Regarding MoCA Development, dated November 18, 2010, between Cisco Systems, Inc. and Trident Microsystems (Far East) Ltd.

34

**Section 3.18 – Employees.**

**Section 3.18(a)**

Reference is made to Schedule 3.18(a).xlsx attached hereto and incorporated herein by reference.

The following STB Employees have given notice of termination:

- Chris Hopwood
- Yian Jin
- Pardha Saradhi
- Shi Xianshuai
- Hang Zuo
- Lingyun Cai
- Rajesh Siriguppa
- Parth Dixit
- Shang Cai

**Section 3. 18(b)**

Reference is made to Schedule 3.18(b).xlsx attached hereto and incorporated herein by reference.

**Section 3. 18(c)**

The Employment Agreement, dated March 7, 2011, between Trident Microsystems (Nederland) B.V. and Nouar Hamze is governed by the National Collective Bargaining Agreement of Engineers and Managers of Metallurgy.

On or around June 22, 2010, the Company was contacted by the Shanghai trade union by phone requesting the Shanghai office to form a union prior to the end of August 2010 and indicating that the Company was listed as a non-union company. The Company responded explaining its current financial condition. The Company has received no subsequent communications in this regard.

The UK Subsidiary has an employee counsel that is responsible for conducting collective adequacy consolation in connection with proposed terminations of employment.

**Section 3. 18(e)**

Reference is made to Schedule 3.18(e).xlsx and Schedule 3.18(e).doc attached hereto and incorporated herein by reference for a list of contractual retention bonuses granted to STB (U.S.) Employees and the form of letter agreement by which the Company granted the retention bonuses.

Strategic Alternatives Incentive Letter Agreement, dated December 27, 2011, between Trident Microsystems, Inc. and Mark Bauer providing for the payment of approximately $32,100 upon the consummation of the Contemplated Transactions.

Strategic Alternatives Incentive Letter Agreement, dated December 27, 2011, between Trident Microsystems, Inc. and Erwin Bosma providing for the payment of approximately $32,100 upon the consummation of the Contemplated Transactions.

**Section 3. 18(g)**

Reference is made to Schedule 3.18(g).xlsx attached hereto and incorporated herein by reference for a list of contractual retention bonuses granted to Non-U.S. STB Employees.

Reference is made to Section 3.18(e) above and incorporated herein by reference for a list of Contracts which provide for retention bonuses to be paid to employees and which will not be effected by involuntary termination.

Trident Microsystems, Inc. Amended and Restated Executive Retention and Severance Plan, dated December 15, 2010.

Trident Microsystems, Inc. Retention and Severance Policy for Vice Presidents, dated December 15, 2010.

**Section 3. 18(h)**

The Company believes that it is likely for the Company to engage in negotiations with Active Employees for an increase in remuneration and/or benefits within the next six (6) months due to competitive pressures. The Company will discuss any such negotiations with Purchaser prior to their initiation, and no such increases in remuneration and/or benefits shall be agreed to without Purchaser's prior written consent as required by Section 5.3(f) of the Agreement.

36

## Section 3.19 – Employee Benefits.

### Section 3.19(a)

Trident Microsystems (Korea) Limited has unfunded Liabilities of 109,304,876 KRW (approximately US$94,600) related to its Korean Foreign Employee Benefit Plan, which was transferred to Trident Microsystems (Korea) Limited by NXP (the "*Legacy NXP Korea Pension Plan*"). A total of 7 individuals, of which 6 are STB Employees, are participants in the Legacy NXP Korea Pension Plan, all of whom were former employees of NXP and all of whom are current employees of Trident Microsystems (Korea) Limited.

### Section 3. 19(g)

None.

37

**Section 3.20 – Real Estate.**

**Section 3.20(a)**

1. Office Lease, dated October 11, 2010, by and between PW Commerce Center LP and Trident Microsystems, Inc.

   Landlord:          PW Commerce Center LP
   Address:           9500 Arboretum Blvd., Suite L-100, Austin, TX 78759, United States

2. Lease Deed, dated June 21, 2010, by and between VITP Private Limited and NG Microsystems India Private Limited, as amended by Addendum to Lease Deed, dated March 25, 2011, by and between VITP Private Limited and Trident Microsystems India Private Limited.

   Landlord:          VITP Private Limited
   Address:           Plot No. 17., 7th Floor Capella Bldg. Madhapur, Serilingampally
                      Municipality, RP District, Hyderabad, India

3. Assignment, dated April 26, 2010, by and among Datura Enterprises Limited, NXP Semiconductors UK Limited, Trident Digital Systems (UK) Limited and Trident Microsystems, Inc.

   Landlord:          Datura Enterprises Limited
   Tenant:            NXP Semiconductors UK Limited
   Assignee:          Trident Digital Systems (UK) Limited
   Guarantor:         Trident Microsystems, Inc.
   Address:           Part of First and Second Floor Suite B, MacNiece House, 75/77 Malone
                      Road, Belfast, United Kingdom

4. Property Lease Contract, undated, by and between Shanghai Lingang Economic Development Group Investment Management Co., Ltd. and Trident Multimedia Technologies (Shanghai) Co., Ltd.

   Landlord:          Shanghai Industrial Zone Development Company
   Address:           Building 26, No. 487 Tianlin Road, Caohejing Hi-tech Park, Shanghai,
                      China

5. Lease Agreement, date unknown, by and between DongYang Insurance Building and Trident Microsystems (Korea) Ltd. (Lease in Korean, no translation currently available)

   Landlord:          DongYang Insurance Building
   Address:           271-1 Seohun-dong Bundang-gu SeonNam, City of Gyunggido, Korea

6. Sublease, dated April 1, 2010, by and between Conexant Systems, Inc. and Trident Microsystems, Inc., as amended by First Amendment to Sublease, dated April 1, 2011

   Sublessor:         Conexant Systems, Inc.
   Master Landlord:   ELPH Scranton Road, LP
   Address:           9808 Scranton Rd., San Diego, CA 92121, United States

7. Leave and License Agreement, dated November 4, 2011, by and between Dr. Soni Kala Chandrakant and Dr. Soni Abhijt Chandrakant and Trident Microsystems India Pvt. Ltd.

   Landlord:     Dr. Soni Kala Chandrakant and Dr. Soni Abhijt Chandrakant
   Address:      No. 708, 7th Floor, Hirdandani Business Park, Powai, Mumbai 400 076, India

8. Property Lease Agreement, dated June 1, 2010, by and between Otemachi Properties Yugen Kaisha and Trident Microsystems Japan Goudo Kaisha

   Landlord:     Properties Yugen Kaisha
   Address:      Shinagawa Grand Central Tower, 2-16-4 Konan, Minato-ku, Tokyo

9. Lease Agreement, dated December 21, 2010, by and between NXP Semiconductors Taiwan Ltd. and Trident Microsystems (Taiwan) Ltd. (Lease in Mandarin, no translation currently available)

   Landlord:     NXP Semiconductors Taiwan Ltd.
   Address:      8-3 West 3rd Street, NEPZ, Kaohsiung, 81170, Taiwan, ROC

10. Lease Agreement, dated December 5, 2010, by and between Syntek Semiconductor Co., Ltd. and Trident Microelectronics Co., Ltd.

    Landlord:    Syntek Semiconductor Co., Ltd.
    Address:     8th Fl, No. 1, Alley 30, Lane 358, Jui-kuang Rd, Neihu District, Taipei City, Taiwan, ROC

11. Lease Agreement, dated October 25, 2011, by and among Syntek Semiconductor Co., Ltd., The Fortuner Co., Ltd. and Trident Microelectronics Co., Ltd.

    Landlord:    Syntek Semiconductor Co., Ltd. and The Fortuner Co., Ltd.
    Address:     5th Fl, No. 1 and No. 3 and 6th Fl, No. 1 and No. 3, Alley 30, Lane 358, Jui-kuang Rd, Neihu District, Taipei City, Taiwan, ROC

12. Lease Agreement, dated March 5, 2010, by and among Kifer Tech Investors LLC and Trident Microsystems, Inc.

    Landlord:    Kifer Tech Investors LLC
    Address:     1170 Kifer Road, Sunnyvale, California, United States

The Company is currently negotiating a new lease for its Shenzhen facility beginning on December 20, 2011 and expiring on June 20, 2012.

Pursuant to the Agreement for Real Estate Consulting and Transaction Services, dated April 7, 2011, between Trident Multimedia Technologies (Shanghai) Co., Ltd. and Jones Lang LaSalle Surveyors (Shanghai) Co., Ltd. the Company has outstanding broker fees which are due in connection with the Company's sale of real property in Shanghai. The amount payable includes a fixed portion equaling approximately $258,700 and a variable portion based upon certain performance indicators which the Company has yet to determine.

**Section 3.21 – Seller Intellectual Property**.

**Section 3.21(a)**

Reference is made to <u>Schedule 3.21(a)(1).xlsx</u> attached hereto and incorporated herein by reference for a list of all Registered IP including Registered IP for which there may potentially be chain of title issues.

Reference is made to <u>Schedule 3.21(a)(2).xlsx</u> attached hereto and incorporated herein by reference for a list of all US patents which the Company plans to prosecute and pay annuities on for 120 days following the date of the Agreement. Due to budget constraints, this list has been created based upon the Company's current patent docket which may be incomplete, contain incomplete information or chain of title issues.

The Company has not taken all actions necessary to file, prosecute and maintain all Registered IP in full force and effect due to budget constraints, including but not limited to:

- The Company does not currently maintain a U.S. or foreign prosecution docket. The Company's annuity payment provider utilizes the Company's previously maintained prosecution docket for calculating the due date and the amount of annuities that may be due for patents in the Company's portfolio. Therefore the Company cannot represent that the correct annuity amount will or has been paid in a timely manner.

- Since on or around June of 2011, the Company has not maintained its foreign prosecution docket with its foreign patent counsel, Epping Hermann and Fischer. Failure to maintain this patent docket may result in the failure of relevant foreign prior art references from being properly cited in the prosecution of corresponding U.S. patent applications pending before the U.S. Patent and Trademark Office ("*USPTO*").

- Prior to December of 2011, the Company adopted the practice of selectively responding to USPTO office actions based on limited funds available to prosecute and maintain its patent portfolio. Specifically, the Company allocated funds for payment of issue fees and RCE fees when deemed appropriate. In addition, the Company has not prosecuted its patent portfolio due to budget constraints.

- The Company acquired ownership of patent properties from Micronas in 2009 and 2010 and from NXP in 2010. However, the Company has not completed the process for recordation of assignments for patent properties in jurisdictions other than the United States, Germany, the U.K., Japan, South Korea and China.

Reference is made to <u>Schedule 5.4(c)</u> and incorporated herein by reference for a list of all patents that may have open issues relating to assignment.

Beginning on or around February 2010 through September 2011, the Company did not fund its Patent Awards Program resulting in a decrease in submission of Invention Disclosures ("*IDs*") from its employees which may result in ownership issues or validity issues with respect to such inventions.

Since on or around February 8, 2010, the Company has retained substantially all IDs as trade secrets rather than file patent applications on IDs submitted by its employees.

The Company believes that a limited number of IDs rightfully belonging to the Company pursuant to the

terms of the NXP IPTLA may not have been timely transferred from NXP to the Company. However, the Company did not pursue its rights with respect to such IDs from NXP.

### Section 3.21(b)

Reference is made to Schedule 3.21(a)(1), Tab "Unconfirmed Patent Assignment" attached hereto and incorporated herein by reference for issues relating to good, valid and enforceable title of all Seller Owned Intellectual Property Assets.

Reference is made to Intravisual Litigation as discussed in Section 3.23 below and incorporated herein by reference as it relates to a claim by a Third Party relating to the ownership of certain Intellectual Property necessary for the Company to conduct its business.

### Section 3.21(e)(i)

Reference is made to Schedule 1.1(h) to the Agreement and incorporated herein by reference for a list of Contracts pursuant to which any Licensed Intellectual Property Asset is or has been licensed, sublicensed, sold, assigned, or otherwise conveyed or provided to the Company.

### Section 3.21(e)(ii)

Pursuant to the NXP IPTLA, the Company may not initiate any action for breach of IP licenses for actions taken prior to the closing of the NXP B.V. asset acquisition.

### Section 3.21(f)

Reference is made the Intravisual Litigation as discussed in Section 3.23 below and incorporated herein by reference.

Other than liabilities which were assumed on a going forward basis as part of the Company's merger and acquisition activity, the Company has not assumed or otherwise taken responsibility for any existing or potential liability of another Person for infringement, misappropriation or violation of any Intellectual Property.

### Section 3.21(i)(i)

Reference is made to Schedule 3.21(i)(i).xlsx attached hereto and incorporated herein by reference.

### Section 3.21(i)(ii)

None.

### Section 3.21(i)(iii)

Seller Software for Products not yet in production may contain material defects or may contain material errors in design documentation which the Company is currently working to resolve.

### Section 3.21(k)

Reference is made to Schedule 3.21(k).xlsx attached hereto and incorporated herein by reference for a list of all Products used in the STB Business that are derived from, distributed with, or are being or were developed using Open Source Code.

41

The Company honors all open-source licensing requirements taking the most conservative view, in line with many of our customers, which imposes or could impose a requirement or condition that any Product or part thereof (A) be disclosed or distributed in source code form, (B) be licensed for the purpose of making modifications or derivative works, or (C) be redistributable at no charge up to and including GPL v2 on kernel drivers, both statically linked and dynamically loaded. This is inherent to the use of Linux or Android and impacts stock functionality only. All subsystems that the Company views as critical to the STB Business (including all critical components of the subsystems related to Security, CAS, Video, Audio, DRM, Transport Stream Demux, and any and all drivers containing third-party IP that may not be open sourced (such as HDMI, HDCP, and 3D Graphics))are protected from (A), (B) and (C) above through implementation in user-space or on separate, non-OSS subsystems.

**Section 3.21(m)**

None.

**Section 3.22 – Taxes.**

**Section 3.22(a)**

None.

**Section 3.22(b)**

The Internal Revenue Service has initiated an examination of the Company's U.S. corporate income tax returns for the years ended December 31, 2009, June 30, 2009 and June 30, 2008 (the "*IRS Audit*") for transfer pricing related matters.

**Section 3.22(c)**

The Company has agreed to an extension of time with respect to a Tax assessment or deficiency in connection with the IRS Audit described in Section 3.22(b) above.

43

<u>**Section 3.23 – Litigation.**</u>

- <u>Intravisual Patent Litigation</u>: In March 2010, Intravisual Inc. filed complaints against the Company and multiple other defendants, including NXP, in the United States District Court for the Eastern District of Texas, No. 2:10-CV-90 TJW alleging that certain Company video decoding products infringe a patent relating generally to compressing and decompressing digital video. The complaint seeks a permanent injunction against the Company as well as the recovery of unspecified monetary damages and attorneys' fees. On May 28, 2010, the Company filed our answer, affirmative defenses and counterclaims. Some preliminary discovery has occurred. No date for trial has been set. The Company intends to contest this action vigorously. Because this action is in the very early stages, and due to the inherent uncertainty surrounding the litigation process, the Company is unable to reasonably estimate the ultimate outcome of this litigation at this time (the "*Intravisual Litigation*").

44

**Section 3.25 – Business Continuity.**

On September 8, 2011, there was a large-scale power outage county wide in San Diego, as well as parts of Orange County, Arizona, and Northern Baja, which caused a shutdown of certain IT component operations of the Company located in San Diego.  The major IT environment was back online by September 9, 2011 with small hardware issues which remained outstanding until September 12, 2011.

.

**Section 3.27 – Brokers.**

Pursuant to a Letter Agreement, dated December 3, 2011, the Company has engaged UnionSquare Advisors LLC to act as its investment banker and financial advisor with respect to the Contemplated Transaction.

WEST\225506493.11

Due to the size and voluminous nature of the following Schedules, copies have not been attached hereto:

Schedule 3.7(c) -  Off-Balance Sheet Purchase Obligations
Schedule 3.11 - Owned Inventory
Schedule 3.12 - Receivables
Schedule 3.18(a) -STB Employees
Schedule 3.18(b) – STB Service Providers
Schedule 3.18(e) – Form of STB (U.S.) Employee Incentive Letter
Schedule 3.18(e) – STB (U.S.) Employee Incentive Agreement Terms
Schedule 3.18(g) – Non U.S. STB Employee Incentive Agreement Terms
Schedule 3.21(a)(1) - Registered IP
Schedule 3.21(a)(2) – Registered IP to be Maintained by Company
Schedule 3.21(i)(i) – Seller Software
Schedule 3.21(k) – Products with Open Source Software

Copies of the above-mentioned Schedules are available by contacting:

Cynthia E. Moh, Esquire
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone:  (302) 468-5633
Facsimile:  (302) 397-2480
Email:  cynthia.moh@dlapiper.com