# EXHIBIT 3

CONFIDENTIAL

# NXP Manufacturing Services Agreement

## Term Sheet

*The purpose of this Term Sheet is to set forth the non-binding basis for the negotiation of a new MSA between Midas and NXP as it relates to the set-top box business line of Kilo which is being sold to Midas (the "STB Business"). This summary of material terms does not address all issues and matters that may arise in the course of preparing a definitive agreement.*

| | |
|---|---|
| **A. Parties** | • Midas and one or more affiliated entities ("Midas") <br> • NXP Semiconductors Netherlands, B.V. ("NXP") |
| **B. Manufacturing Services** | NXP will initially continue to provide full turnkey Manufacturing Services for all STB products. Subject to the minimum volume commitments described below, Midas may elect to develop second sources of supply or transition products entirely to alternate suppliers. It is anticipated that, over the first 12 months of the agreement, certain STB products (primarily recent products developed since February 2010) will be transitioned entirely to alternate suppliers while other STB products (primarily the legacy products developed prior to February 2010) will continue to be manufactured primarily or entirely by NXP for the life of such products. It is understood that NXP can only provide turnkey manufacturing services, when it either produces the associated wafers in its own facilities (in a minority of cases) or buys the wafers from external foundries (in the vast majority of cases) on behalf of Midas. |
| **C. Purchasing & Supply Chain Services** | Concurrently with this agreement, NXP and Midas will enter into a 12 month transition services agreement ("TSA"). If certain purchasing, supply chain or quality assurance services (such as failure analysis) will be required in connection with legacy products that continue to be manufactured by NXP after 12 months, such services may be part of the MSA rather than the TSA. Additional services and areas where NXP will cooperate with Midas shall be specified in the MSA or an applicable TSA, and will include working collaboratively to identify and resolve root causes of manufacturing issues, improve yields, improve product quality and reduce manufacturing times. <br><br> NXP shall render Purchasing and Supply Chain Services purely as "middleman" for the economic benefit and risk, and at the direction, of Midas. The risks of the quality of the performance or the non-performance by any Third Party Provider is assumed by Midas. Midas shall hold NXP harmless with respect to the quality of the performance or the non-performance of any Third Party Provider, including any consequences thereof. NXP shall assign to Midas any |

rights it may have with respect to the quality of performance or nonperformance of any Third Party Provider or, if such assignment is not possible, NXP shall use its commercially reasonable efforts to assist Midas in seeking recovery from such Third Party Provider to the same extent that NXP would use if it were seeking recourse for any loss or damage incurred for itself. NXP shall reasonably assist in establishing communication and analysis processes between Midas and any Third Party Providers.

| | |
|---|---|
| D. Term & Termination | The term of the MSA shall be three years, renewing annually on each anniversary date of the agreement for a new three year term. The MSA may not be terminated by either party for convenience, however, upon written notice by either party, the agreement shall not renew and instead a two year wind-down of the MSA shall commence at the next subsequent anniversary date. During the wind-down period, Midas shall be released from its minimum volume commitments and NXP will provide reasonable assistance to transition manufacturing of products to new suppliers. |
| E. Pricing and Service Tariffs | Prices for NXP's Manufacturing Services will be negotiated in a table of quarterly "Service Tariffs," similar to the way such services are priced in the existing MSA with Kilo. Service Tariffs will initially be shown for all products for 4 quarters. Prior to the 1st anniversary of the Agreement, Service Tariffs for the products that NXP will continue to manufacture shall be negotiated for a period of 12 quarters (with the first such quarter commencing on the 1st anniversary of the Agreement). Prior to each anniversary date thereafter, the parties will negotiate tariffs for the new outside year that will be added to the term on the anniversary date. |
| | Other factors which determine final product pricing will include yield assumptions, 3rd party royalties and 3rd party wafer prices. Similar to the way products are priced in the existing MSA with Kilo, after accounting for these "pricing factors", prices for each product will be agreed upon at the beginning of each quarter and may be reconciled at the end of the quarter if the pricing factors during the quarter were different than anticipated. Midas will have an active role in negotiating prices and other terms with any third parties to the extent NXP's supply chain model permits such participation. |
| F. Volume Commitments | Minimum volume commitments will be established for each product as a percentage of total production volume for such product across all manufacturers, subject to satisfactory order acceptance and delivery, product quality and yields. Initially, Midas's minimum volume commitment will be 100% for all of the products subject to the MSA. |

|  |  |
|---|---|
|  | This will taper down over the first 12 months of the MSA to (i) 0% in the case of certain products where production is expected to be moved entirely to third parties, and (ii) 40% in the case of the legacy products where NXP is expected to be the principal supplier of such products for their product life. |
| G. Allocation of Mfg Capacity | In situations where NXP is manufacturing at full capacity and is required to allocate its production capacity among its customers, and without limiting NXP's order acceptance obligations under Section I, Midas will receive "most-favored nation" allocation pro rata with NXP's best customers. Midas will be offered the same opportunities as NXP's best customers to receive expedited production (subject to payment of expedite fees on par with the expedite fees charged to such customers). |
| H. Forecasts | Midas will provide NXP with non-binding rolling 12 month forecasts during the 2nd week of each month. . NXP will initiate production for finished goods orders after the reception of Midas Purchase Orders. NXP will accept and confirm Midas' Purchase Orders in accordance with Section I. Separate from and in addition to the Finished Goods orders, NXP will initiate production of wafers based on forecast or indication from MIDAS for a group of products in order to maintain a die bank. The die bank will have a maximum level per product as agreed upon by both Midas and NXP. Midas will have an obligation to purchase the wafers within a mutual agreed period. |
| I. Purchase Orders | Assuming that Midas is current in its payments, NXP will be required to accept purchase orders placed within the applicable lead times. |
|  | Midas may cancel, without penalty, any purchase order for which work has not yet started. Once work has commenced, Midas may only cancel a purchase order by paying a cancellation fee set forth in the definitive MSA and reimbursing NXP for costs incurred. Without penalty, Midas may reschedule delivery under any purchase order for which work has started, provided the rescheduled delivery date is within the same calendar quarter as the original committed delivery date. |
| J. Lead Times and Delivery | Standard lead times will be the same as apply for Kilo under the existing MSA. On a monthly basis, NXP will provide Midas with its 6 month forecast of lead times. Within 5 days of submission of a PO, NXP will notify Midas of its acceptance of the PO and the confirmed delivery date. For orders placed within lead times (including extended lead times in periods where manufacturing capacity is on allocation), the delivery date specified by Midas |

3

992216 v5/HN

|  |  |
|---|---|
|  | shall be the confirmed delivery date. For orders requesting a delivery date inside the applicable lead times, NXP will use commercially reasonable efforts to honor the requested delivery date. NXP will use its best efforts to achieve 95% on-time delivery. On time delivery (OTD) will be a factor in evaluating NXP's performance under the MSA, and Midas will be released from its volume commitments in the event NXP fails to meet agreed performance. |
| K. Invoices and Payment | NXP shall invoice Midas for the aggregate product price in U.S. dollars of each shipment of products at the time of such shipment. All payments due to NXP shall be paid to NXP in U.S. dollars twice per calendar month as follows: (a) payments on or before the 10th calendar day of each calendar month, covering those invoices dated between the first calendar day up to and including the tenth calendar day of the previous month, and (b) payments on or before the 25th day of a calendar month, covering those invoices dated between the eleventh calendar day up to and including the last calendar day of the previous month. |
| L. Engineering Changes and End-of-Life Procedures | Any product changes proposed by NXP shall be handled in compliance with JEDEC Standard JESD 46C.<br><br>NXP shall be entitled to discontinue the manufacture of products or manufacturing processes for each product where the sales volume falls below a threshold specified in the MSA; *provided, however,* that NXP shall provide Midas with 6 months' prior written notice (the "*EOL Notice*") of any such discontinuance or withdrawal. Midas may place purchase orders for any EOL product during such 6-month period (the "*EOL Period*") provided that all shipments must be scheduled to occur within 12 months of such EOL Notice. |
| M. Quality Standards | NXP shall maintain the following certifications:<br>☐ ISO 9001 certification for its quality management system; and<br>☐ ISO/TS16949 certification for NXP Plants. |
| N. IP Transfers & Licenses to Enable a Second Source | With respect to each of the products manufactured by NXP, NXP shall grant Midas a fully-paid, transferable, royalty-free license to the intellectual property in its possession associated with the manufacture and testing of the products (e.g., specifications, designs, procedures, algorithms, test vectors, test fixtures, etc.) in order to allow Midas to source the manufacture of such products from another party. |
| O. Product Warranties | Products manufactured by NXP shall be warranted to be free from defects in materials and workmanship for 12 month from the date of delivery. |

4

| | |
|---|---|
| P. IP Indemnification | NXP shall provide indemnity to Midas in respect of claims brought by a third party against Midas that the manufacturing processes or any other technologies used by NXP to manufacture the Products purchased hereunder infringes any of such third party's intellectual property rights, except if and to the extent such infringement is caused by compliance with or implementation of Midas's instructions or requirements to use a specific manufacturing process or technology. Midas shall provide indemnity to NXP in respect of claims brought by a third party alleging that (1) any Products supplied by NXP hereunder infringes any intellectual property rights or (2) use of equipment, materials supplies, know-how, methodologies or technology owned by Midas and/or provided to NXP by Midas or a third party on the instructions of Midas. |
| Q. Assignment | The MSA may not be assigned by either party without the consent of the other party except in connection with a sale of the applicable business. |
| R. Liabilities | Except for any breach of confidentiality obligations, infringement of the other Party's intellectual property rights, and NXP's breach of its obligation to accept purchase orders pursuant to Section I, in no event shall a Party's liability for direct damages arising out of or relating to this Agreement exceed, with respect to a claim, the total amounts paid or payable to, or paid or payable by, such Party for services or Products to which the claim pertains.<br><br>Except for any breach of confidentiality obligations, infringement of the other Party's intellectual property rights, and NXP's breach of its obligation to accept purchase orders pursuant to Section I, in no event shall either Party be liable for any indirect or consequential damages (including loss of profits and loss of use) resulting from, arising out of, or in connection with a Party's performance or failure to perform under this Agreement, whether due to a breach of contract, breach of warranty, tort, negligence or otherwise, even if a Party has been advised of the possibility of such damages. |