## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| **TRIDENT MICROSYSTEMS, INC.,** <u>et</u> | ) |
| <u>al.</u>,[1] | ) |
| | ) Case No. 12-10069 (CSS) |
| Debtors. | ) |
| | ) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Shakira L. Ferguson, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On January 13, 2012, at my direction and under my supervision, employees of KCC caused to be served the following document via Facsimile on the service list attached hereto as **Exhibit A**, via Electronic mail on the service list attached hereto as **Exhibit B**, and via Overnight mail on the service list attached hereto as **Exhibit C**:

- **Notice of Agenda of Matters Scheduled for Hearing on January 18, 2012 at 9:00 A.M. (EST)** [Docket No. 45]

Dated: January 18, 2012

Shakira L. Ferguson

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of January 2012, by Shakira L. Ferguson, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

# Exhibit A

**Exhibit A**
**Core/2002 Fax Service List**

| Company | Contact | Fax | Status |
|---|---|---|---|
| ACER Laboratories Inc | Miss Amy Lou | 011-886-2-8768-2800 x5158 | Unsuccessful |
| AON Consulting/Radford Surveys | | 508-628-1550 | Successful |
| ARM LTD | Romina Stepanpour | 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-400410 | Successful |
| Beth Peterson Ent Inc | | 415-431-2261 | Successful |
| Bialson Bergen & Schwab | Lawrence M Schwab, Thomas M Gaa & Kenneth T Law | 650-494-2738 | Successful |
| Cadence Design Systems | Aurore Barbeau | 011-353-0-1-805-4310 | Unsuccessful |
| California Dept of Revenue | Attn Bankruptcy | 916-327-0615 | Successful |
| CEVA DSP LTD | Gunn Salelanonda | 011-650-417-7995 | Unsuccessful |
| CEVA DSP LTD | Gunn Salelanonda | 011-972-9-9613800 | Successful |
| Cisco Systems Inc | Dwight Alabanza | 800-722-2009 | Unsuccessful |
| City of Sunnyvale CA | Finance Treasury Services | 408-737-4950 | Successful |
| Clearpath Workforce Management | Laura Qanadilo | 866-830-2720 | Successful |
| Clearpath Workforce Management | Laura Qanadilo | 209-239-8810 | Successful |
| Comptroller of Public Accounts | Mike Doyle | 512-475-0352 | Successful |
| Cooch and Taylor PA | C Scott Reese, Blake A Bennett & R Grant Dick | 302-984-3939 | Successful |
| Cooley LLP | Cathy Hershcopf & Alex R Velinsky | 212-479-6275 | Successful |
| Delaware Dept of Justice | Attn Bankruptcy Dept | 302-577-5866 | Unsuccessful |
| Delaware Secretary of State | Division of Corporations Franchise Tax | 302-739-5831 | Unsuccessful |
| Delaware Secretary of Treasury | | 302-739-5635 | Unsuccessful |
| Deloitte & Touche | Clara Chan | 215-569-2441 | Unsuccessful |
| Deloitte & Touche | Clara Chan | 866-947-3428 | Successful |
| DVB Project Office | c/o EBU | 011-41-22-717-2727 | Unsuccessful |
| E*Trade Financial | Accounts Receivable | 571-227-0214 | Successful |
| Feinberg Day Alberti & Thompson LLP | | 650-618-4368 | Successful |
| Fenwick & West LLP | Stephenie Lim | 650-938-5200 | Successful |
| Global Tax Network | Jill Mikolajczak | 736-252-0314 | Unsuccessful |
| Global Tax Network | Jill Mikolajczak | 763-252-0306 | Successful |
| Imagination Technologies Ltd | Andrew Fearn | 011-44-0-1923 268969 | Successful |
| Internal Revenue Service | Centralized Insolvency Operation | 267-941-1015 | Successful |
| KILOPASS | Rick Dumont | 408-980-8856 | Unsuccessful |
| Law Offices Fennemore Craig | Fennemore Craig | 602-916-5999 | Unsuccessful |
| LEXRA INC | Charlie Cheng | 408-980-8856 | Unsuccessful |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | 713-844-3501 | Successful |
| Maples and Calder | Caroline Moran | 011-345-949-8080 | Unsuccessful |
| Mayer Brown LLP | Richard G Ziegler | 312-706-8114 | Successful |
| Mentor Graphics (Ireland) Ltd | Sharon Fang | 011-503-685-1920 | Unsuccessful |
| Merrill Communications LLC | | 651-646-6253 | Successful |
| Merrill Communications LLC | | 650-493-1484 | Successful |
| Micronas GmbH | Clemens Eisenmann | 011-49-761-517-12237 | Unsuccessful |
| Micronas GmbH | Clemens Eisenmann | 011-49-761-517-2174 | Unsuccessful |
| MIPS Technologies Inc | Jess Herrcra | 650-567-7022 | Unsuccessful |
| MIPS Technologies Inc | Jess Herrcra | 408-530-5150 | Unsuccessful |
| Mosaid Technologies Incorporated | Pam Yeh | 011-613-271-2148 | Unsuccessful |
| Nagravision | Alerto Canciani | 011-41-21-732-01-00 | Successful |
| NXP BV | Guido Dierick & Charles Smit | 011-31-0-40-27-29658 | Unsuccessful |
| NXP BV | Guido Dierick & Charles Smit | 011-31-40-27-29645 | Successful |
| Office of the Attorney General | California Department of Justice | 916-323-5341 | Successful |
| Office of the Attorney General | | 512-475-2994 | Successful |
| Office of the United States Trustee Delaware | Juliet Sarkessian | 302-573-6497 | Successful |
| Office of the US Attorney General | Joseph R Biden III | 302-577-6499 | Successful |
| Plus Relocation | Alexcis Perrine | 952-593-2748 | Successful |

**Exhibit A**
**Core/2002 Fax Service List**

| Company | Contact | Fax | Status |
|---|---|---|---|
| Portscon Inc | Jessica Mendez | 650-358-0400 | Successful |
| PricewaterhouseCoopers LLP | Johan Furstenberg | 813-637-4444 | Successful |
| PricewaterhouseCoopers LLP | Johan Furstenberg | 813-496-2025 | Successful |
| Realnetworks Inc | Van Nguyen | 206-674-2700 | Unsuccessful |
| Realnetworks Inc | Van Nguyen | 206-441-9462 | Successful |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | 215-597-3194 | Unsuccessful |
| Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317 | Successful |
| Securities & Exchange Commission | Secretary of the Treasury | 202-772-9318 | Successful |
| Securities & Exchange Commission NY Office | George S Canellos Regional Director | 212-336-1320 | Successful |
| Siliconware Precision | Jack Truong | 011-04-5341525 | Unsuccessful |
| Siliconware Precision | Jack Truong | 011-886-4-25330639 | Successful |
| SKELMIR LLC | Chris Hausuer | 214-912-4133 | Unsuccessful |
| SKELMIR LLC | Chris Hausuer | 617-776-0740 | Successful |
| Skillsoft Corporation | William Johnston | 603-324-3212 | Successful |
| Skillsoft Corporation | William Johnston | 603-324-3009 | Successful |
| Sonoma Capital Management LLC | Jeffrey Thorp | 212-897-8051 | Successful |
| State Board of Equalization | Stephen R Rudd | 916-324-3984 | Successful |
| Synopsys Inc | Craig Crosley | 650-584-1425 | Unsuccessful |
| Synopsys Inc | Craig Crosley | 650-584-8637 | Unsuccessful |
| Synopsys Inc | Craig Crosley | 650-584-4240 | Successful |
| Taiwan Semiconductor | Alex Sun | 011-408-382-8008 | Unsuccessful |
| Taiwan Semiconductor | Alex Sun | 011-408-382-8009 | Unsuccessful |
| Texas Dept of Revenue | Attn Bankruptcy Section | 888-908-9994 | Successful |
| That Corporation | Beth Mattson | 508-478-0990 | Successful |
| True Partners Consulting | | 312-235-3350 | Successful |
| True Partners Consulting | | 312-235-3382 | Successful |
| UMC Group USA | KT Pai | 011-03-3782258 | Unsuccessful |
| UMC Group USA | KT Pai | 011-408-523-7800 | Unsuccessful |
| US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 302-573-6431 | Unsuccessful |
| WIPRO LIMITED | Ramakrishna Undapalli | 011-91-80-28528857 | Unsuccessful |
| Wright Express Fin Svc Corp | Tim Bruce | 207-828-5181 | Unsuccessful |
| Wright Express Fin Svc Corp | Tim Bruce | 207-523-7760 | Successful |
| Zolfo Cooper | Eleanor Fisher, Gordon Macrae & Chris Kennedy | 011-345-946-0082 | Unsuccessful |

# Exhibit B

**Exhibit B**
**Core/2002 Email Service List**

| Company | Contact | Email |
|---|---|---|
| AON Consulting/Radford Surveys | | tbuyniski@radford.com |
| ARM LTD | Romina Stepanpour | Maggie.Nieduziak@arm.com |
| Beth Peterson Ent Inc | | grobinson@bpeglobal.com |
| Bialson Bergen & Schwab | Kenneth T Law | Klaw@bbslaw.com |
| Bialson Bergen & Schwab | Thomas M Gaa | Tgaa@bbslaw.com |
| Cadence Design Systems | Aurore Barbeau | aurorep@cadence.com |
| CEVA DSP LTD | Gunn Salelanonda | Gunn.Salelanonda@ceva-dsp.com |
| Cisco Systems Inc | Dwight Alabanza | iversd@cisco.com |
| Clearpath Workforce Management | Laura Qanadilo | Julie.Rubio@clearpathwm.com |
| Cooch and Taylor PA | Blake A Bennett | bbennett@coochtaylor.com |
| Cooch and Taylor PA | C Scott Reese | creese@coochtaylor.com |
| Cooch and Taylor PA | R Grant Dick | gdick@coochtaylor.com |
| Cooley LLP | Alex R Velinsky | avelinsky@cooley.com |
| Cooley LLP | Cathy Hershcopf | chershcopf@cooley.com |
| County Treasurer Tax Collector | Dan McAllister | taxman@sdcounty.ca.gov |
| Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| Delaware Secretary of State | Division of Corporations Franchise Tax | DOSDOC_WEB@state.de.us |
| Delaware Secretary of Treasury | | statetreasurer@state.de.us |
| Deloitte & Touche | Clara Chan | yichan@deloitte.com |
| DVB Project Office | c/o EBU | markvoor@dvb.org |
| E*Trade Financial | Accounts Receivable | salesinfo@etrade.com |
| Fenwick & West LLP | Stephenie Lim | slim@fenwick.com |
| Global Tax Network | Jill Mikolajczak | erejman@GTN.com |
| Imagination Technologies Ltd | Andrew Fearn | Andrew.Fearn@imgtec.com |
| Internal Revenue Service | Insolvency Section | susanne.larson@irs.gov |
| KILOPASS | Rick Dumont | t.mah@kilopass.com |
| Law Offices Fennemore Craig | Fennemore Craig | sbateman@fclaw.com |
| LEXRA INC | Charlie Cheng | t.mah@kilopass.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Maples and Calder | Caroline Moran | Caroline.Moran@MAPLESANDCALDER.com |
| Mayer Brown LLP | Richard G Ziegler | rziegler@mayerbrown.com |
| Mentor Graphics (Ireland) Ltd | Sharon Fang | Linda_Wang@mentor.com |
| Merrill Communications LLC | | nancy.moeller@merrillcorp.com |
| Micronas GmbH | Clemens Eisenmann | Clemens.Eisenmann@Micronas.com |
| MIPS Technologies Inc | Jess Herrcra | marites@mips.com |
| Mosaid Technologies Incorporated | Pam Yeh | Yeh@mosaid.com |
| Nagravision | Alerto Canciani | BB_delivery@nagra.com |
| NXP BV | Guido Dierick & Charles Smit | charles.smit@nxp.com<br>guido.dierick@nxp.com<br>erik.van.den.heuvel@nxp.com |
| Office of the Attorney General | | greg.abbott@oag.state.tx.us |
| Office of the United States Trustee Delaware | Juliet Sarkessian | Juliet.M.Sarkessian@usdoj.gov |
| Office of the US Attorney General | Joseph R Biden III | attorney.general@state.de.us |
| Plus Relocation | Alexcis Perrine | aperrine@plusrelocation.com |
| Portscon Inc | Jessica Mendez | jmendez@portston.com |
| PricewaterhouseCoopers LLP | Johan Furstenberg | scott.d.almassy@us.pwc.com |
| Realnetworks Inc | Van Nguyen | amberw@realnetworks.com |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | secbankruptcy@sec.gov |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Office | George S Canellos Regional Director | secbankruptcy@sec.gov |
| Siliconware Precision | Jack Truong | MoniccaW@spilca.com |
| SKELMIR LLC | Chris Hausuer | chris@skelmir.com |
| Skillsoft Corporation | William Johnston | Information@SkillSoft.com |
| Sonoma Capital Management LLC | Jeffrey Thorp | jthorp@sonomacm.com |
| Synopsys Inc | Craig Crosley | Sonia.Isaac@synopsys.com |
| Taiwan Semiconductor | Alex Sun | ASun@tsmc.com |

**Exhibit B**
**Core/2002 Email Service List**

| Company | Contact | Email |
|---|---|---|
| Texas Comptroller of Public Accounts | | comptroller.help@cpa.state.tx.us |
| That Corporation | Beth Mattson | bam@thatcorp.com |
| True Partners Consulting | | Elena.Serna@TPCtax.com |
| UMC Group USA | KT Pai | Fred.Lin@umc-usa.com |
| US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| WIPRO LIMITED | Ramakrishna Undapalli | chidambaram.nachiappan@wipro.com |
| Wright Express Fin Svc Corp | Tim Bruce | timothy_bruce@wrightexpress.com |
| Zolfo Cooper | Chris Kennedy | chris.kennedy@zolfocooper.ky |
| Zolfo Cooper | Eleanor Fisher | eleanor.fisher@zolfocooper.ky |
| Zolfo Cooper | Gordon Macrae | gordon.macrae@zolfocooper.ky |

# Exhibit C

**Exhibit C**
**Core/2002 Overnight Service List**

| Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ACER Laboratories Inc | Miss Amy Lou | 2F 246 Nei Hu Road | Section 1 | | Taipei | | | Taiwan R O C |
| AON Consulting/Radford Surveys | | PO Box 100137 | | | Pasadena | CA | 91189-0137 | |
| ARM LTD | Romina Stepanpour | 110 Fulbourn Road | Cherry Hinton | | Cambridge | | CB1 9NJ | United Kingdom |
| Beth Peterson Ent Inc | | 137 Pierce Street | | | San Francisco | CA | 94117 | |
| Bialson Bergen & Schwab | Kenneth T Law | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| Bialson Bergen & Schwab | Lawrence M Schwab | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| Bialson Bergen & Schwab | Thomas M Gaa | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| Cadence Design Systems | Aurore Barbeau | Block P3 East Point Business Park | Fairview | | Dublin 3 | | | Ireland |
| California Dept of Revenue | Attn Bankruptcy | 450 N St MIC 55 | | | Sacramento | CA | 95814 | |
| CEVA DSP LTD | Gunn Salelanonda | 2 Maskit Street | P O B 2068 | | Herzelia 46120 | | | Israel |
| Cisco Systems Inc | Dwight Alabanza | 170 W Tasman Drive | | | San Jose | CA | 95134 | |
| City of Sunnyvale CA | Finance Treasury Services | PO Box 3707 | | | Sunnyvale | CA | 94088-3707 | |
| Clearpath Workforce Management | Laura Qanadilo | 1215 W Center Street Suite 102 | | | Manteca | CA | 95337 | |
| Comptroller of Public Accounts | Mike Doyle | LBJ State Office Building | 111 E 17th Street | | Austin | TX | 78774 | |
| Cooch and Taylor PA | Blake A Bennett | 1000 W St 10th Fl | | | Wilmington | DE | 19801 | |
| Cooch and Taylor PA | C Scott Reese | 1000 W St 10th Fl | | | Wilmington | DE | 19801 | |
| Cooch and Taylor PA | R Grant Dick | 1000 W St 10th Fl | | | Wilmington | DE | 19801 | |
| Cooley LLP | Alex R Velinsky | 1114 Ave of the Americas | | | New York | NY | 10036 | |
| Cooley LLP | Cathy Hershcopf | 1114 Ave of the Americas | | | New York | NY | 10036 | |
| County Treasurer Tax Collector | Dan McAllister | San Diego County Administration Center | 1600 Pacific Hwy Room 162 | | San Diego | CA | 92101-2474 | |
| Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | | Dover | DE | 19903 | |
| Delaware Secretary of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | |
| Deloitte & Touche | Clara Chan | PO Box 7247 6446 | | | Philadelphia | PA | 19170-6446 | |
| DVB Project Office | c/o EBU | 17A Ancienne Route CH 1218 | | | Grand Saconnex (GE) | | | Switzerland |
| E Trade Financial | Accounts Receivable | PO Box 1542 | | | Merrifield | VA | 22116-1542 | |
| Feinberg Day Alberti & Thompson LLP | | 401 Florence Street Suite 200 | | | Palo Alto | CA | 94301 | |
| Fenwick & West LLP | Stephenie Lim | 801 California Street | | | Mountain View | CA | 94041 | |
| Franchise Tax Board | Anne Smith | PO Box 1468 | | | Sacramento | CA | 95812-1468 | |
| Global Tax Network | Jill Mikolajczak | 750 Boone Avenue North Suite 102 | | | Minneapolis | MN | 55427 | |
| Imagination Technologies Ltd | Andrew Fearn | Imagination House | Home Park Estate | Kings Langley | Hertfordshire | | WD4 8LZ | United Kingdom |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| KILOPASS | Rick Dumont | 3333 Octavius Drive Suite 101 | | | Santa Clara | CA | 95054 | |
| Law Offices Fennemore Craig | Fennemore Craig | 3003 N Central Avenue Suite 2600 | | | Phoenix | AZ | 85012-2913 | |
| LEXRA INC | Charlie Cheng | 1111 W El Camino Real No 109 | PMB 347 | | Sunnyvale | CA | 94087 | |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | 1300 Main Ste 300 | | | Houston | TX | 77002 | |
| Maples and Calder | Caroline Moran | PO Box 309 | Ugland House South Church St | | George Town | | KY1-1104 | Cayman Islands |
| Mayer Brown LLP | Richard G Ziegler | 71 S Wacker Dr | | | Chicago | IL | 60606 | |
| Mentor Graphics (Ireland) Ltd | Sharon Fang | East Park Shannon Free Zone | | | Shannon County Clare | | | Ireland |
| Merrill Communications LLC | | CM 9638 | | | St Paul | MN | 55170-9638 | |
| Micronas GmbH | Clemens Eisenmann | Hans Bunte Strabe 19 | | | Freiburg | | D-79108 | Germany |
| MIPS Technologies Inc | Jess Herrcra | 955 East Arques Avneue | | | Sunnyvale | CA | 94085 | |
| Mosaid Technologies Incorporated | Pam Yeh | 11 Hines Road | | | Kanata | ON | K2K 2X1 | Canada |
| Nagravision | Alerto Canciani | Case Postale 134 | Route de Geneve 22 24 CH 1033 | | Cheseaux | | | Switzerland |
| NXP BV | Guido Dierick & Charles Smit | High Tech Campus 60 | | | 5656 AG Eindhoven | | | The Netherlands |
| Office of the Attorney General | California Department of Justice | PO Box 944255 | | | Sacramento | CA | 94244-2550 | |
| Office of the Attorney General | | 1300 I Street | | | Sacramento | CA | 95814-2919 | |
| Office of the Attorney General | | PO Box 12548 | | | Austin | TX | 78711-2548 | |
| Office of the Attorney General | | 300 W 15th Street | | | Austin | TX | 78701 | |
| Office of the United States Trustee Delaware | Juliet Sarkessian | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| Office of the US Attorney General | Joseph R Biden III | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| Plus Relocation | Alexcis Perrine | 600 Highway 169 South Suite 500 | | | Minneapolis | MN | 55426 | |
| Portscon Inc | Jessica Mendez | 3130 La Selva Street Suite 303 | | | San Mateo | CA | 94403 | |
| PricewaterhouseCoopers LLP | Johan Furstenberg | PO Box 514038 | | | Los Angeles | CA | 90051-4038 | |
| Realnetworks Inc | Van Nguyen | 2601 Elliott Avenue | | | Seattle | WA | 98121 | |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | | Philadelphia | PA | 19106-1532 | |

**Exhibit C**
**Core/2002 Overnight Service List**

| Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Securities & Exchange Commission NY Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | | New York | NY | 10281-1022 | |
| Siliconware Precision | Jack Truong | No 4 Creation Rd IV | Science Based Industrial Park | | Hsinchu | | | Taiwan R O C |
| SKELMIR LLC | Chris Hausuer | 55 David Square Second Floor | | | Somerville | MA | 02144 | |
| Skillsoft Corporation | William Johnston | 107 Northeastern Boulevard | | | Nashua | NH | 03062 | |
| Sonoma Capital Management LLC | Jeffrey Thorp | 805 Third Ave 16th Fl | | | New York | NY | 10022 | |
| State Board of Equalization | Stephen R Rudd | PO Box 942879 | | | Sacramento | CA | 94279-0001 | |
| Synopsys Inc | Craig Crosley | 700 East Middlefield Road | | | Mountain View | CA | 94043 | |
| Taiwan Semiconductor | Alex Sun | 8 Li Hsin Road 6 | Hsinchu Science Park | | Hsinchu 300 77 | | | Taiwan |
| Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| Texas Dept of Revenue | Attn Bankruptcy Section | PO Box 13528 | | | Austin | TX | 78711 | |
| That Corporation | Beth Mattson | 45 Sumner Street | | | Milford | MA | 01757-1656 | |
| The NASDAQ Stock Market | | One Liberty Plaza | 165 Broadway | | New York | NY | 10006 | |
| True Partners Consulting | | 225 W Wacker Drive Suite 1600 | | | Chicago | IL | 60606 | |
| UMC Group USA | KT Pai | No 3 Li Shin Road 2 | Science Based Industrial | | Park Hsin Chu City | | | Taiwan R O C |
| US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| WIPRO LIMITED | Ramakrishna Undapalli | Survey Nos 76 P 80 P | Doddakkanahalli Vartur Hobli | Sarjapur Road | Bangalore Carmelram PO 560 035 | | | India |
| Wright Express Fin Svc Corp | Tim Bruce | 33548 Treasury Center | | | Chicago | IL | 60694-3500 | |
| Zolfo Cooper | Chris Kennedy | PO Box 1102 GT | 4th Fl Bldg 3 | Cayman Financial Centre | Grand Cayman | | KY1-1102 | Cayman Islands |
| Zolfo Cooper | Eleanor Fisher | PO Box 1102 GT | 4th Fl Bldg 3 | Cayman Financial Centre | Grand Cayman | | KY1-1102 | Cayman Islands |
| Zolfo Cooper | Gordon Macrae | PO Box 1102 GT | 4th Fl Bldg 3 | Cayman Financial Centre | Grand Cayman | | KY1-1102 | Cayman Islands |