IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re                                                       : Chapter 11
                                                            :
Trident Microsystems, Inc., et al.,[1]                      : Case No. 12-10069 (CSS)
                                                            :
        Debtors.                                            : (Jointly Administered)
                                                            :
                                                            : Re: Docket No. 12
------------------------------------------------------------x

### ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER AUTHORIZING AND APPROVING PERFORMANCE-BASED INCENTIVES FOR KEY EMPLOYEES

This matter coming before the Court on the *Motion of the Debtors and Debtors in Possession For an Order Authorizing and Approving Performance-Based Incentives for Key Employees* (the "Motion"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and having scheduled a hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and good and sufficient cause having been shown;

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

-2-

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as modified herein.

2. The Debtors are authorized, but not directed, to make payments to the Key VPs under the Incentive Plans up to an aggregate amount of $250,000.

3. A hearing to consider the relief requested in the Motion as it relates to the KEIP and payment thereunder shall be continued to a hearing scheduled for February 24, 2012 at 11:00 a.m. (Eastern Time).

4. All payments under the Incentive Plans made pursuant to this Order shall be deemed allowed administrative expenses of the Debtors' estates under section 503(b) of the Bankruptcy Code.

5. The entry of this order shall have no evidentiary effect, nor constitute claim or issue preclusion against the Official Committee of Unsecured Creditors in connection with any subsequent hearing in this case

6. This Court shall retain jurisdiction over all matters set forth in the Motion, including the entitlement of any party to any payment pursuant to the Incentive Plans.

Dated: 1/30, 2012
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge