IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIDENT MICROSYSTEMS, INC., <u>et al.</u>,**[1]<br><br>　　　　　　　　　　Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 12-10069 (CSS) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

I, Leticia Salas, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On January 26, 2012, at my direction and under my supervision, employees of KCC caused to be served the following document via Facsimile on the service list attached hereto as **Exhibit A**; via Electronic mail on the service list attached hereto as **Exhibit B**; and via Overnight mail on the service list attached hereto as **Exhibit C**:

- **Notice of Agenda of Matters Scheduled for Hearing on January 30, 2012 at 1:00 P.M. (EST)** [Docket No. 108]

Dated: January 30, 2012

　　　　　　　　　　　　　　　　　　　　　　／s／ Leticia Salas
　　　　　　　　　　　　　　　　　　　　　　Leticia Salas

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of January 2012, by Leticia Salas, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _/s/ Lydia Pastor Nino_

> LYDIA PASTOR NINO
> Commission # 1960751
> Notary Public - California
> Los Angeles County
> My Comm. Expires Nov 18, 2015

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

# **<u>Exhibit A</u>**

**Exhibit A**
**Core/2002 Fax Service List**

| Party Description | Company | Contact | Fax | Status |
|---|---|---|---|---|
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Lawrence M Schwab | 650-494-2738 | Successful |
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Thomas M Gaa | 650-494-2738 | Successful |
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Kenneth T Law | 650-494-2738 | Successful |
| Taxing Authority | California Dept of Revenue | Attn Bankruptcy | 916-327-0615 | Unsuccessful |
| Taxing Authority | City of Sunnyvale CA | Finance Treasury Services | 408-737-4950 | Successful |
| Commonwealth of Pennsylvania Department of Labor and Industry | Commonwealth of Pennsylvania Department of Labor and Industry | Joseph Kots | 610-378-4459 | Successful |
| Taxing Authority | Comptroller of Public Accounts | Mike Doyle | 512-475-0352 | Successful |
| Counsel to Stalking Horse/DIP Lender | Cooley LLP | Cathy Hershcopf | 212-479-6275 | Successful |
| Counsel to Stalking Horse/DIP Lender | Cooley LLP | Alex R Velinsky | 212-479-6275 | Successful |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 302-577-5866 | Successful |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | 302-739-5831 | Successful |
| DE Secretary of Treasury | Delaware Secretary of Treasury | | 302-739-5635 | Successful |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 267-941-1015 | Successful |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Adam G Landis | 302-467-4450 | Successful |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Richard S Cobb | 302-467-4450 | Successful |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Matthew B McGuire | 302-467-4450 | Successful |
| Counsel to the Local Texas Tax Authorities | Linebarger Goggan Blair & Sampson LLP | John P Dillman | 713-844-3501 | Successful |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | 713-844-3503 | Successful |
| Interested Party | Maples and Calder | Caroline Moran | 011-345-949-8080 | Unsuccessful |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Natalie D Ramsey | 302-504-7820 | Successful |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Mark A Fink | 302-504-7820 | Successful |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Laurie A Krepto | 302-504-7820 | Successful |
| California Attorney General Office | Office of the Attorney General | California Department of Justice | 916-323-5341 | Successful |
| Texas Attorney General Office | Office of the Attorney General | | 512-475-2994 | Successful |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Juliet Sarkessian | 302-573-6497 | Successful |
| DE AG Office | Office of the US Attorney General | Joseph R Biden III | 302-577-6499 | Successful |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bruce Grohsgal | 302-652-4400 | Successful |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Peter J Keane | 302-652-4400 | Successful |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Richard M Pachulski | 310-201-0760 | Successful |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen | 415-263-7010 | Successful |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | John D Fiero | 415-263-7010 | Successful |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317 202-772-9318 | Successful |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | 215-597-3194 | Successful |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | 212-336-1320 | Successful |
| Interested Party | Sonoma Capital Management LLC | Jeffrey Thorp | 212-897-8051 | Unsuccessful |
| Taxing Authority | State Board of Equalization | Stephen R Rudd | 916-324-3984 | Successful |
| Counsel to NXP Semiconductors Netherlands B.V. | Sullivan & Cromwell | Hydee R Feldstein | 310-712-8800 | Successful |
| Counsel to NXP Semiconductors Netherlands B.V. | Sullivan & Cromwell | Michael H Steinberg | 310-712-8800 | Successful |

**Exhibit A**
**Core/2002 Fax Service List**

| Party Description | Company | Contact | Fax | Status |
|---|---|---|---|---|
| Taxing Authority | Texas Dept of Revenue | Attn Bankruptcy Section | 888-908-9994 | Successful |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 302-573-6431 | Successful |
| Interested Party | Zolfo Cooper | Gordon MacRae | 011-345-946-0082 | Unsuccessful |

# **<u>Exhibit B</u>**

**Exhibit B**
**Core/2002 Email Service List**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Kenneth T Law | Klaw@bbslaw.com |
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Thomas M Gaa | Tgaa@bbslaw.com |
| Commonwealth of Pennsylvania Department of Labor and Industry | Commonwealth of Pennsylvania Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankhbg@state.pa.us |
| Counsel to Stalking Horse/DIP Lender | Cooley LLP | Alex R Velinsky | avelinsky@cooley.com |
| Counsel to Stalking Horse/DIP Lender | Cooley LLP | Cathy Hershcopf | chershcopf@cooley.com |
| Taxing Authority | County Treasurer Tax Collector | Dan McAllister | taxman@sdcounty.ca.gov |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | DOSDOC_WEB@state.de.us |
| DE Secretary of Treasury | Delaware Secretary of Treasury | | statetreasurer@state.de.us |
| IRS | Internal Revenue Service | Insolvency Section | susanne.larson@irs.gov |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Richard S Cobb | cobb@lrclaw.com |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Matthew B McGuire | mcguire@lrclaw.com |
| Counsel to the Local Texas Tax Authorities | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Interested Party | Maples and Calder | Caroline Moran | Caroline.Moran@MAPLESANDCALDER.com |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Laurie A Krepto | lkrepto@mmwr.com |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Mark A Fink | mfink@mmwr.com |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Natalie D Ramsey | nramsey@mmwr.com |
| Texas Attorney General Office | Office of the Attorney General | | greg.abbott@oag.state.tx.us |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Juliet Sarkessian | Juliet.M.Sarkessian@usdoj.gov |
| DE AG Office | Office of the US Attorney General | Joseph R Biden III | attorney.general@state.de.us |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bruce Grohsgal | bgrohsgal@pszjlaw.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen | dgrassgreen@pszjlaw.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | John D Fiero | jfiero@pszjlaw.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Peter J Keane | pkeane@pszjlaw.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Richard M Pachulski | rpachulski@pszjlaw.com |
| Interested Party | Rodney D McFadden | | rdmcfadden@gmail.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | secbankruptcy@sec.gov |
| Interested Party | Sonoma Capital Management LLC | Jeffrey Thorp | jthorp@sonomacm.com |
| Counsel to NXP Semiconductors Netherlands B.V. | Sullivan & Cromwell | Hydee R Feldstein | feldsteinh@sullcrom.com |
| Counsel to NXP Semiconductors Netherlands B.V. | Sullivan & Cromwell | Michael H Steinberg | steingbergm@sullcrom.com |
| Taxing Authority | Texas Comptroller of Public Accounts | | comptroller.help@cpa.state.tx.us |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Interested Party | Zolfo Cooper | Gordon MacRae | gordon.macrae@zolfocooper.ky<br>eleanor.fisher@zolfocooper.ky<br>chris.kennedy@zolfocooper.ky |

# **<u>Exhibit C</u>**

**Exhibit C**
**Core/2002 Overnight Service List**

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Taxing Authority | California Dept of Revenue | Attn Bankruptcy | 450 N St MIC 55 | | | Sacramento | CA | 95814 | |
| Taxing Authority | County Treasurer Tax Collector | Dan McAllister | San Diego County Administration Center | 1600 Pacific Hwy Room 162 | | San Diego | CA | 92101-2474 | |
| Taxing Authority | Franchise Tax Board | Anne Smith | PO Box 1468 | | | Sacramento | CA | 95812-1468 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| Interested Party | Maples and Calder | Caroline Moran | PO Box 309 | Ugland House South Church St | | George Town | | KY1-1104 | Cayman Islands |
| California Attorney General Office | Office of the Attorney General | | 1300 I Street | | | Sacramento | CA | 95814-2919 | |
| Interested Party | Riverside Claims LLC | | PO Box 626 | Planetarium Station | | New York | NY | 10024 | |
| Interested Party | Rodney D McFadden | | 7833 Fairway Rd | | | Woodway | TX | 76712 | |
| Interested Party | Sonoma Capital Management LLC | Jeffrey Thorp | 805 Third Ave 16th Fl | | | New York | NY | 10022 | |
| Counsel to NXP Semiconductors Netherlands B.V. | Sullivan & Cromwell | Michael H Steinberg | 1888 Century Park East | | | Los Angeles | CA | 90067-1725 | |
| Taxing Authority | Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| Interested Party | The NASDAQ Stock Market | | One Liberty Plaza | 165 Broadway | | New York | NY | 10006 | |
| Interested Party | Zolfo Cooper | Gordon MacRae | PO Box 1102 GT | 4th Fl Bldg 3 | Cayman Financial Centre | Grand Cayman | | KY1-1102 | Cayman Islands |

In re Trident Microsystems, Inc., et al.
Case No. 12-10069 (CSS)

1 of 1