## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| **TRIDENT MICROSYSTEMS, INC., <u>et</u>** | ) Chapter 11 |
| **<u>al.</u>,**[1] | ) |
| | ) |
| | ) Case No. 12-10069 (CSS) |
| Debtors. | ) |
| | ) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Leticia Salas, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On February 3, 2012, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail on the service list attached hereto as **<u>Exhibit A</u>**; and via Electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Motion of the Debtors and Debtors in Possession for Entry of an Order Granting Extension of Time to File Schedules and Statements** [Docket No. 168]

Furthermore, on February 3, 2012, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service lists attached hereto as **<u>Exhibit A</u>** and **<u>Exhibit C</u>**; and via Electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May be Assumed and Assigned** [Docket No. 169]

- **Motion of the Debtors and Debtors In Possession Pursuant to Sections 105(A), 363 and 365 of the Bankruptcy Code for an Order (I)(A) Approving Procedures in Connection with the Sale of Certain of the Debtors' Assets Related to Their Set Top Box Business; (B) Approving the Stalking Horse Protections; (C) Scheduling the Related Auction and Hearing to Consider Approval of Sale; (D) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II)(A)**

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

**Authorizing the Sale of Certain of the Debtors' Assets Related to Their Set Top Box Business Pursuant to Successful Bidder's Asset Purchase Agreement Free and Clear of Liens, Claims Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief** [Docket No. 14]

Dated: February 6, 2012

_Leticia Salas_
Leticia Salas

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of February 2012, by Leticia Salas, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _Lydia Pastor Nino_

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

2

# Exhibit A

**Exhibit A**
**Core/2002 First Class Mail Service List**

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Lawrence M Schwab | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Thomas M Gaa | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Kenneth T Law | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| Taxing Authority | California Dept of Revenue | Attn Bankruptcy | 450 N St MIC 55 | | | Sacramento | CA | 95814 | |
| Interested Party | CEVA, Inc. | Gerson R. Perla | 1943 Landings Drive | | | Mountain View | CA | 94043 | |
| Taxing Authority | City of Sunnyvale CA | Finance Treasury Services | PO Box 3707 | | | Sunnyvale | CA | 94088-3707 | |
| Commonwealth of Pennsylvania Department of Labor and Industry | Commonwealth of Pennsylvania Department of Labor and Industry | Joseph Kots | 625 Cherry St Room 203 | Reading Bankruptcy & Compliance Unit | | Reading | PA | 19602-1152 | |
| Taxing Authority | Comptroller of Public Accounts | Mike Doyle | LBJ State Office Building | 111 E 17th Street | | Austin | TX | 78774 | |
| Counsel to Stalking Horse/DIP Lender | Cooley LLP | Cathy Hershcopf | 1114 Ave of the Americas | | | New York | NY | 10036 | |
| Counsel to Stalking Horse/DIP Lender | Cooley LLP | Alex R Velinsky | 1114 Ave of the Americas | | | New York | NY | 10036 | |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | | Dover | DE | 19903 | |
| DE Secretary of Treasury | Delaware Secretary of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | |
| Taxing Authority | Franchise Tax Board | Anne Smith | PO Box 1468 | | | Sacramento | CA | 95812-1468 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Adam G Landis | 919 Market St Ste 1800 | | | Wilmington | DE | 19801 | |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Richard S Cobb | 919 Market St Ste 1800 | | | Wilmington | DE | 19801 | |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Matthew B McGuire | 919 Market St Ste 1800 | | | Wilmington | DE | 19801 | |
| Counsel to the Local Texas Tax Authorities | Linebarger Goggan Blair & Sampson LLP | John P Dillman | 1300 Main Ste 300 | | | Houston | TX | 77002 | |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Interested Party | Maples and Calder | Caroline Moran | PO Box 309 | Ugland House South Church St | | George Town | | KY1-1104 | Cayman Islands |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Natalie D Ramsey | 1105 N Market St Ste 1500 | | | Wilmington | DE | 19801 | |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Mark A Fink | 1105 N Market St Ste 1500 | | | Wilmington | DE | 19801 | |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Laurie A Krepto | 1105 N Market St Ste 1500 | | | Wilmington | DE | 19801 | |
| California Attorney General Office | Office of the Attorney General | California Department of Justice | PO Box 944255 | | | Sacramento | CA | 94244-2550 | |
| California Attorney General Office | Office of the Attorney General | | 1300 I Street | | | Sacramento | CA | 95814-2919 | |
| Texas Attorney General Office | Office of the Attorney General | | PO Box 12548 | | | Austin | TX | 78711-2548 | |
| Texas Attorney General Office | Office of the Attorney General | | 300 W 15th Street | | | Austin | TX | 78701 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Juliet Sarkessian | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| DE AG Office | Office of the US Attorney General | Joseph R Biden III | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen | 150 California St 15th Fl | | | San Francisco | CA | 94111-4500 | |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | John D Fiero | 150 California St 15th Fl | | | San Francisco | CA | 94111-4500 | |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bruce Grohsgal | 919 N Market St 17th Fl | | | Wilmington | DE | 19801 | |

In re Trident Microsystems, Inc., et al.
Case No. 12-10069 (CSS)

1 of 2

**Exhibit A**
**Core/2002 First Class Mail Service List**

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Peter J Keane | 919 N Market St 17th Fl | | | Wilmington | DE | 19801 | |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Richard M Pachulski | 10100 Santa Monica Blvd 13th Fl | | | Los Angeles | CA | 90067-4003 | |
| Interested Party | Riverside Claims LLC | | PO Box 626 | Planetarium Station | | New York | NY | 10024 | |
| Interested Party | Rodney D McFadden | | 7833 Fairway Rd | | | Woodway | TX | 76712 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | | Philadelphia | PA | 19106-1532 | |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | | New York | NY | 10281-1022 | |
| Counsel to CEVA, Inc. | Smith, Katzenstein & Jenkins LLP | Kathleen M. Miller | The Corporate Plaza | 800 Delaware Avenue, Suite 1000 | P.O. Box 410 | Wilmington | DE | 19899 | |
| Interested Party | Sonoma Capital Management LLC | Jeffrey Thorp | 805 Third Ave 16th Fl | | | New York | NY | 10022 | |
| Taxing Authority | State Board of Equalization | Stephen R Rudd | PO Box 942879 | | | Sacramento | CA | 94279-0001 | |
| Counsel to NXP Semiconductors Netherlands B.V. | Sullivan & Cromwell | Hydee R Feldstein | 1888 Century Park East | | | Los Angeles | CA | 90067-1725 | |
| Counsel to NXP Semiconductors Netherlands B.V. | Sullivan & Cromwell | Michael H Steinberg | 1888 Century Park East | | | Los Angeles | CA | 90067-1725 | |
| Taxing Authority | Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| Interested Party | The NASDAQ Stock Market | | One Liberty Plaza | 165 Broadway | | New York | NY | 10006 | |
| Counsel to tw telecom inc | tw telecom inc | Linda Boyle | 10475 Park Meadows Dr No 400 | | | Littleton | CO | 80124 | |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| Interested Party | Zolfo Cooper | Gordon MacRae | PO Box 1102 GT | 4th Fl Bldg 3 | Cayman Financial Centre | Grand Cayman | | KY1-1102 | Cayman Islands |

# **Exhibit B**

**Exhibit B**
**Core/2002 Email Service List**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Kenneth T Law | Klaw@bbslaw.com |
| Counsel to Cisco Systems, Inc. | Bialson Bergen & Schwab | Thomas M Gaa | Tgaa@bbslaw.com |
| Interested Party | CEVA, Inc. | Gerson R. Perla | Gerson.Perla@ceva-dsp.com |
| Commonwealth of Pennsylvania Department of Labor and Industry | Commonwealth of Pennsylvania Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankhbg@state.pa.us |
| Counsel to Stalking Horse/DIP Lender | Cooley LLP | Alex R Velinsky | avelinsky@cooley.com |
| Counsel to Stalking Horse/DIP Lender | Cooley LLP | Cathy Hershcopf | chershcopf@cooley.com |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | DOSDOC_WEB@state.de.us |
| DE Secretary of Treasury | Delaware Secretary of Treasury | | statetreasurer@state.de.us |
| IRS | Internal Revenue Service | Insolvency Section | susanne.larson@irs.gov |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Richard S Cobb | cobb@lrclaw.com |
| Counsel to NXP Semiconductors Netherlands B.V. | Landis Rath & Cobb LLP | Matthew B McGuire | mcguire@lrclaw.com |
| Counsel to the Local Texas Tax Authorities | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Interested Party | Maples and Calder | Caroline Moran | Caroline.Moran@MAPLESANDCALDER.com |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Laurie A Krepto | lkrepto@mmwr.com |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Mark A Fink | mfink@mmwr.com |
| Counsel to Synopsys Inc and Synopsys International Limited | Montgomery McCracken Walker & Rhoads LLP | Natalie D Ramsey | nramsey@mmwr.com |
| Texas Attorney General Office | Office of the Attorney General | | greg.abbott@oag.state.tx.us |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Juliet Sarkessian | Juliet.M.Sarkessian@usdoj.gov |
| DE AG Office | Office of the US Attorney General | Joseph R Biden III | attorney.general@state.de.us |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bruce Grohsgal | bgrohsgal@pszjlaw.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen | dgrassgreen@pszjlaw.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | John D Fiero | jfiero@pszjlaw.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Peter J Keane | pkeane@pszjlaw.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Richard M Pachulski | rpachulski@pszjlaw.com |
| Interested Party | Rodney D McFadden | | rdmcfadden@gmail.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | secbankruptcy@sec.gov |
| Counsel to CEVA, Inc. | Smith, Katzenstein & Jenkins LLP | Kathleen M. Miller | kmiller@skjlaw.com |
| Interested Party | Sonoma Capital Management LLC | Jeffrey Thorp | jthorp@sonomacm.com |
| Counsel to NXP Semiconductors Netherlands B.V. | Sullivan & Cromwell | Hydee R Feldstein | feldsteinh@sullcrom.com |
| Counsel to NXP Semiconductors Netherlands B.V. | Sullivan & Cromwell | Michael H Steinberg | steinbergm@sullcrom.com |
| Taxing Authority | Texas Comptroller of Public Accounts | | comptroller.help@cpa.state.tx.us |
| Counsel to tw telecom inc | tw telecom inc | Linda Boyle | linda.boyle@twtelecom.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Interested Party | Zolfo Cooper | Gordon MacRae | gordon.macrae@zolfocooper.ky eleanor.fisher@zolfocooper.ky chris.kennedy@zolfocooper.ky |

# Exhibit C

**Exhibit C**
**Cure Parties First Class Mail Service List**

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Access Co , Ltd | Attn Tomihisa Kamadu | Tokyo Hirata Building 2 8 16 | Sarugaku cho | | Chiyoda ku | | 101-0064 | Japan |
| Allegro DVT | Attn Pierre Marty | 345 Rue Lavoiser | | | 38330 Montbonnot | | | France |
| Allegro DVT | Attn Pierre Marty | 15 Ave du Granier | | | F 38240 Meylan | | | France |
| Arasan Chip Systems Inc | | 2010 North 1st St Ste 510 | | | San Jose | CA | 95131 | |
| ARM Limited | | 110 Fulbourn Rd | | | Cambridge | CB1 9NJ | | England |
| ARRIS International, Inc | Attn Stan Brovont | 11450 Technology Cir | | | Duluth | GA | 30097 | |
| Arrow Electronics Inc | | 7459 S Lima St | PO Box 6513 | | Englewood | CO | 80155 | |
| Arrow Electronics Inc | | PO Box 60000/File No 21174 | | | San Francisco | CA | 94160-1174 | |
| Atheros Communications, Inc | Attn Gary L Sulagis | 5480 Great America Pkwy | | | Santa Clara | CA | 95054 | |
| AVNET Electronics | | PO Box 100340 | | | Pasadena | CA | 91189-0340 | |
| AVNET Electronics Marketing | File 30107 | PO Box 60000 | | | San Franciso | CA | 94160 | |
| AVNET Electronics Marketing | c/o Cilicon | 2105 Lundy Ave | | | San Jose | CA | 95131 | |
| AVNET Technology HK Limited | | 16/FSpectrum Tower | 53 Hung To Rd | | Kwun Tong | KOWLOON | | Hong Kong |
| Bitrouter | Attn Gopal Miglani | 1644 Bahia Vista Way | | | San Diego | CA | 92037 | |
| Blunk Microsystems | Attn Tim Stoutamore | 6576 Leyland Park Dr | | | San Jose | CA | 95120 | |
| Borland Software Corp | Attn Richard E Novak | 8303 N Mopac Expressway | Ste A 300 | | Austin | TX | 78759-8374 | |
| Cable Television Laboratories | Attn Don Dulchinas | 858 Coal Creek Cir | | | Louisville | CO | 80027 | |
| Cadence Design Systems B V | | Takkebijsters 13c | | | 4817 BL Breda | | | Netherlands |
| Cisco Systems, Inc | Attn Mike Farnam | 170 West Tasman Dr | | | San Jose | CA | 95134 | |
| Coding Technologies AB | Attn Martin Dietz | Döbelnsgatan 64 | SE 113 52 | | Stockholm | | | Sweden |
| Comcast Business Services Group | | 12647 Alcosta Blvd Ste 200 | | | San Ramon | CA | 94583 | |
| Comcast Business Services Group | | PO Box 34744 | | | Seattle | WA | 98124-1744 | |
| Comtech Vending | | 1309 Isabelle Ave | | | Mountain View | CA | 94040 | |
| Conax AS | Attn Stig Hagala | Kongensgt 8 | | | N 0153 Oslo | | | Norway |
| Conditional Access Licensing, LLC | c/o Comcast Corporation | Attn Steven M Heeb | 1701 JFK Blvd | | Philadelphia | PA | 19103 | |
| Conexant Systems, Inc | | 4000 MacArthur Blvd | | | Newport Beach | CA | 92660 | |
| Cryptography Research, Inc | | 575 Market St 11th Fl | | | San Francisco | CA | 94105 | |
| CT PIM | | 391 Rua Salvador | | | Adrianopolis Manaus | AM | | Brazil |
| Cyclic Design, LLC | Attn Eric Deal | 10703 McFarlie Cove | | | Austin | TX | 78750 | |
| Digital Keystone Inc | | 1975 El Camino Real No 306 | | | Mt View | CA | 94040 | |
| Digital Stream Technology Inc | | 6th Fl Taechang B/D 451 1 | Seongnae Dong Gangdong gu | | Seoul | | | Korea |
| DIRECTV | Attn Romulo Pountual | 2230 East Emperial Hwy | | | El Segundo | CA | 90245 | |
| Dolphin Technology, Inc | Attn Mr Mo Tamjidi | 2025 Gateway Pl | Ste 270 | | San Jose | CA | 95110 | |
| Dwight Cavendish Systems Limited | | The Icon Lytton Way | Stevenage Hertfrdshire | | | | SG1 1AH | UK |
| Eagle Kingdom Technologies Ltd | | Unit B 26/F | Two Chinachem Plz | 68 Connaught Rd Centre | | | | Hong Kong |
| Embedded Alley Solutions Inc Mentor Graphics | | 2055 Junction Ave Ste 125 | | | San Jose | CA | 95131 | |
| GkWare e K | Attn Gero Kuehn | Humboldtstrasse 177 | | | D 45149 Essen | | | Germany |
| Google Inc | Attn Mark Melnick | 3 Corporate Dr | Ste 100 | | Clifton Park | NY | 12065 | |
| Google Ireland Ltd | Attn Graham Law | Gordon House Barrow St | | | Dublin | | 4 | Ireland |
| Irdeto Access B V | Attn Germon Knoop | Taurus Ave 105 | | | 2132 LS Hoofdorp | | | The Netherlands |
| IWEDIA | | Zac de Saint | Suplice 6 Rue de Jouanet | | 35700 Renees France | | | France |
| Jingguang Office Centre | | 12th Fl | 1002 Yahne North Rd | | Shenzhen | | | China |
| Kifer Tech Investors LLC | | 1170 Kifer Rd | | | Sunnyvale | CA | 94806 | |
| Kilopass Technology, Inc | | 3333 Octavius Dr Ste 101 | | | Santa Clara | CA | 95054 | |
| Latens Sytems Limited | Attn J Thoap | Aisling House Stranmillis | Belfast | | County Antrim | | BT9 5FL | United Kingdom |
| Lauterbach Inc | | 4 Mount Royal Ave | | | Marlborough | MA | 01752 | |
| LG Electronics | | LG Twin Towers 20 Yoido dong Youngdungpo gu | Seoul 150 721 | | Seoul | | 150-721 | Korea |
| LG Electronics | | 20405 S H 249 Ste 350 | | | Houston | TX | 77070 | |
| Lite on | | 4f No 10 Ln 235 | Pao Chiao Rd | | Hsintien City | TAIPEI HSIEN | | Taiwan |
| Mentor Graphics Corporation | | 8005 SW Boeckman Rd | | | Wilsonville | OR | 97070-7777 | |
| Micrium Inc | | 1290 Weston Rd Ste 306 | | | Weston | FL | 33326 | |
| Micronas GmbH | | Hans Bunte Strasse 19 | | | 79108 Freiburg im Breisau | | | Germany |
| Momentum Data Systems | | 17330 Brookhurst St Ste 230 | | | Fountain Valley | CA | 92708 | |
| Motorola General Instrument Corp dba Connected Home Solutions Business | Attn Marc Kauffman | 101 Tournament Dr | | | Horsham | PA | 19044 | |
| Motorola Inc | Attn Judy Baranowski | 1303 E Algonquin Rd | | | Schaumburg | IL | 60196 | |

**Exhibit C**
**Cure Parties First Class Mail Service List**

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Nagravision S A | Attn N Goetschhann | Route de Genéve 22 | | | CH 1033 Cheseax | | | Switzerland |
| NDS Limited | Attn Alex Gersh | One London Rd | Staines | | Middlesex | | TW18 4EX | United Kingdom |
| NEC Business Network Solution | | 720 Bay Rd Ste 100 | | | Redwood | CA | 94063 | |
| NEC Electronics Inc | | PO Box 951154 | | | Dallas | TX | 75395-1154 | |
| Neotion SAS | | Voie Atlas 139 | | | La Ciotat 13600 | | | France |
| NXP Semiconductors | Attn Charles Smit | High Tech Campus 60 | | | 5656 AG Einhoven | | | The Netherlands |
| Ocean Blue Software | | ITV Television Centre | Bath Rd | | Bristol | | BS4 3HG | England |
| Open Silicon, Inc | | 490 North McCarthy Blvd Ste 220 | | | Milpitas | CA | 95035 | |
| OpenTV | Attn Tracy Geist | 275 Sacramento St | | | San Francisco | CA | 94111 | |
| PalmerySoft Ltd | | Kazanskaya 1 | | | Ulyanovsk | | 432980 | Russia |
| PW Commerce Center LP | | 13012 Collections Dr | | | Chicago | IL | 60693 | |
| QualCore Logic, Inc | Attn Ashok K Jain | 1289 Anvilwood Ave | | | Sunnyvale | CA | 94089 | |
| RaisingSun Digital Video Technology Shanghai Co | | 4/F & 5/F Tower 6 221 Caobao Rd | Xuhui Dist | | Shanghai | | | China |
| RealNetworks Inc | Attn Martin Schwarz | 2601 Elliott Ave | | | Seattle | WA | 98121 | |
| Red Embedded Consulting Ltd | | Waterfront Salts Mill Rd | Saltaire | | West Yorkshire | BD177EZ | | England |
| Sarnoff Corporation | Attn Robert J Levin | 201 Washington Rd | | | Princeton | NJ | 08540 | |
| Semiconductor Manufacturing International Corporation | Attn Chiou Feng Chen | No 18 Zhangjiang Rd | Pudong New Area | | Shanghai | | 201203 | China |
| Shanghai Suntimes Electronics | | No 172 Land 479 | East Wuwei Rd | | Shanghai | | 200333 | China |
| Shanghai Suntimes Electronics | | North Zhongstun Rd 2020 No 14D | | | Shanghai | | 200063 | China |
| Sichuan Changhong Electric Co , Ltd , | | 35 East Mianxing Rd | High Tech Park Mianyang | | Sichuan | | 621000 | China |
| Signet | | 8321 Lime Creek Rd | | | Volente | TX | 78641 | |
| Sorenson Media, Inc | | 4179 Riverboat Rd Ste 208 | | | Salt Lake City | UTAH | 84123 | |
| SRI International | Attn Mr Dave Stringer Calvert | 333 Ravenswood Ave | | | Menlo Park | CA | 94025 | |
| SVPLA LLC | Attn Jas Saini | 3500 Hyland Ave | | | Costa Mesa | CA | 92626 | |
| Symmetry Electronics | | 5400 Rosecrans Ave | | | Hawthorne | CA | 90250 | |
| Symmetry Electronics | | 780 Montague Expressway Ste 304 | | | San Jose | CA | 95131 | |
| Synopsys International Limited | | Block 1 | Blanchardstown Corporate Park | | Blanchardstown | DUBLIN | 15 | Ireland |
| TARA Systems GmbH | Attn Alexander Wass | Lindwurmstr 80 | | | 80337 Munchen | | | Germany |
| Technicolor USA Inc | | 101 W 103rd St | | | Indianapolis | IN | 46290 | |
| Tensilica, Inc | | 3255 6 Scott Blvd | | | Santa Clara | CA | 95054 | |
| Tomen Electronics Corp | | 8 27 Kohnan 1 Chrome | Minato Ku | | Tokyo | | 108-8510 | Japan |
| Topaz Industries Inc | | 390 Rail Rd Ct | | | Milpitas | CA | 95035 | |
| TranSwitch Corporation | Attn Ted Chung | 3 Enterprise Dr | | | Shelton | CT | 06484 | |
| Triple Play Integration LLC | Attn Mark Huttemann | 55 Cambridge St Ste 101 | | | Burlington | MA | 01803 | |
| Vecima Networks, Inc | | 4210 Commerce Cir | | | Victoria | BC | v8z 6n6 | Canada |
| WANdisco | | PO Box 731107 | | | Dallas | TX | 75373-1107 | |
| Winbox Technologies | | Wilhelmstrasse 13 15 | | | Furtwangen 78120 | | | Germany |
| Wind River Systems, Inc | Attn V P of Legal Affairs | 500 Wind River Way | | | Alameda | CA | 94501 | |
| Wipro Limited | | Mission Rd | 560027 Bangalore | | | | | India |