# EXHIBIT 1

**(Amended Hinkelman Retention Affidavit)**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Trident Microsystems, Inc., *et al.*,[1] | Case No. 12-10069 (CSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF ANDREW HINKELMAN

| STATE OF NEW YORK | ) |  |
|---|---|---|
|  | ) | ss |
| COUNTY OF KINGS | ) |  |

I, Andrew Hinkelman, do hereby attest and state as follows:

1. I have personal knowledge of the facts stated herein, except as to those facts stated upon information and belief, and as to those facts, I believe them to be true. If called as a witness to testify herein, I could and would testify competently to the following.

2. I am a Senior Managing Director of FTI Consulting, Inc. ("FTI" or the "Firm")[2] and am authorized to make this Retention Declaration on its behalf.

3. I submit this Retention Declaration in support of the motion (the "Motion") of the above captioned debtors and debtors-in-possession (the "Debtors") for an order approving the Engagement Contract, pursuant to which I will serve as Chief Restructuring Officer ("CRO") and additional individuals (the "Additional Personnel") employed by FTI will provide other critical crisis management services to the Debtors.

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

EAST\47990812.2

4. FTI is a global business advisory firm that specializes in business reorganization consulting and financial restructuring. Founded in 1982, FTI has more than 3,500 professionals in most major business centers in the world, and their client list comprises many of the Global 1000, as well as a majority of the largest 25 banks and top 100 law firms in the world. FTI is designed to address the interrelated challenges that can affect an organization's enterprise value and offers highly specialized expertise in the areas of compliance, risk, reputation, liability, performance, finance and information. In particular, FTI's market-leading corporate finance division has advised management, senior lenders and unsecured creditors in many of the most significant restructurings and turnarounds in recent years, including Fairfield Residential LLC, Northwest Airlines, American Home Mortgage, Bombay Company, Calpine, Global Power, Tower Automotive, Winn Dixie, Refco, Dana Corporation, Bally Total Fitness, Circuit City, Delphi, Flying J / Big West Oil, Fremont Investment & Loan, Gottschalks, Hawaiian Telecom, Intermet, Lehman Brothers, LyondellBassell, Townsends, Inc., Tribune Company, Nortel Networks, Washington Mutual and WCI Communities.

### Services to Be Provided

5. As further detailed in the Motion, and pursuant to the Engagement Contract, the Debtors seek an order authorizing the employment of FTI to provide crisis management services, in which I shall act as the Chief Restructuring Officer of the Debtors and other individuals employed by FTI will provide professional services as deemed necessary.

6. I believe that I and the members and associates of FTI who may perform services in this case are well qualified to perform the services requested by the Debtors.

7. None of the services that FTI will render in connection with the Debtors' chapter 11 cases will be duplicative of the services rendered by any of the other professionals employed by the Debtors in these chapter 11 cases.

8. Notwithstanding anything in the Engagement Contract to the contrary, the Debtors are permitted to indemnify those persons serving as corporate officers on the same terms as provided to the Debtors' other officers and directors under the corporate bylaws and applicable state law, along with insurance coverage under the Debtors' D&O policy. There shall be no other indemnification of FTI or its affiliates.

### General Disinterestedness of FTI

9. In connection with our proposed retention of the Debtors, FTI has conducted an investigation to ascertain FTI's connections with the Debtors and various parties in interest in the Bankruptcy Cases (the "Interested Parties"). The identities of the Interested Parties are set forth on Schedule 1 attached hereto and incorporated herein by reference. FTI's investigation has included, among other things, a review of FTI's internal computer database containing the names of persons and entities that have previously engaged FTI.

10. The attached Schedule 2 identifies and details any relationships discovered through such investigation that FTI has with any Interested Parties in matters unrelated to these chapter 11 cases. To the best of my knowledge after due inquiry, neither myself nor FTI is or has been employed by any party in interest or other entity, other than the Debtors, in connection with any matter relating to the Debtors or their chapter 11 cases.

11. By way of further disclosure:

(a) Prior to the commencement of these chapter 11 cases, FTI's professionals provided restructuring, financial services and crisis communications services to the Debtors.

(b) From time to time, FTI has provided services, and likely will continue to provide services to certain attorneys, other professionals, creditors (including lenders) and/or security holders of the Debtors and various other parties, some of whom may be providing services to, or may be adverse to, or may be otherwise connected to the Debtors, in each case in matters unrelated to the Debtors or these chapter 11 cases.

(c) In the ordinary course of business, investment funds affiliated with FTI and certain of FTI's employees, as well as investment funds in which such employees may have financial interests, but over whose investment decisions such employees have no input or control, may acquire, hold or sell long or short positions, or trade or otherwise effect transactions, in debt, equity, and other securities and financial instruments (including bank loans and other obligations of, or investments in, the Debtors or other parties that may have an interest in these chapter 11 cases or have other relationships with the Debtors). With respect to any such securities, financial instruments, and/or investments, including any voting rights, will be exercised by the holder of the rights, in its sole discretion. Moreover, the FTI employees who are working on these chapter 11 cases are subject to compliance mechanisms and policies and procedures designed to prevent confidential, non-public information from being improperly shared.

(d) FTI personnel may have business associations with certain creditors of the Debtors or counsel or other professionals involved in these chapter 11 cases on matters unrelated to these Debtors or their chapter 11 cases. In addition, in the ordinary course of this business, FTI may engage counsel or other professionals in unrelated matters who now represent, or in the future may represent, creditors or other interested parties in these chapter 11 cases.

12. FTI has provided and likely will continue to provide various services unrelated to the Debtors' for various parties, creditors or equity security holders of the Debtors, including certain parties listed on Schedule 2. To the best of my knowledge, no services have been provided to these parties that involve the rights in the Debtors' cases, nor does FTI's involvement in these cases compromise FTI's ability to continue such services. FTI may in the future provide services unrelated to the Debtors or their chapter 11 cases for other creditors, equity security holders or parties in interest in these cases. To the extent that FTI discovers additional relationships, it will file a supplemental disclosure with the Court as promptly as possible.

13. To the best of my knowledge, FTI is a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy Code"), as modified by section 1107(b) of the Bankruptcy Code, in that FTI:

    (a) Is not a creditor, equity security holder or insider of the Debtors;

    (b) Is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors, with the exception of my being appointed CRO as a part of the restructuring services provided by FTI to the Debtors;

    (c) Does not have an interest materially adverse to the interest of the estate of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

14. As part of a diverse business, FTI is employed in numerous cases, proceedings and transactions involving many different professionals, including attorneys, investment banks and financial consultants, some of which may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Further, FTI has in the past, and may in the future, be represented by several attorneys and law firms that are active in bankruptcy cases, some of which may be involved in these proceedings. In addition, FTI has in the past, and likely will in the future, be working with or against other professionals involved in these cases in matters unrelated to these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these business relationships constitute an interest materially adverse to the Debtors herein, and none are in connection with the Debtors or these cases.

15. Moreover, except as otherwise provided in this Retention Declaration, to the best of my knowledge, information and belief, insofar as I have been able to ascertain after due inquiry, other than in connection with these bankruptcy cases and FTI's provision of services to the Debtors prior to the Petition Date, FTI does not (a) have any connection with the Debtors, their creditors or any other party in interest herein, the United States Trustee, anyone employed

in the Office of the United States Trustee, or any United States Bankruptcy Judge or District Judge for the District of Delaware or (b) have any connection with or hold or represent any interest materially adverse to the Debtors, their estates, their creditors or any other party in interest herein.

16. To the best of my knowledge, FTI has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, these cases. If this Court approves our proposed employment, FTI will accept no engagement or perform any service in these cases for any entity or person other than the Debtors. FTI may, however, continue to provide accounting services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors or parties-in-interest in these chapter 11 cases, provided, however, that such services do not and will not relate to, or have any direct connection with the Debtors or these chapter 11 cases.

## Disclosure of Compensation

17. Upon the execution of the Original Agreement, the Debtors paid FTI cash on account of $150,000 (the "Deposit"), with any unused amounts to be returned to the Debtors upon the completion of the engagement. To date, FTI has received approximately $1,200,000 from the Debtors on account of Monthly Fees and services provided at the Standard Hourly Rates and has received $58,400 for reimbursement of expenses.

18. As of the Petition Date, FTI did not hold a prepetition claim against the Debtors for services rendered.

19. Attached hereto as Exhibit A is a chart detailing payments received from the Debtors within the 90 days preceding the Petition Date.

20. FTI has not received any promises as to payment or compensation in connection with these Bankruptcy Cases other than in accordance with the provisions of the Bankruptcy

Code, the Bankruptcy Rules, the Local Rules and the United States Trustee Guidelines, and as disclosed herein.

*[remainder of this page left intentionally blank]*

To the best of my knowledge, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ~~February 23~~, 2012    _____
                                    Andrew Hinkelman
                                    Senior Managing Director, FTI Consulting, Inc.

Sworn to and subscribed before me, a notary public for the State of ~~New York~~, County of ~~Kings~~, this ~~23~~ day of ~~February~~ 2012.

_____

DANICA JOSEPH
Notary Public, State of New York
No. 01JO6235566
Qualified in Kings County
Commission Expires February 14, 2015

EAST\47990812.2

## EXHIBIT A

(Payments Received During 90 Days Prior to Petition Date)

| Invoice # | Invoice Date | Period of Services Provided | Payment Date | Amount Billed | Amount Paid |
|---|---|---|---|---|---|
| 7278655 | 10/21/2011 | RETAINER | 11/22/2011 | 200,000.00 | 200,000.00 |
| 7279850 | 11/7/2011 | 10/17/11-10/31/11 | 12/8/2011 | 271,735.20 | 271,735.20 |
| 7281029 | 11/22/2011 | 11/1/11 - 11/14/11 | 12/16/2011 | 304,992.87 | 304,992.87 |
| 7281971 | 12/7/2011 | 11/15/11 - 11/30/11 | 12/29/2011 | 310,603.86 | 310,603.86 |
| 7283057 | 12/20/2011 | 12/1/11 - 12/15/11 | 12/23/2011 | 193,690.83 | 193,690.83 |
| 7283834 | 12/31/2011 | 12/16/11 - 1/3/12 | 12/23/2011 | 146,187.93 | 100,000.00 |

[1] $153,812.07 Retainer balance rolled over to post-petition code.
[2] Payment made from $100,000 paid on 12/23, estimated fees added to invoice 7283057 and $46,187.93 from Retainer

EAST\47990812.2

## SCHEDULE 1

(List of Interested Parties)

**Trident Microsystems, Inc.,** *et al.*
**List of Interested Parties**

**Debtors**
- Trident Microsystems, Inc.
- Trident Microsystems (Far East) Ltd.

**Non-Debtor Affiliates**
- Trident Digital Systems (UK) Ltd
- Trident Microelectronics Ltd.
- Trident Microsystems (Beijing) Co., Ltd.
- Trident Microsystems (Europe) B.V.
- Trident Microsystems (Europe) GmbH
- Trident Microsystems (Hong Kong) Limited
- Trident Microsystems (India) Pvt. Ltd.
- Trident Microsystems (Israel) Ltd
- Trident Microsystems (Japan) GK
- Trident Microsystems (Korea), Limited
- Trident Microsystems (Nederland) B.V.
- Trident Multimedia Technologies (Shanghai), Co., Ltd.
- Trident Microsystems (Singapore) Pte. Ltd.
- Trident Microsystems (Taiwan) Ltd.
- Trident Microsystems Holding B.V.

**Current and Former Officers and Directors of the Debtors**
- A.C. D'Augustine
- Bami Bastani
- Brian R. Bachman
- Chris P. Siu
- Christophe Chene
- Christos Lagomichos
- Craig Shinners
- David H. Courtney
- David L. Teichmann
- David M. Kerko
- Frank C. Lin
- Gerry Liu
- Glen M. Antle
- Hans Geyer
- J. Carl Hsu
- John Luke
- John S. Edmunds
- Jung-Herng Chang
- Loni Kupchanko

- Millard Phelps
- Pete J. Mangan
- Peter Jen
- Philippe Geyres
- Raymond K. Ostby
- Richard H. Janney
- Richard L. Clemmer
- Sylvia D. Summers
- Sylvia Summers Couder
- W. Steven Rowe
- Yasushi Chikagami

**Former Lenders**
- Bank of America, N.A.

**Professionals**
- FTI Consulting, Inc.
- Maples and Calder
- PricewaterhouseCoopers LLP
- Union Square Advisors LLC

**Significant Equity Holders**
- NXP B.V.

**Stalking Horse**
- Entropic Communications, Inc.

**Largest Unsecured Creditors of TMI**
- AON Consulting/Radford Surveys
- Beth Peterson Ent., Inc.
- Clearpath Workforce Management
- Deloitte & Touche
- DVB Project Office
- E*Trade Financial
- Feinberg Day Alberti & Thompson LLP
- Fenwick & West LLP
- Global Tax Network
- KILOPASS
- Law Offices Fennemore Craig
- Merrill Communications LLC
- Nagravision
- NXP B.V.
- Plus Relocation
- Portscon, Inc.

- PricewaterhouseCoopers LLP
- Skillsoft Corporation
- True Partners Consulting
- Wright Express Fin. Svc. Corp.

**Largest Unsecured Creditors of TMFE**
- ACER Laboratories, Inc.
- ARM LTD
- Cadence Design Systems
- CEVA D.S.P. LTD.
- Cisco Systems, Inc.
- Imagination Technologies Ltd
- LEXRA, INC.
- Mosaid Technologies Incorporated
- Mentor Graphics (Ireland) Ltd
- Micronas GmbH
- MIPS Technologies, Inc.
- NXP B.V.
- Realnetworks, Inc.
- Siliconware Precision
- SKELMIR, LLC
- Synopsys, Inc.
- Taiwan Semiconductor
- That Corporation
- UMC Group USA
- WIPRO LIMITED

**Insurance Carriers**
- AETNA
- American Guarantee and Liability Ins. Co.
- FINPRO Lines
- Lloyds of London (Falvey)
- Zurich American Insurance Co.

**Litigation Parties**
- Amir Mashkoori
- Benny Goodman III
- Christopher M. Wood
- Donald R. Gullage
- Exatel Visual Systems, Ltd.
- Gerald W. Keeney
- Jeffrey D. Light
- Ligaya T. Hernandez
- NXP Semiconductors USA, Inc.

- Robin Winchester
- Shawn A. Williams
- Viken Kalindjian

**Utilities**
- City of Austin
- City of Sunnyvale
- DirecTV
- Garner House 2008 L.P.
- Pacific Gas & Electric Company
- Time Warner Cable
- Tramor

**Parties to the Debtors' Executive Retention and Severance Plans**
- Bami Bastani
- David L. Teichmann
- Peter Mangan
- Richard Janney
- Saeid Moshkelani

**Judges on the United States Bankruptcy Court for the District of Delaware**
- Honorable Kevin J. Carey
- Honorable Kevin Gross
- Honorable Brendan L. Shannon
- Honorable Christopher S. Sontchi
- Honorable Mary F. Walrath
- Honorable Peter J. Walsh

**Office of the United States Trustee**
- David Buchbinder
- Mark Kenney
- David Klauder
- Jane Leamy
- Tiiara Patton
- Juliet Sarkessian
- Richard Schepacarter
- Thomas Patrick Tinker

EAST\47729474.5

# SCHEDULE 2

## (Relationships with Interested Parties)

## SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED FTI IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ACER Laboratories, Inc. | Unsecured Creditor (TMFE) | ACER Laboratories, Inc. is a former client of the firm and the last matter was closed on 2/10/2005. |
| AETNA | Insurance Carrier | AETNA is a former client of the firm and the last matter was closed on 3/3/2011. |
| American Guarantee and Liability Ins. Co. | Insurance Carrier | American Guarantee and Liability Ins. Co. is a current client of the firm. |
| AON Consulting/Radford Surveys | Unsecured Creditor | AON Consulting/Radford Surveys is a current client of the firm. |
| Bank of America, N.A. | Former Lender | Bank of America, N.A. is a current client of the firm. |
| Cadence Design Systems | Unsecured Creditor (TMFE) | Cadence Design Systems is a former client of the firm and the last matter was closed on 12/28/2004. |
| Cisco Systems, Inc. | Unsecured Creditor (TMFE) | Cisco Systems, Inc. is a current client of the firm; however, no amounts have been billed to Cisco Systems, Inc. in the previous twelve months. |
| DirecTV | Utilities | DirecTV is a current client of the firm. |
| E*Trade Financial | Unsecured Creditor | E*Trade Financial is a former client of the firm and the last matter was closed on 4/14/2009. |
| Fenwick & West LLP | Unsecured Creditor | Fenwick & West LLP is a current client of the firm. |
| Law Offices Fennemore Craig | Unsecured Creditor | Law Offices Fennemore Craig is a former client of the firm and the last matter was closed on 9/23/2010. |
| Lloyds of London (Falvey) | Insurance Carrier | Lloyds of London (Falvey) is a current client of the firm. |
| Maples and Calder | Professionals | Maples and Calder is a current client of the firm. |
| Mentor Graphics (Ireland) Ltd | Unsecured Creditor (TMFE) | Mentor Graphics (Ireland) Ltd is a current client of the firm. |
| Mosaid Technologies Incorporated | Unsecured Creditor (TMFE) | Mosaid Technologies Incorporated is a former client of the firm and the last matter was closed on 1/24/2005. |

EAST\47729474.5

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Nagravision | Unsecured Creditor | Nagravision is a current client of the firm. |
| NXP B.V.[3] | Equity Holder, Unsecured Creditor, and Unsecured Creditor (TMFE) | NXP B.V. and/or its affiliates is a former client of the firm and the last matter was closed on August 30, 2011. |
| Pacific Gas & Electric Company | Utilities | Pacific Gas & Electric Company is a current client of the firm. |
| PricewaterhouseCoopers LLP | Professionals, Unsecured Creditor | PricewaterhouseCoopers LLP is a current client of the firm. |
| Realnetworks, Inc. | Unsecured Creditor (TMFE) | Realnetworks, Inc. is a former client of the firm and the last matter was closed on 12/19/2011. |
| Skillsoft Corporation | Unsecured Creditor | Skillsoft Corporation is a current client of the firm. |
| Synopsys, Inc. | Unsecured Creditor (TMFE) | Synopsys, Inc. is a former client of the firm and the last matter was closed on 3/10/2005. |
| Taiwan Semiconductor | Unsecured Creditor (TMFE) | Taiwan Semiconductor is a former client of the firm and the last matter was closed on 5/13/2010. |
| Time Warner Cable | Utilities | Time Warner Cable is a former client of the firm and the last matter was closed on 11/10/2011. |
| Trident Microsystems, Inc. | Debtor | Trident Microsystems, Inc. is a former client of the firm and the last matter was closed on 6/6/2008. |
| Wright Express Fin. Svc. Corp. | Unsecured Creditor | Wright Express Fin. Svc. Corp. is a current client of the firm. |
| Zurich American Insurance Co. | Insurance Carrier | Zurich American Insurance Co. is a current client of the firm. |

---

[3] FTI performed limited scope consulting services to support NXP Semiconductors Singapore with an internal audit investigation of certain employees in China and Hong Kong.

EAST\47729474.5