## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIDENT MICROSYSTEMS, INC., <u>et al.</u>,**[1]<br><br>               Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 12-10069 (CSS) <br> ) <br> ) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Shakira L. Ferguson, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtors in the above-captioned cases.

On February 27, 2012, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service lists attached hereto as **Exhibit A** and **Exhibit B**, via Facsimile on the service list attached hereto as **Exhibit C**, and via Electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Outcome of Auction Conducted on February 23, 2012** [Docket No. 258]

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

Furthermore, on February 27, 2012, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit E**:

- **Non-Attorney Professional's Affidavit in Support of Ordinary Course Retention** [Docket No. 260]

Dated: February 28, 2012

Shakira L. Ferguson

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 28th day of February 2012, by Shakira L. Ferguson, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: Vanessa R Quinones

VANESSA RAE QUINONES
Commission # 1957203
Notary Public - California
Los Angeles County
My Comm. Expires Oct 20, 2015

2

# Exhibit A

**Exhibit A**
**Core/2002 First Class Service List**

| Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Bayard PA | GianClaudio Finizio | 222 Delaware Ave Ste 900 | | | Wilmington | DE | 19801 | |
| Bayard PA | Jamie L Edmonson | 222 Delaware Ave Ste 900 | | | Wilmington | DE | 19801 | |
| Bayard PA | Neil B Glassman | 222 Delaware Ave Ste 900 | | | Wilmington | DE | 19801 | |
| Bialson Bergen & Schwab | Kenneth T Law | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| Bialson Bergen & Schwab | Lawrence M Schwab | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| Bialson Bergen & Schwab | Thomas M Gaa | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| California Dept of Revenue | Attn Bankruptcy | 450 N St MIC 55 | | | Sacramento | CA | 95814 | |
| CEVA, Inc. | Gerson R. Perla | 1943 Landings Drive | | | Mountain View | CA | 94043 | |
| City of Sunnyvale CA | Finance Treasury Services | PO Box 3707 | | | Sunnyvale | CA | 94088-3707 | |
| Commonwealth of Pennsylvania Department of Labor and Industry | Joseph Kots | 625 Cherry St Room 203 | Reading Bankruptcy & Compliance Unit | | Reading | PA | 19602-1152 | |
| Comptroller of Public Accounts | Mike Doyle | LBJ State Office Building | 111 E 17th Street | | Austin | TX | 78774 | |
| Cooley LLP | Alex R Velinsky | 1114 Ave of the Americas | | | New York | NY | 10036 | |
| Cooley LLP | Cathy Hershcopf | 1114 Ave of the Americas | | | New York | NY | 10036 | |
| Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | | Dover | DE | 19903 | |
| Delaware Secretary of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | |
| Dewey & Leboeuf LLP | Martin J Bienenstock | 1301 Ave of the Americas | | | New York | NY | 10019-6092 | |
| Dewey & Leboeuf LLP | Timothy Q Karcher | 1301 Ave of the Americas | | | New York | NY | 10019-6092 | |
| Dewey & Leboeuf LLP | Vincent Indelicato | 1301 Ave of the Americas | | | New York | NY | 10019-6092 | |
| Franchise Tax Board | Anne Smith | PO Box 1468 | | | Sacramento | CA | 95812-1468 | |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| Landis Rath & Cobb LLP | Adam G Landis | 919 Market St Ste 1800 | | | Wilmington | DE | 19801 | |
| Landis Rath & Cobb LLP | Matthew B McGuire | 919 Market St Ste 1800 | | | Wilmington | DE | 19801 | |
| Landis Rath & Cobb LLP | Richard S Cobb | 919 Market St Ste 1800 | | | Wilmington | DE | 19801 | |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | 1300 Main Ste 300 | | | Houston | TX | 77002 | |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Maples and Calder | Caroline Moran | PO Box 309 | Ugland House South Church St | | George Town | | KY1-1104 | Cayman Islands |
| Montgomery McCracken Walker & Rhoads LLP | Laurie A Krepto | 1105 N Market St Ste 1500 | | | Wilmington | DE | 19801 | |
| Montgomery McCracken Walker & Rhoads LLP | Mark A Fink | 1105 N Market St Ste 1500 | | | Wilmington | DE | 19801 | |
| Montgomery McCracken Walker & Rhoads LLP | Natalie D Ramsey | 1105 N Market St Ste 1500 | | | Wilmington | DE | 19801 | |
| Morgan Lewis & Bockius LLP | Colm F Connolly | 1007 N Orange St Ste 501 | The Nemours Bldg | | Wilmington | DE | 19801 | |
| Morgan Lewis & Bockius LLP | James L Garrity | 101 Park Ave | | | New York | NY | 10178 | |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | | New York | NY | 10178 | |
| Office of the Attorney General | California Department of Justice | PO Box 944255 | | | Sacramento | CA | 94244-2550 | |
| Office of the Attorney General | | 1300 I Street | | | Sacramento | CA | 95814-2919 | |
| Office of the Attorney General | | PO Box 12548 | | | Austin | TX | 78711-2548 | |
| Office of the Attorney General | | 300 W 15th Street | | | Austin | TX | 78701 | |
| Office of the United States Trustee Delaware | Juliet Sarkessian | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 18899-0035 | |
| Office of the US Attorney General | Joseph R Biden III | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| Pachulski Stang Ziehl & Jones LLP | Bruce Grohsgal | 919 N Market St 17th Fl | | | Wilmington | DE | 19801 | |
| Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen | 150 California St 15th Fl | | | San Francisco | CA | 94111-4500 | |
| Pachulski Stang Ziehl & Jones LLP | John D Fiero | 150 California St 15th Fl | | | San Francisco | CA | 94111-4500 | |
| Pachulski Stang Ziehl & Jones LLP | Peter J Keane | 919 N Market St 17th Fl | | | Wilmington | DE | 19801 | |
| Pachulski Stang Ziehl & Jones LLP | Richard M Pachulski | 10100 Santa Monica Blvd 13th Fl | | | Los Angeles | CA | 90067-4003 | |
| Riddell Williams PS | Hilary Bramwell Mohr | 1001 4th Ave Ste 4500 | | | Seattle | WA | 98154 | |
| Riddell Williams PS | Joseph E Shickich Jr | 1001 4th Ave Ste 4500 | | | Seattle | WA | 98154 | |
| Riverside Claims LLC | | PO Box 626 | Planetarium Station | | New York | NY | 10024 | |
| Rodney D McFadden | | 7833 Fairway Rd | | | Woodway | TX | 76712 | |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | | Philadelphia | PA | 19106-1532 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Securities & Exchange Commission NY Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | | New York | NY | 10281-1022 | |
| Smith, Katzenstein & Jenkins LLP | Kathleen M. Miller | The Corporate Plaza | 800 Delaware Avenue, Suite 1000 | P.O. Box 410 | Wilmington | DE | 19899 | |
| Sonoma Capital Management LLC | Jeffrey Thorp | 805 Third Ave 16th Fl | | | New York | NY | 10022 | |

In re Trident Microsystems, Inc., et al.
Case No. 12-10069 (CSS)

1 of 2

**Exhibit A**
**Core/2002 First Class Service List**

| Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| State Board of Equalization | Stephen R Rudd | PO Box 942879 | | | Sacramento | CA | 94279-0001 | |
| Sullivan & Cromwell | Hydee R Feldstein | 1888 Century Park East | | | Los Angeles | CA | 90067-1725 | |
| Sullivan & Cromwell | Michael H Steinberg | 1888 Century Park East | | | Los Angeles | CA | 90067-1725 | |
| Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| The NASDAQ Stock Market | | One Liberty Plaza | 165 Broadway | | New York | NY | 10006 | |
| tw telecom inc | Linda Boyle | 10475 Park Meadows Dr No 400 | | | Littleton | CO | 80124 | |
| UMC Group USA | Rex Lo | 488 Deguigne Dr | | | Sunnyvale | CA | 94085 | |
| US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| Zolfo Cooper | Gordon MacRae | PO Box 1102 GT | 4th Fl Bldg 3 | Cayman Financial Centre | Grand Cayman | | KY1-1102 | Cayman Islands |

In re Trident Microsystems, Inc., et al.
Case No. 12-10069 (CSS)

2 of 2

# Exhibit B

**Exhibit B**

| Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Access Co , Ltd | Attn Tomihisa Kamadu | Tokyo Hirata Building 2 8 16 | Sarugaku cho | | Chiyoda ku | | 101-0064 | Japan |
| Allegro DVT | Attn Pierre Marty | 345 Rue Lavoiser | | | 38330 Montbonnot | | | France |
| Allegro DVT | Attn Pierre Marty | 15 Av eu du Granier | | | F 38240 Meylan | | | France |
| Arasan Chip Systems Inc | | 2010 North 1st St Ste 510 | | | San Jose | CA | 95131 | |
| ARM Limited | | 110 Fulbourn Rd | | | Cambridge | CB1 9NJ | | England |
| ARRIS International, Inc | Attn Stan Brovont | 11450 Technology Cir | | | Duluth | GA | 30097 | |
| Arrow Electronics Inc | | 7459 S Lima St | PO Box 6513 | | Englewood | CO | 80155 | |
| Arrow Electronics Inc | | PO Box 60000/File No 21174 | | | San Francisco | CA | 94160-1174 | |
| Atheros Communications, Inc | Attn Gary L Sulagis | 5480 Great America Pkwy | | | Santa Clara | CA | 95054 | |
| AVNET Electronics | | PO Box 100340 | | | Pasadena | CA | 91189-0340 | |
| AVNET Electronics Marketing | c/o Cilicon | 2105 Lundy Ave | | | San Jose | CA | 95131 | |
| AVNET Electronics Marketing | File 30107 | PO Box 60000 | | | San Franciso | CA | 94160 | |
| AVNET Technology HK Limited | | 16/F Spectrum Tower | 53 Hung To Rd | | Kwun Tong | KOWLOON | | Hong Kong |
| Bitrouter | Attn Gopal Miglani | 1644 Bahia Vista Way | | | San Diego | CA | 92037 | |
| Blunk Microsystems | Attn Tim Stoutamore | 6576 Leyland Park Dr | | | San Jose | CA | 95120 | |
| Borland Software Corp | Attn Richard E Novak | 8303 N Mopac Expressway | Ste A 300 | | Austin | TX | 78759-8374 | |
| Cable Television Laboratories | Attn Don Dulchinas | 858 Coal Creek Cir | | | Louisville | CO | 80027 | |
| Cadence Design Systems B V | | Takkebijsters 13c | | | 4817 BL Breda | | | Netherlands |
| Cisco Systems, Inc | Attn Mike Farnam | 170 West Tasman Dr | | | San Jose | CA | 95134 | |
| Coding Technologies AB | Attn Martin Dietz | Döbelnsgatan 64 | SE 113 52 | | Stockholm | | | Sweden |
| Comcast Business Services Group | | 12647 Alcosta Blvd Ste 200 | | | San Ramon | CA | 94583 | |
| Comcast Business Services Group | | PO Box 34744 | | | Seattle | WA | 98124-1744 | |
| Comtech Vending | | 1309 Isabelle Ave | | | Mountain View | CA | 94040 | |
| Conax AS | Attn Stig Hagala | Kongensgt 8 | | | N 0153 Oslo | | | Norway |
| Conditional Access Licensing, LLC | c/o Comcast Corporation | Attn Steven M Heeb | 1701 JFK Blvd | | Philadelphia | PA | 19103 | |
| Conexant Systems, Inc | | 4000 MacArthur Blvd | | | Newport Beach | CA | 92660 | |
| Cryptography Research, Inc | | 575 Market St 11th Fl | | | San Francisco | CA | 94105 | |
| CT PIM | | 391 Rua Salvador | | | Adrianopolis Manaus | AM | | Brazil |
| Cyclic Design, LLC | Attn Eric Deal | 10703 McFarlie Cove | | | Austin | TX | 78750 | |
| Digital Keystone Inc | | 1975 El Camino Real No 306 | | | Mt View | CA | 94040 | |
| Digital Stream Technology Inc | | 6th Fl Taechang B/D 451 1 | Seongnae Dong Gangdong gu | | Seoul | | | Korea |
| DIRECTV | Attn Romulo Pontual | 2230 East Emperial Hwy | | | El Segundo | CA | 90245 | |
| Dolphin Technology, Inc | Attn Mr Mo Tamjidi | 2025 Gateway Pl | Ste 270 | | San Jose | CA | 95110 | |
| Dwight Cavendish Systems Limited | | The Icon Lytton Way | Stevenage Hertfrdshire | | | | SG1 1AH | UK |
| Eagle Kingdom Technologies Ltd | | Unit B 26/F | Two Chinachem Plz | 68 Connaught Rd Centre | | | | Hong Kong |
| Embedded Alley Solutions Inc Mentor Graphics | | 2055 Junction Ave Ste 125 | | | San Jose | CA | 95131 | |
| GkWare e K | Attn Gero Kuehn | Humboldtstrasse 177 | | | D 45149 Essen | | | Germany |
| Google Inc | Attn Mark Melnick | 3 Corporate Dr | Ste 100 | | Clifton Park | NY | 12065 | |
| Google Ireland Ltd | Attn Graham Law | Gordon House Barrow St | | | Dublin | | 4 | Ireland |
| Irdeto Access B V | Attn Germon Knoop | Taurus Ave 105 | | | 2132 LS Hoofdorp | | | The Netherlands |
| IWEDIA | | Zac de Saint | Suplice 6 Rue de Jouanet | | 35700 Renees France | | | France |
| Jingguang Office Centre | | 12th Fl | 1002 Yahne North Rd | | Shenzhen | | | China |
| Kifer Tech Investors LLC | | 1170 Kifer Rd | | | Sunnyvale | CA | 94806 | |
| Kilopass Technology, Inc | | 3333 Octavius Dr Ste 101 | | | Santa Clara | CA | 95054 | |
| Latens Systems Limited | Attn J Thoap | Aisling House Stranmillis | Belfast | | County Antrim | | BT9 5FL | United Kingdom |
| Lauterbach Inc | | 4 Mount Royal Ave | | | Marlborough | MA | 01752 | |
| LG Electronics | | LG Twin Towers 20 Yoido dong Youngdungpo gu | Seoul 150 721 | | Seoul | | 150-721 | Korea |
| LG Electronics | | 20405 S H 249 Ste 350 | | | Houston | TX | 77070 | |
| Lite on | | 4f No 10 Ln 235 | Pao Chiao Rd | | Hsintien City | TAIPEI HSIEN | | Taiwan |
| Mentor Graphics Corporation | | 8005 SW Boeckman Rd | | | Wilsonville | OR | 97070-7777 | |
| Micrium Inc | | 1290 Weston Rd Ste 306 | | | Weston | FL | 33326 | |
| Micronas GmbH | | Hans Bunte Strasse 19 | | | 79108 Freiburg im Breisau | | | Germany |
| Momentum Data Systems | | 17330 Brookhurst St Ste 230 | | | Fountain Valley | CA | 92708 | |
| Motorola General Instrument Corp dba Connected Home Solutions Business | Attn Marc Kauffman | 101 Tournament Dr | | | Horsham | PA | 19044 | |
| Motorola Inc | Attn Judy Baranowski | 1303 E Algonquin Rd | | | Schaumburg | IL | 60196 | |

**Exhibit B**

| Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Nagravision S A | Attn N Goetschmann | Route de Genéve 22 | | | CH 1033 Cheseax | | | Switzerland |
| NDS Limited | Attn Alex Gersh | One London Rd | Staines | | Middlesex | | TW18 4EX | United Kingdom |
| NEC Business Network Solution | | 720 Bay Rd Ste 100 | | | Redwood | CA | 94063 | |
| NEC Electronics Inc | | PO Box 951154 | | | Dallas | TX | 75395-1154 | |
| Neotion SAS | | Voie Atlas 139 | | | La Ciotat 13600 | | | France |
| NXP Semiconductors | Attn Charles Smit | High Tech Campus 60 | | | 5656 AG Einhoven | | | The Netherlands |
| Ocean Blue Software | | ITV Television Centre | Bath Rd | | Bristol | | BS4 3HG | England |
| Open Silicon, Inc | | 490 North McCarthy Blvd Ste 220 | | | Milpitas | CA | 95035 | |
| OpenTV | Attn Tracy Geist | 275 Sacramento St | | | San Francisco | CA | 94111 | |
| PalmerySoft Ltd | | Kazanskaya 1 | | | Ulyanovsk | | 432980 | Russia |
| PW Commerce Center LP | | 13012 Collections Dr | | | Chicago | IL | 60693 | |
| QualCore Logic, Inc | Attn Ashok K Jain | 1289 Anvilwood Ave | | | Sunnyvale | CA | 94089 | |
| RaisingSun Digital Video Technology Shanghai Co | | 4/F & 5/F Tower 6 221 Caobao Rd | Xuhui Dist | | Shanghai | | | China |
| RealNetworks Inc | Attn Martin Schwarz | 2601 Elliott Ave | | | Seattle | WA | 98121 | |
| Red Embedded Consulting Ltd | | Waterfront Salts Mill Rd | Saltaire | | West Yorkshire | BD177EZ | | England |
| Sarnoff Corporation | Attn Robert J Levin | 201 Washington Rd | | | Princeton | NJ | 08540 | |
| Semiconductor Manufacturing International Corporation | Attn Chiou Feng Chen | No 18 Zhangjiang Rd | Pudong New Area | | Shanghai | | 201203 | China |
| Shanghai Suntimes Electronics | | No 172 Land 479 | East Wuwei Rd | | Shanghai | | 200333 | China |
| Shanghai Suntimes Electronics | | North Zhongstun Rd 2020 No 14D | | | Shanghai | | 200063 | China |
| Sichuan Changhong Electric Co , Ltd , | | 35 East Mianxing Rd | High Tech Park Mianyang | | Sichuan | | 621000 | China |
| Signet | | 8321 Lime Creek Rd | | | Volente | TX | 78641 | |
| Sorenson Media, Inc | | 4179 Riverboat Rd Ste 208 | | | Salt Lake City | UTAH | 84123 | |
| SRI International | Attn Mr Dave Stringer Calvert | 333 Ravenswood Ave | | | Menlo Park | CA | 94025 | |
| SVPLA LLC | Attn Jas Saini | 3500 Hyland Ave | | | Costa Mesa | CA | 92626 | |
| Symmetry Electronics | | 5400 Rosecrans Ave | | | Hawthorne | CA | 90250 | |
| Symmetry Electronics | | 780 Montague Expressway Ste 304 | | | San Jose | CA | 95131 | |
| Synopsys International Limited | | Block 1 | Blanchardstown Corporate Park | | Blanchardstown | DUBLIN | 15 | Ireland |
| TARA Systems GmbH | Attn Alexander Wass | Lindwurmstr 80 | | | 80337 Munchen | | | Germany |
| Technicolor USA Inc | | 101 W 103rd St | | | Indianapolis | IN | 46290 | |
| Tensilica, Inc | | 3255 6 Scott Blvd | | | Santa Clara | CA | 95054 | |
| Tomen Electronics Corp | | 8 27 Kohnan 1 Chrome | Minato Ku | | Tokyo | | 108-8510 | Japan |
| Topaz Industries Inc | | 390 Rail Rd Ct | | | Milpitas | CA | 95035 | |
| TranSwitch Corporation | Attn Ted Chung | 3 Enterprise Dr | | | Shelton | CT | 06484 | |
| Triple Play Integration LLC | Attn Mark Huttemann | 55 Cambridge St Ste 101 | | | Burlington | MA | 01803 | |
| Vecima Networks, Inc | | 4210 Commerce Cir | | | Victoria | BC | v8z 6n6 | Canada |
| WANdisco | | PO Box 731107 | | | Dallas | TX | 75373-1107 | |
| Winbox Technologies | | Wilhelmstrasse 13 15 | | | Furtwangen 78120 | | | Germany |
| Wind River Systems, Inc | Attn V P of Legal Affairs | 500 Wind River Way | | | Alameda | CA | 94501 | |
| Wipro Limited | | Mission Rd | 560027 Bangalore | | | | | India |

# Exhibit C

**Exhibit C**
**Core/2002 Fax Service List**

| Company | Contact | Fax | Status |
|---|---|---|---|
| Bayard PA | GianClaudio Finizio | 302-658-6395 | Successful |
| Bayard PA | Jamie L Edmonson | 302-658-6395 | Successful |
| Bayard PA | Neil B Glassman | 302-658-6395 | Successful |
| Bialson Bergen & Schwab | Kenneth T Law | 650-494-2738 | Successful |
| Bialson Bergen & Schwab | Lawrence M Schwab | 650-494-2738 | Successful |
| Bialson Bergen & Schwab | Thomas M Gaa | 650-494-2738 | Successful |
| California Dept of Revenue | Attn Bankruptcy | 916-327-0615 | Successful |
| CEVA, Inc. | Gerson R. Perla | 650-417-7980 | Successful |
| City of Sunnyvale CA | Finance Treasury Services | 408-737-4950 | Successful |
| Commonwealth of Pennsylvania Department of Labor and Industry | Joseph Kots | 610-378-4459 | Successful |
| Comptroller of Public Accounts | Mike Doyle | 512-475-0352 | Successful |
| Cooley LLP | Alex R Velinsky | 212-479-6275 | Successful |
| Cooley LLP | Cathy Hershcopf | 212-479-6275 | Successful |
| Delaware Dept of Justice | Attn Bankruptcy Dept | 302-577-5866 | Successful |
| Delaware Secretary of State | Division of Corporations Franchise Tax | 302-739-5831 | Unsuccessful |
| Delaware Secretary of Treasury | | 302-739-5635 | Unsuccessful |
| Dewey & Leboeuf LLP | Martin J Bienenstock | 212-259-6333 | Successful |
| Dewey & Leboeuf LLP | Timothy Q Karcher | 212-259-6333 | Successful |
| Dewey & Leboeuf LLP | Vincent Indelicato | 212-259-6333 | Successful |
| Internal Revenue Service | Centralized Insolvency Operation | 267-941-1015 | Successful |
| Internal Revenue Service | Centralized Insolvency Operation | 267-941-1015 | Successful |
| Landis Rath & Cobb LLP | Adam G Landis | 302-467-4450 | Successful |
| Landis Rath & Cobb LLP | Matthew B McGuire | 302-467-4450 | Successful |
| Landis Rath & Cobb LLP | Richard S Cobb | 302-467-4450 | Successful |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | 713-844-3501 | Successful |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | 713-844-3503 | Successful |
| Maples and Calder | Caroline Moran | 011-345-949-8080 | Unsuccessful |
| Montgomery McCracken Walker & Rhoads LLP | Laurie A Krepto | 302-504-7820 | Successful |
| Montgomery McCracken Walker & Rhoads LLP | Mark A Fink | 302-504-7820 | Successful |
| Montgomery McCracken Walker & Rhoads LLP | Natalie D Ramsey | 302-504-7820 | Successful |
| Office of the Attorney General | California Department of Justice | 916-323-5341 | Successful |
| Office of the Attorney General | | 512-475-2994 | Successful |
| Office of the Attorney General | | 512-475-2994 | Successful |
| Office of the United States Trustee Delaware | Juliet Sarkessian | 302-573-6497 | Successful |
| Office of the US Attorney General | Joseph R Biden III | 302-577-6499 | Successful |
| Pachulski Stang Ziehl & Jones LLP | Bruce Grohsgal | 302-652-4400 | Successful |
| Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen | 415-263-7010 | Successful |
| Pachulski Stang Ziehl & Jones LLP | John D Fiero | 415-263-7010 | Successful |
| Pachulski Stang Ziehl & Jones LLP | Peter J Keane | 302-652-4400 | Successful |
| Pachulski Stang Ziehl & Jones LLP | Richard M Pachulski | 310-201-0760 | Successful |
| Riddell Williams PS | Hilary Bramwell Mohr | 206-389-1708 | Successful |
| Riddell Williams PS | Joseph E Shickich Jr | 206-389-1708 | Successful |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | 215-597-3194 | Successful |
| Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317 | Successful |
| Securities & Exchange Commission | Secretary of the Treasury | 202-772-9318 | Successful |
| Securities & Exchange Commission NY Office | George S Canellos Regional Director | 212-336-1320 | Successful |
| Smith, Katzenstein & Jenkins LLP | Kathleen M. Miller | 302-652-8405 | Successful |
| Sonoma Capital Management LLC | Jeffrey Thorp | 212-897-8051 | Successful |
| State Board of Equalization | Stephen R Rudd | 916-322-1568 | Successful |
| Sullivan & Cromwell | Hydee R Feldstein | 310-712-8800 | Successful |

**Exhibit C**
**Core/2002 Fax Service List**

| Company | Contact | Fax | Status |
|---|---|---|---|
| Sullivan & Cromwell | Michael H Steinberg | 310-712-8800 | Successful |
| UMC Group USA | Rex Lo | 408-773-8829 | Successful |
| US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 302-573-6431 | Successful |
| Zolfo Cooper | Gordon MacRae | 011-345-946-0082 | Unsuccessful |

# Exhibit D

**Exhibit D**
**Core/2002 Email Service List**

| Company | Contact | Email |
|---|---|---|
| Bayard PA | GianClaudio Finizio | gfinizio@bayardlaw.com |
| Bayard PA | Jamie L Edmonson | jedmonson@bayardlaw.com |
| Bayard PA | Neil B Glassman | nglassman@bayardlaw.com |
| Bialson Bergen & Schwab | Kenneth T Law | Klaw@bbslaw.com |
| Bialson Bergen & Schwab | Thomas M Gaa | Tgaa@bbslaw.com |
| CEVA, Inc. | Gerson R. Perla | Gerson.Perla@ceva-dsp.com |
| Commonwealth of Pennsylvania Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankhbg@state.pa.us |
| Cooley LLP | Alex R Velinsky | avelinsky@cooley.com |
| Cooley LLP | Cathy Hershcopf | chershcopf@cooley.com |
| Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| Delaware Secretary of State | Division of Corporations Franchise Tax | DOSDOC_WEB@state.de.us |
| Delaware Secretary of Treasury | | statetreasurer@state.de.us |
| Dewey & Leboeuf LLP | Martin J Bienenstock | mbienenstock@dl.com |
| Dewey & Leboeuf LLP | Timothy Q Karcher | tkarcher@dl.com |
| Dewey & Leboeuf LLP | Vincent Indelicato | vindelicato@dl.com |
| Internal Revenue Service | Insolvency Section | susanne.larson@irs.gov |
| Landis Rath & Cobb LLP | Matthew B McGuire | mcguire@lrclaw.com |
| Landis Rath & Cobb LLP | Richard S Cobb | cobb@lrclaw.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Maples and Calder | Caroline Moran | Caroline.Moran@MAPLESANDCALDER.com |
| Montgomery McCracken Walker & Rhoads LLP | Laurie A Krepto | lkrepto@mmwr.com |
| Montgomery McCracken Walker & Rhoads LLP | Mark A Fink | mfink@mmwr.com |
| Montgomery McCracken Walker & Rhoads LLP | Natalie D Ramsey | nramsey@mmwr.com |
| Office of the Attorney General | | greg.abbott@oag.state.tx.us |
| Office of the United States Trustee Delaware | Juliet Sarkessian | Juliet.M.Sarkessian@usdoj.gov |
| Office of the US Attorney General | Joseph R Biden III | attorney.general@state.de.us |
| Pachulski Stang Ziehl & Jones LLP | Bruce Grohsgal | bgrohsgal@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen | dgrassgreen@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | John D Fiero | jfiero@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Peter J Keane | pkeane@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Richard M Pachulski | rpachulski@pszjlaw.com |
| Riddell Williams PS | Hilary Bramwell Mohr | hmohr@riddellwilliams.com |
| Riddell Williams PS | Joseph E Shickich Jr | jshickich@riddellwilliams.com |
| Rodney D McFadden | | rdmcfadden@gmail.com |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | secbankruptcy@sec.gov |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Office | George S Canellos Regional Director | secbankruptcy@sec.gov |
| Smith, Katzenstein & Jenkins LLP | Kathleen M. Miller | kmiller@skjlaw.com |
| Sonoma Capital Management LLC | Jeffrey Thorp | jthorp@sonomacm.com |
| Sullivan & Cromwell | Hydee R Feldstein | feldsteinh@sullcrom.com |
| Sullivan & Cromwell | Michael H Steinberg | steingbergm@sullcrom.com |
| Texas Comptroller of Public Accounts | | comptroller.help@cpa.state.tx.us |
| tw telecom inc | Linda Boyle | linda.boyle@twtelecom.com |
| UMC Group USA | Rex Lo | Rex.Lo@umc-usa.com |
| US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Zolfo Cooper | Gordon MacRae | gordon.macrae@zolfocooper.ky<br>eleanor.fisher@zolfocooper.ky<br>chris.kennedy@zolfocooper.ky |

# Exhibit E

**Exhibit E**

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Dewey & LeBoeuf LLP | Martin J Bienenstock | 1301 Ave of the Americas | | New York | NY | 10019-6092 |
| Office of the United States Trustee Delaware | Juliet Sarkessian | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| Pachulski Stang Ziehl & Jones LLP | Bruce Grohsgal | 919 N Market St 17th Fl | | Wilmington | DE | 19801 |
| Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen | 150 California St 15th Fl | | San Francisco | CA | 94111-4500 |
| Pachulski Stang Ziehl & Jones LLP | John D Fiero | 150 California St 15th Fl | | San Francisco | CA | 94111-4500 |
| Pachulski Stang Ziehl & Jones LLP | Peter J Keane | 919 N Market St 17th Fl | | Wilmington | DE | 19801 |
| Pachulski Stang Ziehl & Jones LLP | Richard M Pachulski | 10100 Santa Monica Blvd 13th Fl | | Los Angeles | CA | 90067-4003 |