**EXHIBIT B**

**CURE SCHEDULE**

# **EXHIBIT B**

## CURE SCHEDULE [1]

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| Access | Software Reproduction License Agreement No. 68693248, dated March 28, 2008, between Access and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 | $0.00 |
| Allegro DVT | Test Suites License Agreement, dated August 4, 2004, between Allegro DTV and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 | $0.00 |
| Allegro DVT | Amendment No. 1, dated January 27, 2005, to the Test Suites License Agreement, dated August 4, 2004, between Allegro DTV and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 | $0.00 |
| Allegro DVT | Amendment No. 2, dated March 3, 2005, to the Test Suites License Agreement, dated August 4, 2004, between Allegro DTV and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 | $0.00 |
| Allegro DVT | Amendment No. 3, dated April 6, 2006, to the Test Suites License Agreement, dated August 4, 2004, between Allegro DTV and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 | $0.00 |
| Allegro DVT | Amendment No. 4, dated August 30, 2006, to the Test Suites License Agreement, dated August 4, 2004, between Allegro DTV and Conexant Systems, Inc., as assigned to NXP on August 8, | $0.00 |

---

[1]    All of the Assumed Executory Contracts are not necessarily "executory contracts" as defined in section 365 of the Bankruptcy Code.

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | 2008 | |
| Allegro DVT | Test Suites License Agreement, dated October 19, 2005, between Allegro DVT and NXP Semiconductors Netherlands B.V., as amended November 16, 2009 | $0.00 |
| Allegro DVT | Amendment No. 1, dated November 16, 2009, to the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. | $0.00 |
| Allegro DVT | Purchase Order (NXP Semiconductors India Pvt Ltd.), dated December 3, 2007, under the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. | $0.00 |
| Allegro DVT | Purchase Order (NXP Semiconductors UK Ltd.), dated July 16, 2008, under the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. | $0.00 |
| Allegro DVT | Purchase Order (NXP Semiconductors India Pvt Ltd.), dated September 10, 2008, under the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. | $0.00 |
| Allegro DVT | Purchase Order (NXP Semiconductors France), dated November 18, 2008, under the Test Suites License Agreement, dated October 19, 2005, between Allegro DTV and NXP Semiconductors Netherlands B.V. | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| Arasan Chip Systems Inc. | Amendment No. 1, dated November 6, 2006, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. | $0.00 |
| Arasan Chip Systems Inc. | Amendment No. 5, dated March 31, 2008, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. | $0.00 |
| Arasan Chip Systems Inc. | Amendment No. 6, dated August 25, 2009, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. | $0.00 |
| Arasan Chip Systems, Inc. | License No. TLA03019 dated January 23, 2003, between Arasan Chip Systems, Inc. and NXP Semiconductors Netherlands B.V. | $0.00 |
| Arasan Chip Systems, Inc. | Amendment No. 2, unknown date, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. | $0.00 |
| Arasan Chip Systems, Inc. | Amendment No. 3, unknown date, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. | $0.00 |
| Arasan Chip Systems, Inc. | Amendment No. 4, unknown date, to License Agreement No. TLA03019 dated January 23, 2003, between Arasan Chip Systems Inc. and NXP Semiconductors Netherlands B.V. | $0.00 |
| ARM Limited | Technology License Agreement, dated November 9, 2010, between | $633,384.84 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
| --- | --- | --- |
|  | ARM Limited and Trident Microsystems (Far East) Ltd. |  |
| ARM Limited | Annex 1, LEC-ANX-02589, ARM1176JZ-S Core, dated December 31 2010, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $0.00 |
| ARM Limited | Annex 1, LEC-ANX-02612, DDR2 PHY – TSMC 45nm LP, dated December 31 2010, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $0.00 |
| ARM Limited | Annex 1, LEC-ANX-02610, L220 and PL310, dated December 31 2010, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $0.00 |
| ARM Limited | Annex 1, LEC-ANX-02611, Logic Vision memBIST Models, dated December 31 2010, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $0.00 |
| ARM Limited | Annex 1, LEC-ANX-02634, ARM926EJ-S Core, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $238,400.00 |
| ARM Limited | Annex 1, LEC-ANX-2637, Coresight DK9 and Coresight DK-A9, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident | $138,908.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
| --- | --- | --- |
| | Microsystems (Far East) Ltd. | |
| ARM Limited | Annex 1, LEC-ANX-02636, Cortex-A9 and Cortex-A9 Neon, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $157,676.00 |
| ARM Limited | Annex 1, LEC-ANX-02633, Cortex-A9 MPCORE, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $1,092,000.00 |
| ARM Limited | Annex 1, LEC-ANX-02635, Cortex-M3 CORE + ETM, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $223,600.00 |
| ARM Limited | Annex 1, LEC-ANX-02638, Fixed System Product – L2C-310, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $78,840.00 |
| ARM Limited | Annex 1, LEC-ANX-02685, MALI400-MP GPU, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $285,540.00 |
| ARM Limited | Annex 1, LEC-ANX-02639, Processor Optimization Package – TSMC 40nm CLN40LP Cortex-A9, dated January 25 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident | $157,676.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | Microsystems (Far East) Ltd. | |
| ARM Limited | Annex 1, LEC-ANX-02784, Free Library Program, dated May 5 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $0.00 |
| ARM Limited | Annex 1, LEC-ANX-02785, Free Library Program, dated May 5 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $0.00 |
| ARM Limited | Annex 1, LEC-ANX-02786, Free Library Program, dated May 5 2011, to the Technology License Agreement, dated November 9, 2010, between ARM Limited and Trident Microsystems (Far East) Ltd. | $0.00 |
| ARRIS International, Inc. | ARRIS Software License Agreement No. 68687996, August 12, 2002, between ARRIS International, Inc. and Conexant Systems Inc. | $0.00 |
| Arrow Electornics (Shenzhen) Co., Ltd. | Software License Agreement (PNX 847x), dated February 22, 2011, between Trident Microsystems (Far East) Limited and Arrow Electornics (Shenzhen) Co., Ltd. | $0.00 |
| Atheros | Reference Design Development Agreement, dated March 12, 2010, between Atheros Communications, Inc. and Trident Microsystems (Far East) Ltd. | $0.00 |
| AVNET | Software License Agreement (PNX 8482, PNX 8483, PNX 8474), dated December 15, 2010, | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | between Trident Microsystems (Far East) Limited and AVNET | |
| BitRouter | License Agreement for the EIA708B Closed Captioning SW Stack for Trinity, including a Services Agreement for porting to Trinity, dated May 11, 2005, between BitRouter and Conexant Systems, Inc. | $0.00 |
| BitRouter | Amendment No. 1, dated July 12, 2005, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity, including a Services Agreement for porting to Trinity dated May 11, 2005, between BitRouter and Conexant Systems, Inc. | $0.00 |
| BitRouter | Amendment No. 2, dated September 27, 2005, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity, including a Services Agreement for porting to Trinity dated May 11, 2005, between BitRouter and Conexant Systems, Inc. | $0.00 |
| BitRouter | Amendment No. 3, dated April 18, 2008, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity dated May 11, 2005, between BitRouter and Conexant Systems, Inc. | $0.00 |
| BitRouter | Amendment No. 4, dated November 11, 2008, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity dated May 11, 2005, between BitRouter and NXP B.V. | $0.00 |
| BitRouter | Amendment No. 5, dated March 9, 2009, to the License Agreement for the EIA708B Closed Captioning SW Stack for Trinity | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | dated May 11, 2005, between BitRouter and NXP B.V. | |
| BitRouter | Limited Software Evaluation License Agreement, dated June 8, 2010, between BitRouter and Trident Microsystems (Far East) Ltd. | $0.00 |
| BitRouter | HD-DTA Professional Services Agreement, dated October 3, 2011, between BitRouter and Trident Microsystems (Far East) Ltd. | $0.00 |
| BitRouter | HD-DTA Software License and Support Agreement, dated October 3, 2011, between BitRouter and Trident Microsystems (Far East) Ltd. | $0.00 |
| BitRouter | Limited Software Evaluation License Agreement, dated October 21, 2009, between NXP Semiconductors USA, Inc. and BitRouter | $0.00 |
| Blunk Microsystems | Software License Agreement (TargetFFS-NAND flash–Embedded Flash File System) CPO-417, dated January 15, 2007, between NXP Semiconductors Netherlands B.V. and Blunk Microsystems | $0.00 |
| Borland Software Corp. | First Amendment to the License Terms, dated August 13, 2008, between Conexant Systems, Inc. and Borland Software Corp. | $0.00 |
| Borland Software Corp. | Term Quotation, dated August 8, 2008, between Borland Software Corp. and NXP Semiconductors | $0.00 |
| Cable Television Laboratories | CableLabs DCAS Transport Processor License (Cable Television Laboratories) (tied with Polycipher), September 6, 2006, between Cable Television Laboratories and Conexant | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | Systems, Inc. | |
| Cable Television Laboratories, Inc. | CableLabs Contribution and License Agreement for Intellectual Property (Home Networking) No. 68686742, dated December 15, 2000, between Cable Television Laboratories, Inc. and Conexant Systems Inc. | $0.00 |
| Cable Television Laboratories, Inc. | CableLabs Data over Cable Service Interface Specifications (DOCSIS) License Agreement No. 68687521, March 16, 2002, between Cable Television Laboratories, Inc. and Conexant Systems Inc. | $0.00 |
| Cable Television Laboratories, Inc. | Amendment, dated January 21, 2002, to the CableLabs DOCSIS License Agreement No. 68687521, March 16, 2002, between Cable Television Laboratories, Inc. and Conexant Systems Inc. | $0.00 |
| Cable Television Laboratories, Inc. | Waiver Agreement, dated September 11, 2003, between Cable Television Laboratories, Inc. and Conexant Systems Inc., regarding the CableLabs DOCSIS/OpenCable DSG Specification (SP-DSG-101-0202280) | $0.00 |
| Cisco | Cisco Network Connection Agreement, dated June 11, 2010 between Cisco Systems, Inc. and Trident Microsystems, Inc. | $0.00 |
| Cisco | SOC Vendor Technology License Agreement, dated June 3, 2010, between Cisco Systems, Inc. and Trident Microsystems (Far East) Ltd. | $0.00 |
| Cisco | License Agreement for DTA Solution, dated May 7, 2010, between Cisco Systems, Inc. and Trident Microsystems (Far East) | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | Ltd. | |
| Cisco | Exhibit A-1 DTA-30 Licensed Software, dated May 7, 2010, between Cisco Systems, Inc. and Trident Microsystems (Far East) Ltd. | $0.00 |
| Cisco-Linksys LLC | License Agreement for Board Support Package, dated December 17, 2009, between Cisco-Linksys LLC and NXP, as assigned to Trident Microsystems (Far East) Ltd. effective February 8, 2010. | $0.00 |
| Coding Technologies (Dolby) | Non-exclusive License Agreement for aacPlus Technology and Patents, dated February 18, 2004, between Conexant Systems, Inc. and Coding Technologies, as assigned to NXP on August 8, 2008 | $0.00 |
| Combined Conditional Access Development and Support, LLC | Support Agreement, dated as of February 19, 2009, between Combined Conditional Access Development and Support, LLC and NXP Semiconductors USA, Inc. | **$144,500.00 [This is the combined cure amount for the four agreements to which Combined Conditional Access Development and Support, LLC is a party.]** |
| Combined Conditional Access Development and Support, LLC | Consent to Assignment and First Amendment, dated as of April 9, 2010, of Support Agreement, dated as of February 19, 2009, by and among Combined Conditional Access Development and Support, LLC, NXP Semiconductors USA, Inc., Trident Microsystems, Inc., and Trident Microsystems (Far East) Ltd. | |
| Combined Conditional Access Development and Support, LLC | Support Agreement, dated as of April 29, 2010, by and among Combined Conditional Access Development and Support, LLC, Trident Microsystems (Far East) Ltd., and Trident Microsystems, | |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | Inc. | |
| Combined Conditional Access Development and Support, LLC | Amendment No. 1, dated as of April 14, 2011, to Support Agreement, dated as of April 29, 2010, by and among Combined Conditional Access Development and Support, LLC, Trident Microsystems (Far East) Ltd., and Trident Microsystems, Inc. | |
| Comcast Cable Communications Management, LLC | Limited Software Evaluation License Agreement, dated July 15, 2009, between NXP Semiconductors USA, Inc. and Comcast Cable Communications Management, LLC | $0.00 |
| Comcast Corporation | Software License Agreement (PNX 847x, PNX 848x, PNX 849x), dated March 25, 2011, between Trident Microsystems, Inc. and Comcast Corporation | $0.00 |
| Comtech Technology Co., Ltd. | Software License Agreement (Satellite DVB-S2 Front-End), effective February 24, 2009, dated April 27, 2009, between NXP Semiconductors USA, Inc. and Comtech Technology Co., Ltd. | $0.00 |
| Conax AS | Chipset Manufacturer License Agreement, dated February 12, 2009, between Conax AS and NXP Semiconductors Netherlands B.V. | $0.00 |
| Conditional Access Licensing LLC | License Agreement, dated December 30, 2008, between Conditional Access Licensing LLC and NXP Semiconductors USA, Inc. | $25,000.00 [This is the combined cure amount for the six agreements to which Conditional Access Licensing LLC is a party.] |
| Conditional Access Licensing LLC | Amendment No. 1, dated April 22, 2009, to License Agreement, dated December 30, 2008, between Conditional Access Licensing LLC and NXP Semiconductors USA, | |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | Inc. | |
| Conditional Access Licensing LLC | Amendment No. 2, dated February 5, 2010, to License Agreement, dated December 30, 2008, between Conditional Access Licensing LLC and NXP Semiconductors USA, Inc. | |
| Conditional Access Licensing, LLC | License Agreement, dated January 6, 2010, between Conditional Access Licensing, LLC and NXP Semiconductors USA, Inc. | |
| Conditional Access Licensing, LLC | Amendment No. 1, dated as of February 5, 2010, to License Agreement dated as of January 6, 2010, between Conditional Access Licensing, LLC and NXP Semiconductors USA, Inc. | |
| Conditional Access Licensing, LLC | Amendment No. 2, dated as of March 7, 2011, to License Agreement dated as of January 6, 2010, between Conditional Access Licensing, LLC and NXP Semiconductors USA, Inc. | |
| Conexant (Dolphin) | Sublicense Agreement by and between Conexant Systems, Inc. and NXP Semiconductors, B.V. and Dolphin Technology, Inc. dated as of August 8, 2008. | $0.00 |
| Conexant Systems, Inc. | Sublease, dated April 1, 2010, by and between Conexant Systems, Inc. and Trident Microsystems, Inc., as amended by First Amendment to Sublease, dated April 1, 2011 | $0.00 |
| Cryptography Research, Inc. | Cryptofirewall/SMK Technology License Agreement between NXP Semiconductors USA, Cyptography Research, Inc. and SypherMedia International, Inc., and dated as of November 11, 2009. | $0.00 |
| CT-PIM "Science and | Software License Agreement | $60,000.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| Technology Center for the Manaus Industrial Pole" | (STB225 STB236 STB drivers), dated January 13, 2011, between CT-PIM "Science and Technology Center for the Manaus Industrial Pole" and Trident Microsystems (Far East) Ltd. | |
| Cyclic Design, LLC | Intellectual Property License Agreement (concerning Source verilog for Cyclic Design G14 BCH Codec, supporting 2-1900 byte data blocks with ECC2-32, including associated documentation, C models and testbenches), dated December 18, 2009, between Cyclic Design, LLC and NXP Semiconductors Netherlands B.V. | $0.00 |
| Digital Keystone | Software License Agreement (Nevis and Ridge STB drivers), dated October 20, 2008, between NXP Semiconductors USA, Inc. and Digital Keystone | $0.00 |
| Digital Stream Technology, Inc. | Software License Agreement (PNX8470, PNX8471, PNX8472, PNX8473), dated June 21, 2011, between Trident Microsystems (Far East) Limited and Digital Stream Technology, Inc. | $0.00 |
| DirectTV | CDI Source Code License Agreement, dated November 3, 2006, between DIRECTV and Conexant Systems Inc., as assigned to NXP on August 8, 2008 | $236.69 [This is the combined cure amount for the three agreements to which DirectTV is a party.] |
| DirectTV | Amendment No. 1, dated April 19, 2007, to CDI Source Code License Agreement, dated November 3, 2006, between DIRECTV and Conexant Systems Inc., as assigned to NXP on August 8, 2008 | $236.69 [This is the combined cure amount for the three agreements to which DirectTV is a party.] |
| DirectTV | Network Access Agreement, dated November 3, 2006, between | $236.69 [This is the combined cure amount for the three |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | DIRECTV and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 | **agreements to which DirectTV is a party.]** |
| Dolphin Technology, Inc. | Sublicense Agreement by and between Conexant Systems, Inc. and NXP Semiconductors, B.V. and Dolphin Technology, Inc. dated as of August 8, 2008. | $0.00 |
| Dwight Cavendish Systems | Manufacturer's Non-Assertion Agreement, dated November 1, 2007, between Dwight Cavendish Systems Limited and Conexant Systems, Inc. and Affiliates, as assigned to NXP on August 8, 2008 | $0.00 |
| Eagle Kingdom (Shenzhen) Technologies | Software License Agreement (Libra STB drivers), dated September 9, 2010, between Eagle Kingdom (Shenzhen) Technologies and Trident Microsystems (Far East) Ltd. | $0.00 |
| Eagle Kingdom Technology (Shenzhen) Ltd. | Software License Agreement (Apollo/Shiner STB drivers), dated January 12, 2010, between NXP Semiconductors USA, Inc. and Eagle Kingdom Technology (Shenzhen) Ltd. | $0.00 |
| Eagle Kingdom Technology Ltd. (Hong Kong) | Software License Agreement (PNX847x, PNX848x, PNX849x, Apollo/Shiner), dated February 18, 2011, between Eagle Kingdom Technology Ltd. (Hong Kong) and Trident Microsystems (Far East) Ltd. | $0.00 |
| Embedded Alley Solutions, Inc. | Development and License Agreement, dated March 12, 2008, between Embedded Alley Solutions, Inc. and NXP Semiconductors Netherlands BV | $0.00 |
| GkWare e.K. | Software License Agreement, dated June 23, 2009, between NXP Semiconductors USA, Inc. and | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
|  | GkWare e.K. |  |
| GkWare eK. | Software License Agreement (PNX847x, PNX849x), dated September 22, 2011, between Trident Microsystems (Far East) Ltd. and GkWare eK. | $0.00 |
| Google | Integration and Distribution Agreement for Chip Manufactures dated November 21, 2011, between Google Ireland Ltd. and Trident Microsystems (Far East), Limited. | $0.00 |
| Google | Youtube Application Agreement dated August 16, 2011, between Google Ireland Ltd. and Trident Microsystems (Far East), Limited. | $0.00 |
| iPanel Technologies Ltd. | Software License Agreement (Libra STB drivers), dated April 14, 2009, between NXP Semiconductors USA, Inc. and iPanel Technologies Ltd. | $0.00 |
| iPanel TV Inc. | Software License Agreement (STB 225 drivers), dated December 11, 2009, between NXP Semiconductors USA, Inc. and iPanel TV Inc. | $0.00 |
| iPanel TV Inc. | Software License Agreement (PNX8470, 71, 72, 73, 74, 75, 82, 83), dated August 10, 2011, between Trident Microsystems (Far East) Ltd. and iPanel TV Inc. | $0.00 |
| Irdeto Access B.V. | Chip Personalization Agreement, dated May 13, 2010, between Irdeto Access B.V. and Trident Microsystems (Far East) Ltd. | $0.00 |
| IWEDIA S.A. | TV543/32 Driver Platform Toolkit License Letter, dated May 15, 2009, between NXP | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | Semiconductors Netherlands B.V. and IWEDIA S.A. | |
| Kifer Tech Investors LLC | Lease Agreement, dated March 5, 2010, by and among Kifer Tech Investors LLC and Trident Microsystems, Inc. | $0.00 |
| KiloPass Technology, Inc. | Hard IP Core License Agreement No. TRI-100907, dated September 29, 2010, between Kilopass Technology, Inc. and Trident Microsystems (Far East) | **$348,000.00 [This is the combined cure amount for the five agreements to which KiloPass Technology, Inc. is a party.]** |
| KiloPass Technology, Inc. | Hard IP Core License Agreement No. 68693157, dated December 22, 2006, between Kilopass Technology, Inc. and Conexant Systems, Inc. | **$348,000.00 [This is the combined cure amount for the five agreements to which KiloPass Technology, Inc. is a party.]** |
| KiloPass Technology, Inc. | Amendment No. 1, dated December 17, 2008, to Hard IP Core License Agreement No. 68693157, dated December 22, 2006, between Kilopass Technology, Inc. and NXP Semiconductors Netherlands B.V. | **$348,000.00 [This is the combined cure amount for the five agreements to which KiloPass Technology, Inc. is a party.]** |
| KiloPass Technology, Inc. | Amendment No. 2, dated December 17, 2008, to Hard IP Core License Agreement No. 68693157 dated December 22, 2006, between Kilopass Technology, Inc. and NXP Semiconductors Netherlands B.V. | **$348,000.00 [This is the combined cure amount for the five agreements to which KiloPass Technology, Inc. is a party.]** |
| KiloPass Technology, Inc. | Letter Agreement re: NDS Ltd. Device Physical Evaluation Services for NXP on Kilopass OTP Technology, dated September 14, 2009, between Kilopass Technology, Inc. and NXP Semiconductors Netherlands B.V., also acting on behalf of its Affiliates. | **$348,000.00 [This is the combined cure amount for the five agreements to which KiloPass Technology, Inc. is a party.]** |
| KiloPass Technology, Inc. | Product Quote # LH-Trident-TSMC40LPFSA-092910-rev1.0 dated September 20, 2010 | |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| Koninklijke Philips Electronics N.V. | Divested Company Agreement, effective as of February 8, 2010 | $1,080,000 |
| Latens Systems Limited | Latens Key Server Usage and License Agreement, dated November 12, 2007, between Latens Systems Limited and Conexant Systems Inc., as assigned to NXP on August 8, 2008. | $0.00 |
| Latens Systems Limited | Amendment No. 1, dated January 26, 2009, to the Latens Key Server Usage and License Agreement, dated November 12, 2007, between Latens Systems Limited and NXP Semiconductors Netherlands B.V. | $0.00 |
| Latens Systems Ltd. | Software License Agreement (Libra STB drivers for chipset CX2448x), dated April 23, 2009, between NXP Semiconductors USA, Inc. and Latens Systems Ltd. | $0.00 |
| Lauterbach GmbH | Software License Agreement (PNX8470, 71, 72, 73, PNX8482, 83, 74, PNX849x, Apollo, Shiner), dated July 23, 2010, between Trident Microsystems (Far East) Ltd. and Lauterbach GmbH | $12,134.83 |
| LG Electronics | Software License Agreement (PNX847x, 8x, 9x), dated December 28, 2010, between Trident Microsystems (Far East) Ltd. and LG Electronics | $0.00 |
| LG Electronics Inc. | Licensing Agreement (format converter and de-interlacer modules/functions of the HDALL device), dated July 19, 2002, between LG Electronics Inc. and Conexant Systems, Inc. | $0.00 |
| LG Electronics Inc. | Source Code License Agreement (DVB-T Demodulator/Forward Error Correction), dated October 10, 2001, between Conexant | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | Systems Inc., and its subsidiaries and affiliates, and LG Electronics Inc. | |
| LG Electronics Inc. | Source Code License Agreement (Satellite Single/Dual Stream Generic Drivers), dated November 30, 2004, between Conexant Systems Inc., and its subsidiaries and affiliates, and LG Electronics Inc. | $0.00 |
| LG Electronics Inc. | License Letter confirming TV520/xx Reference Design Toolkit License Agreement, dated May 16, 2007, between NXP Semiconductors Netherlands B.V. and LG Electronics Inc. | $0.00 |
| LG Electronics, Inc. | UOCTOP Update License Letter, dated November 28, 2008, between NXP.Semiconductors Netherlands B.V. and LG Electronics, Inc. | $0.00 |
| LITE-ON Technology Corp | Development and License Agreement (TV810 platform), dated July 7, 2006, between LITE-ON Technology Corp. and Philips Semiconductors B.V. | $0.00 |
| Mentor Graphics/Accelerated Technologies | Reference Platform License Agreement for AT software, dated December 23, 2004, between Conexant Systems, Inc. and Mentor Graphics Corporation. | $100,000.00 [This is the combined cure amount for the two agreements to which Mentor Graphics / Accelerated Technologies is a party.] |
| Mentor Graphics/Accelerated Technologies | Sublicense Agreement for the Reference Platform License Agreement for AT software, dated October 24, 2008, between Conexant Systems Inc. and NXP B.V., regarding Reference Platform License Agreement for AT software, dated December 23, 2004, between Conexant Systems, Inc. and Mentor Graphics Corporation. | $100,000.00 [This is the combined cure amount for the two agreements to which Mentor Graphics / Accelerated Technologies is a party.] |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| Micrium Inc. | Single End-Product Software License Agreement, dated June 29, 2009, between Micrium Inc. and NXP Semiconductors Netherlands B.V. | $0.00 |
| Micronas GmbH | Cross License Agreement, dated May 14, 2009, between Micronas GmhB and Trident Microsystems (Far East) Ltd. | $0.00 |
| Momentum Data Systems | Software License Agreement (PNX8482, 8483), dated May 5, 2010, between Trident Microsystems Inc. and Momentum Data Systems | $2,875.00 |
| Motorola General Instrument Corp. dba Connected Home Solutions Business | DCGHAL API Header Files and DCG-HAL Test Harness License Agreement, dated October 17, 2006, between Motorola General Instrument Corp. dba Connected Home Solutions Business and Conexant Systems, Inc. | $0.00 |
| Motorola General Instrument Corp. dba Connected Home Solutions Business | U-DTA PKI Services Agreement, dated September 11, 2009, between Motorola General Instrument Corp. dba Connected Home Solutions Business and NXP Semiconductors USA, Inc. | $0.00 |
| Motorola General Instrument Corp. dba Connected Home Solutions Business | Amendment No. 1, dated July 1, 2010 to U-DTA PKI Services Agreement, dated September 11, 2009, between Motorola General Instrument Corp. dba Connected Home Solutions Business and NXP Semiconductors USA, Inc. | $0.00 |
| Motorola Inc. | Product Development Agreement re: integration of Conexant IC into Motorola High Definition, Dual Advanced Decoding DVR STB, dated October 31, 2006, between Conexant Systems, Inc. and Motorola Inc. | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| Motorola Inc. | Motorola Joint Development Agreement No. 68686575, dated December 5, 2000, between Motorola Inc. through Motorola's SPS and BCS and Conexant Systems Inc. | $0.00 |
| Motorola Inc. | Motorola Quake Mask Cost Sharing Agreement No. 68687993, dated July 17, 2002, between Motorola Inc. through its Semiconductor Products Sector and Conexant Systems Inc. | $0.00 |
| Nagravision S.A. | Chipset Personalization System & Personalization Records License Agreement No. 68688860, dated December 18, 2003, between Conexant Systems, Inc. and Nagravision S.A., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. | $178,540.50 [This is the combined cure amount for the four agreements to which Nagravision S.A. is a party.] |
| Nagravision S.A. | License Agreement for Open Market Chipset Personalization System & Personalization Records, dated March 7, 2007, between NXP Semiconductors France and Nagravision S.A. | $178,540.50 [This is the combined cure amount for the four agreements to which Nagravision S.A. is a party.] |
| Nagravision S.A. | NOCS Chipset Development and Deployment Agreement, dated March 7, 2007, between NXP Semiconductors France and Nagravision S.A. | $178,540.50 [This is the combined cure amount for the four agreements to which Nagravision S.A. is a party.] |
| Nagravision S.A. | NOCS 1.0 Chipset Certificate v 1.0.2 delivered to Conexant Systems, Inc. for the CX2415x Rev. C0, regarding Chipset Personalization System & Personalization Records License Agreement No. 68688860, dated December 18, 2003, between Conexant Systems, Inc. and Nagravision S.A., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. | $178,540.50 [This is the combined cure amount for the four agreements to which Nagravision S.A. is a party.] |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| NDS Limited | Conditional Access and Content Protection Integration and Product Development Agreement No. 68692185, dated March 9, 2006, between NDS Limited and Conexant Systems, Inc., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. | $0.00 |
| NDS Limited | First Amendment, dated May 30, 2008, to the Conditional Access and Content Protection Integration and Product Development Agreement No. 68692185, dated March 9, 2006, between NDS Limited and Conexant Systems, Inc., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. | $0.00 |
| NDS Limited | Conditional Access and Content Protection Integration and Product Development Agreement, dated March 3, 2006, between NDS Limited and Philips Semiconductors International B.V. | $0.00 |
| NDS Limited | Conditional Access Integration and Product Development Agreement No. 199900606, dated November 5, 1999, between Conexant Systems, Inc. and NDS Limited, as assigned to NXP B.V. on August 8, 2008. | $0.00 |
| NDS Limited | Amendment, dated June 12, 2000, the Conditional Access Integration and Product Development Agreement No. 199900606, dated November 5, 1999, between Conexant Systems, Inc. and NDS Limited, as assigned to NXP B.V. on August 8, 2008. | $0.00 |
| NDS Limited | Conditional Access Integration and Product Development Agreement No. 68688657, dated September 5, 2003, between NDS Limited and | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | Conexant Systems Inc., as assigned to NXP Semiconductors Netherlands B.V. on August 8, 2008. | |
| NDS Limited | Amendment, dated September 30, 2003, to Conditional Access Integration and Product Development Agreement No. 68688657, dated September 5, 2003, between NDS Limited and Conexant Systems Inc. | $0.00 |
| NDS Limited | Agreement, dated November 11, 2005, re: Conditional Access Integration and Product Development Agreement No. 68688657 dated September 5, 2003, between NDS Limited and Conexant Systems Inc. | $0.00 |
| NDS Limited | Letter Agreement, dated April 12, 2007, re: Conditional Access Integration and Product Development Agreement No. 68688657, dated September 5, 2003, between NDS Limited and Conexant Systems Inc. | $0.00 |
| NDS Limited | MediaHighway Driver Interface Specifications and Driver Interface Binaries Limited License Agreement No. 68691810, dated November 26, 2004, between NDS Limited and Conexant Systems Inc., as assigned to NXP on August 8, 2008. | $0.00 |
| NDS Limited | NDS Black Box Agreement, dated July 27, 2009, between NDS Limited and NXP Semiconductors Netherlands B.V. | $0.00 |
| NDS Limited | License VG-Based Conditional Access Technology Agreement No. 68692061, dated November 8, 2005, between NDS Limited and Conexant Systems, Inc., as assigned to NXP on August 8, | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | 2008. | |
| NDS Limited | Agreement for Consultancy Services, dated August 31, 2009, between NDS Limited and NXP Semiconductors Netherlands B.V. | $0.00 |
| NDS Limited | Amendment No. 1, dated January 22, 2010, to Integration and Product Development Agreement, dated June 18, 2009, between NDS Limited and NXP Semiconductors USA, Inc. | $0.00 |
| NDS Limited | Fusionos Harmonizer Shrinkwrap License No. 68692323, undated, between NDS Limited and Conexant | $0.00 |
| NDS Limited | Integration and Product Development Agreement, dated June 18, 2009, between NDS Limited and NXP Semiconductors USA, Inc. | $0.00 |
| NDS Limited | Evaluation License Agreement (CX24500, CX24501, PNX847x, PNX849x), dated September 1, 2011 (expiring December 4, 2011), between Trident Microsystems (Far East) Ltd. and NDS Limited | $0.00 |
| NDS Limited | First Amendment to the Limited Software Evaluation License Agreement, dated December 13, 2011, between NDS Limited and Trident Microsystems (Far East) Ltd. | $0.00 |
| NDS Limited | Integration and Product Development Agreement, dated January 1, 2011, between NDS Limited and Trident Microsystems (Far East) Ltd. | $0.00 |
| NEC Engineering, Ltd. | Nexperia Media Player Software Development Kit Software License Agreement for NXP Nexperia-IC Software, dated January 23, 2009, | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | between NXP Semiconductors USA, Inc. and NEC Engineering, Ltd. | |
| Neotion SAS | Technology License Agreement (N-Hub Software), dated May 4, 2006, between Philips Semiconductors BV and Neotion SAS. | $0.00 |
| NXP B.V. | Intellectual Property Transfer and License Agreement, dated February 7, 2010, between NXP B.V. and NXP Holding 1 B.V. | $0.00 |
| NXP B.V. | Agreement for Partial Assignment and Sublicense of Conexant Contract, dated February 8, 2010, between NXP B.V. and Trident Microsystems (Far East) Ltd. | $0.00 |
| NXP B.V. | Sublicense Agreement, dated February 8, 2010, between NXP B.V. and NXP Holding 1 B.V. | $0.00 |
| Ocean Blue Software Ltd. | Software License Agreement (Apollo/Shiner STB drivers), dated July 7, 2010, between Ocean Blue Software ltd. and Trident Microsystems (Far East) Ltd. | $0.00 |
| On2 Technologies, Inc. | Source Code License and Software Distribution Agreement (VP6, VP7, and VP8 encoders and decoders), dated June 17, 2009, between On2 Technologies, Inc. and NXP Semiconductors Netherlands B.V. | $0.00 |
| Open-Silicon Inc. | Development Agreement, dated March 29, 2007, between NXP Semiconductors Netherlands B.V. and Open-Silicon Inc. | $0.00 |
| Open-Silicon Inc. | Statement of Work, dated March 29, 2007, to the Development Agreement dated March 29, 2007, between NXP Semiconductors Netherlands B.V. and Open- | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | Silicon Inc. | |
| OpenTV | Collaboration Agreement re: Rapid Porting Program, dated July 9, 2007, between Conexant Systems, Inc. and OpenTV. | $0.00 |
| OpenTV | OpenTV License and Porting Agreement (Thomson Sun) No. 68686076, dated March 12, 1998, between OpenTV and Thomson Sun Interactive LLC, as assigned to Conexant Systems, Inc. on December 27, 1998 and NXP B.V. on August 8, 2008 | $0.00 |
| OpenTV | Amendment No. 1, dated June 2, 1998, to the OpenTV License and Porting Agreement (Thomson Sun) No. 68686076, dated March 12, 1998, between OpenTV and Thomson Sun Interactive LLC, as assigned to Conexant Systems, Inc. on December 27, 1998 and NXP B.V. on August 8, 2008 | $0.00 |
| OpenTV | Amendment No. 2, dated March 12, 2001, to the OpenTV License and Porting Agreement (Thomson Sun) No. 68686076, dated March 12, 1998, between OpenTV and Conexant Systems Inc., as assigned to NXP B.V. on August 8, 2008 | $0.00 |
| OpenTV | Amendment No. 3, dated March 30, 2007, to the OpenTV License and Porting Agreement (Thomson Sun) No. 68686076, dated March 12, 1998, between OpenTV and Conexant Systems Inc., as assigned to NXP B.V. on August 8, 2008. | $0.00 |
| PalmarySoft Ltd. | License Agreement No. 68692500, dated March 12, 2007, between PalmarySoft and Conexant Systems, Inc., as assigned to NXP | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | on August 8, 2008. | |
| PW Commerce Center LP | Office Lease, dated October 11, 2010, by and between PW Commerce Center LP and Trident Microsystems, Inc. | $0.00 |
| QualCore Logic, Inc. | Letter Agreement re: Transfer of Conexant Broadbank Media Processing business to NXP and extension of grace period for NXP Manufacturing Rights, dated September 11, 2008, from NXP Semiconductors Netherlands B.V. (also acting for the benefit of its Affiliates) and QualCore Logic, Inc. | $0.00 |
| RaisingSun Digital Video Technology (Shanghai) Co. Ltd. | TV 543/32 Driver Platform Toolkit License Letter, dated March 25, 2009, between NXP Semiconductors Netherlands B.V. and RaisingSun Digital Video Technology (Shanghai) Co. Ltd. | $0.00 |
| Real Networks Inc. | Software Development Support Agreement – Level 1 (Helix DNA Technology), dated April 10, 2009, by and between RealNetworks Inc. and NXP Semiconductors (Shanghai) Ltd. | $0.00 |
| RealNetworks Inc. | Software License and Distribution Agreement, between RealNetworks, Inc. and Philips Semiconductors, Inc., effective as of December 28, 2001. | $0.00 |
| RealNetworks Inc. | Amendment No. 1 dated May 25, 2005 to Software License and Distribution Agreement, between RealNetworks, Inc. and Philips Semiconductors, Inc., effective as of December 28, 2001. | $0.00 |
| RealNetworks Inc. | Rhapsody Direct Evaluation and Development Agreement between RealNetworks, Inc. and Trident Microsystems (Far East) Ltd., | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | dated as of February 18, 2010. | |
| RealNetworks Inc. | RealNetworks Community Source License—Commercial Use, for Helix DNA Client and Real Format Client Code between Trident Microsystems (Far East) Ltd. And RealNetworks Inc., dated August 17, 2010. | $0.00 |
| Red Embedded Consulting | Software License Agreement (Apollo/Shiner STB drivers), dated September 28, 2011, between Red Embedded Consulting and Trident Microsystems (Far East) Ltd. | $0.00 |
| Sarnoff | ATSC Compliance Bitstream License Agreement, dated September 12, 2003, between Sarnoff and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 | $0.00 |
| Sarnoff | Compliance Bitstreams License Agreement between Sarnoff Corporation and Trident Microsystems (Far East) Ltd., dated as of July 31, 2009 | $0.00 |
| Sarnoff | Amendment No. 1, dated December 1, 2009, to the Compliance Bitstreams License Agreement, dated July 29, 2009, between Sarnoff and Trident Microsystems (Far East) Ltd. | $0.00 |
| Sarnoff | Amendment No. 1, dated December 5, 2005, to the ATSC Compliance Bitstream License Agreement, dated September 12, 2003, between Sarnoff and Conexant , as assigned to NXP on August 8, 2008 | $0.00 |
| Sarnoff | Amendment No. 2, dated July 10, 2007, to the ATSC Compliance Bitstream License Agreement, dated September 12, 2003, between Sarnoff and Conexant , as | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | assigned to NXP on August 8, 2008 | |
| Sarnoff Corporation | ATSC Compliance Bitstream License Agreement, dated September 12, 2003, between Sarnoff and Conexant Systems, Inc., as assigned to NXP on August 8, 2008 | $0.00 |
| Sarnoff Corporation | Compliance Bitstreams License Agreement between Sarnoff Corporation and Trident Microsystems (Far East) Ltd., dated as of July 31, 2009 | $0.00 |
| Sarnoff Corporation | Amendment No. 1, dated December 1, 2009, to the Compliance Bitstreams License Agreement, dated July 29, 2009, between Sarnoff and Trident Microsystems (Far East) Ltd. | $0.00 |
| Semiconductor Manufacturing International Corporation | Letter Agreement re: SMIC 90GP Combo Tape Out, dated April 3, 2009, between NXP Semiconductors Netherlands B.V. and Semiconductor Manufacturing International Corporation | $0.00 |
| Semiconductor Manufacturing International Corporation | SMIC 90GP Tape Out for Aquarius and Libra_B2, dated November 20, 2009, between NXP Semiconductors Netherlands B.V. and Semiconductor Manufacturing International Corporation | $0.00 |
| Shanghai Suntimes Electronic Technology Co. Ltd. | Software Development and License Agreement (software customized for Philips), dated December 1, 2004, between Shanghai Suntimes Electronic Technology Co., Ltd. and NXP Semiconductors USA, Inc. (f/k/a/ Philips Semiconductors, Inc.) | $0.00 |
| Sichuan Changhong Electric Co. | Collaborator Software License Agreement (RM Decoder for MSVD2), dated August 20, 2009, | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | between NXP Semiconductors Netherlands B.V. and its Affiliates and Sichuan ChangHong Electric Co. Ltd. | |
| Sichuan Changhong Electric Co. | Collaborator Software License Agreement, dated October 21, 2008, between NXP Semiconductors Netherlands B.V. and its Affiliates and Sichuan ChangHong Electric Co. Ltd. | $0.00 |
| Sichuan ChangHong Electric Co. Ltd. | Source Code License Agreement Broadcast Set-top Box (Colorado/Brazos/Trinity), dated November 18, 2004, between Conexant Systems Inc. and Sichuan ChangHong Electric Co. Ltd. | $0.00 |
| Signet Design Solutions, Inc. | Professional Services Agreement, dated September 12, 2008, between NXP Semiconductors Netherlands B.V. and Signet Design Solutions, Inc. | $0.00 |
| Signet Design Solutions, Inc. | Letter and Proposed Statement of Work, dated August 13, 2008, from Signet to NXP Semiconductors Netherlands B.V. | $0.00 |
| Sorenson Media Inc. | Sorenson Spark Decoder Developer Technology License Agreement, dated February 1, 2009, between Sorenson Media, Inc. and NXP Semiconductors USA, Inc. | $0.00 |
| SVP | Membership Agreement & Rules, dated August 23, 2004, between Conexant Systems, Inc. and Secure Video Productions (SVP) | $0.00 |
| SVP | SVP Alliance Membership Agreement and Rules, dated August 30, 2006, between Conexant Systems, Inc. and Secure Video Productions (SVP) | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| SVPLA (NDS) | IC Manufacturer License Agreement, dated September 21, 2006, between SVPLA and Conexant Systems, Inc. and its Affiliates, as assigned to NXP on August 8, 2008. | $0.00 |
| SVPLA (NDS) | Letter: re SVP IC Manufacturer License Agreement (technology under CA/CP Agreement will be licensed by SVPLA LLC instead of NDS Limited), dated October 10, 2006, between SVP Licensing Authority and Conexant Systems Inc. | $0.00 |
| Symmetry Electronics | Software License Agreement (Apollo/Shiner STB drivers), dated May 3, 2011, between Symmetry Electronics and Trident Microsystems (Far East) Ltd. | $0.00 |
| Synopsys (Chipidea Microelectronica S.A.) | License Agreement CPO-848 and SOW #257-11A/2007 for HDMI-RX IP, dated February 19, 2008, between Chipidea Microelectronica S.A. and its Affiliates and NXP Semiconductors Netherlands B.V., also acting on behalf of its Affiliates | $3,354,699.37 **[This is the combined cure amount for the eleven agreements to which the following entitles are parties: (i) Synopsys International Limited & Synopsis, Inc., (ii) Synopsys International Limited, (iii) Synopsys (Chipidea Microelectronica, S.A.), (iv) Synopsys (TriCN), and (v) Synopsys (Virage Logic).]** |
| Synopsys (Chipidea Microelectronica S.A.) | Engineering Change Order 25-3E/2008 to the SOW #257-11A/2007, dated November 27, 2008, between Chipidea Microelectronica S.A. and its Affiliates and NXP Semiconductors Netherlands B.V., also acting on behalf of its Affiliates] | |
| Synopsys (Chipidea Microelectronica S.A.) | Amendment No. 1 to the SOW #257-11A/2007 (HDMI-RX 1.4), dated October 30, 2009, between Chipidea Microelectronica S.A. | |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | and its Affiliates and NXP Semiconductors Netherlands B.V., also acting on behalf of its Affiliates | |
| Synopsys (Chipidea Microelectronica S.A.) | License Agreement CPO-848, dated February 18, 2008, between Chipidea Microelectronica S.A. and its Affiliates and NXP Semiconductors Netherlands B.V., also acting on behalf of its Affiliates | |
| Synopsys (TriCN) | Intellectual Property Development and License Agreement, dated February 8, 2005, between Conexant Systems, Inc. and TriCN, Inc. | $3,354,699.37 [This is the combined cure amount for the eleven agreements to which the following entitles are parties: (i) Synopsys International Limited & Synopsis, Inc., (ii) Synopsys International Limited, (iii) Synopsys (Chipidea Microelectronica, S.A.), (iv) Synopsys (TriCN), and (v) Synopsys (Virage Logic).] |
| Synopsys (TriCN) | Letter dated August 6, 2008, between Conexant Systems, Inc. and Synopsys re: Assignment and Consent to Use Certain Licenses, dated February 8, 2008, between Conexant Systems, Inc. and Synopsys Inc. | |
| Synopsys (Virage Logic) | Letter re: Transfer of Conexant Broadband Media Processing business to NXP and grace period for NXP manufacturing rights, dated October 28, 2008, from NXP Semiconductor Netherlands B.V. and acknowledged and agreed to by Virage Logic Corporation | $136,500.00 [This is the combined cure amount for the three agreements to which Synopsys (Virage Logic) is a party.] |
| Synopsys International Limited | Commercial Attachment No. 7, dated April 8, 2009, DWC SATA PHY and SATA AHCI Controller, to the Purchase Frame Agreement No. VPA-700000828 dated May 3, 2002, by and among Synopsys Inc, | $3,354,699.37 [This is the combined cure amount for the eleven agreements to which the following entitles are parties: (i) Synopsys International Limited & Synopsis, Inc., (ii) Synopsys |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
|  | Synopsys International Limited and NXP Semiconductors Netherlands B.V. | International Limited, (iii) Synopsys (Chipidea Microelectronica, S.A.), (iv) Synopsys (TriCN), and (v) Synopsys (Virage Logic).] |
| Synopsys International Limited | Commercial Attachment No. 8, dated October 30, 2009, Concerning Synopsys Licenses for DDR3, PCI Express, HDMI-RX upgrade, to the Purchase Frame Agreement No. VPA-700000828 dated May 3, 2002, by and among Synopsys Inc, Synopsys International Limited and NXP Semiconductors Netherlands B.V.] |  |
| Synopsys International Limited & Synopsys, Inc. | Purchase Agreement No. PA-70007725-001 with an Effective Date of January 21, 2011, between Trident Microsystems (Far East) Ltd., Synopsys International Limited and Synopsys, Inc. | $3,354,699.37 [This is the combined cure amount for the eleven agreements to which the following entitles are parties: (i) Synopsys International Limited & Synopsis, Inc., (ii) Synopsys International Limited, (iii) Synopsys (Chipidea Microelectronica, S.A.), (iv) Synopsys (TriCN), and (v) Synopsys (Virage Logic).] |
| Synopsys International Limited & Synopsys, Inc. | Purchase Agreement No. PA-70007725-002 dated April 2, 2011, between Trident Microsystems (Far East) Ltd., Synopsys International Limited and Synopsys, Inc. |  |
| Tara Systems | Software License Agreement, dated August 15, 2006, between Tara Systems GmbH and Philips Semiconductors B.V. | $0.00 |
| Tara Systems | Appendix No. 2, dated November 1, 2006, to the Software License Agreement, dated August 15, 2006, between Tara Systems GmbH and Philips Semiconductors | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
|  | B.V. |  |
| Tara Systems | Evaluation and Non-Disclosure Agreement, dated September 25, 2007, between NXP Semiconductors Netherlands B.V. and Tara Systems GmbH | $0.00 |
| Tara Systems | Multi Licensee Software Escrow Agreement, dated November 28, 2006, between TARA Systems GmbH, NCC Group GmbH, and Philips Semiconductors. | $0.00 |
| Technicolor USA, Inc. (f/k/a Thomson Inc.) | First Amendment (Apollo/Shiner STB drivers), dated February 3, 2011, to Software License Agreement dated as of December 13, 2005 by and between Conexant and Technicolor USA, Inc. (f/k/a Thomson Inc.) as assigned to NXP Semiconductors USA, Inc., between Trident Microsystems, Inc. and Technicolor USA, Inc. (f/k/a Thomson Inc.). | $0.00 |
| Tensilica | Tensilica Based Product Manufacture and Distribution Agreement, dated August 26, 2010, between Tensilica, Inc. and Trident Microsystems (Far East) Ltd. | $0.00 |
| TOMEN Electronics Corp. | GTV ("LOCTOP") Software License Letter, dated August 12, 2009, between NXP Semiconductors Netherlands B.V. and TOMEN Electronics Corp. | $0.00 |
| Topaz Co., Ltd. | Software License Agreement, dated November 16, 2011, between Topaz Co., Ltd. and Trident Microsystems (Far East) Ltd. | $0.00 |
| TranSwitch | Technology License Agreement, dated February 9, 2009, between TranSwitch Corporation and NXP Semiconductors Netherlands B.V. | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| | and its Affiliates | |
| Triple Play Integration LLC | Letter of Engagement #5, dated April 29, 2011, between Trident Microsystems India Private Limited and Triple Play Integration, LLC. | $0.00 |
| Triple Play Integration LLC | Letter of Engagement #5, dated March 29, 2011, between NG Microsystems India Pvt. Ltd. and Triple Play Integration LLC. | $0.00 |
| Triple Play Integration LLC | Letter of Engagement #4, dated January 25, 2011, between Trident Microsystems (Far East) Ltd. and Triple Play Integration LLC. | $0.00 |
| Triple Play Integration LLC | Letter of Engagement, dated October 30, 2009, between Trident Microsystems, Inc. and Triple Play Integration LLC. | $0.00 |
| Triple Play Integration, LLC | Limited Software Evaluation License Agreement, dated August 21, 2009, between NXP Semiconductors USA, Inc. and Triple Play Integration, LLC | $0.00 |
| Triple Play Integration, LLC | Amendment No. 1 (Nevis STB drivers), dated December 10, 2009, to Limited Software Evaluation License Agreement dated August 21, 2009, between NXP Semiconductors USA, Inc. and Triple Play Integration, LLC | $0.00 |
| Triple Play Integration, LLC | Software License Agreement (Apollo/Shiner STB drivers), dated August 18, 2011, between Trident Microsystems (Far East) Ltd. and Triple Play Integration LLC. | $0.00 |
| Vecima Networks | Software License Agreements (Apollo/Shiner STB drivers), dated September 16, 2010, between Vecima Networks and Trident Microsystems (Far East) Ltd. | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| WANdisco Inc. | WANdisco Software License Agreement, dated October 25, 2006, between WANdisco Inc. and Conexant Systems, Inc. | $0.00 |
| Winbox Technologies AG | Software License Agreement (Apollo/Shiner STB drivers), dated August 2, 2010, between Winbox Technologies AG and Trident Microsystems, Inc. | $0.00 |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between TeleGent GmbH and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates | $0.00 |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Amendment No. 1 (Customer Process), dated November 13, 2007, to the Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between TeleGent GmbH and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates | $0.00 |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Amendment No. 2 (SOW for Slingmedia), dated November 13, 2007, to the Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between TeleGent GmbH and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates | $0.00 |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Amendment No. 3 (SOW for WinCE 6.0 for STB225 platform using PNX8935), dated December 21, 2007, to the Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between TeleGent GmbH and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates | $0.00 |

| COUNTERPARTY | AGREEMENT NAME | CURE AMOUNT |
|---|---|---|
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Amendment No. 4 (BSP source code distribution), dated March 7, 2008, to the Software License Agreement (PNX 8950 BSP), dated September 25, 2007, between Winbox Technologies GmbH (f/k/a TeleGent GmbH) and NXP Semiconductors Netherlands B.V. on behalf of itself and its Affiliates | $0.00 |
| Winbox Technologies GmbH (f/k/a TeleGent GmbH) | Escrow Agreement, dated September 25, 2007, between Winbox Technologies GmbH (f/k/a TeleGent GmbH), NXP Semiconductors Netherlands B.V. and AKD Prinsen Van Wijmen N.V. | $0.00 |
| Wind River Systems, Inc. | Enterprise License Agreement, dated April 22, 2010, between Wind River Systems, Inc and Trident Microsystems (Far East) Ltd. | $0.00 |
| Wind River Systems, Inc. | Wind River Target Application License Agreement, dated March 19, 2010, between Wind River Systems, Inc. and Trident Microsystems (Far East) Ltd. | $0.00 |