# EXHIBIT A

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| 4.1.2012 | P2009,0484 AC 01 | Checking receipt of retainer payment; confirming with Craig Shinners re. re-establishment of cases (MB) | MB | 0,2 | 55,00 | |
| 5.1.2012 | Docketing | Checking office action, docketing due dates and due date for restoration for one file | JLG | 0,1 | 14,00 | |
| 9.1.2012 | P2009,0484 AC 01 | Conducting telephone conversation with Craig Shinners concerning Chapter 11 status and revival of patent portfolio (VF and MB only 1 attorney considered) | VF | 0,8 | 220,00 | |
| | P2010,0375 KR N | Informing Craig Shinners about outstanding instruction regarding payment of the issue fee (MB) | MB | 0,4 | 110,00 | |
| | P2010,0380 KR N | Informing Craig Shinners about outstanding instruction regarding payment of the issue fee (MB) | MB | 0,4 | 110,00 | |
| | Docketing | Checking data, docketing due dates in response to the office action and IDS for one file | STA | 0,1 | 14,00 | |
| 10.1.2012 | P2009,0484 AC 01 | Discussing strategy of the revival of the patent portfolio with members of administrative team | VF | 1,0 | 275,00 | |
| | P2010,0375 KR N | Reviewing prepared correspondence and signing letter to KR colleague, First Law (MB) | MB | 0,2 | 55,00 | |
| | P2010,0375 KR N | Preparing letter to KR colleague, First Law, regarding payment of the issue fee (MSS) | MSS | 0,5 | 70,00 | |
| | P2010,0380 KR N | Reviewing prepared correspondence and signing letter to KR colleague, First Law (MB) | MB | 0,2 | 55,00 | |
| | P2010,0380 KR N | Preparing letter to KR colleague, First Law, regarding payment of the issue fee (MSS) | MSS | 0,5 | 70,00 | |
| 11.1.2012 | P2009,0484 AC 01 | 132 EP patent applications and 231 DE IP rights: Obtaining excerpts of official registers including searching in official databases and printing excerpts (involved: 8 junior assistants) | JC | 12,1 | 1.694,00 | |
| | Docketing | Checking status and docketing due date for one file | JLG | 0,1 | 14,00 | |
| 12.1.2012 | P2009,0484 AC 01 | 132 EP patent applications: Reviewing register information / status of IP rights and whether IP rights could be reestablished. Checking whether CPI has been instructed for several IP rights with a due date in December 2011 | JC | 4,4 | 616,00 | |
| | P2009,0484 AC 01 | Compiling list per foreign agent of cases to be revived, preparing and dispatching letters to 6 foreign agents in CN, JP and KR, CCPIT, China Science, Vivien Chan, China Science, Kyowa, Sugimura, First Law (MSS) | MSS | 5,5 | 770,00 | |
| | P2009,0484 AC 01 | Reviewing and revising prepared lists for 6 foreign agents, China Science, Vivien Chan, China Science, Kyowa, First Law (SCA) | SCA | 2,0 | 280,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|---------|-------------|-------------|-------|--------|----------------|
| | P2009,0484 AC 01 | Preparing draft letter to foreign agents to ask for portfolio status (1.0); reviewing lists and signing letters to China Science, Vivien Chan, China Science, Kyowa, Sugimura, First Law prepared by paralegals (0.5) | VF | 1,5 | 412,50 | |
| 13.1.2012 | P2009,0484 AC 01 | 231 DE IP rights: Reviewing register information / status of IP rights and whether IP rights could be reestablished. Checking whether CPI has been instructed for several IP rights with a due date in December 2011 | JC | 7,7 | 1.078,00 | |
| | P2009,0484 AC 01 | Compiling list per foreign agent of cases to be revived (1.5), preparing and dispatching letters to 3 agents in JP and KR, Nagakawa, Kim & Chang, Lee Intern. (1.5) (MSS) | MSS | 3,0 | 420,00 | |
| | P2009,0484 AC 01 | Reviewing and revising prepared lists for 3 foreign agents, Nagakawa, Kim & Chang, Lee Intern. (SCA) | SCA | 1,0 | 140,00 | |
| | Docketing | Checking office action, docketing due dates for annuities with surcharge in response to FR office action for 7 files | JLG | 0,5 | 70,00 | |
| 16.1.2012 | P2009,0484 AC 01 | Conducting a telephone conference with Mr. Shinners re. current due dates, insolvency issues, annuity payments, feedback from foreign agents for due date lists (MB) | MB | 0,8 | 220,00 | |
| | P2009,0571 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0571 DE E | Preparing a request for extension of time, filing with the GPTO (SCA) | SCA | 0,4 | 56,00 | |
| | Docketing | Checking status and docketing due date for restoration in response to JP office actions for two files | JLG | 0,2 | 28,00 | |
| 17.1.2012 | P2009,0484 AC 01 | 4 DE IP rights: Conducting telephone conversation with GPTO whether annuities were paid for four IP rights having due dates in May and June 2011 - to determine whether a reply to the outstanding Office Actions can still be made | JC | 0,3 | 42,00 | |
| | P2009,0484 AC 01 | 231 DE IP rights: Reviewing register information; collecting information for Craig Shinners incl. estimation for costs for maintaining the IP rights for which due dates are outstanding | JC | 3,8 | 532,00 | |
| | P2009,0484 AC 01 | Checking replies received from agents for revivable cases (0.5); preparing consolidated list including due dates and cost estimates (2.0) (MSS) | MSS | 2,5 | 350,00 | |
| | P2009,0484 AC 01 | Reviewing and revising prepared consolidated list of revivalbe cases (SCA) | SCA | 1,0 | 140,00 | |
| | P2009,0484 AC 01 | Reviewing and amending list of due dates/cost estimates prepared by paralegal (0.3); providing comment and forwarding to Craig Shinners by e-mail (1,2) | VF | 1,5 | 412,50 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|---------|-------------|-------------|-------|--------|----------------|
| | P2009,0484 AC 01 | Generating list of upcoming due dates for EP patent applications including checking and evaluating patent register information and providing cost estimates (WN) | WN | 4,5 | 630,00 | |
| 18.1.2012 | P2009,0635 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0215 US N3 | Reviewing e-mail to Craig Shinners (MB) | MB | 0,1 | 27,50 | |
| | P2010,0215 US N3 | Checking and informing Craig Shinners about newly cited prior art documents and obtaining two patent documents, obtaining decision whether new documents should forwarded to US colleague, DLA Piper (MSS) | MSS | 0,5 | 70,00 | |
| | P2010,0711 DE E | Preparing a request for extension of time, filing with the GPTO (GC) | GC | 0,4 | 56,00 | |
| | P2010,0740 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0744 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0747 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | Docketing | Checking data, docketing due dates in response to DE office action for two files | STA | 0,2 | 28,00 | |
| 19.1.2012 | P2009,0484 AC 01 | Conducting telephone conference with Craig Shinners concerning bankrupcy court hearing and status and order of EHF (MB, VF, only 1 attorney considered) | VF | 0,8 | 220,00 | |
| | P2009,0558 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0565 DE E | Preparing a request for extension of time, filing with the GPTO (GC) | GC | 0,4 | 56,00 | |
| | P2009,0565 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0567 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0575 DE E | Preparing a request for extension of time, filing with the GPTO (GC) | GC | 0,4 | 56,00 | |
| | P2009,0575 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0584 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0592 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0600 DE E | Preparing a request for extension of time, filing with the GPTO (GC) | GC | 0,4 | 56,00 | |
| | P2009,0600 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0602 DE E | Preparing a request for extension of time, filing with the GPTO (GC) | GC | 0,4 | 56,00 | |
| | P2009,0602 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0618 DE E | Preparing a request for extension of time, filing with the GPTO (GC) | GC | 0,4 | 56,00 | |
| | P2009,0618 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0215 US N3 | Reviewing e-mail to US colleague, DLA Piper (MB) | MB | 0,1 | 27,50 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|---------|-------------|-------------|-------|--------|----------------|
| | P2010,0215 US N3 | Informing national patent attorney about newly cited prior art documents and forwarding the respective documents (MSS) | MSS | 0,2 | 28,00 | |
| | P2010,0260 EP E | Services for reviewing the patent application, the Communication as well as the European search report and three prior art documents (3.0); preparing a response to the Communication and filing with the Patent Office (2.5) (MB) | MB | 5,5 | 1.512,50 | |
| | P2010,0468 EP N | Services for reviewing the patent application, the Communication and six prior art documents (1.5); amending the claims and the specification and preparing a response to the Communication (3.3) (HPM) | HPM | 4,8 | 1.320,00 | |
| | P2010,0711 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0718 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0726 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0727 DE E | Preparing a request for extension of time, filing with the GPTO (GC) | GC | 0,4 | 56,00 | |
| | P2010,0727 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0738 DE E | Preparing a request for extension of time, filing with the GPTO (GC) | GC | 0,4 | 56,00 | |
| | P2010,0738 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| 20.1.2012 | P2010,0132 EP N | Filing a notice of appeal before the European Patent Office including preparing request for appeal and attending to fee payment (GC) | GC | 1,5 | 210,00 | |
| | P2010,0132 EP N | Reviewing appeal documents including notice of appeal and signing documents (HPM) | HPM | 0,5 | 137,50 | |
| | P2010,0172 CN N | Preparing a letter to the CN colleague, China Science, re. extension of time (GC) | GC | 0,4 | 56,00 | |
| | P2010,0172 CN N | Reviewing and signing letter to CN colleague, China Science (HPM) | HPM | 0,2 | 55,00 | |
| | P2010,0260 EP E | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0260 EP E | Preparing a request for further processing before the European Patent Office including payment of the fee for further processing, filing with the EPO (SCA) | SCA | 1,0 | 140,00 | |
| | P2010,0468 EP N | Preparing a request for further processing before the European Patent Office including payment of the fee for further processing, filing with the EPO, reporting to Craig Shinners (GC) | GC | 1,5 | 210,00 | |
| | P2010,0468 EP N | Reviewing prepared documents and signing documents (HPM) | HPM | 0,2 | 55,00 | |
| | P2010,0468 EP N | Signing letter to Craig Shinners (VF) | VF | 0,1 | 27,50 | |
| | Docketing | Checking data, docketing due dates for restoration, appeal and annuity with surcharge in response to EP and GB office action for 6 files | JLG | 0,3 | 42,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|---------|-------------|-------------|-------|--------|----------------|
| 23.1.2012 | Docketing | Checking data, docketing due dates for annuties with surcharge for 11 files | JLG | 0,6 | 84,00 | |
| | Docketing | Counter-checking data, docketed due dates for annuties with surcharge for 11 files | STA | 0,4 | 56,00 | |
| | P2010,0492 EP N | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0529 EP N | Reviewing the prepared documents (CL) | CL | 0,1 | 27,50 | |
| | P2010,0529 EP N | Signing submission to the EPO (VF) | VF | 0,1 | 27,50 | |
| 25.1.2012 | P2009,0484 AC 01 | Receiving e-mail from Mr. Craig Shinners dated January 20, 2012 regarding Licence of Right cases for Trident account; checking and comparing the mentioned DE cases with EHF database (0.5); preparing reply to Trident including advice regarding CPI payments (0.5) | GC | 1,0 | 140,00 | |
| | P2010,0376 JP N | Reviewing prepared correspondence and signing letter to JP colleague, Sugimura (MB) | MB | 0,2 | 55,00 | |
| | P2010,0376 JP N | Forwarding instructions how to respond to the Office Action to agent, Sugimura (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0536 EP N | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0536 EP N | Preparing a request for extension of time and filing with the EPO (MSS) | MSS | 0,4 | 56,00 | |
| | Docketing | Checking data, docketing due dates for appeal, in response to office action an annuties for surcharge for 8 files | JLG | 0,5 | 70,00 | |
| 26.1.2012 | P2009,0484 AC 01 | Checking and forwarding reply to Mr. Shinners re. Licence of Right cases with e-mail of January 26, 2012 (MB) | MB | 0,5 | 137,50 | |
| | P2009,0484 AC 01 | Receiving annuity payment reminders and official notifications regarding FR and GB cases, checking our files, monitoring due dates and forwarding documents to Trident per e-mail dated January 26, 2012 ( SCA) | SCA | 1,0 | 140,00 | |
| | P2009,0484 AC 01 | Checking EP patent applications regarding upcoming renewal fees with surcharge, compiling EXCEL spreadsheet including checking received payment reminders and register information (WN) | WN | 3,0 | 420,00 | |
| | P2010,0284 EP N | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0330 EP N | Preparing a request for extension of time and filing with the EPO (GC) | GC | 0,4 | 56,00 | |
| | P2010,0330 EP N | Reviewing and signing the prepared documents (HPM) | HPM | 0,2 | 55,00 | |
| | P2010,0342 JP N | Forwarding instructions regarding filing of a Notice of Appeal to JP colleague, Kyowa (MSS) | MSS | 0,5 | 70,00 | |
| | P2010,0342 JP N | Preparing instructions to the JP agent regarding filing of a Notice of Appeal with an Amendment and signing letter to JP colleague, Kyowa (VF) | VF | 0,5 | 137,50 | |
| | P2010,0483 CN N | Checking Notice of Allowance and reporting to Craig Shinners via e-mail (GC) | GC | 0,5 | 70,00 | |
| | P2010,0483 CN N | Reviewing prepared e-mail (VF) | VF | 0,1 | 27,50 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|---------|-------------|-------------|-------|--------|----------------|
| | Docketing | Checking data, docketing due dates for annuties with surcharge, possible divisional application and restoration for 28 files (country: EP) | JLG | 2,0 | 280,00 | |
| 27.1.2012 | P2010,0141 CN N | Preparing letter to CN colleague, Vivien Chan, regarding filing request for restoration and payment of the issue fee (GC) | GC | 0,5 | 70,00 | |
| | P2010,0141 CN N | Reviewing prepared correspondence and signing letter to CN colleague, Vivien Chan (MB) | MB | 0,2 | 55,00 | |
| | Docketing | Checking data, docketing due date for appeal, restoration, allowance fees, IDS and in response to office actions for 21 files (countries: JP, CN, EP, US) | JLG | 1,5 | 210,00 | |
| 30.1.2012 | P2009,0484 AC 01 | Checking EP patent applications regarding upcoming renewal fees with surcharge, updating our files (SCA) | SCA | 2,0 | 280,00 | |
| | P2009,0484 AC 01 | Reviewing list of foreign agents and cost estimates prepared by paralegal; forwarding list to Kim Newmarch and Craig Shinners | VF | 1,0 | 275,00 | |
| | P2009,0484 AC 01 | Telephone call with Craig Shinners (VF and MB, only 1 attorney considered) | VF | 0,5 | 137,50 | |
| | P2009,0484 AC 01 | Continue checking EP patent applications regarding upcoming renewal fees with surcharge, compiling EXCEL spreadsheet including checking received payment reminders and register information (WN) | WN | 2,0 | 280,00 | |
| | P2010,0172 CN N | Preparing report to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2010,0172 CN N | Reviewing the prepared documents (HPM) | HPM | 0,1 | 27,50 | |
| | P2010,0172 CN N | Signing letter to Craig Shinners (VF) | VF | 0,1 | 27,50 | |
| | P2010,0259 WO N | Informing Craig Shinners about due date for entering the national/regional phase (MSS) | MSS | 0,5 | 70,00 | |
| | P2010,0259 WO N | Reviewing e-mail to Craig Shinners (VF) | VF | 0,2 | 55,00 | |
| | P2010,0330 EP N | Preparing report to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2010,0330 EP N | Reviewing prepared documents (HPM) | HPM | 0,1 | 27,50 | |
| | P2010,0330 EP N | Signing letter to Craig Shinners (VF) | VF | 0,1 | 27,50 | |
| | P2010,0529 EP N | Reviewing the prepared documents (CL) | CL | 0,1 | 27,50 | |
| | P2010,0529 EP N | Preparing report to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2010,0529 EP N | Signing submission to the EPO (VF) | VF | 0,1 | 27,50 | |
| 31.1.2012 | M2009,0031 CN E | Signing letter to Craig Shinners (AR) | AR | 0,1 | 27,50 | |
| | M2009,0031 CN E | Reviewing prepared correspondence (MEW) | MEW | 0,2 | 55,00 | |
| | M2009,0031 CN E | Checking and forwarding letter of CN colleague to Craig Shinners (MSS) | MSS | 0,5 | 70,00 | |
| | P2009,0484 AC 01 | Reviewing and revising list of cost estimates of foreign law firms prepared by paralegal; forwarding to Craig Shinners | VF | 1,0 | 275,00 | |
| | P2009,0558 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0558 DE E | Reporting to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2009,0558 JP N | Preparing instructions to the JP agent, Nakagawa, regarding the filing of a Notice of Appeal with an Amendment (MB) | MB | 0,8 | 220,00 | |
| | P2009,0558 JP N | Forwarding instructions how to respond to the Office Action to agent, Nakagawa (SCA) | SCA | 0,5 | 70,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | P2009,0567 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0567 DE E | Reporting to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2009,0571 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0571 DE E | Reporting to Craig Shinners (MSS) | MSS | 0,5 | 70,00 | |
| | P2009,0584 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0584 DE E | Reporting to Craig Shinners (MSS) | MSS | 0,5 | 70,00 | |
| | P2009,0592 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0592 DE E | Reporting to Craig Shinners (MSS) | MSS | 0,5 | 70,00 | |
| | P2009,0600 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0600 DE E | Reporting to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2009,0602 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0602 DE E | Reporting to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2009,0618 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0618 DE E | Preparing report to Craig Shinners (MSS) | MSS | 0,5 | 70,00 | |
| | P2010,0132 JP N | Preparing a letter to the CN colleague, Vivien Chan, re. extension of time and reporting to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0132 JP N | Reviewing and signing the prepared documents (VF) | VF | 0,2 | 55,00 | |
| | P2010,0260 EP E | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0260 EP E | Preparing report to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0284 EP N | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0284 EP N | Preparing report to Craig Shinners (MSS) | MSS | 0,5 | 70,00 | |
| | P2010,0343 JP N | Preparing instructions to the JP agent, Kyowa, regarding the filing of a Notice of Appeal with an Amendment, Reviewing prepared correspondence and signing letter to JP colleague (MB) | MB | 1,0 | 275,00 | |
| | P2010,0343 JP N | Forwarding instructions how to respond to the Office Action to agent, Kyowa (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0492 EP N | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0492 EP N | Preparing report to Craig Shinners (MSS) | MSS | 0,5 | 70,00 | |
| | P2010,0536 EP N | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0536 EP N | Preparing report to Craig Shinners (MSS) | MSS | 0,5 | 70,00 | |
| | P2010,0711 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0711 DE E | Preparing report to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0718 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0718 DE E | Preparing report to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0726 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0726 DE E | Preparing report to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0727 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0727 DE E | Preparing report to Craig Shinners (MSS) | MSS | 0,5 | 70,00 | |
| | P2010,0740 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0740 DE E | Preparing report to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|---------|-------------|-------------|-------|--------|----------------|
| | P2010,0744 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0744 DE E | Preparing report to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | Docketing | Checking data, docketing due dates for restoration and annuity with surcharge for 20 files (countries: EP/GB) | JLG | 1,5 | 210,00 | |
| 1.2.2012 | P2010,0342 JP N | Checking and preparing report on the Notice of Appeal, the comments and draft response received from the JP colleague, Kyowa, to Craig Shinners for approval (MSS) | MSS | 0,4 | 56,00 | |
| | P2010,0342 JP N | Swiftly reviewing the patent application and reviewing the Office action and the recommendations for amended claims received from the JP agent, Kyowa (0.5); reviewing prepared correspondence and signing letter to Craig Shinners (0.2) (VF) | VF | 0,7 | 192,50 | |
| | P2010,0343 JP N | Reviewing the Office Action and the related documents (MB) | MB | 0,5 | 137,50 | |
| | P2010,0343 JP N | Checking and preparing report on the Office Action, the comments and draft response received from the JP agent to Craig Shinners for approval (SCA) | SCA | 0,4 | 56,00 | |
| | P2010,0371 EP N | Preparing a notice of appeal and forwarding documents to Craig Shinners for approval (GC) | GC | 0,5 | 70,00 | |
| | P2010,0371 EP N | Reviewing  prepared documents (HPM) | HPM | 0,2 | 55,00 | |
| | P2010,0371 EP N | Signing letter to Craig Shinners (VF) | VF | 0,1 | 27,50 | |
| | P2010,0722 JP N | Preparing instructions to the JP agent, Nakagawa, regarding the filing of a Notice of Appeal with an Amendment, reviewing and signing letter to JP agent (MB) | MB | 0,5 | 137,50 | |
| | Docketing | Checking data, docketing due dates for allowance, appeal and annuity with surcharge for three files (countries: CN, JP, EP) | STA | 0,2 | 28,00 | |
| 2.2.2012 | M2009,0029 EU N WID1 | Signing report to Craig Shinners (AR) | AR | 0,1 | 27,50 | |
| | M2009,0029 EU N WID1 | Checking letter from OHIM; reviewing report to Craig Shinners (MEW) | MEW | 0,5 | 137,50 | |
| | M2009,0029 EU N WID1 | Forwarding prepared documents to Craig Shinners (MSS) | MSS | 0,2 | 28,00 | |
| | M2009,0031 CN E | Signing letter to CN agent, CCPIT (AR) | AR | 0,1 | 27,50 | |
| | M2009,0031 CN E | Receiving and studying instructions of Mr. Shinners of February 1, 2012 to amend the goods and services of the CN trademark application; preparing inquiry to CN agent, CCPIT, re. possibility of amending the goods of the Chinese trademark application at this stage | MEW | 0,6 | 165,00 | |
| | M2009,0031 CN E | Forwarding letter to CN agent, CCPIT (MSS) | MSS | 0,2 | 28,00 | |
| | P2009,0484 AC 01 | Checking German patent applications regarding upcoming renewal fees with surcharge (GC) | GC | 1,5 | 210,00 | |
| | P2009,0484 AC 01 | Checking and forwarding due date list to Mr. Shinners with e-mail of February 2, 2012 (MB) | MB | 0,5 | 137,50 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|---------|-------------|-------------|-------|--------|----------------|
| | P2009,0484 AC 01 | Receiving inquiry of Mr. Shinners dated February 1, 2012 re. 120 day docket for the Trident files; preparing upcoming due-date list (MSS) | MSS | 2,5 | 350,00 | |
| | P2009,0484 AC 01 | Reviewing and revising upcoming due-date list (SCA) | SCA | 1,5 | 210,00 | |
| | P2009,0531 DE E | Checking file status; reviewing prepared correspondence and signing letter to Craig Shinners (MB) | MB | 0,2 | 55,00 | |
| | P2009,0531 DE E | Checking decision of rejection and preparing report to Craig Shinners (SCA) | SCA | 0,6 | 84,00 | |
| | P2010,0215 EP N2 | Reviewing prepared documents and signing documents (MB) | MB | 0,3 | 82,50 | |
| | P2010,0215 EP N2 | Forwarding European search report, incl. docketing cited references in internal system as well as reviewing and forwarding invitation of EPO to declare desire to proceed further with the application to Craig Shinners (MSS) | MSS | 0,7 | 98,00 | |
| | P2010,0722 JP N | Swiftly reviewing the patent application and reviewing the Office Action and the recommendations for amended claims received from the JP agent and signing letter to JP agent, Nagakawa (MB) | MB | 0,7 | 192,50 | |
| | P2010,0722 JP N | Preparing and forwarding instructions how to respond to the Office Action to agent, Nagakawa (SCA) | SCA | 0,5 | 70,00 | |
| | Docketing | Checking data, docketing due dates for annuities with surcharge and in response to office action for three files | STA | 0,2 | 28,00 | |
| 3.2.2012 | P2009,0484 AC 01 | Reviewing letters and lists to IN and TW agents, Lex Orbis, Saint Island, prepared by paralegal; signing letters | VF | 0,2 | 55,00 | |
| | P2009,0484 AC 01 | Preparing draft of letter to foreign agents explaining client attorney relationship and billing process; forwarding draft letter to Craig Shinners | VF | 2,0 | 550,00 | |
| | P2009,0484 AC 01 | Determining potentially revivable patent applications in IN and TW, Lex Orbis, Saint Island; compiling list per foreign agent of cases to be revived, preparing and dispatching letters to IN and TW agents, monitoring return receipts (WN) | WN | 3,0 | 420,00 | |
| | P2009,0543 EP E | Services for reviewing Rule 71 (3) EPC communication and checking application documents proposed for grant by the EPO including amendments made by the examiner (MB) | MB | 0,2 | 55,00 | |
| | P2009,0543 EP E | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0543 EP E | Studying the description and drawings in preparation of the translation of claims into English and French (MB) | MB | 1,0 | 275,00 | |
| | P2009,0543 EP E | Reviewing Rule 71 (3) EPC communication, checking bibliographic data and preparing report to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0342 JP N | Forwarding letter to JP colleague, Kyowa (MSS) | MSS | 0,2 | 28,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | P2010,0342 JP N | Reviewing prepared correspondence and signing letter to JP colleague, Kyowa (VF) | VF | 0,1 | 27,50 | |
| | P2010,0343 JP N | Reviewing prepared correspondence and signing letter to JP colleague, Kyowa (MB) | MB | 0,2 | 55,00 | |
| | P2010,0343 JP N | Preparing and forwarding instructions how to respond to the Office Action to CN colleague, Kyowa (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0371 EP N | Filing a notice of appeal before the European Patent Office including preparing request for appeal and effecting fee payment (GC) | GC | 0,5 | 70,00 | |
| | P2010,0371 EP N | Reviewing appeal documents including notice of appeal and signing documents (HPM) | HPM | 0,5 | 137,50 | |
| | P2010,0722 JP N | Reviewing prepared correspondence and signing letter to Micronas (MB) | MB | 0,2 | 55,00 | |
| | P2010,0722 JP N | Preparing and forwarding letter to Micronas regarding obtaining of a Power of Attorney for filing an appeal in Japan (SCA) | SCA | 0,7 | 98,00 | |
| | P2011,0175 EP E | Reviewing prepared correspondence and signing letter to Craig Shinners (MB) | MB | 0,2 | 55,00 | |
| | P2011,0175 EP E | Preparing report to Craig Shinners regarding priority deadline (MSS) | MSS | 0,5 | 70,00 | |
| 5.2.2012 | P2010,0115 JP N | Preparing and forwarding instructions to the JP agent, Sugimura, regarding the filing of a Notice of Appeal with an Amendment (MB) | MB | 0,5 | 137,50 | |
| 6.2.2012 | P2009,0484 AC 01 | Conducting several telephone conversations with GPTO whether annuities were paid and Licence of Right was registered for seven IP rights (due dates from June to August 2011), compiling EXCEL spreadsheet (GC) | GC | 1,5 | 210,00 | |
| | P2009,0484 AC 01 | Reviewing and revising EXCEL spreadsheet regarding German patent applications with upcoming renewal fees with surcharge (SCA) | SCA | 0,5 | 70,00 | |
| | P2009,0543 EP E | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0543 EP E | Preparing letter to EPO re. filing translation of claims according to Rule 71 (3) EPC, payment of fee for grant and printing and preparing report to Craig Shinners (SCA) | SCA | 1,0 | 140,00 | |
| | P2009,0565 DE E | Reporting to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2009,0565 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0575 DE E | Reporting to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2009,0575 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2009,0635 DE E | Reporting to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2009,0635 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0115 JP N | Forwarding instructions how to respond to the Office Action to agent, Sugimura (GC) | GC | 0,5 | 70,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | P2010,0115 JP N | Reviewing prepared documents and signing letter to CN colleague, Sugimura (MB) | MB | 0,2 | 55,00 | |
| | P2010,0190 EP N | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0190 EP N | Services for reviewing Rule 71 (3) EPC communication and checking application documents proposed for grant by the EPO including amendments made by the examiner | MB | 0,2 | 55,00 | |
| | P2010,0190 EP N | Reviewing Rule 71 (3) EPC communication, checking bibliographic data and preparing report to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | Docketing | Checking data, status, docketing due dates for 9 files; docketing annuities with surcharge for 9 files, docketing annuities for 2 files | JLG | 1,0 | 140,00 | |
| | Docketing | Counter-checking data, status, docketed due dates for 9 files, docketed annuities with surcharge for 9 files, docketed annuities for 2 files | STA | 0,4 | 56,00 | |
| 7.2.2012 | P2009,0484 AC 01 | Reviewing lists of DE and EP cases with overdue annuities prepared by paralegal (0.5); formatting (0,2); forwarding list to Craig Shinners including providing comment (0.3) | VF | 1,0 | 275,00 | |
| | P2010,0190 EP N | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0190 EP N | Preparing letter to EPO re. filing translation of claims according to Rule 71 (3) EPC, payment of fee for grant and printing and preparing report to Craig Shinners (SCA) | SCA | 1,0 | 140,00 | |
| | P2010,0193 CN N | Preparing instructions to the CN agent, China Science, regarding the filing of a Request for Restoration and a response to the outstanding Office Action (MB) | MB | 0,5 | 137,50 | |
| | P2010,0289 CN N | Reviewing prepared correspondence (CL) | CL | 0,1 | 27,50 | |
| | P2010,0289 CN N | Preparing letter to CN colleague, Vivien Chan, regarding filing request for restoration and payment of the issue fee (GC) | GC | 0,5 | 70,00 | |
| | P2010,0289 CN N | Signing letter to CN colleague, Vivien Chan (VF) | VF | 0,1 | 27,50 | |
| | P2010,0487 JP N | Preparing letter to JP colleague, Sugimura, re. the filing of a Notice of Appeal with an Amendment (MB) | MB | 0,5 | 137,50 | |
| | P2010,0489 JP N | Preparing and forwarding instructions to the JP agent, Sugimura, re. the filing of a Notice of Appeal with an Amendment (MB) | MB | 0,5 | 137,50 | |
| | P2010,0747 EP N | Reviewing the patent application, the Communication as well as the European search report and 14 prior art documents (1.5); preparing a response to the Communication including a revised claim set (3.0) (MB) | MB | 4,5 | 1.237,50 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | Docketing | Counter-checking data, status, docketed due date for 1 file; docketed annuities with surcharge for 24 files | JLG | 1,2 | 168,00 | |
| | Docketing | Checking data, status, docketing due date for 1 file; docketing annuities with surcharge for 24 files | STA | 1,2 | 168,00 | |
| 8.2.2012 | P2009,0484 AC 01 | Preparing and dispatching letters to 4 agents in CN and JP on February 8, 2012, monitoring return receipts (GC) | GC | 1,0 | 140,00 | |
| | P2009,0484 AC 01 | Reviewing and signing letters to foreign agents re. client attorney relationship/billing (part 1) prepared by paralegal | VF | 0,5 | 137,50 | |
| | P2010,0116 CN N | Preparing and forwarding instructions to the CN agent, Vivien Chan, regarding the filing of a Request for Restoration and a response to the outstanding Office Action (MB) | MB | 0,5 | 137,50 | |
| | P2010,0193 CN N | Forwarding instructions how to respond to the Office Action to agent, China Science (GC) | GC | 0,5 | 70,00 | |
| | P2010,0193 CN N | Reviewing prepared correspondence and signing letter to CN colleague, China Science (MB) | MB | 0,2 | 55,00 | |
| | P2010,0484 CN N1 | Preparing instructions to the CN agent, Vivien Chan, regarding the filing of a Request for Restoration and a response to the outstanding Office Action (MB) | MB | 0,5 | 137,50 | |
| | P2010,0487 JP N | Forwarding instructions how to respond to the Office Action to JP agent, Sugimura (GC) | GC | 0,5 | 70,00 | |
| | P2010,0487 JP N | Reviewing prepared document and signing letter to JP colleague, Sugimura (MB) | MB | 0,5 | 137,50 | |
| | P2010,0722 JP N | Preparing and forwarding written confirmation to Micronas, Mr. Alrutz (GC) | GC | 0,5 | 70,00 | |
| | P2010,0722 JP N | Discussing the reasons for requirement of Power of Attorney with Mr. Alrutz of Micronas; reviewing and signing letter to Micronas (MB) | MB | 0,7 | 192,50 | |
| | P2010,0722 JP N | Telephone discussion with Mr. Alrutz of Micronas re. Power of Attorney (MB) | MB | 0,2 | 55,00 | |
| | P2010,0747 EP N | Preparing a request for further processing before the European Patent Office, forwarding draft submission to Craig Shinners for approval (GC) | GC | 1,0 | 140,00 | |
| | P2010,0747 EP N | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | Docketing | Checking data, status, docketing due dates for restoration for 4 files | STA | 0,4 | 56,00 | |
| 9.2.2012 | M2009,0031 CN E | Signing letter to Craig Shinners (AR) | AR | 0,1 | 27,50 | |
| | M2009,0031 CN E | Reviewing response from CN agent, CCPIT, and settlement agreement; reporting to Craig Shinners with proposal for further proceedings (MDL) | MDL | 0,7 | 192,50 | |
| | M2009,0031 CN E | Forwarding letter to Craig Shinners (WS) | WS | 0,2 | 28,00 | |
| | P2009,0484 AC 01 | Study portfolio information received from Lex Orbis (IN), discuss with paralegal | VF | 0,5 | 137,50 | |
| | P2010,0105 EP N | Reviewing prepared correspondence and signing letter to Craig Shinners (MB) | MB | 0,2 | 55,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | P2010,0105 EP N | Checking summons to attend oral proceedings and preparing report to Craig Shinners (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0116 CN N | Forwarding instructions how to respond to the Office Action to agent, Vivien Chan (GC) | GC | 0,5 | 70,00 | |
| | P2010,0116 CN N | Reviewing prepared correspondence and signing letter to CN colleague, Vivien Chan (MB) | MB | 0,2 | 55,00 | |
| | P2010,0294 CN N | Preparing letter to CN colleague, Vivien Chan, regarding filing request for restoration and payment of the issue fee (GC) | GC | 0,5 | 70,00 | |
| | P2010,0294 CN N | Reviewing prepared correspondence and signing letter to CN colleague, Vivien Chan (HPM) | HPM | 0,2 | 55,00 | |
| | P2010,0484 CN N1 | Forwarding instructions how to respond to the Office Action to agent, Vivien Chan (GC) | GC | 0,5 | 70,00 | |
| | P2010,0484 CN N1 | Reviewing prepared correspondence and signing letter to CN colleague, Vivien Chan (MB) | MB | 0,2 | 55,00 | |
| | P2010,0489 JP N | Reviewing prepared correspondence and signing letter to Craig Shinners (MB) | MB | 0,2 | 55,00 | |
| | P2010,0489 JP N | Forwarding instructions how to respond to the Office Action to JP agent, Sugimura (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0747 EP N | Filing a request for further processing; Payment of the fee for further processing, reporting to Craig Shinners (GC) | GC | 0,7 | 98,00 | |
| | P2010,0747 EP N | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | Docketing | Checking data, status, docketing due date for an appeal for 1 file | STA | 0,1 | 14,00 | |
| 10.2.2012 | P2010,0381 IN N | Reviewing the patent family and preparing a recommendation letter to the IN agent, Lex Orbis, to file a response and bring the application in condition for allowance (VF) | VF | 2,0 | 550,00 | |
| | P2010,0381 IN N | Reviewing prepared correspondence and signing letter to IN colleague, Lex Orbis (VF) | VF | 0,2 | 55,00 | |
| | P2010,0381 IN N | Forwarding instructions how to respond to the Office Action to IN agent, Lex Orbis (WN) | WN | 0,5 | 70,00 | |
| | P2010,0382 IN N | Reviewing prepared correspondence and signing letter to IN colleague, Lex Orbis (VF) | VF | 0,2 | 55,00 | |
| | P2010,0382 IN N | Preparing letter to IN colleague, Lex Orbis, regarding outstanding Office Action (WN) | WN | 0,5 | 70,00 | |
| | P2010,0722 JP N | Receiving e-mail from Mr. Alrutz of Micronas re. Power of Attorney; updating Power of Attorney, preparing written confirmation (GC) | GC | 1,0 | 140,00 | |
| | P2010,0722 JP N | Reviewing prepared correspondence and signing letter to Micronas (MB) | MB | 0,2 | 55,00 | |
| | Docketing | Checking data, status, docketing due dates for restoration for 1 file, response to office action for 2 files and an appeal for 4 files | STA | 0,5 | 70,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| 13.2.2012 | P2009,0484 AC 01 | Preparing and dispatching letters to 5 agents in CN, JP, KR and IN, CCPIT, Nagakawa, First Law, Lee Intern., Lex Orbis(GC) | GC | 1,2 | 168,00 | |
| | P2009,0484 AC 01 | Work on engagement for foreign law firms together with DLA Piper; forwarding email of China Science to DLA Piper; forwarding information on Lex Orbis; reviewing and signing letters to foreign agents re. client attorney relationship/billing (part 2) | VF | 1,3 | 357,50 | |
| | P2010,0115 JP N | Forwarding the documents to Trident for approval (GC) | GC | 0,5 | 70,00 | |
| | P2010,0115 JP N | Reviewing recommendations received from CN agent, Sugimura (MB) | MB | 0,5 | 137,50 | |
| | P2010,0357 CN N | Reviewing prepared correspondence and signing letter to CN colleague, Vivien Chan (MB) | MB | 0,1 | 27,50 | |
| | P2010,0357 CN N | Preparing letter to CN colleague, Vivien Chan, regarding filing request for restoration and payment of the 10th annuity with surcharge (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0382 IN N | Services for studying the application, the Office Action and prior art cited therein (1.0); preparing a proposal for amendments to the claims and instructions how to respond to objections made in the Office Action to agent, reviewing prepared documents (1.2) C338(CL) | CL | 3,2 | 880,00 | |
| | P2010,0382 IN N | Signing letter to IN colleague, Lex Orbis (VF) | VF | 0,2 | 55,00 | |
| | P2010,0382 IN N | Forwarding instructions how to respond to the Office Action to IN agent, Lex Orbis (WN) | WN | 0,4 | 56,00 | |
| | P2010,0483 CN N | Preparing letter to CN colleague, Vivien Chan, regarding payment of the issue fee and reporting to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2010,0483 CN N | Reviewing prepared documents and signing letter to CN colleague, Vivien Chan (HPM) | HPM | 0,2 | 55,00 | |
| | P2010,0483 CN N | Signing letter to Craig Shinners (VF) | VF | 0,1 | 27,50 | |
| | P2010,0484 CN N1 | Forwarding the documents to Trident for approval (GC) | GC | 0,5 | 70,00 | |
| | P2010,0484 CN N1 | Reviewing recommendations received from CN agent (MB) | MB | 0,5 | 137,50 | |
| | Docketing | Checking data, status, docketing due dates for response to office action for 2 files, restoration for 10 files, IDS for 2 files, publication of an application for 1 file | JLG | 1,0 | 140,00 | |
| 14.2.2012 | P2009,0661 DE E | Checking file status; reviewing prepared correspondence and signing letter to Craig Shinners (MB) | MB | 0,2 | 55,00 | |
| | P2009,0661 DE E | Checking decision of rejection and preparing report to Craig Shinners (SCA) | SCA | 0,6 | 84,00 | |
| | P2010,0116 CN N | Forwarding the documents to Trident for approval (GC) | GC | 0,5 | 70,00 | |
| | P2010,0116 CN N | Reviewing recommendations received from CN agent (MB) | MB | 0,5 | 137,50 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | P2010,0128 CN N | Preparing and forwarding instructions to the CN agent regarding the filing of a Request for Restoration and a response to the outstanding Office Action (GC) | GC | 1,0 | 140,00 | |
| | P2010,0128 CN N | Reviewing prepared correspondence and signing letter to CN colleague, Vivien Chan (VF) | VF | 0,2 | 55,00 | |
| | P2010,0216 CN N | Reviewing prepared correspondence (CL) | CL | 0,2 | 55,00 | |
| | P2010,0216 CN N | Preparing instructions to the CN agent, Vivien Chan, regarding the filing of a Request for Restoration and a response to the outstanding Office Action (GC) | GC | 0,5 | 70,00 | |
| | P2010,0216 CN N | Signing letter to CN colleague, Vivien Chan (VF) | VF | 0,1 | 27,50 | |
| | P2010,0259 WO N | Preparing letter to the EPO re. taking over representation of the European regional phase (GC) | GC | 0,5 | 70,00 | |
| | P2010,0259 WO N | Reviewing and signing the prepared documents (HPM) | HPM | 0,2 | 55,00 | |
| | P2010,0491 JP N | Forwarding instructions how to respond to the Office Action to agent (GC) | GC | 0,5 | 70,00 | |
| | P2010,0491 JP N | Preparing and forwarding instructions to the JP agent re. the filing of a Notice of Appeal with an Amendment; reviewing prepared correspondence and signing letter to JP agent (MB) | MB | 0,5 | 137,50 | |
| | P2010,0738 DE E | Reporting to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2010,0738 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0747 DE E | Reporting to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2010,0747 DE E | Reviewing and signing the prepared documents (MB) | MB | 0,2 | 55,00 | |
| | Docketing | Checking data, docketing due dates for appeal and restoration for 4 files | STA | 0,3 | 42,00 | |
| 15.2.2012 | P2009,0484 AC 01 | Conducting a telephone conference with Craig Shinners (MB, VF, only one attorney considered), forwarding TM docket | MB | 0,5 | 137,50 | |
| | P2010,0115 JP N | Preparing and forwarding instructions how to respond to the Office Action to agent (GC) | GC | 0,7 | 98,00 | |
| | P2010,0115 JP N | Reviewing prepared documents and signing letter to CN colleague, Sugimura (MB) | MB | 0,2 | 55,00 | |
| | P2010,0484 CN N1 | Reviewing prepared correspondence and signing letter to Craig Shinners (MB) | MB | 0,2 | 55,00 | |
| | P2010,0484 CN N1 | Preparing and forwarding instructions how to respond to the Office Action to agent, Vivien Chan (GC) | MB | 0,7 | 192,50 | |
| | Docketing | Checking data and docketing due dates for annuity with surcharge and restoration for 2 files | STA | 0,2 | 28,00 | |
| 16.2.2012 | M2009,0031 CN E | E-Mail correspondence with Mr. Shinners regarding further proceedings (MEW) | MEW | 1,0 | 275,00 | |
| | P2010,0116 CN N | Preparing and forwarding instructions how to respond to the Office Action to CN agent, Vivien Chan (GC) | GC | 0,7 | 98,00 | |
| | P2010,0116 CN N | Reviewing prepared correspondence and signing letter to CN colleague, Vivien Chan (MB) | MB | 0,5 | 137,50 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|---------|-------------|-------------|-------|--------|----------------|
| | Docketing | Checking data and docketing due date for P2010,0342 JP N | STA | 1,0 | 140,00 | |
| 17.2.2012 | M2009,0029 EU N WID1 | Signing report to Craig Shinners (AR) | AR | 0,1 | 27,50 | |
| 17.2.2012 | M2009,0029 EU N WID1 | Reviewing email from Craig Shinners of February 7, 2012, preparing response to representative of application "VOCIS" (MEW) | MEW | 1,5 | 412,50 | |
| 17.2.2012 | M2009,0029 EU N WID1 | Forwarding letter to representative of application "VOCIS" (WS) | WS | 0,2 | 28,00 | |
| | M2009,0031 CN E | Signing letter to CN agent (AR) | AR | 0,1 | 27,50 | |
| | M2009,0031 CN E | Reviewing instructions of Mr. Shinners; preparing submission to CN agent re. deletion of some goods from class 9 (MEW) | MEW | 0,5 | 137,50 | |
| | M2009,0031 CN E | Forwarding letter to CN agent (WS) | WS | 0,2 | 28,00 | |
| | P2009,0484 AC 01 | Receiving annuity payment reminders and official notifications regarding FR, GB and IE cases, checking our files, monitoring due dates and forwarding documents to Trident per e-mail dated February 17, 2012 | SCA | 0,5 | 70,00 | |
| | P2010,0489 JP N | Reviewing recommendations received from CN agent (MB) | MB | 0,2 | 55,00 | |
| | P2010,0489 JP N | Forwarding the documents to Trident for approval (SCA) | SCA | 0,5 | 70,00 | |
| | Docketing | Checking data and docketing due dates for annuity with surcharge, statement of working and EP validation | BFS | 0,2 | 28,00 | |
| 19.2.2012 | P2010,0141 EP N | Services for reviewing the patent application, the Communication, the Office Action as well as one prior art document (1.0); preparing an amended set of claims (1.0) (MB) | MB | 2,0 | 550,00 | |
| 20.2.2012 | M2009,0031 CN E | Reviewing response from CN agent; preparing and signing letter to Craig Shinners (MEW) | MEW | 0,7 | 192,50 | |
| | P2009,0484 AC 01 | Filtering database for Micronas patents transferred to other Trident entities in response to e-mail from Kim Newmarch dated Feb 20, 2011 | JC | 1,0 | 140,00 | |
| | P2009,0484 AC 01 | Responding to e-mail from Kim Newmarch concerning Micronas patents transferred to other Trident entity, including reviewing list prepared by paralegal and forwarding to Kim Newmarch including comment | VF | 0,5 | 137,50 | |
| | P2010,0141 EP N | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0141 EP N | Forwarding draft submission to Trident for approval (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0381 IN N | Reviewing prepared correspondence and signing letter to Craig Shinners (VF) | VF | 0,2 | 55,00 | |
| | P2010,0381 IN N | Reviewing e-mail received from IN agent; providing advise and instructions; reviewing another e-mail received from IN agent including proposed amendments; providing further instructions to IN agent (VF) | VF | 0,5 | 137,50 | |
| | P2010,0381 IN N | Preparing report to Craig Shinners (WN) | WN | 0,4 | 56,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref. | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|----------|-------------|-------------|-------|--------|----------------|
| | P2010,0382 IN N | Reviewing prepared correspondence and signing letter to Craig Shinners (VF) | VF | 0,2 | 55,00 | |
| | P2010,0382 IN N | Reviewing e-mail received from IN agent including proposed amendments; providing instructions to IN agent (VF) | VF | 0,2 | 55,00 | |
| | P2010,0382 IN N | Preparing report to Craig Shinners (WN) | WN | 0,4 | 56,00 | |
| | P2010,0539 JP N | Preparing and forwarding instructions to the JP agent re. the filing of a Notice of Appeal with an Amendment (MB) | MB | 0,5 | 137,50 | |
| | P2010,0539 JP N | Forwarding instructions how to respond to the Office Action to agent (SCA) | SCA | 0,5 | 70,00 | |
| | Docketing | Counter-checking notification from FR-Patent-Office, docketed annuities with surcharge for 9 files (countries: FR, GB, CN), docketed due dates for restoration, appeal, allowance, divisional and in response to offical action for 9 files | BFS | 0,5 | 70,00 | |
| | Docketing | checking notification from FR-Patent-Office dated Febr. 8, 2012 docketing annuities with surcharge for 9 files (countries: FR, GB, CN), docketing due dates for restoration, appeal, allowance, divisional and in response to offical action for 9 files | JLG | 1,0 | 140,00 | |
| 21.2.2012 | M2009,0031 CN E | Forwarding letter to Craig Shinners (WS) | WS | 0,2 | 28,00 | |
| | P2009,0484 AC 01 | Reviewing and revising EXCEL spreadsheet regarding DE patent applications and DE patents with upcoming renewal fees with surcharge in February 2012 | GC | 0,5 | 70,00 | |
| | P2009,0484 AC 01 | Filtering database for all Trident IP rights showning current owner | JC | 0,5 | 137,50 | |
| | P2009,0484 AC 01 | Continue checking DE patent applications and DE patents regarding upcoming renewal fees with surcharge in February 2012, compiling EXCEL spreadsheet including checking received payment reminders and register information | SCA | 1,5 | 210,00 | |
| | P2009,0484 AC 01 | Responding to e-mail from Kim Newmarch concerning owner of Trident patents; reviewing and forwarding list of IP rights prepared by paralegal | VF | 1,0 | 275,00 | |
| | P2009,0484 AC 01 | Providing IN agent LexOrbis with advise concerning ordinary course professional affidavit | VF | 0,2 | 55,00 | |
| | P2010,0487 JP N | Services for reviewing the Office Action and prior art cited therein (2.0); preparing a proposal for amendments to the claims and instructions how to respond to objections made in the Office Action (1.9); reviewing prepared documents (0.1) (HPM) | HPM | 5,0 | 1.375,00 | |
| | P2010,0487 JP N | Signing letter to Craig Shinners (MB) | MB | 0,1 | 27,50 | |
| | P2010,0487 JP N | Checking and preparing report on the Decision of Rejection, the comments and draft letter to the JP agent to Craig Shinners for approval (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0489 JP N | Reviewing prepared correspondence and signing letter to JP agent (MB) | MB | 0,2 | 55,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | P2010,0489 JP N | Preparing and forwarding instructions how to respond to the Notice of Appeal to agent (SCA) | SCA | 0,4 | 56,00 | |
| | | Checking data and docketing due date in response to US office action | BFS | 0,2 | 28,00 | |
| 22.2.2012 | P2009,0484 AC 01 | Checking nine EP patent applications regarding upcoming renewal fees with surcharge due in February 2012; checking register information (GC) | GC | 1,0 | 140,00 | |
| | P2009,0484 AC 01 | Checking five cases for which annuities have been paid on Jan 31, 2012 to cancel due date in internal database | MB | 0,4 | 110,00 | |
| | P2009,0484 AC 01 | Checking four cases for which annuities have been paid on Jan 31, 2012 to cancel due date in internal database | VF | 0,3 | 82,50 | |
| | P2010,0121 CN N | Reviewing prepared correspondence and signing letter to CN colleague, Vivien Chan (MB) | MB | 0,2 | 55,00 | |
| | P2010,0121 CN N | Preparing letter to CN colleague, Vivien Chan, regarding filing request for restoration and payment of the issue fee (SCA) | SCA | 0,5 | 70,00 | |
| | P2010,0487 JP N | Signing letter to JP colleague, Sugimura (HPM) | HPM | 0,1 | 27,50 | |
| | P2010,0487 JP N | Preparing and forwarding instructions how to respond to the Office Action to JP agent, Sugimura (SCA) | SCA | 0,5 | 70,00 | |
| | Docketing | Checking data, status and IDS in response to the notification from the foreign colleagues, docketing due dates for P2010,0116 CN N, P2010,0484 CN N1, P2010,0216 CN N, P2010,0137 CN N and annuities with surcharge for P2010,0396 FR N and P2010,0496 FR N | JLG | 0,5 | 70,00 | |
| 23.2.2012 | P2009,0505 US E | Checking documents and files and signing the letter to DLA Piper (MB) | MB | 0,7 | 192,50 | |
| | P2009,0505 US E | Receiving inquiry of Mr. Yamashita from DLA Piper on February 21, 2012 regarding missing information of the inventors for filing response to the decision of the USPTO, checking our files and preparing and forwarding letter to Mr. Yamashita (SCA) | SCA | 1,0 | 140,00 | |
| | P2010,0105 EP N | Services for reviewing the file; preparing and forwarding inquiry to the Craig Shinners re. outstanding instructions whether to prepare and file written submissions incl. amended claims as well as to participate oral proceedings (MB) | MB | 0,5 | 137,50 | |
| | Docketing | Checking data, cancelling due dates or closing file re P2009,0661 DE E, P2010,0121 CN N, P2010,0489 JP N, P2010,0487 JP N, P2009,0505 USE | JLG | 0,3 | 42,00 | |
| | Docketing | Checking data, status and IDS in response to the notification from the foreign colleagues, docketing due dates for P2010,0220 TW N, P2010,0554 TW N, P2010,0376 JP N, P2010,0722 JP N, P2009,0505 US E | JLG | 0,2 | 28,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref. | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|----------|-------------|-------------|-------|--------|----------------|
| 24.2.2012 | M2009,0029 EU N WID1 | Reviewing the response of February 23, 2012 from the other side; preparing response to Craig Shinners (MEW) | MEW | 0,8 | 220,00 | |
| | P2009,0543 EP E | Reviewing prepared correspondence and signing letter to Craig Shinners (MB) | MB | 0,2 | 55,00 | |
| | P2009,0543 EP E | Checking decision to grant and preparing report to Craig Shinners (SCA) | SCA | 0,4 | 56,00 | |
| | P2010,0171 EP N | Reviewing prepared documents and signing documents (MB) | MB | 0,2 | 55,00 | |
| | P2010,0171 EP N | Checking and forwarding a communication pursuant to Art. 94(3) EPC to Craig Shinners (SCA) | SCA | 0,6 | 84,00 | |
| | Docketing | Checking data, docketing annuities with surcharge of the official action for P2010,0127 CN N, P2010,0455 CN N, P2010,0466 CN N, P2010,0288 CN N, P2010,0480 CN N, P2010,0468 CN N | BFS | 0,2 | 28,00 | |
| | Docketing | Checking data, docketing IDS and due dates for P2010,0174 CN N, P2010,0166 CN N, P2010,0128 CN N | BFS | 0,2 | 28,00 | |
| | Docketing | Checking data, docketing due dates for P2010,0171 CN N, P2010,0190 EP N | STA | 0,2 | 28,00 | |
| 26.2.2012 | P2010,0132 EP N | Reviewing the patent application, the Decision to refuse a European patent application (1.0); preparing grounds of appeal (3.5) (HPM) | HPM | 4,5 | 1.237,50 | |
| | P2010,0166 CN N | Preparing instructions to the CN agent regarding the filing of a Request for Restoration and a response to the outstanding Office Action (HPM) | HPM | 1,0 | 275,00 | |
| 27.2.2012 | M2009,0029 EU N WID1 | Signing report to Craig Shinners (AR) | AR | 0,1 | 27,50 | |
| | M2009,0029 EU N WID1 | Forwarding report to Craig Shinners (MSS) | MSS | 0,2 | 28,00 | |
| | M2009,0031 CN E | Reviewing and signing letter to CN agent (AR) | AR | 0,1 | 27,50 | |
| | M2009,0031 CN E | Preparing further submission to CN agent re. deletion of some goods from class 9 (MEW) | MEW | 0,5 | 137,50 | |
| | M2009,0031 CN E | Forwarding letter to CN agent (MSS) | MSS | 0,2 | 28,00 | |
| | P2009,0484 AC 01 | Preparing and forwarding response to Mr. Shinners (MB) | MB | 0,5 | 137,50 | |
| | P2009,0484 AC 01 | Receiving inquiry of Mr. Shinners dated February 24, 2012, reviewing EXCEL spreadsheet, checking DE register information and our database for two cases regarding payment of annuities (SCA) | SCA | 0,7 | 98,00 | |
| | P2010,0110 JP N | Forwarding instructions how to respond to the Office Action to agent, Sugimura (GC) | GC | 0,5 | 70,00 | |
| | P2010,0110 JP N | Preparing letter to JP colleague re. the filing of a Notice of Appeal with an Amendment; signing letter to JP colleague, Sugimura (MB) | MB | 0,5 | 137,50 | |
| | P2010,0116 JP N | Forwarding instructions how to respond to the Office Action to agent, Sugimura (GC) | GC | 0,5 | 70,00 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | P2010,0116 JP N | Services for reviewing the file; Preparing letter to JP colleague re. the filing of a Notice of Appeal with an Amendment; signing letter to JP colleague, Sugimura (MB) | MB | 0,5 | 137,50 | |
| | P2010,0132 EP N | Forwarding draft submission to Trident for approval (GC) | GC | 0,5 | 70,00 | |
| | P2010,0132 EP N | Reviewing documents (HPM) | HPM | 0,2 | 55,00 | |
| | P2010,0132 EP N | Signing letter to Craig Shinners (VF) | VF | 0,1 | 27,50 | |
| | P2010,0132 JP N | E-mail to JP colleague, Sugimura, regarding relevant parts of the Office Action (GC) | GC | 0,2 | 28,00 | |
| | P2010,0166 CN N | Forwarding instructions how to respond to the Office Action to agent, China Science (GC) | GC | 0,5 | 70,00 | |
| | P2010,0166 CN N | Reviewing prepared correspondence and signing letter to CN colleague,China Science (HPM) | HPM | 0,2 | 55,00 | |
| | P2010,0289 CN N | Reviewing prepared correspondence (CL) | CL | 0,1 | 27,50 | |
| | P2010,0289 CN N | Forwarding correspondence of foreign agent, concerning filing request for restoration and payment of issue fee to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2010,0289 CN N | Signing letter to Craig Shinners (VF) | VF | 0,1 | 27,50 | |
| | P2010,0294 CN N | Forwarding correspondence of foreign agent, concerning filing request for restoration and payment of issue fee to Craig Shinners (GC) | GC | 0,5 | 70,00 | |
| | P2010,0294 CN N | Reviewing prepared correspondence (HPM) | HPM | 0,1 | 27,50 | |
| | P2010,0294 CN N | Signing letter to Craig Shinners (VF) | VF | 0,1 | 27,50 | |
| | P2010,0722 JP N | Reviewing prepared correspondence and signing letter to JP agent (MB) | MB | 0,2 | 55,00 | |
| | P2010,0722 JP N | Preparing letter to JP agent, forwarding Power of Attorney to JP agent (SCA) | SCA | 0,5 | 70,00 | |
| | Docketing | Checking data, clarifying status and due dates thereafter docketing new due dates for P2010,0173 CN N and IDS for P2010,0173 US N | JLG | 0,2 | 28,00 | |
| | Docketing | clarifying status and due dates for P2010,0172 CN N, P2010,0173 CN N, P2010,0174 CN N, P2002,0626 US N with the paralegal team and checking the data base | JLG | 0,3 | 42,00 | |
| | Docketing | Checking data, docketing due date for office action, Checking EPO register for P2010,0119 EP N | STA | 0,2 | 28,00 | |
| 28.2.2012 | M2009,0031 CN E | Signing letter to Craig Shinners (AR) | AR | 0,1 | 27,50 | |
| | M2009,0031 CN E | Reviewing prepared correspondence (MEW) | MEW | 0,1 | 27,50 | |
| | M2009,0031 CN E | Preparing and forwarding report to Craig Shinners (MSS) | MSS | 0,4 | 56,00 | |
| | P2009,0509 US E | Checking documents and files, amending, checking and signing the declaration and letter to DLA Piper (MB) | MB | 0,7 | 192,50 | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | P2009,0509 US E | Receiving inquiry of Mr. Jackson from DLA Piper on February 27, 2012 re. signing a declaration for filing a response to the "Notice to File Missing Parts" with the USPTO, checking our files, preparing and forwarding letter with signed declaration to Mr. J | MSS | 1,3 | 182,00 | |
| | P2010,0128 CN N | Downloading US prosecution history, reviewing recommendations received from CN agent (VF) | VF | 0,3 | 82,50 | |
| | P2010,0414 JP N | Preparing instructions to the JP agent regarding the filing of a of a Notice of Appeal with an Amendment (MB) | MB | 1,0 | 275,00 | |
| | Docketing | Checking data for P2010,0489 JP N, P2009,0471 US N, docketing new due dates for P2010,0132 JP N | BFS | 0,2 | 28,00 | |
| | Docketing | Checking data, docketing new due date for P2009,0509 US E | STA | 0,1 | 14,00 | |
| | Docketing | Checking data, clarifying status for P2010,0141 CN N | STA | 0,1 | 14,00 | |
| 29.2.2012 | P2009,0484 AC 01 | Receiving inquiry from Mr. Shinners dated February 29, 2012 concerning annuity payment of one DE case, conducting telephone conversation with GPTO and informing Mr. Shinners about payment of the annuity by third party (GC) | GC | 0,7 | 98,00 | |
| | P2010,0128 CN N | Forwarding comments and suggestions received from the CN agent to Trident for approval (GC) | GC | 0,5 | 70,00 | |
| | P2010,0128 CN N | Reviewing prepared correspondence and signing letter to Craig Shinners (VF) | VF | 0,1 | 27,50 | |
| | P2010,0414 JP N | Forwarding instructions how to respond to the Office Action to agent, Sugimura (GC) | GC | 0,5 | 70,00 | |
| | P2010,0414 JP N | Reviewing prepared correspondence and signing letter to JP colleague, Sugimura (MB) | MB | 0,2 | 55,00 | |
| | P2010,0491 JP N | Checking and forwarding the Office Action and the comments received from the JP agent; reviewing prepared correspondence and signing letter to Craig Shinners (MB) | MB | 0,5 | 137,50 | |
| | P2010,0491 JP N | Preparing report and forwarding the documents to Craig Shinners for approval (MSS) | MSS | 0,5 | 70,00 | |
| | Docketing | Checking data for official notification regarding licence of right re P2010,0738 DE E, P2009,0563 DE N, P2010,0380 DE N | JLG | 0,1 | 14,00 | |
| | Docketing | Checking data, docketing appeal due dates for P2010,0487 JP N | STA | 0,1 | 14,00 | |

|  | Subtotal: | 266,8 | 51.338,00 | 0,00 |
|---|---|---|---|---|
|  | Total (in EUR): | | | 51.338,00 |

| Timekeeper Attorneys: | AR | Alwin Rietzler |
|---|---|---|
| | CL | Christian Leinung |
| | HPM | Hans Peter Mueller |
| | MB | Martin Brand |
| | MDL | Mechthild Liebelt |
| | MEW | Maike Wichers |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Foreign IP (Hourly) Matters

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|---|---|---|---|---|---|---|
| | | Timekeeper Paralegals: | BFS | Sabine Bischof | | |
| | | | GC | Carolin Gehmlich | | |
| | | | JC | Caroline Jaeger | | |
| | | | JLG | Gabriele Jaugstetter-Linseisen | | |
| | | | MSS | Stefanie Schierack-Mross | | |
| | | | SCA | Claudia Schlaghaufer | | |
| | | | STA | Tanja Schumann | | |
| | | | WN | Nicole Weinholzer | | |
| | | | WS | Sabine Wichmann | | |

Epping Hermann Fischer Activity Report Jan 4 - Feb 29, 2012 for Administative Matters

**Administrative Matters**

| Date | EHF-Ref | Description | Time-keeper | Hours | Amount | Disburse-ments |
|------|---------|-------------|-------------|-------|--------|----------------|
| 26.1.2012 | Administrative | Conduction telephone conference with Craig Shinners and Kim Newmarch re. retention application | VF | 0,7 | 192,50 | |
| 6.2.2012 | Administrative | Reviewing, amending and finalizing draft retention application documents received from DLA Piper; returning draft to DLA Piper | MB | 2,0 | 550,00 | |
| | Administrative | Reviewing retention application for EHF re. client Trident under Chapter 11 protection and conducting conflict check with internal database | MB | 2,5 | 687,50 | |
| 7.2.2012 | Administrative | Reviewing final version of retention application, singinging declaration, returning signed version to DLA Piper | VF | 0,5 | 137,50 | |
| | | **Subtotal:** | | **5,7** | **1.567,50** | **0,00** |
| | | **Total (in EUR):** | | | | **1.567,50** |

Timekeeper Attorneys: MB    Martin Brand
                      VF    Volker Fischer