IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: Chapter 11
In re :
: Case No. 12-10069 (CSS)
Trident Microsystems, Inc., *et al.*,[1] :
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------x

### NOTICE OF FILING OF COMPOSITE STAFFING AND COMPENSATION REPORT OF FTI CONSULTING, INC. FOR MARCH 2012

**PLEASE TAKE NOTICE** that, pursuant to sections 2(c) and 2(e) of the (i) *Final Order Approving Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Services Agreement between the Debtors and FTI Consulting, Inc., Nunc Pro Tunc to the Petition Date* [Dkt. No. 247], and (ii) *Order Approving Supplemental Motion of Debtors in Possession for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Expanding the Scope of Employment between the Debtors and FTI Consulting, Inc.* [Dkt. No. 491], the above-captioned debtors and debtors in possession (the "Debtors") hereby file, on behalf of FTI Consulting, Inc. ("FTI"), as Exhibit A, a composite report of (i) staffing on the engagement of FTI in the above-captioned bankruptcy cases (the "Bankruptcy Cases") for the month of March 2012, and (ii) compensation earned and expenses incurred by FTI in the Bankruptcy Cases during the month of March 2012.

**PLEASE TAKE FURTHER NOTICE** that, as requested by the Office of the United States Trustee, the Debtors hereby file, as Exhibit B, the time detail for Andrew Hinkelman, the Debtors' Chief Restructuring Officer, for the month of March 2012.

*[remainder of page intentionally left blank]*

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

EAST\48785293.1

-2-

| | |
|---|---|
| Dated:  June 18, 2012<br>         Wilmington, Delaware | Respectfully submitted,<br><br> /s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>Cynthia Moh (DE 5041)<br>DLA PIPER LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone:  (302) 468-5700<br>Facsimile:  (302) 394-2341<br>Email:  stuart.brown@dlapiper.com<br>         cynthia.moh@dlapiper.com<br><br>     -and-<br><br>Richard A. Chesley (IL 6240877)<br>Kimberly D. Newmarch (DE 4340)<br>Chun I. Jang (DE 4790)<br>DLA PIPER LLP (US)<br>203 N. LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>Telephone:  (312) 368-4000<br>Facsimile:  (312) 236-7516<br>Email:   richard.chesley@dlapiper.com<br>         kim.newmarch@dlapiper.com<br>         chun.jang@dlapiper.com<br><br>ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION |