IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 11
                                                         :
Trident Microsystems, Inc., *et al.*,[1]                 : Case No. 12-10069 (CSS)
                                                         :
        Debtors.                                         : (Jointly Administered)
                                                         :
---------------------------------------------------------x Objection Deadline: 7/11/12 at 4:00 p.m. (EDT)

**FIFTH MONTHLY APPLICATION OF DLA PIPER LLP (US)
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD
FROM MAY 1, 2012 THROUGH MAY 31, 2012**

| | |
|---|---|
| Name of Applicant: | DLA Piper LLP (US) |
| Authorized to Provide Professional Services to: | The Above-Captioned Debtors and Debtors-in-Possession |
| Date of Retention: | January 31, 2012, *Nunc Pro Tunc* to January 4, 2012 [Docket No. 146] |
| Period for which compensation and reimbursement are sought: | May 1, 2012 through May 31, 2012 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $843,949.00 (80% of which is $675,159.20) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $11,585.29 |

This is a:     _X_ monthly     ___ interim     ___ final application

The total time expended for fee application preparation is approximately 34.4 hours and the total compensation requested is $15,199.00.

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

EAST\48803736.1

**Prior applications filed:**

| Applications | | | | | CNOs | |
|---|---|---|---|---|---|---|
| Date Filed | Docket No. | Period Covered | Total Fees | Expenses | Date Filed | Docket No. |
| 2/17/2012[2] | 211 | 1/1/2012-1/31/2012 | $862,811.25 | $23,093.77 | 4/5/2012 | 446 |
| 3/16/2012 | 340 | 2/1/2012-2/29/2012 | $1,105,543.84 | $85,939.94 | 4/12/2012 | 470 |
| 4/18/2012 | 489 | 3/1/2012-3/31/2012 | $1,231,814.75 | $69,163.15 | 5/11/2012 | 565 |
| 5/17/2012 | 606 | 4/1/2012-4/30/2012 | $963,599.00 | $34,067.58 | 6/8/2012 | 667 |

---

[2] As set forth in the *Second Amended Certificate of No Objection Regarding First Monthly Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from January 4, 2012 Through January 31, 2012* [Dkt. No. 446], after consultation with the US Trustee, DLA Piper LLP (US) ("DLA Piper") agreed to write-off a pass-through invoice of a foreign IP firm in the amount of $2,427.36, thus reducing by such amount the total compensation sought in the DLA Piper's first monthly fee application. Further, of the $713,342.77 that the Debtors were authorized to pay to DLA Piper in connection with DLA Piper's first monthly fee application, $190,912.51 was applied from the retainer held by DLA Piper.

## COMPENSATION BY PROFESSIONALS AND PARAPROFESSIONALS
## MAY 1, 2012 THROUGH MAY 31, 2012

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey D. Aronson | Partner; Member of the California Bar since 1996; Joined the Firm in 1999. | $650.00 | 8.30 | $5,395.00 |
| Stuart Brown | Partner; Member of the New Jersey Bar since 1988; Member of the Pennsylvania Bar since 1988; Member of the Delaware Bar since 2001; Joined the Firm in 2011. | $730.00 | 7.40 | $5,402.00 |
| Richard A. Chesley | Partner; Member of the Ohio Bar since 1985; Member of the Illinois Bar since 1997; Joined the Firm in 2011. | $950.00 | 144.70 | $137,465.00 |
| Howard Clowes | Partner; Member of the California Bar since 1982; Joined the Firm in 1982. | $850.00 | 12.40 | $10,540.00 |
| David Colker | Partner; Member of the California Bar since 1978; Joined the Firm in 1998. | $845.00 | 5.00 | $4,225.00 |
| Ann Lawrence | Partner; Member of the Florida Bar since 1999; Joined the Firm in 2010. | $755.00 | 193.80 | $146,319.00 |
| Alan A. Limbach | Partner; Member of California Bar since 1994; Joined the Firm in 2001. | $755.00 | 2.60 | $1,963.00 |
| Kimberly D. Newmarch | Partner; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined the Firm in 2011. | $730.00 | 177.70 | $129,721.00 |
| | | $365.00 (non-working travel) | 23.00 | $8,395.00 |
| John L. Reed | Partner; Member of the Delaware Bar since 1991; Member of the Pennsylvania Bar since 1993; Joined the Firm in 2011. | $895.00 | .90 | $805.50 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Meredith Edelman | Associate; Member of the California bar since 2006; Joined the Firm in 2010. | $580.00 | 166.50 | $96,570.00 |
| Christopher J. Feldman | Associate; Member of the California Bar since 2009; Joined the Firm in 2010. | $530.00 | .90 | $477.00 |
| Michael A. Geller | Associate; Member of the Illinois Bar since 2011; Joined the Firm in 2012. | $360.00 | 20.40 | $7,344.00 |
| James R. Irving | Associate; Member of the Illinois Bar since 2008; Joined the Firm in 2008. | $510.00 | 31.80 | $16,218.00 |
| Chun I. Jang | Associate; Member of the Delaware Bar since 2006; Member of the Illinois Bar since 2012; Joined the Firm in 2011. | $605.00 | 92.90 | $56,204.50 |
| Nicole C. King | Associate; Member of the California Bar since 2010; Joined the Firm in 2008. | $420.00 | 12.40 | $5,208.00 |
| Oksana Koltko | Associate; Member of the Illinois Bar since 2010; Joined the Firm in 2011. | $415.00 | 34.10 | $14,151.50 |
| Rachel Lowe | Associate; Member of the California Bar since 2006; Joined the Firm in 2006. | $580.00 | .70 | $406.00 |
| Cynthia Moh | Associate; Member of the Delaware bar since 2008; Joined the Firm in 2011. | $530.00 | .30 | $159.00 |
| Jessica Natali | Associate; Member of the California Bar since 2007; Joined the Firm in 2011. | $545.00 | 1.50 | $817.50 |
| Bertrand Pan | Associate; Member of the California Bar since 2004; Joined the Firm in 2010. | $630.00 | 176.10 | $110,943.00 |
| Aaron M. Paushter | Associate; Member of the Illinois Bar since 2009; Joined the Firm in 2011. | $510.00 | 68.60 | $34,986.00 |
| Jonathan G. Pfleeger | Associate; Member of the Illinois Bar since 2003; Joined the Firm in 2011. | $605.00 | 9.70 | $5,868.50 |
| Carlos E. Rivas | Associate; Member of the New York Bar since 2007; Joined the Firm in 2006. | $580.00 | 5.40 | $3,132.00 |
| Daniel M. Simon | Associate; Member of the Illinois Bar since 2008; Joined the Firm in 2011. | $545.00 | 20.10 | $10,954.50 |

EAST\48803736.1

4

| Mike Stefanelli | Associate; Member of the Illinois Bar since 2007; Joined the Firm in 2011. | $575.00 | 7.00 | $4,025.00 |
| --- | --- | --- | --- | --- |
| Steve Weerts | Associate; Member of the California Bar since 2003; Joined the Firm in 2006. | $695.00 | 3.30 | $2,293.50 |
| Lindsey Dodge | Summer Associate; Joined the Firm in 2011. | $270.00 | 2.70 | $729.00 |
| Seetha Balasubramanian | Paralegal; Joined the Firm in 2012. | $300.00 | .80 | $240.00 |
| Ramon Bocanegra | Paralegal; Joined the Firm in 2012. | $300.00 | .50 | $150.00 |
| Paolo D. Corleto | Paralegal; Joined the Firm in 2010. | $240.00 | 7.50 | $1,800.00 |
| Sheryl Faulkner | Paralegal; Joined the Firm in 2012 | $230.00 | 3.20 | $736.00 |
| Carolyn B. Fox | Paralegal; Joined the Firm in 2011. | $230.00 | 4.20 | $966.00 |
| Karl Hamel | Paralegal; Joined the Firm in 1992. | $315.00 | .40 | $126.00 |
| Yuko Ikegami | Paralegal; Joined the Firm in 2010. | $245.00 | 7.00 | $1,715.00 |
| Maria M. Larkin | Paralegal; Joined the Firm in 1998. | $330.00 | 3.90 | $1,287.00 |
| Charlotte Neuberger | Paralegal; Joined the Firm in 2011. | $230.00 | 56.50 | $12,995.00 |
| Susan C. Pingue | Paralegal; Joined the Firm in 1998. | $310.00 | 8.30 | $2,573.00 |
| Stephanie Baness | Discovery Specialist; Joined the Firm in 2011. | $255.00 | 1.30 | $331.50 |
| Steve Coronado | Discovery Specialist; Joined the Firm in 2010. | $255.00 | .90 | $229.50 |
| Sarah M. Schultz | Discovery Specialist; Joined the Firm in 2012. | $255.00 | .20 | $51.00 |
| Joanna Rabano | Project Assistant; Joined the Firm in 2011. | $105.00 | .30 | $31.50 |

## COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2012 THROUGH MAY 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| **Administration** | | |
| Case Administration (B110) | 18.70 | $4,906.00 |
| Creditor Inquiries (B112) | .60 | $306.00 |
| Asset Analysis and Recovery (B120) | 16.50 | $9,024.00 |
| Asset Sales and Other Disposition of Assets (B130) | 822.70 | $554,878.50 |
| Adequate Protection Proceedings / Relief from Stay (B140) | 0 | $0 |
| Utilities (B145) | 0 | $0 |
| Meetings of and Communications with Creditors' Committee / Statutory Committees (B150) | 25.00 | $20,123.50 |
| Court Hearings (B155) | 39.90 | $20,370.00 |
| Employment Applications (B160) | 22.70 | $10,506.50 |
| Fee Applications (B170) | 73.90 | $33,565.50 |
| Executory Contracts and Leases (B185) | 16.70 | $9,188.50 |
| Litigation and Contested Matters (B190) | 69.30 | $38,838.50 |
| Non-Working Travel (B195) (Billed at 50%) | 23.00 | $8,395.00 |
| **Operations** | | |
| Regulatory and SEC Matters (B200) | 9.10 | $5,549.00 |
| Business Operations / Strategic Planning (B210) | 88.40 | $65,573.50 |
| Financial Reports (Monthly Operating Reports, Schedules and Statements) (B211) | 1.20 | $813.50 |
| Employee Matters – Benefits/Pensions/Unions (B220) | 30.80 | $21,370.50 |
| Financing/DIP/Cash Collateral Matters (B230) | .20 | $146.00 |
| Tax Issues (B240) | 14.80 | $9,612.00 |
| Environmental Issues (B241) | 0 | $0 |
| Real Estate (B250) | 0 | $0 |
| **Claims and Plan** | | |
| Claims Administration and Objections (B310) | 51.20 | $30,417.50 |
| Plan and Disclosure Statement / Business Plans (B320) | .50 | $365.00 |
| **TOTAL** | **1,325.20** | **$843,949.00** |

## EXPENSE SUMMARY
## MAY 1, 2012 THROUGH MAY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $364.80 |
| Filing/Recording Fee | | $2,156.00 |
| Meals | | $1,810.20 |
| Hotel | | $2,748.88 |
| Courier Service | | $559.74 |
| Taxi/Ground Transportation | | $741.00 |
| Long Distance Telephone | | $1,083.17 |
| Off-site Duplicating | | $331.20 |
| Color Photocopy (1,096 pages) | | $1,370.00 |
| Court Costs | | $234.00 |
| Photocopying Charges ($0.10 per page) | | $186.30 |
| TOTAL | | $11,585.29 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                                                    : Chapter 11
                                                         :
Trident Microsystems, Inc., *et al.*,[1]                 : Case No. 12-10069 (CSS)
                                                         :
           Debtors.                                      : (Jointly Administered)
                                                         :
---------------------------------------------------------x Objection Deadline: 7/11/12 at 4:00 p.m. (EDT)

## FIFTH MONTHLY APPLICATION OF DLA PIPER LLP (US) FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MAY 1, 2012 THROUGH MAY 31, 2012

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Granting Motion of the Debtors and Debtors-in-Possession for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 137] (the "Administrative Order"), DLA Piper LLP (US) ("DLA Piper") hereby files this *Fifth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors-in-Possession for the Period from May 1, 2012 Through May 31, 2012* (the "Application"). By this Application, DLA Piper seeks an allowance pursuant to the Administrative Order for the sums of $843,949.00 as

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1170 Kifer Road, Sunnyvale, California 94086.

EAST\48803736.1

compensation and $11,585.29 for reimbursement of actual and necessary expenses for a total of $855,534.29 for the period from May 1, 2012 through and including May 31, 2012 (the "Compensation Period"). In support of this Application, DLA Piper respectfully represents as follows:

### Background

1. On January 4, 2012 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. DLA Piper was retained effective *nunc pro tunc* as of the Petition Date by this Court's Order dated January 31, 2012 [Docket No. 146] (the "Retention Order"). The Retention Order authorized DLA Piper to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and Its Source

3. All services for which compensation is requested by DLA Piper were performed for or on behalf of the Debtors.

4. During the period covered by this Application, DLA Piper has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between DLA Piper and any other person other than the partners of DLA Piper for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

5. The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this Compensation Period. To the best of DLA Piper's knowledge, this

Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules, and the Administrative Order.

### Actual and Necessary Expenses

6. A summary of actual and necessary expenses and daily logs of expenses incurred by DLA Piper during the Compensation Period is attached hereto as <u>Exhibit B</u>. DLA Piper charges its bankruptcy clients $.10 per page for photocopying expenses. DLA Piper does not charge its bankruptcy clients for outgoing facsimile transmissions or long-distance carrier charges for outgoing facsimile transmissions.

7. DLA Piper believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, DLA Piper believes that such charges are in accordance with the American Bar Association's ("<u>ABA</u>") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

8. The partners and associates of DLA Piper who have rendered professional services in these cases during this Compensation Period are: Jeffrey D. Aronson (Partner), Stuart Brown (Partner), Richard A. Chesley (Partner), Howard Clowes (Partner), David Colker (Partner), Ann Lawrence (Partner), Alan A. Limbach (Partner), Kimberly D. Newmarch (Partner), John Reed (Partner), Meredith Edelman (Associate), Christopher J. Feldman (Associate), Michael A. Geller (Associate), James R. Irving (Associate), Chun I. Jang (Associate), Nicole C. King (Associate), Oksana Koltko (Associate), Rachael Lowe (Associate), Cynthia Moh (Associate), Jessica Natali (Associate), Bertrand Pan (Associate), Aaron M. Paushter (Associate), Jonathan G. Pfleeger (Associate), Carlos E. Rivas (Associate), Daniel M.

Simon (Associate), Mike Stefanelli (Associate), Steve Weerts (Associate), and Lindsey Dodge (Summer Associate). The DLA Piper paraprofessionals who provided services to these attorneys in these cases during this Compensation Period are: Seetha Balasubramanian (Paralegal), Ramon Bocanegra (Paralegal), Paolo D. Coreleto (Paralegal), Sherry Faulkner (Paralegal), Carolyn B. Fox (Paralegal), Karl Hamel (Paralegal), Yuko Ikegami (Paralegal), Maria M. Larkin (Paralegal), Charlotte Neuberger (Paralegal), Susan C. Pingue (Paralegal), Stephanie Baness (Discovery Specialist), Steve Coronado (Discovery Specialist), Sarah M. Schultz (Discovery Specialist), and Joanna Rabano (Project Assistant).

9.  DLA Piper, by and through the above-named persons, has prepared or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services by Project

10. The services rendered by DLA Piper during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A.  **Case Administration**

Fees: $4,906.00; Total Hours: 18.70

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, review of work-in-progress reports, review of notices of appearance and maintaining service lists.

B.  **Creditor Inquiries**

Fees: $306.00; Total Hours: .60

This category includes all matters related to responding to creditor inquiries.

C.  **Asset Analysis and Recovery**

Fees: $9,024.00; Total Hours: 16.50

This category includes all matters related to and including identification, review and analysis of the Debtors' potential assets, including causes of action and recovery of such assets from third parties by means other than litigation.

D.  **Asset Sales and Other Disposition of Assets**

Fees: $554,878.50; Total Hours: 822.70

This category includes all matters related to and including asset sales, procedures for asset sales, abandonment and transaction work related to asset disposition.

E.  **Adequate Protection Proceedings / Relief from Stay**

Fees: $0; Total Hours: 0

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay on pending matters, and all other types of actions where adequate protection is the central issue.

F.  **Utilities**

Fees: $0; Total Hours: 0

This category includes all matters related to utility companies, including any negotiations or disputes related to adequate protection payments requested by any utility company, any issues related to the effect of the automatic stay, and all other matters where payment or provision of utilities is the central issue.

G.  **Meetings and Communications with Statutory and Creditors' Committees**

Fees: $20,123.50; Total Hours: 25.00

This category includes all matters related to preparing for and attending meetings and communications with the creditors' committees and statutory committees.

H.  **Court Hearings**

Fees: $20,370.00; Total Hours: 39.90

This category includes all matters relating to and including preparation for and attendance at court hearings.

I.  **Employment Applications**

Fees: $10,506.50; Total Hours: 22.70

This category includes all matters relating to retention of various professionals on behalf of the Debtors and the creditors committees.

J.  **Fee Applications**

Fees: $33,565.50; Total Hours: 73.90

This category includes all matters relating to submission, preparation and prosecution of fee applications filed by professionals retained by the debtors and creditors' committees.

K.  **Executory Contracts and Leases**

   Fees: $9,188.50; Total Hours: 16.70

This category includes all matters relating to and including analysis of executory contracts and unexpired leases and preparation of motions related to such leases and contracts.

L.  **Litigation and Contested Matters**

   Fees: $38,838.50; Total Hours: 69.30

This category includes all matters relating to and including analysis and preparation for all litigation matters, including adversary proceedings.

M.  **Non-Working Travel**

   Fees: $8,395.00; Total Hours: 23.00

This category includes all travel time not otherwise chargeable.

N.  **Regulatory and SEC Matters**

   Fees: **$5,549.00**; Total Hours: **9.10**

This category includes all matters related to any regulatory agency or the SEC, including the filing of 10-Ks, 10-Qs, or other reports required by the SEC, responding to any inquiry, report or investigation commenced by any governmental agency with authority to regulate any aspect of the debtor's operations and all other matters involving a regulatory agency or the SEC.

O.  **Business Operations / Strategic Planning**

   Fees: $65,573.50; Total Hours: 88.40

This category includes all issues relating to general debtor-in-possession operations in chapter 11.

**P.     Financial Reports (Monthly Operating Reports, Schedules and Statements)**

Fees: $813.50; Total Hours: 1.20

This category includes all matters relating to preparation of schedules and statements and monthly operating reports, including collating data, retrieving documents, meetings with the U.S. Trustee, and any other applicable activities.

**Q.     Employee Matters – Benefits/Pensions/Unions**

Fees: $21,370.50; Total Hours: 30.80

This category includes all matters relating to and including review of issues such as severance, retention, 401k coverage, ERISA matters, continuance of pension plans, and union matters.

**R.     Financing/DIP/Cash Collateral Matters**

Fees: $146.00; Total Hours: .20

This category includes all matters under sections 361, 363 and 364 of the Bankruptcy Code, including cash collateral and secured claims and loan document analysis.

**S.     Tax Issues**

Fees: $9,612.00; Total Hours: 14.80

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

**T.     Environmental Issues**

Fees: $0; Total Hours: 0

This category includes all matters relating to and including review and analysis of environmental-related matters.

### U. Real Estate

Fees: $0; Total Hours: 0

This category includes all matters relating to and including review and analysis of real estate-related matters, including purchase agreements and lease provisions (*e.g.*, common area maintenance clauses).

### V. Claims Administration and Objections

Fees: $30,417.50; Total Hours: 51.20

This category includes all matters related to claims administration matters and bar date matters, including claims objections and related contested matters.

### W. Plan and Disclosure Statement / Business Plans

Fees: $365.00; Total Hours: .50

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of business plans, plans of reorganization, disclosure statements and related corporate documentation and research relating thereto.

### Valuation of Services

11. Attorneys and paraprofessionals of DLA Piper have expended a total of 1,325.20 hours in connection with this matter during the Compensation Period, as follows:

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Jeffrey D. Aronson | $650.00 | $5,395.00 |
| Stuart Brown | $32.00 | $5,402.00 |
| Richard A. Chesley | $950.00 | $137,465.00 |
| Howard Clowes | $850.00 | $10,540.00 |
| David Colker | $845.00 | $4,225.00 |

EAST\48803736.1

9

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Ann Lawrence | $755.00 | $146,319.00 |
| Alan A. Limbach | $755.00 | $1,963.00 |
| Kimberly D. Newmarch | $730.00 | $129,721.00 |
|  | $365 (non-working travel) | $8,395.00 |
| John L. Reed | $895.00 | $805.50 |
| Meredith Edelman | $580.00 | $96,570.00 |
| Christopher J. Feldman | $530.00 | $477.00 |
| Michael A. Geller | $360.00 | $7,344.00 |
| James R. Irving | $510.00 | $16,218.00 |
| Chun I. Jang | $605.00 | $56,204.50 |
| Nicole L. King | $420.00 | $5,208.00 |
| Oksana Koltko | $415.00 | $14,151.50 |
| Rachel Lowe | $580.00 | $406.00 |
| Cynthia Moh | $530.00 | $159.00 |
| Jessica Natali | $545.00 | $817.50 |
| Bertrand Pan | $630.00 | $110,943.00 |
| Aaron M. Paushter | $510.00 | $34,986.00 |
| Jonathan G. Pfleeger | $605.00 | $5,868.50 |
| Carlos E. Rivas | $580.00 | $3,132.00 |
| Daniel M. Simon | $545.00 | $10,954.50 |
| Mike Stefanelli | $575.00 | $4,025.00 |

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Steve Weerts | $695.00 | $2,293.50 |
| Lindsey Dodge | $270.00 | $729.00 |
| Seetha Balasubramanian | $300.00 | $240.00 |
| Ramon Bocanegra | $300.00 | $150.00 |
| Paolo D. Corleto | $240.00 | $1,800.00 |
| Sherry Faukner | $230.00 | $736.00 |
| Carolyn B. Fox | $230.00 | $966.00 |
| Karl Hamel | $315.00 | $126.00 |
| Yuko Ikegami | $245.00 | $1,715.00 |
| Maria M. Larkin | $330.00 | $1,287.00 |
| Charlotte Neuberger | $230.00 | $12,995.00 |
| Susan C. Pingue | $310.00 | $2,573.00 |
| Stephanie Baness | $255.00 | $331.50 |
| Steve Coronado | $255.00 | $229.50 |
| Sarah M. Schultz | $255.00 | $51.00 |
| Joanna Rabano | $105.00 | $31.50 |
| **TOTAL** | | $843,949.00 |

The nature of the work performed by these persons is fully set forth in <u>Exhibit A</u> attached hereto. These are DLA Piper's normal hourly rates for work of this character. The reasonable value of the services rendered by DLA Piper to the Debtors during the Compensation Period is $843,949.00.

12. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by DLA Piper is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, DLA Piper has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, DLA Piper respectfully requests that the Court authorize that, for the period from May 1, 2012 through May 31, 2012, an allowance be made to DLA Piper pursuant to the terms of the Administrative Order with respect to the sum of $843,949.00 as compensation for necessary professional services rendered (80% of which equals $675,159.20) and the sum of $11,585.29 as reimbursement of actual necessary costs and expenses, for a total of $855,534.29 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: June 21, 2012<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>Cynthia Moh (DE 5041)<br>DLA PIPER LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@dlapiper.com<br>        cynthia.moh@dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (IL 6240877)<br>Kimberly D. Newmarch (DE 4340)<br>Chun I. Jang (DE 4790)<br>DLA PIPER LLP (US)<br>203 N. LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email:  richard.chesley@dlapiper.com<br>         kim.newmarch@dlapiper.com<br>         chun.jang@dlapiper.com<br><br>*Attorneys to Debtors and Debtors-in-Possession* |