## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
|  |  |
|---|---|
| In re | : Chapter 11 |
| Trident Microsystems, Inc., *et al.*,[1] | : Case No. 12-10069 (CSS) |
| Debtors. | : (Jointly Administered) |
|  | : **Objection Deadline: 3/4/13 at 4:00 p.m. (EST)** |
|  | : **Hearing Date: 3/12/13 at 2:00 p.m. (EDT)** |

-------------------------------------------------------------x

## FINAL APPLICATION OF DLA PIPER LLP (US) FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 4, 2012 THROUGH DECEMBER 19, 2012

| | |
|---|---|
| Name of Applicant: | DLA Piper LLP (US) |
| Authorized to Provide Professional Services to: | The Above-Captioned Debtors and Debtors-in-Possession |
| Date of Retention: | January 31, 2012, *Nunc Pro Tunc* to January 4, 2012 [Docket No. 146] |
| Period for which final compensation and reimbursement are sought: | January 4, 2012 through December 19, 2012 |
| Amount of Compensation sought as actual, reasonable, and necessary for Final Compensation Period: | $ 8,713,658.34[2] |

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 5201 Great America Parkway, Suite 320, Santa Clara, California 95054.

[2] This amount does not reflect the total fees expended after the Effective Date, as this term is defined in the *Debtors' Modified Second Amended Joint Plan of Liquidation Under Chapter 11 of the United States Code* [Dkt. No. 1163] (the "Plan"), which fees relate to the preparation and prosecution of the (i) *Twelfth Monthly Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel for the Debtors and Debtors-in-Possession for the Period from December 1, 2012 Through December 19, 2012* (the "Twelfth Monthly Fee Application") and (ii) *Final Application of DLA Piper LLP (US)*. DLA Piper intends to seek compensation for such fees directly from the TMI Responsible Persona and/or the TMFE Plan Administrator, as applicable, and, for purposes thereof, estimates that the total amount of such fees is no more than $10,000.

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary for Twelfth
Monthly Compensation Period:                    $8,449.84[3]

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary for Final
Compensation Period:                            $ 365,579.81

This is a:       ____ monthly ___ interim   _X_ final application

---

[3]      This amount reflects expenses incurred prior to the Effective Date but not previously submitted for court
approval as the expenses were not posted in DLA Piper's internal billing system or billed by the third-party vendors
in time to be included in the Twelfth Monthly Fee Application of DLA Piper.  The Debtors seek approval of these
expenses herein, and therefore a summary of such expenses is attached hereto as Exhibit A.

**Applications filed:**

| | Applications | | | | CNOs | |
|---|---|---|---|---|---|---|
| Date Filed | Docket No. | Period Covered | Total Fees Approved | Expenses Approved | Date Filed | Docket No. |
| 2/17/2012[4] | 211 | 1/1/2012-1/31/2012 | $862,811.25 | $23,093.77 | 4/5/2012 | 446 |
| 3/16/2012 | 340 | 2/1/2012-2/29/2012 | $1,105,543.84 | $85,939.94 | 4/12/2012 | 470 |
| 4/18/2012 | 489 | 3/1/2012-3/31/2012 | $1,231,814.75 | $69,163.15 | 5/11/2012 | 565 |
| 5/17/2012[5] | 606 | 4/1/2012-4/30/2012 | $963,599.00 | $33,799.58 | 6/8/2012 | 667 |
| 6/21/2012[6] | 710 | 5/1/2012-5/31/2012 | $843,949.00 | $10,096.41 | 7/13/2012 | 781 |
| 7/17/2012 | 786 | 6/1/2012-6/30/2012 | $564,064.25 | $14,859.28 | 8/8/2012 | 829 |
| 8/21/2012 | 894 | 7/1/2012-7/31/2012 | $677,316.75 | $24,524.10 | 9/14/2012 | 956 |
| 9/19/2012 | 975 | 8/1/2012-8/31/2012 | $676,567.00 | $19,103.73 | 10/15/2012 | 1026 |
| 10/16/2012 | 1036 | 9/1/2012-9/30/2012 | $558,066.25 | $32,119.79 | 11/7/2012 | 1090 |
| 11/15/2012 | 1112 | 10/1/2012-10/31/2012 | $485,797.50 | $26,846.23 | 12/10/2012 | 1160 |

---

[4]    As set forth in the *Second Amended Certificate of No Objection Regarding First Monthly Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from January 4, 2012 Through January 31, 2012* [Dkt. No. 446], after consultation with the US Trustee, DLA Piper LLP (US) ("DLA Piper") agreed to write-off a pass-through invoice of a foreign IP firm in the amount of $2,427.36, thus reducing by such amount the total compensation sought in the DLA Piper's first monthly fee application. Further, of the $713,342.77 that the Debtors were authorized to pay to DLA Piper in connection with DLA Piper's first monthly fee application, $190,912.51 was applied from the retainer held by DLA Piper.

[5]    After discussions with the US Trustee, DLA Piper reduced the amount of expense reimbursement sought in its *Fourth Monthly Fee Application for the Period from April 1, 2012 Through April 30, 2012,* from $34,067.58 to $33,799.58.

[6]    As set forth in the *Certificate of No Objection Regarding Fifth Monthly Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors-in-Possession for the Period from May 1, 2012 Through May 31, 2012,* after discussions with the Office of the United States Trustee, DLA Piper agreed to reduce the amount of expense reimbursement sought in the fifth monthly application from $11,585.29 to $10,096.41.

| 12/17/2012 | 1188 | 11/1/2012-11/30/2012 | $388,348.00 | $5,992.34 | 1/11/2013 | 1227 |
| 1/16/2013 | 1247 | 12/1/2012-12/19/2012 | $355,780.75 | $11,591.65[7] | | |

---

[7] This amount does not include the aforementioned $8,449.84 in expense reimbursements sought herein.

## COMPENSATION BY PROFESSIONALS AND PARAPROFESSIONALS
## JANUARY 4, 2012 THROUGH DECEMBER 19, 2012

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James E. Anderson | Partner; Member of the California Bar since 1989; Joined the Firm in 1989. | $650.00 | 24.60 | $15,990.00 |
| Jeffrey D. Aronson | Partner; Member of the California Bar since 1996; Joined the Firm in 1999. | $650.00 | 175.70 | $114,205.00 |
| Rich Ashley III | Partner; Member of the Illinois Bar since 1993; Member of the New York Bar since 1995; Joined the Firm in 1996. | $810.00 | 1.80 | $1,458.00 |
| Edward H. Batts | Partner; Member of the California Bar since 1999; Joined the Firm in 1999. | $785.00 | 91.30 | $71,670.50 |
| Stuart Brown | Partner; Member of the New Jersey Bar since 1988; Member of the Pennsylvania Bar since 1988; Member of the Delaware Bar since 2001; Joined the Firm in 2011. | $730.00 | 168.30 | $122,859.00 |
| | | $365.00 (Non-working travel) | 4.00 | $1,460.00 |
| Richard A. Chesley | Partner; Member of the Ohio Bar since 1985; Member of the Illinois Bar since 1997; Joined the Firm in 2011. | $950.00 | 1,465.80 | $1,392.510.00 |
| | | $475.00 (Non-working travel) | 105.80 | $50,255.00 |
| Howard Clowes | Partner; Member of the California Bar since 1982; Joined the Firm in 1982. | $850.00 | 99.60 | $84,660.00 |
| David Colker | Partner; Member of the California Bar since 1978; Joined the Firm in 1998. | $845.00 | 28.40 | $23,998.00 |
| Thomas M. deButts | Partner; Member of the Virginia Bar since 1991; Member of the District of Columbia Bar since 1992; Joined the Firm in 2012. | $650.00 | .40 | $260.00 |

| | | | | |
|---|---|---|---|---|
| Heather Angelina Dunn | Partner; Member of the California Bar since 2000; Joined the Firm in 2000. | $705.00 | 4.90 | $3,454.50 |
| Dean Fealk | Partner; Member of the California Bar since 2000; Joined the Firm in 2007. | $690.00 | 6.90 | $4,761.00 |
| Ben Griebe | Partner; Member of the California Bar since 1999; Joined the Firm in 1998. | $695.00 | .20 | $139.00 |
| David F. Gross | Partner; Member of the California Bar since 1978; Joined the Firm in 1998. | $820.00 | 5.30 | $4,346.00 |
| Jacqueline G. Hodes | Partner; Member of the Florida Bar since 2002; Joined the Firm in 2011. | $625.00 | 2.00 | $1,250.00 |
| William H. Hoffman | Partner; Member of the California Bar since 1989; Joined the Firm in 1989. | $860.00 | .50 | $430.00 |
| Stacey T. Kern | Former Partner; Member of the Illinois Bar since 1996; Joined the Firm in 2011. | $805.00 | 2.20 | $1,771.00 |
| Joseph H. Langhirt | Partner; Member of the Maryland Bar since 1973; Joined the Firm in 1974. | $875.00 | .30 | $262.50 |
| Ann Lawrence | Partner; Member of the New York Bar since 2000; Member of California Bar since 2001; Joined the Firm in 2010. | $755.00 | 1,246.30 | $940,956.50 |
| | | $377.50 (Non-working travel) | 5.10 | $1,925.25 |
| Victoria W-Y Lee | Partner; Member of the California Bar since 1973; Joined the Firm in 1994. | $725.00 | .30 | $217.50 |
| Alan A. Limbach | Partner; Member of the California Bar since 1994; Joined the Firm in 2001. | $755.00 | 58.20 | $43,941.00 |
| Timothy Lohse | Partner; Member of the California Bar since 1995; Joined the Firm in 1996. | $755.00 | 4.50 | $3,397.50 |

| Craig Martin | Partner; Member of the Texas Bar since 1999; Member of the District of Columbia Bar since 2001; Member of the Pennsylvania Bar since 2001; Member of the Delaware Bar since 2007; Member of the New York Bar since 2008; Joined the Firm in 2011. | $585.00 | 6.80 | $3,978.00 |
|---|---|---|---|---|
| Nate McKitterick | Partner; Member of the California Bar since 1994; Joined the Firm in 2000. | $790.00 | 24.80 | $19,592.00 |
| Selinda Melnik | Partner; Member of the New York Bar since 1985; Member of the Delaware Bar since 2001; Joined the Firm in 2011. | $675.00 | 2.90 | $1,957.50 |
| Paolo Morante | Partner; Member of the Maryland Bar since 1997; Joined the Firm in 2000. | $875.00 | 19.70 | $17,237.50 |
| Kimberly D. Newmarch | Partner; Member of the New Hampshire Bar since 2000; Member of the Delaware Bar since 2003; Member of the Illinois Bar since 2007; Joined the Firm in 2011. | $730.00 | 1,606.80 | $1,172,964.00 |
|  |  | $365.00 (Non-working travel) | 298.40 | $108,916.00 |
| Greg Otsuka | Partner; Member of the Illinois Bar since 1999; Joined the Firm in 2011. | $690.00 | .80 | $552.00 |
| Stacy M. Paz | Partner; Member of the California Bar since 2002; Joined the Firm in 2003. | $750.00 | 4.70 | $3,525.00 |
| David Plewa | Partner; Member of the California Bar since 1987; Joined the Firm in 1995. | $825.00 | .40 | $330.00 |
| John L. Reed | Partner; Member of the Delaware Bar since 1991; Joined the Firm in 2011. | $895.00 | 1.10 | $984.50 |
| Tamara L. Shepard | Partner; Member of the California Bar since 1997; Member of the New York Bar since 1997; Member of the Connecticut Bar since 1994; Joined the Firm in 2008. | $760.00 | .90 | $684.00 |

| Bruce J. Wein | Partner; Member of the New York Bar since 1969; Joined the Firm in 2000. | $1,025.00 | 2.40 | $2,460.00 |
|---|---|---|---|---|
| Brent K. Yamashita | Partner; Member of the Hawaii Bar since 1971; Member of the California Bar since 2000; Joined the Firm in 2001. | $725.00 | 43.40 | $31,465.00 |
| Richard I. Yankwich | Partner; Member of the California Bar since 1979; Joined the Firm in 1984. | $780.00 | 65.60 | $51,168.00 |
| Jonathan A. Ciner | Of Counsel; Member of the New York Bar since 1998; Joined the Firm in 2007. | $785.00 | 19.00 | $14,915.00 |
| Ben Gipson | Of Counsel; Member of the California Bar since 2002; Joined the Firm in 2002. | $640.00 | 3.10 | $1,984.00 |
| Kurt Ramlo | Of Counsel; Member of the California Bar since 1993; Joined the Firm in 2010. | $695.00 | .20 | $139.00 |
| Todd Wang | Of Counsel; Member of the New York Bar since 2002; Joined the Firm in 2011. | $755.00 | 2.00 | $1,510.00 |
| Nicole Boerger Albertson | Associate; Member of the California Bar since 2012; Joined the Firm in 2012. | $360.00 | 14.30 | $5,148.00 |
| Jordan Coleman | Associate; Member of the California Bar since 2009; Joined the Firm in 2010. | $470.00 | 89.10 | $41,877.00 |
| Kyle R. de Neve | Associate; Member of the California Bar since 2011; Joined the Firm in 2010. | $360.00 | 2.50 | $900.00 |
| Meredith Edelman | Associate; Member of the California Bar since 2006; Joined the Firm in 2010. | $580.00 | 705.90 | $409,422.00 |
| Christopher J. Feldman | Associate; Member of the California Bar since 2009; Joined the Firm in 2010. | $530.00 | 12.30 | $6,519.00 |
| Andrew M. Fraerman | Associate; Member of the Illinois Bar since 2011; Joined the Firm in 2012. | $360.00 | 68.40 | $24,624.00 |

| | | | | |
|---|---|---|---|---|
| Michael A. Geller | Associate; Member of the Illinois Bar since 2011; Joined the Firm in 2012. | $360.00 | 122.20 | $43,992.00 |
| Lauren Genvert | Associate; Member of the Maryland Bar since 2011; Joined the Firm in 2012. | $355.00 | 15.70 | $5,573.50 |
| Michael Greenberg | Associate; Member of the New York Bar since 2009; Joined the Firm in 2012. | $525.00 | 7.50 | $3,937.50 |
| Jeremy R. Hall | Associate; Member of the Illinois Bar since 2006; Joined the Firm in 2011. | $650.00 | 6.80 | $4,420.00 |
| Natasha Y. Hsieh | Associate; Member of the California Bar since 2009; Joined the Firm in 2011. | $470.00 | 252.00 | $118,440.00 |
| James R. Irving | Associate; Member of the Illinois Bar since 2008; Joined the Firm in 2008. | $510.00 | 231.80 | $118,218.00 |
| | | $545.00 | 60.00 | $32,700.00 |
| Blake William Jackson | Associate; Member of the Illinois Bar since 2009; Member of the California Bar since 2011; Joined the Firm in 2012. | $470.00 | 129.40 | $60,818.00 |
| Chun I. Jang | Associate; Member of the Delaware Bar since 2006; Member of the Illinois Bar since 2012; Joined the Firm in 2011. | $605.00 | 1,031.10 | $623,815.50 |
| | | $302.50 (Non-working travel) | 88.90 | $26,892.25 |
| Elliot Katz | Associate; Member of the California Bar since 2009; Joined the Firm in 2012. | $420.00 | 1.70 | $714.00 |
| Dr. Daniel Kendziur | Associate; Germany Qualified Lawyer. | €250.00* | 1.30 | €325.00/ $432.28 |
| Brooke R. Kerendian | Associate; Member of the Illinois Bar since 2011; Joined the Firm in 2012. | $360.00 | 4.90 | $1,764.00 |
| Jenny Kim | Associate; Member of the California Bar since 2005; Joined the Firm in 2005. | $610.00 | .70 | $427.00 |
| Nicole C. King | Associate; Member of the California Bar since 2010; Joined the Firm in 2008. | $420.00 | 28.40 | $11,928.00 |

---

*        The hourly billing rates of Dr. Daniel Kendziur and Fabian Klein, associates at DLA Piper UK LLP, Frankfurt, Germany, are stated in Euro; however, the total amounts of the fees requested for legal services rendered by Dr. Daniel Kendziur and Fabian Klein have been converted to U.S. dollars and total $1,163.84.

| Fabian Klein | Associate; Germany Qualified Lawyer. | €250.00* | 2.20 | €550.00/ $731.56 |
|---|---|---|---|---|
| Oksana Koltko | Associate; Member of the Illinois Bar since 2010; Joined the Firm in 2011. | $415.00 | 295.20 | $122,508.00 |
| Rachael Lowe | Associate; Member of the California Bar since 2006; Joined the Firm in 2006. | $580.00 | 1.30 | $754.00 |
| Diana M. Maltzer | Associate; Member of the California Bar since 2008; Joined the Firm in 2008. | $510.00 | 102.30 | $52,173.00 |
| Michelle Marino | Associate; Member of the Delaware Bar since 2007; Joined the Firm in 2011. | $565.00 | 18.40 | $10,396.00 |
| Alison L. Maxwell | Associate; Member of the California Bar since 2005; Joined the Firm in 2007. | $650.00 | .50 | $325.00 |
| Ann K. Miller | Associate; Member of the California Bar since 2008; Joined the Firm in 2012. | $510.00 | 1.60 | $816.00 |
| Cynthia Moh | Associate; Member of the Delaware Bar since 2007; Joined the Firm in 2011. | $530.00 | 62.30 | $33,019.00 |
| Frank Ikonero Mugabi | Associate; Member of the New York Bar since 2004; Joined the Firm in 2006. | $695.00 | 2.30 | $1,598.50 |
| Jeffrey D. Musaffi | Associate; Member of the Florida Bar since 2009; Joined the Firm in 2011. | $395.00 | 11.10 | $4,384.50 |
| Jessica F. Natali | Associate; Member of the California Bar since 2007; Joined the Firm in 2011. | $545.00 | 155.40 | $84,693.00 |
| Bertrand Pan | Associate; Member of the California Bar since 2004; Joined the Firm in 2010. | $630.00 | 1,311.10 | $825,993.00 |
| | | $315.00 (Non-working travel) | 11.10 | $3,496.50 |
| Nicholas J. Panno | Associate; Member of the Virginia Bar since 2010; Joined the Firm in 2010. | $420.00 | 3.40 | $1,428.00 |
| Aaron M. Paushter | Associate; Member of the Illinois Bar since 2009; Joined the Firm in 2011. | $510.00 | 568.80 | $290,088.00 |
| | | $255.00 (Non-working travel) | 29.40 | $7,497.00 |

| | | | | |
|---|---|---|---|---|
| Jonathan G. Pfleeger | Associate; Member of the Illinois Bar since 2003; Joined the Firm in 2011. | $605.00 | 45.20 | $27,346.00 |
| | | $630.00 | 17.70 | $11,151.00 |
| David A. Pryor | Associate; Member of the Illinois Bar since 2011; Joined the Firm in 2012. | $360.00 | 42.10 | $15,156.00 |
| Carlos E. Rivas | Associate; Member of the New York Bar since 2007; Joined the Firm in 2006. | $580.00 | 387.00 | $224,460.00 |
| Eric M. Roberts | Associate; Member of the Illinois Bar since 2011; Joined the Firm in 2012. | $360.00 | 24.40 | $8,784.00 |
| Andrew B. Schwaab | Associate; Member of the California Bar since 2002; Joined the Firm in 2006. | $665.00 | 41.90 | $27,863.50 |
| Amish A. Shah | Associate; Member of the Illinois Bar since 2011; Joined the Firm in 2009. | $360.00 | 25.50 | $9,180.00 |
| Daniel M. Simon | Associate; Member of the Illinois Bar since 2008; Joined the Firm in 2011. | $545.00 | 826.10 | $450,224.50 |
| | | $272.50 (Non-working travel) | 40.80 | $11,118.00 |
| Mike Stefanelli | Former Associate; Member of the Illinois Bar since 2007; Joined the Firm in 2011. | $575.00 | 153.30 | $88,147.50 |
| W. Kurtis Weaver | Associate; Member of the New York Bar since 2011; Joined the Firm in 2011. | $410.00 | 3.50 | $1,435.00 |
| Steve Weerts | Associate; Member of the California Bar since 2003; Joined the Firm in 2006. | $695.00 | 41.90 | $29,120.50 |
| Stephanie Zosak | Associate; Member of the Illinois Bar since 2011; Joined the Firm in 2012. | $360.00 | 39.00 | $14,040.00 |
| Lindsey Dodge | Summer Associate; Joined the Firm in 2011. | $270.00 | 2.70 | $729.00 |
| Michael D. Jiang | Summer Associate; Joined the Firm in 2012. | $270.00 | 22.70 | $6,129.00 |
| Tina Bhanshali | Attorney; Member of the California Bar since 1997; Joined the Firm in 2012. | $400.00 | 9.40 | $3,760.00 |
| Steve R. Gibson | Attorney; Member of the California Bar since 2002; Joined the Firm in 2006. | $395.00 | .30 | $118.50 |
| Joy Dasgupta | Economic Adv.; Joined the Firm in 2011. | $675.00 | 2.10 | $1,417.50 |

| | | | |
|---|---|---|---|
| Seetha Balasubramanian | Paralegal; Joined the Firm in 2012. | $300.00 | .80 | $240.00 |
| Ramon Bocanegra | Paralegal; Joined the Firm in 2012. | $300.00 | .80 | $240.00 |
| Paolo D. Corleto | Paralegal; Joined the Firm in 2010. | $240.00 | 168.30 | $40,392.00 |
| Sheryl Faulkner | Paralegal; Joined the Firm in 2012. | $230.00 | 83.40 | $19,182.00 |
| Carolyn B. Fox | Paralegal; Joined the Firm in 2011. | $230.00 | 71.00 | $16,330.00 |
| Michelle I. Freifeld | Paralegal; Joined the Firm in 2011. | $315.00 | 36.70 | $11,560.50 |
| Monique M. Gonzaque | Paralegal; Joined the Firm in 2010. | $285.00 | 1.10 | $313.50 |
| Karl Hamel | Paralegal; Joined the Firm in 1992. | $315.00 | 8.10 | $2,551.50 |
| Yuko Ikegami | Paralegal; Joined the Firm in 2010. | $245.00 | 83.50 | $20,457.50 |
| Maria M. Larkin | Paralegal; Joined the Firm in 1998. | $330.00 | 3.90 | $1,287.00 |
| Jason S. Lee | Paralegal; Joined the Firm in 2012. | $200.00 | 3.50 | $700.00 |
| Charlotte Neuberger | Paralegal; Joined the Firm in 2011. | $230.00 | 635.80 | $146,234.00 |
| Susan C. Pingue | Paralegal; Joined the Firm in 1998. | $310.00 | 563.90 | $174,809.00 |
| | | $155.00 (Non-working travel) | 10.80 | $1,674.00 |
| Evelyn Rodriguez | Paralegal; Joined the Firm in 2012. | $270.00 | .80 | $216.00 |
| Matthew J. Yovino | Paralegal; Joined the Firm in 2012. | $230.00 | 7.00 | $1,610.00 |
| Peni Tangitau | Docketing Clerk; Joined the Firm in 1999. | $275.00 | 3.00 | $825.00 |
| Stephanie Baness | Former Discovery Specialist; Joined the Firm in 2011. | $255.00 | 67.70 | $17,263.50 |
| David Cederquist | Discovery Specialist; Joined the Firm in 2010. | $255.00 | 3.50 | $892.50 |
| Patricia Chew | Discovery Specialist; Joined the Firm in 2011. | $260.00 | .60 | $156.00 |
| Steve Coronado | Discovery Specialist; Joined the Firm in 2010. | $255.00 | 2.30 | $586.50 |
| Edrick A. Harris | Former Discovery Specialist; Joined the Firm in 2011. | $255.00 | 1.00 | $255.00 |

| Kelly A. Kernan | Discovery Specialist; Joined the Firm in 2012. | $260.00 | 2.40 | $624.00 |
|---|---|---|---|---|
| Kelly Laughran | Discovery Specialist; Joined the Firm in 2012. | $255.00 | 5.30 | $1,351.50 |
| Sara M. Schultz | Discovery Specialist; Joined the Firm in 2012. | $255.00 | .60 | $153.00 |
| Mirsat Tutovic | Discovery Specialist; Joined the Firm in 2008. | $260.00 | 3.00 | $780.00 |
| Gary Chernyavsky | Project Assistant; Joined the Firm in 2010. | $250.00 | 5.50 | $1,375.00 |
| Reynaldo F. Gallardo | Project Assistant; Joined the Firm in 2010. | $215.00 | 7.00 | $1,505.00 |
| Rebecca L. Golden | Project Assistant; Joined the Firm in 2010. | $190.00 | 9.00 | $1,710.00 |
| Maria Grabis | Project Assistant; Joined the Firm in 2010. | $110.00 | 45.80 | $5,038.00 |
| Joanna Rabano | Project Assistant; Joined the Firm in 2011. | $105.00 | 58.60 | $6,162.50 |
| | | $52.50 (Non-working travel) | .80 | $42.00 |
| Sandra Fennell | Research Staff; Joined the Firm in 2012. | $300.00 | 2.20 | $660.00 |
| Julia B. Fuerst | Research Staff; Joined the Firm in 2005. | $300.00 | 10.60 | $3,180.00 |
| Valerie Kropf | Research Staff; Joined the Firm in 2003. | $300.00 | .40 | $120.00 |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 4, 2012 THROUGH DECEMBER 19, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Administration** | | |
| Case Administration (B110) | 357.90 | $130,068.50 |
| Creditor Inquiries (B112) | 35.50 | $20,312.50 |
| Asset Analysis and Recovery (B120) | 812.70 | $331,775.50 |
| Asset Sales and Other Disposition of Assets (B130) | 6,333.20 | $4,048,757.00 |
| Adequate Protection Proceedings / Relief from Stay (B140) | 36.50 | $19,091.50 |
| Utilities (B145) | 2.80 | $1,585.50 |
| Meetings of and Communications with Creditors' Committee / Statutory Committees (B150) | 236.60 | $181,082.00 |
| Court Hearings (B155) | 629.90 | $317,656.50 |
| Employment Applications (B160) | 308.50 | $160,239.50 |
| Fee Applications (B170) | 630.20 | $263,601.00 |
| Executory Contracts and Leases (B185) | 475.90 | $258,520.00 |
| Litigation and Contested Matters (B190) | 866.20 | $479,379.00 |
| Non-Working Travel (B195) (Billed at 50%) | 595.10 | $213,276.00 |
| **Operations** | | |
| Regulatory and SEC Matters (B200) | 96.20 | $64,378.00 |
| Business Operations / Strategic Planning (B210) | 874.10 | $649,891.34 |
| Financial Reports (Monthly Operating Reports, Schedules and Statements) (B211) | 147.30 | $91,866.00 |
| Employee Matters – Benefits/Pensions/Unions (B220) | 352.10 | $249,792.50 |
| Financing/DIP/Cash Collateral Matters (B230) | 24.70 | $17,830.00 |
| Tax Issues (B240) | 252.90 | $159,380.50 |
| Environmental Issues (B241) | 0 | 0 |
| Real Estate (B250) | 51.20 | $34,121.00 |
| **Claims and Plan** | | |
| Claims Administration and Objections (B310) | 501.90 | $299,444.00 |
| Plan and Disclosure Statement / Business Plans (B320) | 1,066.10 | $721,610.50 |
| **TOTAL** | **14,687.50** | **$8,713,658.34** |

## EXPENSE SUMMARY
## JANUARY 4, 2012 THROUGH DECEMBER 19, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $121,224.83 |
| Car Rental | | $4,071.76 |
| Car Service/Taxi | | $16,571.26 |
| Certified Copies/Certificate | | $718.50 |
| Color Photocopying | | $8,366.25 |
| Computer Equipment | | $76.63 |
| Corporate/LLC/Partnership Filings | | $3,788.00 |
| Courier Service | | $6,549.40 |
| Court Costs | | $1,954.13 |
| Court Filings | | $151.25 |
| Court Reporter | | $475.00 |
| Data Storage | | $14,202.00 |
| Document Retrieval | | $112.00 |
| Drawing Preparations (U.S.) | | $575.00 |
| Filing/Recording Fees | | $64,602.00 |
| Foreign Transaction Fee | | $96.90 |
| Ground Transportation Provided by DLA Piper LLP | | $142.00 |
| Hotel | | $53,208.44 |
| Internet Services | | $308.11 |
| Legalization Fees | | $2,610.00 |
| Long Distance Telephone | | $6,078.71 |
| Meals | | $21,802.49 |
| Mileage Reimbursement/Parking | | $2,246.96 |
| Off-site Duplicating | | $1,329.14 |
| On-Line Researching (IP) | | $1,330.80 |
| Out-of-Town Travel | | $471.13 |
| Overtime Expenses | | $54.13 |
| Patent & Trademark Fees | | $150.00 |
| Photocopying Charges ($0.10 per page) | | $9,344.70 |

| | | |
|---|---|---|
| Process Server | | $35.00 |
| PACER | | $1,098.94 |
| Rail Service | | $1,930.50 |
| Registered Agent Services | | $92.00 |
| Transcripts | | $19,641.85 |
| Visa Application | | $170.00 |
| **TOTAL** | | **$365,579.81** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------x
```
|   |   |
|---|---|
| In re | : Chapter 11 |
| | : |
| Trident Microsystems, Inc., *et al.*,[1] | : Case No. 12-10069 (CSS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Objection Deadline: 3/4/13 at 4:00 p.m. (EST)** |
| | : **Hearing Date: 3/12/13 at 2:00 p.m. (EDT)** |

```
---------------------------------------------------------------x
```

**FINAL APPLICATION OF DLA PIPER LLP (US) FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM JANUARY 4, 2012 THROUGH DECEMBER 19, 2012**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Granting Motion of the Debtors and Debtors-in-Possession for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 137] (the "Administrative Order"), and the *Order Confirming the Debtors' Modified Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. 1177] (the "Confirmation Order"), DLA Piper LLP (US) ("DLA Piper") hereby files this *Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors-in-Possession for the Period from January 4, 2012 Through*

---

[1]    The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 5201 Great America Parkway, Suite 320, Santa Clara, California 95054.

EAST\54883592.2

*December 19, 2012* (the "Application").  By this Application, DLA Piper seeks a final allowance pursuant to the Administrative Order and the Confirmation Order for the sums of $8,713,658.34 as compensation and $365,579.81 for reimbursement of actual and necessary expenses for a total of $9,079,238.15 for the period from January 4, 2012 through and including December 19, 2012 (the "Final Compensation Period").  In support of this Application, DLA Piper respectfully represents as follows:

## Background

1.      On January 4, 2012 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.      DLA Piper was retained effective *nunc pro tunc* as of the Petition Date by this Court's Order dated January 31, 2012 [Docket No. 146] (the "Retention Order").  The Retention Order authorized DLA Piper to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3.      All services for which compensation is requested by DLA Piper were performed for or on behalf of the Debtors.

4.      During the period covered by this Application, DLA Piper has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between DLA Piper and any other person other than the partners of DLA Piper for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

5.      The fee statements for the Final Compensation Period were attached as "Exhibit A" to each of the previously filed monthly fee applications and are hereby incorporated as though fully set forth herein. These statements contain daily time logs describing the time spent by each attorney and paraprofessional for these periods.  To the best of DLA Piper's knowledge, this Application and all previous fee applications comply with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Local Rule 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

6.      Summaries of actual and necessary expenses and daily logs of expenses incurred by DLA Piper during the Final Compensation Period were attached as "Exhibit B" to each of the monthly fee applications previously filed in these cases and are hereby incorporated as though fully set forth herein.  Further, as discussed above, a summary of additional expenses incurred prior to the Effective Date but not previously reviewed or approved by the Court are attached hereto as Exhibit A.  During the Final Compensation Period, DLA Piper has charged its bankruptcy clients $.10 per page for black-and-white photocopying expenses.  DLA Piper has not charge its bankruptcy clients for on-line legal research (e.g., Lexis or Westlaw), outgoing facsimile transmissions, or long-distance carrier charges for outgoing facsimile transmissions.

7.      DLA Piper believes the foregoing rates are the market rates that the majority of law firms charges clients for such services.  In addition, DLA Piper believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

8.      The partners and associates of DLA Piper who have rendered professional services in these cases during this Final Compensation Period are:  James E. Anderson (Partner), Jeffrey D. Aronson (Partner), Rich Ashley III (Partner), Edward H. Batts (Partner), Stuart Brown (Partner), Richard A. Chesley (Partner), Howard Clowes (Partner), David Colker (Partner), Thomas M. deButts (Partner), Heather Angelina Dunn (Partner), Dean Fealk (Partner), Ben Griebe (Partner), David F. Gross (Partner), Jacqueline G. Hodes (Partner), William H. Hoffman (Partner), Stacey T. Kern (Former Partner), Joseph H. Langhirt (Partner), Ann Lawrence (Partner), Victoria W-Y Lee (Partner), Alan A. Limbach (Partner), Timothy Lohse (Partner), Craig Martin (Partner), Nate McKitterick (Partner), Selinda Melnik (Partner), Paolo Morante (Partner), Kimberly D. Newmarch (Partner), Greg Otsuka (Partner), Stacy M. Paz (Partner), David Plewa (Partner), John L. Reed (Partner), Tamara L. Shepard (Partner), Bruce J. Wein (Partner), Brent K. Yamashita (Partner), Richard I. Yankwich (Partner), Jonathan A. Ciner (Of Counsel), Ben Gipson (Of Counsel), Kurt Ramlo (Of Counsel), Todd Wang (Of Counsel), Nicole Boerger Albertson (Associate), Jordan Coleman (Associate), Kyle R. de Neve (Associate), Meredith Edelman (Associate), Christopher J. Feldman (Associate), Andrew M. Fraerman (Associate), Michael A. Geller (Associate), Lauren Genvert (Associate), Michael Greenberg (Associate), Jeremy R. Hall (Associate), Natasha Y. Hsieh (Associate), James R. Irving (Associate), Blake William Jackson (Associate), Chun I. Jang (Associate), Elliot Katz (Associate), Dr. Daniel Kendziur (Associate), Brooke R. Kerendian (Associate), Jenny Kim (Associate), Nicole C. King (Associate), Fabian Klein (Associate), Oksana Koltko (Associate), Rachael Lowe (Associate), Diana M. Maltzer (Associate), Michelle Marino (Associate), Alison L. Maxwell (Associate), Ann K. Miller (Associate), Cynthia Moh (Associate), Frank Ikonero Mugabi (Associate), Jeffrey D. Musaffi (Associate), Jessica F. Natali (Associate), Bertrand Pan

(Associate), Nicholas J. Panno (Associate), Aaron M. Paushter (Associate), Jonathan G. Pfleeger (Associate), David A. Pryor (Associate), Carlos E. Rivas (Associate), Eric M. Roberts (Associate), Andrew B. Schwaab (Associate), Amish A. Shah (Associate), Daniel M. Simon (Associate), Mike Stefanelli (Former Associate), W. Kurtis Weaver (Associate), Steve Weerts (Associate), Stephanie Zosak (Associate), Lindsey Dodge (Summer Associate), Michael D. Jiang (Summer Associate), Tina Bhanshali (Attorney), Steve R. Gibson (Attorney), and Joy Dasgupta (Economic Adv.). The DLA Piper paraprofessionals who provided services to these attorneys in these cases during this Final Compensation Period are: Seetha Balasubramanian (Paralegal), Ramon Bocanegra (Paralegal), Paolo D. Corleto (Paralegal), Sherry Faulkner (Paralegal), Carolyn B. Fox (Paralegal), Michelle I. Freifeld (Paralegal), Monique M. Gonzaque (Paralegal), Karl Hamel (Paralegal), Yuko Ikegami (Paralegal), Maria M. Larkin (Paralegal), Jason S. Lee (Paralegal), Charlotte Neuberger (Paralegal), Susan C. Pingue (Paralegal), Evelyn Rodriquez (Paralegal), Matthew J. Yovino (Paralegal), Peni Tangitau (Docketing Clerk), Stephanie Baness (Former Discovery Specialist), David Cederquist (Docketing Clerk), Patricia Chew (Docketing Clerk), Steve Coronado (Discovery Specialist), Erick A. Harris (Former Discovery Specialist), Kelly A. Kernan (Discovery Specialist), Kelly Laughran (Discovery Specialist), Sara M. Schultz (Discovery Specialist), Mirsat Tutovic (Discovery Specialist), Gary Chernyavsky (Project Assistant), Reynaldo F. Gallardo (Project Assistant), Rebecca L. Golden (Project Assistant), Maria Grabis (Project Assistant), Joanna Rabano (Project Assistant), Sandra Fennell (Research Staff), Julia B. Fuerst (Research Staff) and Valerie Kropf (Research Staff).

9.     DLA Piper, by and through the above-named persons, has prepared or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these

cases, and has performed all necessary professional services which are described and narrated in detail hereinafter and in each of the previously filed monthly fee applications.

### Summary of Services by Project

10.    The services rendered by DLA Piper during the Final Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth in Exhibit A attached to each of the previously filed monthly fee applications. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category in Exhibit A attached to each of the previously filed monthly fee applications.

A.    **Case Administration**

**Final Compensation Period – Fees: $130,068.50; Total Hours: 357.90**

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, review of work in progress reports, review of notices of appearance and maintaining service lists.

B.    **Creditor Inquiries**

**Final Compensation Period – Fees: $20,312.50; Total Hours: 35.50**

This category includes all matters related to responding to creditor inquiries.

C.    **Asset Analysis and Recovery**

**Final Compensation Period – Fees: $331,775.50; Total Hours: 812.70**

This category includes all matters related to and including identification, review and analysis of the debtors' potential assets, including causes of action and recovery of such assets from third parties by means other than litigation.

**D.**  **Asset Sales and Other Disposition of Assets**

**Final Compensation Period – Fees: $4,048,757.00; Total Hours: 6,333.20**

This category includes all matters related to and including asset sales, procedures for asset sales, abandonment and transaction work related to asset disposition.

**E.**  **Adequate Protection Proceedings / Relief from Stay**

**Final Compensation Period – Fees: $19,091.50; Total Hours: 36.50**

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay on pending matters and all other types of actions where adequate protection is the central issue.

**F.**  **Utilities**

**Final Compensation Period – Fees: $1,585.50; Total Hours: 2.80**

This category includes all matters related to utility companies, including any negotiations or disputes related to adequate protection payments requested by any utility company, any issues related to the effect of the automatic stay and all other matters where payment or provision of utilities is the central issue.

**G.**  **Meetings and Communications with Statutory and Creditors' Committees**

**Final Compensation Period – Fees: $181,082.00; Total Hours: 236.60**

This category includes all matters related to preparing for and attending meetings and communications with the creditors' committees and statutory committees.

**H.**  **Court Hearings**

**Final Compensation Period – Fees: $317,656.50; Total Hours: 629.90**

This category includes all matters relating to and including preparation for and attendance at court hearings.

I.      **Employment Applications**

        **Final Compensation Period – Fees: $160,239.50; Total Hours: 308.50**

This category includes all matters relating to retention of various professionals on behalf of the debtors and the creditors' committees.

J.      **Fee Applications**

        **Final Compensation Period – Fees: $263,601.00; Total Hours: 630.20**

This category includes all matters relating to submission, preparation and prosecution of fee applications filed by professionals retained by the debtors and creditors' committees.

K.      **Executory Contracts and Leases**

        **Final Compensation Period – Fees: $258,520.00; Total Hours: 475.90**

This category includes all matters relating to and including analysis of executory contracts and unexpired leases and preparation of motions related to such leases and contracts.

L.      **Litigation and Contested Matters**

        **Final Compensation Period – Fees: $479,279.00; Total Hours: 866.20**

This category includes all matters relating to and including analysis and preparation for all litigation matters, including adversary proceedings.

M.      **Non-Working Travel**

        **Final Compensation Period – Fees: $213,276.00; Total Hours: 595.10**

This category includes all travel time not otherwise chargeable.

N.      **Regulatory and SEC Matters**

        **Final Compensation Period – Fees: $64,378.00; Total Hours: 96.20**

This category includes all matters related to any regulatory agency or the SEC, including the filing of 10Ks, 10Qs or other reports required by the SEC, responding to any inquiry, report

or investigation commenced by any governmental agency with authority to regulate any aspect of the debtor's operations and all other matters involving a regulatory agency or the SEC.

      **O.**      <u>**Business Operations / Strategic Planning**</u>

           **Final Compensation Period – Fees: $649,891.34; Total Hours: 877.60**

This category includes all issues relating to general debtor-in-possession operations in chapter 11.

      **P.**      <u>**Financial Reports (Monthly Operating Reports, Schedules and Statements)**</u>

           **Final Compensation Period – Fees: $91,866.00; Total Hours: 147.30**

This category includes all matters relating to preparation of schedules and statements and monthly operating reports, including collating data, retrieving documents, meetings with the U.S. Trustee and any other applicable activities.

      **Q.**      <u>**Employee Matters – Benefits/Pensions/Unions**</u>

           **Final Compensation Period – Fees: $249,792.50; Total Hours: 352.10**

This category includes all matters relating to and including review of issues such as severance, retention, 401k coverage, ERISA matters, continuance of pension plans and union matters.

      **R.**      <u>**Financing/DIP/Cash Collateral Matters**</u>

           **Final Compensation Period – Fees: $17,830.00; Total Hours: 24.70**

This category includes all matters under sections 361, 363 and 364 of the Bankruptcy Code, including cash collateral and secured claims and loan document analysis.

      **S.**      <u>**Tax Issues**</u>

           **Final Compensation Period – Fees: $159,380.50; Total Hours: 252.90**

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

**T.**     **Environmental Issues**

**Final Compensation Period – Fees: $0; Total Hours: 0**

This category includes all matters relating to and including review and analysis of environmental-related matters.

**U.**     **Real Estate**

**Final Compensation Period – Fees: $34,121.00; Total Hours: 51.20**

This category includes all matters relating to and including review and analysis of real estate-related matters, including purchase agreements and lease provisions (*e.g.*, common area maintenance clauses).

**V.**     **Claims Administration and Objections**

**Final Compensation Period – Fees: $299,444.00; Hours: 501.90**

This category includes all matters related to claims administration matters and bar date matters, including claims objections and related contested matters.

**W.**     **Plan and Disclosure Statement / Business Plans**

**Final Compensation Period – Fees: $721,610.50; Total Hours: 1,066.10**

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of business plans, plans of reorganization, disclosure statements and related corporate documentation and research relating thereto.

<strong>Valuation of Services</strong>

11.     Attorneys and paraprofessionals of DLA Piper have expended a total of 14,695.80 hours in connection with this matter during the Final Compensation Period, as follows:

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
| --- | --- | --- |
| James E. Anderson | $650.00 | 24.60 |

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Jeffrey D. Aronson | $650.00 | 175.70 |
| Rich Ashley III | $810.00 | 1.80 |
| Edward H. Batts | $785.00 | 91.30 |
| Stuart Brown | $730.00 | 168.30 |
| | $365.00 (Non-working travel) | 4.00 |
| Richard A. Chesley | $950.00 | 1,465.80 |
| | $475.00 (Non-working travel) | 105.80 |
| Howard Clowes | $850.00 | 99.60 |
| David Colker | $845.00 | 28.40 |
| Thomas M. deButts | $650.00 | .40 |
| Heather Angelina Dunn | $705.00 | 4.90 |
| Dean Fealk | $690.00 | 6.90 |
| Ben Griebe | $695.00 | .20 |
| David F. Gross | $820.00 | 5.30 |
| Jacqueline G. Hodes | $625.00 | 2.00 |
| William H. Hoffman | $860.00 | .50 |
| Stacey T. Kern | $805.00 | 2.20 |
| Joseph H. Langhirt | $875.00 | .30 |
| Ann Lawrence | $755.00 | 1,246.30 |
| | $377.50 (Non-working travel) | 5.10 |
| Victoria W-Y Lee | $725.00 | .30 |
| Alan A. Limbach | $755.00 | 58.20 |
| Timothy Lohse | $755.00 | 4.50 |

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Craig Martin | $585.00 | 6.80 |
| Nate McKitterick | $790.00 | 24.80 |
| Selinda Melnik | $675.00 | 2.90 |
| Paolo Morante | $875.00 | 19.70 |
| Kimberly D. Newmarch | $730.00 | 1,606.80 |
|  | $365.00 (Non-working travel) | 298.40 |
| Greg Otsuka | $690.00 | .80 |
| Stacy M. Paz | $750.00 | 4.70 |
| David Plewa | $825.00 | .40 |
| John L. Reed | $895.00 | 1.10 |
| Tamara L. Shepard | $760.00 | .90 |
| Bruce J. Wein | $1,025.00 | 2.40 |
| Brent K. Yamashita | $725.00 | 43.40 |
| Richard I. Yankwich | $780.00 | 65.60 |
| Jonathan A. Ciner | $785.00 | 19.00 |
| Ben Gipson | $640.00 | 3.10 |
| Kurt Ramlo | $695.00 | .20 |
| Todd Wang | $755.00 | 2.00 |
| Nicole Boerger Albertson | $360.00 | 14.30 |
| Jordan Coleman | $470.00 | 89.10 |
| Kyle R. de Neve | $360.00 | 2.50 |
| Meredith Edelman | $580.00 | 705.90 |

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Christopher J. Feldman | $530.00 | 12.30 |
| Andrew M. Fraerman | $360.00 | 68.40 |
| Michael A. Geller | $360.00 | 122.20 |
| Lauren Genvert | $355.00 | 15.70 |
| Michael Greenberg | $525.00 | 7.50 |
| Jeremy R. Hall | $650.00 | 6.80 |
| Natasha Y. Hsieh | $470.00 | 252.00 |
| James R. Irving | $510.00 | 231.80 |
| | $545.00 | 60.00 |
| Blake William Jackson | $470.00 | 129.40 |
| Chun I. Jang | $605.00 | 1,031.10 |
| | $302.50 (Non-working travel) | 88.90 |
| Elliot Katz | $420.00 | 1.70 |
| Dr. Daniel Kendziur | €250.00 | 1.30 |
| Brooke R. Kerendian | $360.00 | 4.90 |
| Jenny Kim | $610.00 | .70 |
| Nicole C. King | $420.00 | 28.40 |
| Fabian Klein | €250.00 | 2.20 |
| Oksana Koltko | $415.00 | 295.20 |
| Rachael Lowe | $580.00 | 1.30 |
| Diana M. Maltzer | $510.00 | 102.30 |
| Michelle Marino | $565.00 | 18.40 |
| Alison L. Maxwell | $650.00 | .50 |

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Ann K. Miller | $510.00 | 1.60 |
| Cynthia Moh | $530.00 | 62.30 |
| Frank Ikonero Mugabi | $695.00 | 2.30 |
| Jeffrey D. Musaffi | $395.00 | 11.10 |
| Jessica F. Natali | $545.00 | 155.40 |
| Bertrand Pan | $630.00 | 1,311.10 |
| | $315.00 (Non-working travel) | 11.10 |
| Nicholas J. Panno | $420.00 | 3.40 |
| Aaron M. Paushter | $510.00 | 568.80 |
| | $255.00 (Non-working travel) | 29.40 |
| Jonathan G. Pfleeger | $605.00 | 45.20 |
| | $630.00 | 17.70 |
| David A. Pryor | $360.00 | 42.10 |
| Carlos E. Rivas | $580.00 | 387.00 |
| Eric M. Roberts | $360.00 | 24.40 |
| Andrew B. Schwaab | $665.00 | 41.90 |
| Amish A. Shah | $360.00 | 25.50 |
| Daniel M. Simon | $545.00 | 826.10 |
| | $272.50 (Non-working travel) | 40.80 |
| Mike Stefanelli | $575.00 | 153.30 |
| W. Kurtis Weaver | $410.00 | 3.50 |
| Steve Weerts | $695.00 | 41.90 |
| Stephanie Zosak | $360.00 | 39.00 |

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Lindsey Dodge | $270.00 | 2.70 |
| Michael D. Jiang | $270.00 | 22.70 |
| Tina Bhanshali | $400.00 | 9.40 |
| Steve R. Gibson | $395.00 | .30 |
| Joy Dasgupta | $675.00 | 2.10 |
| Seetha Balasubramanian | $300.00 | .80 |
| Ramon Bocanegra | $300.00 | .80 |
| Paolo D. Corleto | $240.00 | 168.30 |
| Sherry Faulkner | $230.00 | 83.40 |
| Carolyn B. Fox | $230.00 | 71.00 |
| Michelle I. Freifeld | $315.00 | 36.70 |
| Monique M. Gonzaque | $285.00 | 1.10 |
| Karl Hamel | $315.00 | 8.10 |
| Yuko Ikegami | $245.00 | 83.50 |
| Maria M. Larkin | $330.00 | 3.90 |
| Jason S. Lee | $200.00 | 3.50 |
| Charlotte Neuberger | $230.00 | 635.80 |
| Susan C. Pingue | $310.00 | 563.90 |
|  | $155.00 (Non-working travel) | 10.80 |
| Evelyn Rodriquez | $270.00 | .80 |
| Matthew J. Yovino | $230.00 | 7.00 |
| Peni Tangitau | $275.00 | 3.00 |

| Name of Professional Individual | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Stephanie Baness | $255.00 | 67.70 |
| David Cederquist | $255.00 | 3.50 |
| Patricia Chew | $260.00 | .60 |
| Steve Coronado | $255.00 | 2.30 |
| Edrick A. Harris | $255.00 | 1.00 |
| Kelly A. Kernan | $260.00 | 2.40 |
| Kelly Laughran | $255.00 | 5.30 |
| Sara M. Schultz | $255.00 | .60 |
| Mirsat Tutovic | $260.00 | 3.00 |
| Gary Chernyavsky | $250.00 | 5.50 |
| Reynaldo F. Gallardo | $215.00 | 7.00 |
| Rebecca L. Golden | $190.00 | 9.00 |
| Maria Grabis | $110.00 | 45.80 |
| Joanna Rabano | $105.00 | 58.60 |
|  | $52.50 (Non-working travel) | .80 |
| Sandra Fennell | $300.00 | 2.20 |
| Julia B. Fuerst | $300.00 | 10.60 |
| Valerie Kropf | $300.00 | .40 |
| **TOTAL** |  | **14,695.80** |

The nature of the work performed by these persons is fully set forth in Exhibit A attached to each of the previously filed monthly fee applications and incorporated herein by reference. These are DLA Piper's normal hourly rates for work of this character. The reasonable value of the services rendered by DLA Piper to the Debtors during the Final Compensation Period is $8,713,658.34.

12.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by DLA Piper is fair and reasonable given

(a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, DLA Piper has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule.

13.    DLA Piper reserves the right to further amend this Application up to the date and time of the scheduled omnibus hearing on final professional compensations to include expenses incurred during the Final Compensation Period, but which have not been included herein because such charges either have not yet been posted in DLA Piper's internal billing system or have not been billed by the third-party vendor.

WHEREFORE, DLA Piper respectfully requests that the Court authorize that for the period from January 4, 2012 through December 19, 2012, an allowance be made to DLA Piper pursuant to the terms of the Administrative Order and Confirmation Order, with respect to the sum of $8,713,658.34 as compensation for necessary professional services rendered and the sum of $365,579.81 as reimbursement of actual necessary costs and expenses, for a total of $9,079,238.15 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.[2]

---

[2]    In accordance with the *Order Granting Application of Debtors and Debtors-in-Possession, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016(b) and 6003 and Local Bankruptcy Rules 2014-1 and 2016-1, for an Order Authorizing Them to Retain and Employ DLA Piper LLP (US) As Counsel, Nunc Pro Tunc As of the Petition Date* [Dkt. No. 146], DLA Piper will apply the remainder of the retainer in the amount of $497,785.08, received from the Debtors prior to the Petition Date, to outstanding amounts owed to DLA Piper.

Dated:   February 1, 2013            Respectfully submitted,
       Wilmington, Delaware

                                   /s/ Stuart M. Brown
                                Stuart M. Brown (DE 4050)
                                Cynthia Moh (DE 5041)
                                DLA PIPER LLP (US)
                                919 North Market Street, Suite 1500
                                Wilmington, Delaware 19801
                                Telephone:  (302) 468-5700
                                Facsimile:  (302) 394-2341
                                Email:  stuart.brown@dlapiper.com
                                       cynthia.moh@dlapiper.com

                                   -and-

                                Richard A. Chesley (IL 6240877)
                                Kimberly D. Newmarch (DE 4340)
                                Chun I. Jang (DE 4790)
                                DLA PIPER LLP (US)
                                203 N. LaSalle Street, Suite 1900
                                Chicago, Illinois 60601
                                Telephone:  (312) 368-4000
                                Facsimile:  (312) 236-7516
                                Email:   richard.chesley@dlapiper.com
                                       kim.newmarch@dlapiper.com
                                       chun.jang@dlapiper.com

                                *Attorneys to Debtors and Debtors-in-Possession*