# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Trident Microsystems, Inc., *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 12-10069 (CSS)<br>(Jointly Administered)<br><br>**Ref: Dkt. No. 1463** |

## ORDER DISMISSING CASES

This matter came before this Court on the Motion of United States Trustee for entry of an Order Dismissing these Chapter 11 cases or, alternatively, Converting the cases to Chapter 7 under 11 U.S.C. § 1112(b) (the "Motion"); and finding that due and sufficient notice of the Motion having been given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefore, based upon the record, the Court finds that grounds exist to dismiss the above-captioned cases. Based on the foregoing and on the record in these cases, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is GRANTED insofar as it seeks dismissal of the above-captioned bankruptcy cases and the cases are hereby DISMISSED.

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Trident Microsystems, Inc. (6584) and Trident Microsystems (Far East) Ltd. The mailing address of each of the Debtors, solely for purposes of notices and communications, is 5201 Great America Parkway, Suite 320, Santa Clara, California 95054.

2. The Debtors shall, within 10 days from the date of entry of this Order, pay all quarterly fees owing to the Office of the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) for disbursements made up through the date of entry of this Order, to the extent not previously paid.

Dated: May 14th, 2019
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE